USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 1 2019

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

  - v. -

VICTOR MONES CORO,
  a/k/a "Victor Mones,"

        Defendant.

- - - - - - - - - - - - - - - - - - x

**INDICTMENT**

**19 CRIM 144**

### COUNT ONE
**(Conspiracy to Violate and Evade the Foreign Narcotics Kingpin Designation Act and the Kingpin Act Regulations)**

The Grand Jury charges:

1. From at least in or about February 2017, up to and including in or about March 2019, in the Southern District of New York, Venezuela, Turkey, Russia, the Dominican Republic, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States, VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, and others known and unknown, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, knowingly and willfully combined, conspired, confederated, and agreed together and with each other to violate one or more of the provisions of the Foreign Narcotics Kingpin Designation Act ("Kingpin Act") and related Kingpin Act regulations.

*Judge Hellerstein*

2. It was a part and an object of the conspiracy that VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, and others known and unknown, would and did engage and attempt to engage in transactions and dealings by a United States person, and within the United States, in property and interests in property of one or more foreign persons designated as Specially Designated Narcotics Traffickers by the Secretary of the Treasury pursuant to Title 21, United States Code, Section 1904(b), in violation of Title 21, United States Code, Section 1904(c)(1), and Title 31, Code of Federal Regulations, Sections 598.203(a) and 598.406.

3. It was further a part and an object of the conspiracy that VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, and others known and unknown, would and did engage and attempt to engage in transactions and dealings by a United States person, and within the United States, that evaded and avoided, and had the effect of evading and avoiding, one or more of the prohibitions contained in the Kingpin Act, in violation of Title 21, United States Code, Section 1904(c)(2), and Title 31, Code of Federal Regulations, Section 598.204.

4. It was further a part and an object of the conspiracy that VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, and others known and unknown, would and did engage and attempt to engage in transactions and dealings by one or more

United States persons who were officers, directors, and agents of an entity -- to wit, an agent of SVMI Solutions LLC and MONES CORO acting as an agent of American Charter Services LLC -- and within the United States, in property and interests in property of one or more foreign persons designated as Specially Designated Narcotics Traffickers by the Secretary of the Treasury pursuant to Title 21, United States Code, Section 1904(b), in violation of Title 21, United States Code, Sections 1904(c)(1) and 1906(a)(2), and Title 31, Code of Federal Regulations, Sections 598.203(a) and 598.406.

5. It was further a part and an object of the conspiracy that VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, and others known and unknown, would and did engage and attempt to engage in transactions and dealings by one or more United States persons who were officers, directors, and agents of an entity -- to wit, an agent of SVMI Solutions LLC and MONES CORO acting as an agent of American Charter Services LLC -- and within the United States, that evaded and avoided, and had the effect of evading and avoiding, one or more of the prohibitions contained in the Kingpin Act, in violation of Title 21, United States Code, Sections 1904(c)(2) and 1906(a)(2), and Title 31, Code of Federal Regulations, Section 598.204.

**Overt Act**

6.  In furtherance of the conspiracy and to effect the illegal objects thereof, VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, committed the following overt act, among others:

   a.  On or about September 6, 2018, MONES CORO used a U.S.-based bank account in the name of American Charter Services LLC to transfer approximately $30,000 in connection with private charter services for a Specially Designated Narcotics Trafficker designated pursuant to the Foreign Narcotics Kingpin Designation Act.

> (Title 21, United States Code, Sections 1904(c)(1)-(2) and 1906(a)(1)-(2); Title 18, United States Code, Section 3238; Title 31, Code of Federal Regulations, Sections 598.203(a), 598.204, and 598.406.)

**COUNT TWO**
**(Prohibited Transactions in Violation of the Foreign Narcotics Kingpin Designation Act and the Kingpin Act Regulations)**

The Grand Jury further charges:

7.  From at least in or about February 2017, up to and including in or about March 2019, in the Southern District of New York, Venezuela, Turkey, Russia, the Dominican Republic, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States and for which at least one of two or more joint offenders is expected to be first brought to and arrested in the Southern

District of New York, VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, knowingly engaged, attempted to engage, and aided, abetted, and caused others to engage and attempt to engage in transactions and dealings by one or more United States persons who were officers, directors, and agents of an entity -- to wit, MONES CORO acting as an agent of American Charter Services LLC -- and within the United States, in property and interests in property of one or more foreign persons designated as Specially Designated Narcotics Traffickers by the Secretary of the Treasury pursuant to Title 21, United States Code, Section 1904(b).

(Title 21, United States Code, Sections 1904(c)(1) and 1906(a)(2); Title 18, United States Code, Sections 3238 and 2; and Title 31, Code of Federal Regulations, Sections 598.203(a) and 598.406.)

## COUNT THREE
### (Evasion of the Foreign Narcotics Kingpin Designation Act and the Kingpin Act Regulations)

The Grand Jury further charges:

8. From at least in or about February 2017, up to and including in or about March 2019, in the Southern District of New York, Venezuela, Turkey, Russia, the Dominican Republic, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States and for which at least one of two or more joint offenders is expected to be first brought to and arrested in the Southern

District of New York, VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, knowingly engaged, attempted to engage, and aided, abetted, and caused others to engage and attempt to engage in transactions and dealings by one or more United States persons who were officers, directors, and agents of an entity -- to wit, MONES CORO acting as an agent of American Charter Services LLC -- and within the United States, that evaded and avoided, and had the effect of evading and avoiding, one or more of the prohibitions contained in the Kingpin Act.

(Title 21, United States Code, Sections 1904(c)(2) and 1906(a)(2); Title 18, United States Code, Sections 3238 and 2; and Title 31, Code of Federal Regulations, Section 598.204.)

## COUNT FOUR
### (Prohibited Transactions in Violation of the Foreign Narcotics Kingpin Designation Act and the Kingpin Act Regulations)

The Grand Jury further charges:

9. From at least in or about February 2017, up to and including in or about March 2019, in the Southern District of New York, Venezuela, Turkey, Russia, the Dominican Republic, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States and for which at least one of two or more joint offenders is expected to be first brought to and arrested in the Southern District of New York, VICTOR MONES CORO, a/k/a "Victor Mones," the

defendant, knowingly engaged, attempted to engage, and aided, abetted, and caused others to engage and attempt to engage in transactions and dealings by a United States person who was an officer, director, and agent of an entity -- to wit, an agent of SVMI Solution LLC -- and within the United States, in property and interests in property of one or more foreign persons designated as Specially Designated Narcotics Traffickers by the Secretary of the Treasury pursuant to Title 21, United States Code, Section 1904(b).

(Title 21, United States Code, Sections 1904(c)(1) and 1906(a)(2); Title 18, United States Code, Sections 3238 and 2; and Title 31, Code of Federal Regulations, Sections 598.203(a) and 598.406.)

## COUNT FIVE
### (Evasion of the Foreign Narcotics Kingpin Designation Act and the Kingpin Act Regulations)

The Grand Jury further charges:

10. From at least in or about February 2017, up to and including in or about March 2019, in the Southern District of New York, Venezuela, Turkey, Russia, the Dominican Republic, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular state or district of the United States and for which at least one of two or more joint offenders is expected to be first brought to and arrested in the Southern District of New York, VICTOR MONES CORO, a/k/a "Victor Mones," the defendant, knowingly engaged, attempted to engage, and aided,

abetted, and caused others to engage and attempt to engage in transactions and dealings by a United States person who was an officer, director, and agent of an entity -- to wit, an agent of SVMI Solution LLC -- and within the United States, that evaded and avoided, and had the effect of evading and avoiding, one or more of the prohibitions contained in the Kingpin Act.

(Title 21, United States Code, Sections 1904(c)(2) and 1906(a)(2); Title 18, United States Code, Sections 3238 and 2; and Title 31, Code of Federal Regulations, Section 598.204.)

_____
FOREPERSON

_Geoffrey S. Berman_
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VICTOR MONES CORO,
a/k/a "Victor Mones,"

Defendant.

**INDICTMENT**

(21 U.S.C. §§ 1904, 1906; and
18 U.S.C. §§ 3238, 2.)

GEOFFREY S. BERMAN
United States Attorney.

**A TRUE BILL**

_____ Foreperson.