CHRISTINE H. CHUNG, PLLC

14 MURRAY STREET, #236
NEW YORK, NEW YORK 10007
Tel.: (917) 685 0423
christine@thechunglawoffice.com

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Sentencing is adjourned to April 24, 2020, at 11:00 a.m.*

*2/4/2020*

*/s/ Alvin K. Hellerstein*

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

Together with the firm of Selendy & Gay PLLC, I represent the defendant Victor Mones Coro in the above-captioned case. Mr. Mones pled guilty on November 26, 2019, to conspiring to violate U.S. sanctions laws and regulations. At that time, the sentencing was scheduled to take place on February 26, 2020.

We write to request, without objection from the Government, that the parties be permitted an additional week, from Friday, February 7, 2020, to Friday, February 14, 2020, to submit objections to the draft Presentence Report, dated January 24, 2020, and that the sentencing be adjourned to a date in April. Upon conferring with AUSA Samuel Adelsberg, the dates of April 7 or 8, 2020, or on or after April 20, 2020, are available to the parties, if convenient to the Court.

The reason for these requests is to enable the parties to attempt to resolve potential objections to the draft Presentence Report and prepare and file their respective sentencing memoranda in advance of the sentencing. None of the dates relating to this sentencing have previously been adjourned.

We thank the Court for its consideration of this request.

Respectfully,

/s/

Christine H. Chung

cc: AUSA Samuel Adelsberg
USPO Ashley Geiser