USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

United States of America,

        -against-

Victor Mones Coro,

        Defendant.

------------------------------------------------------------

**ORDER ACCEPTING THE
PLEA ALLOCUTION BEFORE
A U.S. MAGISTRATE JUDGE**

19 Cr. 144 (AKH) (RWL)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Robert W. Lehrburger on November 26, 2019;

    WHEREAS a transcript of the allocution was made; and

    WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

    SO ORDERED

Dated:     New York, New York
              Feb. 11, 2020

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge