```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :   **ORDER DENYING BAIL**
        -against-                                               :   **APPLICATION**
                                                                :
VICTOR MONES CORO,                                              :   19 Cr. 144-1 (AKH)
                                                                :
                        Defendant.                              :
                                                                :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        I decline to change my order of March 27, 2020, denying bail. Defendant's condition is no different from other detainees facing a long prison sentence—here, between 70 and 87 months if I were to sentence within Guidelines. It is the constitutional responsibility of BOP to take care of the people in their custody and provide needed medical services. The sickness, or potential sickness, of an inmate who has been convicted and faces a potential term of years cannot be reason for his release. Furthermore, Defendant's release for illness or potential illness would endanger others, including corrections officers and probation officers who would have to process and supervise his release.

        SO ORDERED.

Dated:    April 8, 2020                    /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                       United States District Judge