

Christine H. Chung, PLLC

---

August 17, 2020

<u>By ECF</u>

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

      Re: <u>United States v. Victor Mones Coro</u>
         19 Cr. 144 (AKH)

Dear Judge Hellerstein:

  On behalf of defendant Victor Mones Coro, we write to respectfully request that Mr. Mones' sentencing, currently scheduled to take place on August 31, 2020, at 11:00 a.m., be adjourned to a date on or after September 24, 2020.

  The reason for this request is that we continue to confer with the government about matters relating to sentencing, including recent government discovery productions.

  We have conferred with AUSAs Amanda Houle and Samuel Adelsberg, and they have no objection to this request.

Respectfully,

_/s/ Christine H. Chung_
Christine H. Chung
CHRISTINE H. CHUNG, PLLC
14 Murray Street, #236
New York, New York 10007
Telephone: 917-685-0423
christine@thechunglawoffice.com

_/s/ Faith E. Gay_
Faith E. Gay
Jordan L. Weatherwax
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-390-9000
fgay@selendygay.com
jweatherwax@selendygay.com

cc: AUSA Amanda L. Houle
   AUSA Samuel Adelsberg