```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA              :
                                      :
     - v. -                           :   ORDER
                                      :
TARECK ZAIDAN EL AISSAMI MADDAH, et al., :  19 Cr. 144 (AKH)
                                      :
                    Defendants.       :
- - - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Amanda L. Houle and Samuel S. Adelsberg;

And upon the application of Victor Mones Coro, through his counsel, Christine Chung, Esq., and Michols Orsini Quintero, through his counsel, Sabrina Shroff, Esq.;

IT IS HEREBY ORDERED that the following letters, which were previously filed under seal by Order of the Court, be unsealed with any limited redactions that have been agreed to by the parties: (i) the Government's two letters of September 22, 2020 and its letters of September 23, 28, 30, 2020 and October 5, 2020; (ii) Victor Mones Coro's letters of September 25, 2020 and

October 1, 2020; and (iii) Michols Orsini Quintero's letters of September 25, 2020 and October 2, 2020. The parties are directed to file their respective letters on ECF, with any agreed upon redactions, by October 8, 2020.

SO ORDERED.

Dated: New York, New York
October __, 2020

_____
HONORABLE ALVIN K. HELLERSTEIN
United States District Judge
Southern District of New York