

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 22, 2020

ECF and E-mail
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    **United States v. Tareck Zaidan El Aissami Maddah, *et al.*,**
             **No. 19 Cr. 144 (AKH)**

Dear Judge Hellerstein:

      On October 21, 2020, Victor Mones filed a motion seeking relief in connection with alleged violations of the Government's obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972). The Government respectfully requests to respond to Mones's motion by November 5, 2020.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:    /s/
      Samuel S. Adelsberg
      Amanda L. Houle
      Assistant United States Attorneys
      (212) 637-2492 / 2194

CC:  counsel of record via ECF