```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :     ORDER DENYING MOTION
             -against-                                         :     FOR SANCTIONS
                                                               :
VICTOR MONES CORO,                                             :     19 Cr. 144 (AKH)
                                                               :
                            Defendant.                         :
                                                               :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On October 21, 2020, Defendant filed a motion for discovery sanctions. For the reasons discussed on the record at the pretrial conference on October 28, 2020, Defendant's motion is denied without prejudice. The clerk shall mark the motion (ECF No. 122) terminated.

      SO ORDERED.

Dated:    October 28, 2020                     /s/ Alvin K. Hellerstein
           New York, New York              ALVIN K. HELLERSTEIN
                                                    United States District Judge