Christine H. Chung, PLLC 

---

October 30, 2020

**Via ECF**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

      Re: United States v. Victor Mones Coro
        19 Cr. 144 (AKH)

Dear Judge Hellerstein:

  Having had the opportunity to confer with Mr. Mones following the conference on October 28, 2020, we hereby apply on his behalf to withdraw his guilty plea. We submit a proposed Order for the Court's consideration.

Respectfully submitted,

_/s/ Christine H. Chung_

Christine H. Chung
CHRISTINE H. CHUNG, PLLC
14 Murray Street, #236
New York, New York 10007
Telephone: 917-685-0423
christine@thechunglawoffice.com

_/s/ Faith E. Gay_

Faith E. Gay
Jordan L. Weatherwax
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-390-9000
fgay@selendygay.com
jweatherwax@selendygay.com

cc: All counsel (via ECF)