UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VICTOR MONES CORO,<br>   a/k/a "Victor Mones,"<br><br>   Defendant. | Case No. 19-CR-144-AKH<br><br>**ORDER GRANTING WITHDRAWAL OF GUILTY PLEA** |

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant Victor Mones Coro seeks to withdraw his guilty plea, entered by this Court on November 26, 2019.

For reasons stated on the record on October 28, 2020, the defendant's application is granted.

A status conference will be held November 9, 2020, at 10:30 a.m. Time is excluded until that date.

SO ORDERED.

Dated:   November __, 2020
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge