# Exhibit A

**Date and Volume of Government Pre-Plea Productions[1]**

| DATE | VOLUME[2] | VOLUME IN GIGABYTES |
|---|---|---|
| 6/17/2019 | 3.4 GB | 3.40 GB |
| 6/24/2019 | 1.6 TB* | 1600.00 GB |
| 6/28/2019 | 2.14 TB* | 2140.00 GB |
| 7/3/2019 | 4.44 GB | 4.44 GB |
| 8/15/2019 | 110 GB* | 110.00 GB |
| 9/18/2019 | 39.4 GB* | 39.40 GB |
| **Total:** | 3.897 TB | 3897.24 GB |

**Date and Volume of Government Post-Plea Productions**

| DATE | VOLUME | VOLUME IN GIGABYTES |
|---|---|---|
| 6/19/2020 | 93 KB | .000 GB |
| 7/2/2020 | 2.83 GB | 2.830 GB |
| 7/14/2020 | 126.8 MB | .127 GB |
| 7/16/2020 | 308 KB | .000 GB |
| 7/22/2020 | 42.27 MB | .042 GB |
| 7/24/2020 | 13.38 MB | .013 GB |
| 8/11/2020 | 13.32 MB | .013 GB |
| 8/30/2020 | 82.80 MB | .828 GB |
| 9/8/2020 | 1.05 MB | .001 GB |
| 9/9/2020 | 457.50 GB | 457.500 GB |

---

[1] "Date" in both tables specifies the date Mr. Mones received the government's production. The exception is the last post-plea government production. As set forth in Mr. Mones motion, October 25, 2020 is the date the government delivered a hard drive to Mr. Mones' counsel, but in that instance, Mr. Mones does not consider the production received, because the government produced "images" of computers and drives without taking the step of extracting from those images reviewable data (a process that takes weeks). In all other post-plea productions, production contents were reviewable upon receipt.

[2] Volumes marked with an asterisk are the volume of "compressed" data; absent compression the figure would be higher. Volume includes (1) documents, (2) photographs, (3) recordings, and (4) forensic images of electronic devices, including user-generated files and non-user generated data, like operating systems, program files, and unused space.

2

| | | |
|---|---|---|
| 9/21/2020 | 1.82 MB | .002 GB |
| 10/6/2020 | 45.92 MB | .046 GB |
| 10/9/2020 | 1.37 GB | 1.370 GB |
| 10/16/2020 | 137 MB | .137 GB |
| 10/23/2020 | 1.56 GB | 1.560 GB |
| 10/25/2020 | 5.8 TB* | 5773 GB |
| **Total:** | 6.23 TB | 6237.33 GB |