# Exhibit D

**My Jet Saver Search Warrant Return: Electronics**

| Property Receipt Line Item | File Name | Device | Description of Seizure Location | Size of Forensic Image | Notes |
|---|---|---|---|---|---|
| 11 | Lenovo_ideapad_with_1TB_hdd.E01 | Lenovo Laptop | Accounting Office | 931 GB | |
| 13 | LI_013_crucial_500gb_ssd_sn_2017E29DABF6.E01 | HP ProDesk 600 G3 Mini (Desktop) | Accounting Office | 465 GB | |
| 15 (Drive A) | LI 015 seagate 500gb hdd sn W2AFB8HS.E01 | HP Desktop Computer Seagate Barracuda Backup Drive | Accounting Office | 24 GB | Desktop contained two hard drives (listed here as Drive A and Drive B) |
| 15 (Drive B) | LI 015B HP 1TB WD 10EZEX.E01 | HP Desktop Computer Hard Drive | Accounting Office | 135 GB | Desktop contained two hard drives (listed here as Drive A and Drive B) |
| 20 | 20205201200066101_LI 020 macbook pro.aff4 | Apple Laptop | Break Room | 156 GB | |
| 21 | LI_021_seagate_1TB_hdd_sn_6VP9DK8B.E01 | HP Pro Desk (Laptop) | Conference Room | 160 GB | |
| 21 | LI_021_4GB_cardpresso_thumbdrive.E01 | Thumb Drive | Conference Room | 4 GB | Thumb drive connected to HP Pro Desk Laptop |
| 23 | LI_023_seagate_1TB_hdd_sn_6VP9DK8B.E01 | External Hard Drive | Pilot's Room | 916 GB | Hard drive connected to Lenovo Think Server |

| 24 | LI_024_wd_1TB_hdd_sn_WMC1S1722150.E01 | HP Tower Computer Desktop | Pilot's Room | 273 GB | |
| 25 (Drive 1) | LI_025_seagate_1TB_hdd_sn_Z1W4Y3NF.E01 | Lenovo Think Server | Pilot's Room | 882 GB | Server contained two internal hard drives (listed here as Drive 1 and Drive 2) |
| 25 (Drive 2) | LI_025_seagate_1TB_hdd_sn_Z1W4Y3M0.E01 | Lenovo Think Server | Pilot's Room | 882 GB | Server contained two internal hard drives (listed here as Drive 1 and Drive 2) |
| 26 | LI_022_WD_1TB_hdd_sn_WCC6Y2CLZ300.E01 | Lenovo Desktop Computer | Pilot's Room | 172 GB | |
| 27 | LI 027 model A1419-1TB Seagate hdd.E01 | Apple iMac | Marin's Office | 773 GB | |