# Exhibit E

# Custody Receipts

# DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 7194411

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| [redacted] | [redacted] |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| [redacted] | |

| 5. Prior Detention? Yes ☐ No ☑ If yes, DHS 6051D No. ___ | 6. Date Seized (mm/dd/yyyy) 09/29/2020 | 7. Time Seized (Use 24 Hrs) 1310 hours | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: My Jet Saver LLC | 10. Entry No. | 11. Seal or Other ID Nos. L2766714 |
|---|---|---|
| Address: 14970 NW 42nd Ave Suite 45-20 Opa-Locka, FL 33054 | 12. Remarks: Room A Desk of Nelson Lopez SN#: MP19QNW6 | system error generated new FPF and incident # |
| Telephone No. ( )  Ext: | | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 0011 | Lenovo Laptop computer and charger | 1 / Bag | 1 / ea | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Ivan Sanchez Print Name | X | Signature | 09/29/2020 Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 011 | As above | T. McCann/SA/HSI | [signature] | 10/5/2020 |
| 011 | Same As Above | D. Lee/SA/HSI | [signature] | 10/05/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original

# DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

No. 7193758

| Field | Value |
|---|---|
| 1. FPF No. | [redacted] |
| 2. Incident No. | [redacted] |
| 3. Investigative Case No. | [redacted] |
| 4. Enforce No. | |
| 5. Prior Detention? | No ☑ |
| 6. Date Seized (mm/dd/yyyy) | 04/29/2020 |
| 7. Time Seized (Use 24 Hrs) | 1310 Hours |
| 8. FDIN/Misc. | |
| 9. Seized From: Name | My Jet Saver LLC |
| Address | 14970 NW 42nd Ave Suite 45-20, Opa-Locka, FL 33054 |
| 10. Entry No. | |
| 11. Seal or Other ID Nos. | L206305 |
| 12. Remarks | Room A - Desk, Freddy's Desk, SN#: 8CG8114QGX, system error generated new FPF and incident # |
| 13. Send Correspondence to: | |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 013 | HP ProDesk 600 G3 Mini and Charger | 1 | Bag | 1 | ea | $ |

### 15. Seizing Officer

Print Name: Ivan Sanchez
Signature: [signed]
Date: 04/29/2020

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 013 | As above | Timothy McCann/SA/HSI | [signed] | 10/5/2020 |
| 013 | Same as above | D. Lee/SA/HSI | [signed] | 10/05/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original

DEPARTMENT OF HOMELAND SECURITY

**CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE**

No. 7194410

Handbook 5200-09

| 1. FPF No. [redacted] | 2. Incident No. [redacted] |
|---|---|
| 3. Investigative Case No. [redacted] | 4. Enforce No. |
| 5. Prior Detention? Yes ☐ No ☑ If yes, DHS 6051D No. ___ | 6. Date Seized (mm/dd/yyyy) 09/24/2020  7. Time Seized (Use 24 Hrs) 1310  8. FDIN/Misc. |
| 9. Seized From: Name: My Jet Saver LLC  Address: 14970 NW 42nd ave Suite 45-20 Opa-Locka, FL 33054 Telephone No. ( )  Ext: | 10. Entry No.  11. Seal or Other ID Nos. ~~L2063058~~  L2874159  12. Remarks: Miscellaneous Documents Room A Desk of Nelson Lopez *system error generated new FPF and incident # |
| 13. Send Correspondence to: | |

**14. PROPERTY ( By Line Item) Attach DHS Form 58 if conveyance**

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 014 | Miscellaneous Documents | 1 / bag | 1 / ea. | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| I. Sanchez Print Name | x /s/ Signature | | 9/29/20 Date |

**16. ACCEPTANCE / CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 014 | Same as above | T. McG../SA/HSI | /s/ | 10/5/2020 |
| 014 | Bag # L2874159 | Kekeos/SPS/HSI | /s/ | 10-08-20 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

# DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 7193769

Handbook 5200-09

| # | Field | Value |
|---|---|---|
| 1 | FPF No. | [redacted] |
| 2 | Incident No. | [redacted] |
| 3 | Investigative Case No. | [redacted] |
| 4 | Enforce No. | |
| 5 | Prior Detention? | Yes ☐  No ☑ |
| 6 | Date Seized (mm/dd/yyyy) | 04/29/2020 |
| 7 | Time Seized (Use 24 Hrs) | 1310 |
| 8 | FDIN/Misc. | |
| 9 | Seized From: Name | My Jet Saver LLC |
|   | Address | 14970 NW 42nd Ave Suite 45-20, Opa-Locka, FL 33054 |
|   | Telephone No. | |
| 10 | Entry No. | |
| 11 | Seal or Other ID Nos. | |
| 12 | Remarks | Room A - under staff desk - work Honig accounting. SN: MXL25108K2. system error generated new FPF and incident # |
| 13 | Send Correspondence to: | |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 015 | HP Desktop Computer | 1 | bx | 1 | ea | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

### 15. Seizing Officer

Print Name: Ivan Sanchez
Signature: X [signature]
Date: 09/29/2020

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 015 | As above | T. McCann/SA/HSI | [signature] | 10/5/2020 |
| 015 | Same As Above | R. Lee/SA/HSI | [signature] | 10/05/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐  No ☐
DHS retains original

## DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

No. 7193761

Handbook 5200-09

| # | Field | Value |
|---|---|---|
| 1 | FPF No. | [redacted] |
| 2 | Incident No. | [redacted] |
| 3 | Investigative Case No. | [redacted] |
| 4 | Enforce No. | |
| 5 | Prior Detention? | Yes ☐  No ☑  If yes, DHS 6051D No. ____ |
| 6 | Date Seized (mm/dd/yyyy) | 09/29/2020 |
| 7 | Time Seized (Use 24 Hrs) | 1440 hours |
| 8 | FDIN/Misc. | |
| 9 | Seized From: Name | My Jet Saver LLC |
|   | Address | 14970 NW 42nd Ave Ste 520, Opa-Locka, FL 33054 |
|   | Telephone No. ( ) Ext. | |
| 10 | Entry No. | |
| 11 | Seal or Other ID Nos. | L104976 |
| 12 | Remarks | Room B shelving unit second from bottom. Agent Marcano. System error generated new FPF and incident #. SN# C02YY6UZJHC8 |
| 13 | Send Correspondence to: | |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 020 | Apple Laptop | 1 | bag | 1 | each | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |

### 15. Seizing Officer

Print Name: Ivan Sanchez    Signature: X [signed]    Date: 09/29/2020

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 020 | Apple Laptop - As above | T McCann / SA / HSI | [signed] | 10/5/2020 |
| 020 | Same as above | D Lee / SA / HSI | [signed] | 10/5/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐  No ☐
DHS retains original

# DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 7194406

Handbook 5200-09

1. FPF No. [redacted]
2. Incident No. [redacted]
3. Investigative Case No. [redacted]
4. Enforce No.
5. Prior Detention? Yes ☐ No ☑  If yes, DHS 6051D No. _____
6. Date Seized (mm/dd/yyyy): 09/29/2020
7. Time Seized (Use 24 Hrs): 1440 hours
8. FDIN/Misc.
9. Seized From:
   Name: My Jet Saver LLC
   Address: 14490 NW 42nd Ave Ste 520, Opa-Locka, FL 33054
   Telephone No. (   )     Ext:
10. Entry No.
11. Seal or Other ID Nos.: L1771250
12. Remarks: Room C — computer † FNST desk, Agent Honig, SN# 8CG8114Q6W, password 1234, System error generated new FPF and incident #
13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 021 | HP prodesk + flash drive and power cables | 1 | bag | 1 | each | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |

15. Seizing Officer
   Print Name: Ivan Sanchez
   Signature: X [signed]
   Date: 09/29/2020

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 021 | As above | T. McCann/SA/HSI | [signed] Timothy McCann | 10/5/2020 |
| 021 | Same as above | D. Lee/SA/HSI | [signed] Danny Lee | 10/05/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original

# DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 7194405

Handbook 5200-09

1. FPF No. [redacted]
2. Incident No. [redacted]
3. Investigative Case No. [redacted]
4. Enforce No.
5. Prior Detention? Yes ☐ No ☑  If yes, DHS 6051D No. _____
6. Date Seized (mm/dd/yyyy): 09/29/2020
7. Time Seized (Use 24 Hrs): 1940 hours
8. FDIN/Misc.
9. Seized From:
   Name: My Jet Saver LLC
   Address: 14970 NW 42nd Ave Ste 4520, Opa-Locka, FL 33054
10. Entry No.
11. Seal or Other ID Nos.: L206306
12. Remarks: Room D - Far right desk furthest from TV. Sn# NAIJ OL88  System error generated new FPF and incident #
Telephone No. (   )   Ext:
13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 023 | External Harddrive connected to Lenovo Think server w/ power cord | 1 | Bag | 1 | each | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |

15. Seizing Officer: Ivan Sanchez   Signature: [signed]   Date: 09/29/2020

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 023 | As above | T. McCann/SA/HSI | [signed] | 10/5/2020 |
| 023 | SAME AS ABOVE | D Lee/SA/HSI | [signed] | 10/05/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original

# DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 7194402

Handbook 5200-09

| # | Field | Value |
|---|---|---|
| 1 | FPF No. | [redacted] |
| 2 | Incident No. | [redacted] |
| 3 | Investigative Case No. | [redacted] |
| 4 | Enforce No. | |
| 5 | Prior Detention? | No ✓ |
| 6 | Date Seized (mm/dd/yyyy) | 09/29/2020 |
| 7 | Time Seized (Use 24 Hrs) | 1440 hours |
| 8 | FDIN/Misc. | |
| 9 | Seized From: Name | My Jet Saver LLC |
| | Address | 14970 NW 42nd Ave, Opa-locka, FL 33054 |
| | Telephone No. | |
| 10 | Entry No. | |
| 11 | Seal or Other ID Nos. | |
| 12 | Remarks | Room D desk - Pilots - closest to Door. Password 123456. S/N 2UA2451352. System error generated new FPF and incident # |
| 13 | Send Correspondence to: | |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Type | d. Qty. | d. UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 024 | HP TOWER computer | | | 1 | ea | $ |

### 15. Seizing Officer

Print Name: Ivan Sanchez
Signature: [signed]
Date: 09/29/2020

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 24 | As above | T McCann/SA/HSI | [signed] | 10/5/2020 |
| 024 | Same As Above | D. Lee/SA/HSI | [signed] | 10/05/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original

## DEPARTMENT OF HOMELAND SECURITY

### CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 7194417

Handbook 5200-09

| # | Field | Value |
|---|---|---|
| 1 | FPF No. | [redacted] |
| 2 | Incident No. | [redacted] |
| 3 | Investigative Case No. | [redacted] |
| 4 | Enforce No. | |
| 5 | Prior Detention? | No ✓ |
| 6 | Date Seized | 9/29/2020 |
| 7 | Time Seized | 1940 hrs |
| 8 | FDIN/Misc. | |
| 9 | Seized From: Name / Address | My Jet Saver LLC / 14970 NW 42nd Ave, Opa Locka, FL 33054 |
| 10 | Entry No. | |
| 11 | Seal or Other ID Nos. | |
| 12 | Remarks | S/N MJ0365TA — system error generated new FPF and incident # Room D Desk furthest from TV |
| 13 | Send Correspondence to: | |

### 14. PROPERTY (By Line Item)

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty./UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 025 | Think Server Computer Tower Lenovo | 1 / ea | | $ |
| | | | | $ |

### 15. Seizing Officer

Print Name: Ivan Sanchez   Signature: [signed]   Date: 9/29/2020

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 025 | As above | T. McCann/SA/HSI | [signed] | 10/5/2020 |
| 025 | Same as above | D. Lee/SA/HSI | [signed] | 10/05/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original

U.S. GPO: 2015-570-960

## DEPARTMENT OF HOMELAND SECURITY

### CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 7194403

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| [redacted] | [redacted] |
| 3. Investigative Case No. [redacted] | 4. Enforce No. |
| 5. Prior Detention? Yes ☐ No ☑ If yes, DHS 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 09/29/2020 | 7. Time Seized (Use 24 Hrs) 1940 hours | 8. FDIN/Misc. |
| 9. Seized From: Name: My Jet Saver LLC  Address: 4970 NW 42nd Ave ~~Ste 45220~~ MV  Opa-Locka, FL 33054  Telephone No. ( ) Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
| | 12. Remarks: Room D - under far right desk  SN# ES13188625 | |
| 13. Send Correspondence to: | | |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 026 | Lenovo desktop computer s/v | | | 1 | each | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Ivan Sanchez  Print Name | X [signature]  Signature | | 09/29/2020  Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 026 | As above | T. McCann / SA / HSI | Timothy McC [signature] | 10/5/2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

## DEPARTMENT OF HOMELAND SECURITY

### CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 7193767

Handbook 5200-09

| Field | Value |
|---|---|
| 1. FPF No. | [redacted] |
| 2. Incident No. | [redacted] |
| 3. Investigative Case No. | [redacted] |
| 4. Enforce No. | |
| 5. Prior Detention? | Yes ☐  No ☑  If yes, DHS 6051D No. ____ |
| 6. Date Seized (mm/dd/yyyy) | 09/29/2020 |
| 7. Time Seized (Use 24 Hrs) | 1940 hours |
| 8. FDIN/Misc. | |
| 9. Seized From: Name: | My Jet Saver LLC |
| Address: | 14970 NW 42nd Ave Ste 15-20, Opa-Locka, FL 33054 |
| 10. Entry No. | |
| 11. Seal or Other ID Nos. | |
| 12. Remarks: | S/N C025Q01TGG7L  Room F - Desk  E. Hong   System error generated new FPF and incident # |
| Telephone No. ( )  Ext: | |
| 13. Send Correspondence to: | |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 027 | Apple IMAC w/ power cable | 1 | ea | 1 | ea | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

**15. Seizing Officer**
Print Name: Ivan Sanchez
Signature: X /s/
Date: 09/29/2020

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 027 | As above | T. McCann/SA/HSI | Timothy McC— | 10/5/2020 |
| 027 | SAME AS ABOVE | D LEE/SA/HSI | Danny Lee | 10/05/2020 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐  No ☐
DHS retains original

# Search Warrant Return

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>14970 NW 42ND AVENUE, SUITE 45-20,<br>OPA LOCKA, FLORIDA 33054 | )<br>)<br>) Case No. 1:20mj03672 Goodman - 3CBU<br>)<br>)<br>) |

### WARRANT BY TELPEHONE OR OTHER REIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Florida_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____October 7, 2020_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _____Duty Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/23/2020 at 11:18 a.m.  _____
Judge's signature

City and state: Miami, Florida  JONATHAN GOODMAN, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:20mj03672 Goodman | Date and time warrant executed:<br>09/29/2020 1310 hrs | Copy of warrant and inventory left with:<br>MARIA MARIN |
| Inventory made in the presence of:<br>S/A MICHAEL VALLE |||
| Inventory of the property taken and name of any person(s) seized:<br>— Citibank Checkbook<br>— Miscellaneous Documents - 12 bags<br>— Lenovo Laptop<br>— HP Pro Desk Computer<br>— HP Pro Desktop Tower<br>— Nothing Follows |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/05/2020

*Executing officer's signature*

IVAN SANCHEZ SPECIAL AGENT
*Printed name and title*