# EXHIBIT B

## Letters of Support

| Letter No. | Written By |
|---|---|
| 1 | Alarcon, Beatriz |
| 2 | Bloomfield, Jack |
| 3 | Burls, Jonathan |
| 4 | Carriedo Mones, Nelly |
| 5 | Castillo, Eric |
| 6 | Corporan Cedeno, Noemi |
| 7 | Diaz, George |
| 8 | Garcia Boidi, Luis Alberto |
| 9 | Jordan, Eliza |
| 10 | Larez, Cesar |
| 11 | Linares, Marcos |
| 12 | Lundy, Daniel |
| 13 | Malaver Espinoza, Omagdys Teresita |
| 14 | Marmo, Antonio |
| 15 | Marmo, Maria Alessandra |
| 16 | Martinez, Alexander |
| 17 | Martinez, Nancy |
| 18 | Meyer, Karin C. |
| 19 | Meyer, Klaus |
| 20 | Ochoa, Andrea |
| 21 | Ochoa, Leopoldo |
| 22 | Rodriguez, Carlos Alejandro |
| 23 | Rodriguez, Norelis |
| 24 | Ruanova, Manuel |
| 25 | Salazar Burger, Jorge Luis |
| 26 | Sotillo Sarmiento, Diana |
| 27 | Stark, Jared |
| 28 | Stoliker, Steven |
| 29 | Talton, Sloane A. |
| 30 | Tatoli Torres, Daniel |
| 31 | Tepedino, Leopoldo |
| 32 | Wahlgren, Shaun |

# LETTER 1

12/9/2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I am submitting this letter on behalf of and in support of Victor Mones Coro.

My name is Beatriz Alarcon, I am the Business Development Manager for Jetscape Services, a full-service FBO located in Fort Lauderdale-Hollywood International Airport. I have been in the general aviation business for 17 years. I had the honor of meeting this wonderful person at a lunch business meeting back in 2012. At our FBO we offer services such as fueling, parking and catering for aircraft. Victor used our fueling services for charter flights and as he became one of our most valued customers, I had the honor of getting to know him in a personal manner. Victor became an inspiration to me when he showed how much he cares for other people and on how much he wants to help people in need. I was a witness of his business growth with American Charter Services and I supported his non-profit initiatives by collecting toys at our company to donate to children in Puerto Rico.

On a personal note, I want to add that Victor Mones Coro helped tremendously with the quality of life of my late father Carlos Alarcon. My father was diagnosed with terminal cancer but throughout his life he was a busy businessman. One of his main passions was working for his own company Ramasco, which wholesales raw materials. Going to an office daily was part of his livelihood, but he could no longer maintain his own workplace because of his health. In 2015, my sister Monica Alarcon who works at American Charter Services (ACS), asked Victor if my father could use a desk at the ACS office. Victor was kind enough to offer him a desk, office supplies and a phone so my father could conduct his business. My father would wake up in the morning, drive to the ACS office, greet all of the employees and then report to his desk to perform his daily tasks for Ramasco. Being around other people gave him a sense of purpose which maintained his health through his frequent treatments. Victor's kind act gave my father a reason to keep fighting against terminal cancer. My father was grateful to Victor and this act created a bond between him and our family that will last a lifetime. I am grateful to have Victor in my life and I will always thank him for all the love and support he provided to my family.

Since his arrest, Victor has expressed to me that he feels remorse and accepts responsibility for his actions. I thank you, your Honor, for taking the time to read my letter and I ask for mercy and leniency in sentencing Victor. He is an admirable and respectful person and I look forward to seeing him very soon to continue to spread love, kindness and compassion to the world.

Respectfully,

Beatriz Alarcon

# LETTER 2

**Honorary Board of Directors**

Jack Nicklaus, Trustee
*Chairman*

Tim Rosaforte
*Vice Chairman*

Erin Finnegan
Dennis Walters
Beth Wilf

**Chapter Trustees**
Ken Ohrstrom
Dean Woodman

**Board of Directors**
Steve Rockoff
*Chairman*

Kenneth R. Kennerly
*Vice Chairman*

Mitchell Stump, CPA
*Treasurer*

Andrew Hunt, Trustee
*Secretary*

David Norris, Esq.
*Legal Counsel*

Bobby Hendel
*Member-At-Large*

Brian Anderson
Earnie Ellison
Maria Marino
Bill O'Leary
Jerry Tankersley
Dan Young

Dick Sheehan
*Chairman Emeritus*

**Council of Directors**
Dan Young
*President*

Robert Bruce II
Erica Bennett
Lou Chiera
Joe Davis
Marty Elberg
Krista Kersey
Gerry Litrento
David Obst
Camille Olivere
Buddy Mansor
Adam Spiegel
Laurie Villa

Butch Buchholz
*Legacy Partner*

**Executive Staff**
Carl Mistretta
*Executive Director*

Jack Barrett
*Development Director*

Jack Bloomfield
*Director of Operations*

Emily Valentine
*Program and Marketing Coordinator*



January 2, 2020

Honorable Alvin K.
Hellerstein United
States District Court
Southern District of
New York United
States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u> 19 Cr. 144
(AKH)

Dear Judge Hellerstein:

I am submitting this letter on behalf of Victor Mones Coro. My name is Jack Bloomfield. I began my career working for a Miami based golf apparel company calling on country clubs in the New Jersey, New York, and Connecticut area. This led me to a long, happy and successful career working as a sales representative in the golf industry. In 1982 I was hired by Ely Callaway as the first outside sales rep for the Callaway Hickory Stick Golf Company. Although I left my position at Callaway Hickory Stick Golf Company for some time due to the growth of the organization, I was invited back as an outside sales rep managing the southern Florida territory. In recent years, I have held positions that include tournament director at Palm-Aire Country Club in Pompano Beach, coaching the girl's golf team at Pine Crest School, and teaching part-time. Today, I am the Director of Operations at The First Tee of Broward, where I have been a part of the team since 2014. At the First Tee, our mission is to impact the lives of young people by "providing educational programs that build character, instill life-enhancing values, and promote healthy choices through the game of golf."

In October of 2017, Victor and American Charter Services became corporate partners of the First Tee of Broward as they donated $5,000 to sponsor the lunch at our Annual Royal Palm benefit golf tournament. All proceeds from this event went to support the First Tee of Broward, which is where I met Victor for the first time. During this fundraiser, Victor's daughter Estefania Mones volunteered passing out lunches and his son-in-law, Ryan Grannis, played in the event, which is where we officially met. Ryan and I grew closer as American Charter Services continued to increase their support of The First Tee of Broward. In February 2019, Victor offered his hangar space for our chapter to host our annual Connect Event. Partners, sponsors, directors, and participants

attend once a year to reflect on our year's accomplishments and listen to our First Tee of Broward alumni speak about their achievements through the game of golf. The event was a success, the majority of our network was present, and Victor not only lent us his hangar, but he was in attendance to answer questions about the airplanes and give kids tours of the interiors. This event was special to our organization and Victor and his team were an instrumental part.

What I know about Victor through American Charter Service's sponsorship of The First Tee of Broward is that he is a family man who is giving and cares about his community. Victor wanted to support the First Tee without hesitation and to me this shows he is a compassionate, caring person. Although I do not know much about Victor's case, I know he has been a strong support for our organization. Through our partnership, I have learned that he is a family man and someone who cares deeply about his community. As well, I know his family, Ryan, and Estefania care deeply for Victor and would benefit from having him back home.

Thank you judge for taking the time to read my letter. I know that leniency in Victor's sentence will bring tremendous value to Victor's family, his employees, and our community.

Respectfully submitted,

Jack Bloomfield

# LETTER 3

December 26, 2019

Honorable Alvin K. Hellerstein

United States District Court

Southern District of New York

United States Courthouse

500 Pearl St.

New York, New York 10007-1312

Re: United States v. Victor Mones Coro

19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I am submitting this letter on behalf of and in support of Victor Mones Coro. My name is
Jonathan Burls, I am the Founder and President of Reliable Jet Maintenance LLC. (RJMx). We
are a FAA authorized repair station with two locations in South Florida.

I was born in England in 1961, I traveled many parts of the world with my father who had just
retired from the Royal Navy as a Lieutenant Commander. I left England when I was four and
moved to Spain, the home country of my grandmother. I have traveled much through my life
and had the fortune of living in many locations including Spain, England, United States,
Venezuela, Omaha, Virginia, Connecticut, California, among others.

I started working as an aircraft mechanic in the airline industry in 1983, I have had the
opportunity to work many different facets of Aviation over 35 years.  Having been able to travel
the world and meet many interesting people, my background gave me the opportunity to
interact with many different people from around the world. It has helped me become a good
judge of character. Victor's good heart, generosity and professionalism led me to be a long
time, good friend of Victor's and to write this letter.

I first met Victor in 2002, at that time I was an aircraft mechanic and inspector for a local FAA
Certified FAR 135 air taxi/charter operation in Boca Raton, Florida. At the time Victor was the
captain flying a Learjet 45 operating on our Air Charter certificate. After an aircraft accident in

1985, my fondness of flying cease to exist. Victor's professionalism and airmanship made him one of the few pilots that I would ever fly with and entrust my life to!

The biggest opportunity of my life came soon after I had met Victor, and he was instrumental in guiding and helping me start my own business. One year after Victor and I developed our friendship, the Learjet 45 he was flying, suffered a brake fault in the digital brake computer blowing all 4 tires on landing in South America. I assisted in recovering the aircraft and supervise the repairs. Upon repair of the aircraft, Victor had 4 spare, lightly scuffed wheels assemblies with bad tires.

I had previously talked to Victor about wanting my own business. Victor gave me the wheels as a gesture of his appreciation for getting him flying again. I promptly repaired the wheels and installed 4 new tires. Knowing the aircraft parts market, I was able to sell the wheels and make over a $40,000 profit. That was the funding I needed to buy tooling and start Crystal Air Services Inc, which eventually evolved in to Reliable Jet Maintenance in 2005.

I started Reliable Jet Maintenance LLC in June of 2005, we started with three employees including myself. Today we have two locations, one in Boca Raton Florida and the other in Miami at the Opa-locka airport.

We currently employ about 50 employees between both locations, and I am proud to say that in almost 15 years we have infused in excess of $150 million into the economy.

Victor's generosity, professionalism, guidance and support as a friend and customer, helped me make Reliable Jet Maintenance what it is today.

I personally went through some challenges in 2016. I was unfortunately going through a very rough divorce and I also had 2 knee surgeries ending up with a full knee replacement. I had devoted almost every penny I had to stay afloat and upon finalization of my divorce in December of 2016, that day I had to give my ex-wife a check for $50,000. The only person I could turn to was Victor. Victor gave me $25,000 and helped me retain 100% ownership of my other company Aviation Maintenance Managers Inc. The company was partly co-owned with my ex-wife. That truly kept that company in business with 7 employees, just 6 days before Chris t mas and we are still in business to this day.

When Victor was starting American Charter Services (an FAA approved FAR 135 air-charter operation). Victor reached out to me for guidance on the maintenance requirements for the 135 certificate. For all the years of help that Victor gave me, it was my pleasure to assist him in obtaining the FAA 135 certification. I worked part time for two years to help Victor obtain his FAA 135 certificate and conform his first aircraft for the certification. I worked pro bono to help him obtain the certification. There is a not enough hours in the day or enough days in a year for me to be able to work to help Victor out.

It is near impossible to put in words, all the good things Victor has done for me and others around me.

I was completely shocked upon hearing about his arrest. I have not been able to interact with Victor since the time of his arrest and guilty plea, but I know in my heart I know who Victor Mones Coro is:

A Human being, a great father, a great friend, a God-fearing man, a good man, a caring man, generous, fantastic pilot, considerate, supportive, there for you in times of need and a man who acknowledges his sins.

I know Victor is a man who has acknowledged his weaknesses and mistakes, and to build upon them to do better. I know these sentencing decisions must weigh upon you day in and day out, but I just ask that you consider leniency for my friend Victor. I pray that you can see the same character in Victor that I have seen for close to 20 years. There is no excuse for his conduct, and knowing Victor he is remorseful, ashamed and regretful.

I hope that you are able to see what I see in this man in the short time of your interact ions, I humbly request that you and can show leniency for him.

In conclusion, I would like to thank you for reading this letter and considering the details I have provided regarding my relationship with Victor.

Respectfully submitted,

Jonathan Burls

# LETTER 4

[Certified Translation]


3/20/20
Daniel Tomlinson
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

Lanzarote, December 11, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

This letter is on behalf of and in support of my uncle, Victor Mones Coro.

My name is Nelly Carriedo Mones (his niece), I work in a natural aloe vera products store located in Costa Teguise, Lanzarote, Canary Islands, Spain. I was raised as a Catholic. My uncle, Victor, lives far away but he makes me feel that he is close. Time can go by without us seeing each other, but when we do his hugs are warm, sincere and affectionate, you feel relief and calm.

Our family is close, humble and hard-working, we love each other very much, each family member is very important. My last experience with him was when his father died (my grandfather). They are important people because they make the family stay together! After the burial I had a marvelous experience. Victor and I needed to search for peace amid such sadness and we walked 40 kilometers to see our Virgin of Covadonga, located at a shrine in Asturias, Spain. We went up in silence, but we didn't need to say anything to each other because we were united by the same reason. He is a calm man and very close, you never feel any distance, he never sets his loved one aside because of work or to answer the phone.

For me, it is very important, I want to see Victor happy. I have been a mother and I know what he feels, he is sorry for where all of this has gone, he would like to turn back the clock, spend more time with his family, my brothers and sisters, my parents and his mother (my grandmother) and be able to light a candle for his father, buried in his native country.

I feel overcome with an immense sadness, with a lump in my throat and nerves in my stomach that makes it impossible each day to not cry whenever I am alone, knowing that he is there alone, without us, such a dear person; each day seems like agony, thinking that I will never see him again.

I only wish that my dream will come true and I will be able to feel his hug again and eat that potato omelet that is a family tradition. I very much appreciate your reading my letter and taking its content into consideration, and I ask for leniency when imposing the sentence on Victor. My greatest satisfaction would be that before time runs its course, he can see his mother (my grandmother) alive.

Respectfully submitted,

/s/

Nelly Carriedo Mones

Lanzarote, a 11 de diciembre de 2019.

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

Esta carta va dirigida en nombre y apoyo de mi tío, Víctor Mones Coro.

Soy Nelly Carriedo Mones (sobrina), trabajo en una tienda de productos naturales de aloe vera en la localidad de Costa Teguise, Lanzarote, Islas Canarias, España. Mi educación es católica, mi tío Víctor vive lejos, pero él me hace sentir que está cerca. Puede pasar tiempo sin vernos, pero cuando lo hacemos sus abrazos son fuertes, sinceros y cariñosos, sientes alivio y calma.

Nuestra familia es unida, humilde y trabajadora, nos queremos mucho, cada miembro familiar es muy importante. Mi última vivencia con él fue la muerte de su padre (mi abuelo). ¡Son personas importantes porque hacen que la familia permanezca unida! Después del entierro viví una experiencia maravillosa. Víctor y yo necesitábamos buscar paz en medio de tanta tristeza y fuimos caminando 40 Km para ver nuestra virgen de Covadonga, situada en un santuario en Asturias, España. Subimos en silencio, pero no teníamos necesidad de decirnos nada porque estábamos juntos, unidos por un mismo motivo. Es un hombre tranquilo y muy cercano, jamás notas distancia, nunca deja de lado un momento con los suyos por trabajo o atender el teléfono.

Para mí es muy importante, deseo ver a Víctor feliz. He sido madre y sé lo que él siente, él está arrepentido de dónde ha llegado todo esto, le gustaría echar tiempo atrás, compartir más con su familia, mis hermanos, mis padres y su mamá (mi abuela) y poder encender una vela a su padre, enterrado en su tierra natal.

Yo me siento hundida en una tristeza inmensa, con nudos en la garganta y nervios en el estómago que me hacen cada día imposible de no llorar cuando me encuentro sola, de saber que está ahí solo, sin nosotros, una persona tan querida, cada día se me hace una agonía, el pensar que no lo volveré a ver.

Solo deseo que se cumpla mi sueño y poder sentir ese abrazo de nuevo y comer esa tortilla de patatas que es una tradición familiar. Le agradezco inmensamente que lea esta carta y que tome en consideración su contenido y pido clemencia imponiendo la sentencia a Víctor. Mi mayor satisfacción seria antes de que los anos hagan su justicia él pueda ver a su mamá (mi abuela) viva.

Respectfully submitted,

Nelly Carriedo Mones

# LETTER 5

December 6th, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

My name is Eric Castillo, I am married with two small children and have lived in South Florida my entire life. I am the Vice President of Sales at D'Onofrio Yachts and I have been an avid boater for more than thirty year. I started my career in the boating world when I was 15 years old working on the docks in a marina. From there I worked my way up and went to school to become a captain. I was a captain of a private vessel for more than ten years before I started selling and managing boats. This is how I first met Victor, we both have a passion for the ocean and very similar interests.

Being from South Florida as it is a transient state and it is hard to trust people; I tend to keep my inner circle small. But seeing Victor's way of being appreciative, polite, respectful, kindhearted and strong family values made our friendship bond instantly and that bond has grown stronger over the past 10 years. He is truly a stand-up guy, full of love and morals, I have the upmost respect for him. I generally call him once a week for advice on family, business and everyday life.

In 2016 I did a charity event to help families in need at St. Peter and Paul Church in Miami, Fl. I knew I could count on Victor as he is always the first to help with children in need. He brought toys and gave a very generous donation. Victor also always did a big toy drive for the kids in his community. He literally pours his heart and soul into it. A few years ago, I heard about a family in need and without hesitation Victor was the first one to bring supplies and write a check to help those in need.

Victor is a kindhearted person and has been extremely influential in my life as I count on his advice all the time. I ask you to please allow my good friend to come back to his family, friends and community as he has so much love to give. Whenever life gets difficult, he always encourages others. Those words coming from Victor meant the world to me and his friends. Judge Hellerstein, once again I ask that you please have some leniency on a man who wears his heart on his sleeve and always puts others first.

Respectfully submitted,
Eric Castillo

# LETTER 6

[Certified Translation]

*3/20/20*

*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

December 16, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

My name is Noemi Corporan Cedeño, I am the manager of a fixed base operator ("FBO") which provides services at the San Juan International Airport in Puerto Rico. I graduated in Business Administration and started working at a company called Servair, based in La Romana, Dominican Republic, where I stayed for a period of 11 years, (from 1996 to 2002). In Servair we offered services for private airplanes including fuel, hangar and all the services that an airplane or the crew need during its stay at our operator. Victor was the Captain of a Challenger 601-3R aircraft and I met him at Servair because he always used our FBO services. When he was working for Mr. Klaus Meyer, he was the pilot of his plane. Mr. Meyer had a house in Casa de Campo, La Romana. Victor always used our fuel services and over the years we became friends. I have known Victor Mones Coro for 23 years and over the years we have developed not only a working relationship but also a great friendship.

Víctor has always performed as an excellent professional, dedicated to his work, detail oriented, punctual, responsible and always willing to help make sure that the flight departed on time and without problems, always concerned about his clients and the staff who worked in our company.

One of the qualities I have always admired in Victor has been his loyalty to the those of us who have worked with him. After 2002, I changed companies several times, ultimately moving to a company based in Puerto Rico. Victor was one of the customers who, being loyal to us, continued using the services of the companies I moved to.

I can confirm that during all those years of service I have been in direct contact with him and at the service of general aviation, I have known Victor to have been a highly skilled professional and a special human being, always attentive to the needs of the people who worked around him, he treated everyone equally no matter what position the person held.

Victor is an upright man who cares about others. His generosity became evident in 2017 on a large scale, when thanks to his initiative and effort the great miracle was achieved that gave gifts and lots of happiness to the children of Puerto Rico, after the devastating passage of Hurricane Maria, I describe this for the court but for me it was not a surprise because knowing the human worth and the great heart that Victor has, you could not expect anything less from him.

I don't know the facts and details of Victor's case, but I very much appreciate the time your Honor spends reading these lines that I write here from my heart and my experience. Victor has always been a good man, with good-hearted behavior.  I ask that your Honor exercise fairness and mercy when you impose his sentence.

Respectfully,

/s/

Noemi Corporan Cedeño

16 de Diciembre del 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Apreciado Judge Hellerstein:

Mi Nombre es Noemí Corporan Cedeño, soy la gerente de un operador con base fija, un "FBO" que ofrece servicios en el Aeropuerto Internacional de San Juan de Puerto Rico. Me gradué en Administración de empresas y comencé a trabajar en una empresa llamada Servair con sede en La Romana, Republica Dominicana en donde permanecí por un periodo de 11 años, (desde 1996 hasta el 2002). En Servair ofrecemos servicios para aviones privados incluyendo combustible, hangar, y todos los servicios que necesita el avión o la tripulación durante su estadía en nuestro operador. Victor Mones era el Capitán de una aeronave Challenger 601-3R y lo conocí en Servair porque el siempre utilizaba nuestros servicios de FBO cuando el trabajaba para el Sr. Klaus Meyer el piloteaba su avión. El Sr. Meyer poseía una casa en Casa de Campo, La Romana. Victor siempre usaba nuestros servicios de combustible y a través de los años nos hicimos amigos. Yo he conocido a Victor Mones Coro por 23 años y desarrollamos a través de los anos una relación no solo laboral sino también una gran amistad.

Victor siempre se desempeñó como un excelente profesional, dedicado a su trabajo, detallista, puntual, responsable y siempre dispuesto a ayudar a asegurarse de que el vuelo saliese a tiempo y sin inconvenientes; siempre preocupado por sus clientes y por el personal que laboraba en nuestra empresa.

Una de las cualidades que siempre he admirado en Víctor ha sido su lealtad a las personas que hemos trabajado con él. Después del año 2002, me cambié de compañía en varias ocasiones, finalmente cambiándome a una empresa con sede en Puerto Rico. Víctor fue uno de los clientes que, siendo fiel a nosotros, siguió usando los servicios de las empresas a las cuales me cambiaba.

Puedo ratificar que durante todos esos años de servicio en lo que he estado en contacto directo con él y al servicio de la aviación general he observado que Víctor ha sido un profesional altamente capacitado y un ser humano especial, siempre atento a las necesidades de las personas que laboraban a su alrededor, él trataba a todos por igual sin importar que posición desempeñaba la persona.

Víctor es un hombre íntegro que se preocupa por los demás. Su generosidad se hizo manifiesta en el año 2017 a gran escala, cuando gracias a su iniciativa y esfuerzo se logró el gran milagro que otorgó regalos y mucha felicidad a los niños de Puerto Rico, después del desbastador paso del huracán María, esto lo describo aquí para el tribunal, pero para mí no fue una sorpresa ya que conociendo el valor humano y el gran corazón que Victor posee, no se podía esperar menos de él.

Desconozco los hechos y detalles del caso de Víctor, pero agradezco mucho el ·tiempo dedicado por su Señoría a leer estas líneas que de corazón y de mi experiencia escribo aquí. Víctor siempre ha sido un buen hombre, con una conducta de buen corazón. Le pido a su Señoría que ejerza justicia y clemencia a la hora de emitir su sentencia.

Respetuosamente

Noemí Corporan Cedeño

# LETTER 7

# GEORGE DIAZ

March 3, 2020

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York. New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

My name is George Diaz. I have worked in the aviation business for over 45 years. I am a certified flight engineer. I have worked a range of jobs including co-owning my own FAA repair station with my wife of over 40 years. Over the span of my career, I have also worked for several airlines and aircraft manufacturers.

Today I respectfully write to you on behalf and in support of my friend, Victor Mones Coro. I began working for Victor as a contractor 5 years ago. It didn't take long before I realized that Victor is a good man with family values and that's where our friendship began. My wife, Diana Raquel Diaz, who is the Director of Mater Gardens Academy Pre-kinder program in Miami Gardens, Florida, has also come to know Victor and his family. Victor's caring for his own family extends to his work family. Diana and I, who have been married for 40 years, have three beautiful daughters, one of whom is a former prosecutor, and four grandkids. For the holidays, Victor has sent my grandkids Christmas presents. As new grandparents, my wife and I love to spoil our grandkids by taking them to Disney World. Victor always made sure that I had plenty of time to take off to be with my family and encouraged me to spend time with my grandkids.

As far as work, Victor always respected and heard what I had to say. The aircraft safety was his highest priority. He always had time for aircraft briefings and liked to be kept up to date with status details. Victor treated his employees, and myself, as family and showed genuine interest in what was going on in my life. He is very positive and cares about the community as well. When Puerto Rico was hit by Hurricane Maria in 2017, he was involved and organized a donation campaign to have toys and relief aid sent to Puerto Rico. He encouraged all employees, friends, and family to help the hurricane victims.

Working with Victor has been a real pleasure, but his friendship has been an honor and a privilege. I am proud to call Victor my friend. In the world we live in today, genuine people like Victor are hard to find. My hopes in writing to you today is that you will show Victor mercy and allow him to come home to his family. Thank you for your time and consideration.

Respectfully submitted,

George Diaz

# LETTER 8

3/20/20

DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

December 9, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

My name is Luis Alberto Garcia Boidi, I am a Venezuelan, residing legally in Boca Raton, FL. I am a Civil Engineer by profession and 66 years of age. Currently, I am retired after a successful business career in Venezuela where in the private sector I was an entrepreneur who built many residential units for 33 years.

When I retired, I came with my family in 2015 to reside in the United States, because we have a son who is a citizen and lives in Miami. I had the opportunity to meet Victor Mones's wife in the Yoga that we practiced together and, by affinity, she invited us to her house to participate in family gatherings. There I met <u>Victor Mones</u>, her husband, whom from the very start I liked as a person.

I must indicate to you, Your Honor, that I consider myself to be a very strict person and to a certain degree not very accustomed to getting involved with people I do not feel esteem for. I really felt very good with Victor and his family. Victor is a friendly person, very generous with his friends and he has a beautiful family with whom he shares a lot of affinity.

During the many years as director of the companies I led, I always tried to surround myself with honest qualified men and women, and I always had the ability to judge correctly <u>the character of the persons that I included</u> in my work teams, which I did with great accuracy, selecting people who met that profile I was looking for.

I must tell you that I feel esteem for Victor Mones, because I believe he is a solid person with a lot of principles, with a beautiful family relationship and as far as I am concerned, as a friend of his, it is hard to accept the difficult situation that he is in at this time, because as I told you before, judging the character of Victor Mones, I believe that he is an honest person at heart and must feel great remorse for his disregard in complying with the law.

Your Honor, I appreciate the time that you spend reading my letter. I beg of you that you use the greatest leniency possible in imposing sentence on Victor Mones. I would appreciate your mercy, and even though I understand that Victor deserves punishment for breaking the law, I am sure that he is a person who has learned from his mistakes.

Respectfully,

/s/

Luis Alberto Garcia Boidi

December 9, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Asunto: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Estimado Juez Hellerstein:

Mi nombre es Luis Alberto García Boidi, soy Venezolano, residenciado legalmente en Boca Raton, FL, mi profesión es Ingeniero Civil y tengo 66 años. Actualmente estoy retirado después de una exitosa carrera empresarial en Venezuela donde en forma privada fui un empresario que construí muchas viviendas durante 33 años.

Cuando me retiré, vine con mi familia en 2015 a residir en los Estados Unidos, ya que tenemos un hijo que es ciudadano y vive en Miami. Tuve la oportunidad de conocer la esposa de Víctor Mones en el Yoga ya que practicábamos juntas y por afinidad, esta nos invitó a su casa a participar en sus reuniones familiares. Allí conocí a <u>Víctor Mones,</u> su esposo, quien desde el primer momento me gustó coma persona.

Debo indicarle señor Juez que me considero una persona muy estricta y en cierta forma poca dada a involucrarme con personas que no estimo. Realmente me sentí muy bien con Víctor y su familia. Víctor es una persona amable, muy generosa con sus amigos y que tiene una bella familia con quien comparte con mucha afinidad.

Durante los muchos años al frente de las empresas que dirigí, siempre busqué rodearme de hombres y mujeres honestas y con capacidad, y siempre tuve la habilidad de juzgar correctamente <u>el carácter de las personas que incluía</u> en mis equipos de trabajo, lo cual hacía con mucho acierto, eligiendo personas que respondían a este perfil buscado.

Debo decirle que aprecio a Víctor Mones, porque creo que es una persona entera con muchos principios, con una bella relación familiar y para mí, como un amigo, me cuesta aceptar la difícil situación en que se encuentra en estos momentos, porque como le indiqué anteriormente, juzgando el carácter de Víctor Mones, creo que es una persona honesta y debe encontrarse muy arrepentido de sus descuidos al cumplimiento de las leyes.

Agradezco señor Juez al tiempo dedicado a la lectura de mi carta. Le ruego que tenga la mayor clemencia posible imponiendo su sentencia a Víctor Mones, apreciaría su indulgencia, y aun cuando entiendo que Víctor merece un castigo por incumplimiento de la ley, estoy seguro de que es una persona que ha aprendido de sus errores.



Respetuosamente,

Luis Alberto Garcia Boidi
Boca Raton, Florida

# LETTER 9

December 16, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein,

My name is Eliza Jordan and I am the senior editor of *Whitewall* magazine—a contemporary art
publication based in New York City. I'm writing to you in support of Victor Mones Coro, who is
the father of one of my best friends, Estefania Mones. I first met Estefania in 2010, when we
were both sophomores at Flagler College in St. Augustine, Florida and members of SIFE—
Students In Free Enterprise, a community service organization at school. I've come to learn that
Estefania's love and optimism, her understanding of hard work and honesty, and more
importantly, her morals, ethics, and values, have come from her father and mother, Victor and
Radmil (or Milly, as we know her).

Truthfully, I grew up in a home not full of great love or unshakable support. I had it tough—with
my mom in prison for a DUI manslaughter and my dad addicted to pain medication, both mostly
absent from a lot of my most memorable moments. I most admired the few of my friends who
had supportive parents. I admired their unconditional love for each other—their unbreakable
bond. One of those bonds that always comes to mind is the one Estefania shares with Victor and
Milly.

Before I ever even met her parents, Estefania referenced them as being the primary reason she is
the person she is today. When I finally met Estefania's parents in Florida, all of the puzzle
pieces seemed to come together. Her parents were welcoming and warm, smart and kind, and
they invited my boyfriend and I to spend Estefania's birthday with their family. Estefania carries
all of her parents' greatest traits—altruistic, trustworthy, respectful, and above all, kind.

Later that year, we traveled to the Dominican Republic to witness the marriage of Estefania and
her husband, Ryan. Every day I spent with Victor and Milly on that trip I learned something
new—usually about character. Victor welcomed everyone from all walks of life, was constantly
engaged in meaningful conversation, and never let anyone feel left out, let down, or unloved.
Each time I had a meal, a conversation, a cocktail, or a casual afternoon with the Mones family,
Victor asked about my day, my future goals, my life. He held the door open, he looked me in the
eyes when we spoke, he shook my hand, he made me and those around me feel more than
welcome to be themselves and to be happy in exactly where they were. Victor always made me

feel seen and heard, and somehow, with the Mones family around him, loved as an individual who was somehow a part of their family.

Recently, Estefania has been traveling to New York and it has been more than a joy to see her here. It hasn't, however, been particularly joyous visits. We have spent long nights in private discussing what is currently happening to her father—a man I could never have imagined committing a crime of any kind. Coming from a place of understanding such a circumstance, my heart immediately sunk when I heard of Victor being held behind bars. Each time I have seen Estefania since Victor's incarceration, she has held my hands and told me that her father, a man she admires and looks up to for strength and love, is looking to her for help with tears in his eyes. He is in a place of desperation and at a tough crossroad. If there is anything that I can say to do Victor Mones Coro's character justice, it is that he has tried, for as long as I've known him and longer, provided a safe, happy, and loving environment for his family and others. I hope that by reading this testament you can see Victor in a broader light than just his case. It breaks my heart to see the Mones family in shambles.

Judge Hellerstein, I thank you for your time while reading this. I thank you for your service, as a judge in our nation who must foresee a greater good in situations like this and weigh heavy circumstances. I urge you to contact me if for whatever reason you have any further questions related to this letter, as I would be more than happy to elaborate on any of my aforementioned statements or others.

Sincerely,
Eliza Jordan

Eliza Jordan

# LETTER 10

3/24/20

*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

December/12/2019

Honorable Alvin Hellerstein,
United States District of New York
United States Courthouse 500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

My name is Cesar Larez, I am Venezuelan, my wife's name is Gabriela Rivera and we have three children. My family and I are residents of the United States. We have lived in Weston for eleven years. I have been a Commercial Pilot since 1992, my first job was at the INAVI (National Housing Institute, a governmental entity in Caracas, Venezuela) where I served as co-pilot of a King 90 plane for about a year and a half. Then I started working at Aerocentro de Servicios (located in La Carlota, Caracas, Venezuela) where I met my wife. I worked there as a co-pilot for 5 years. Later I worked as a captain of a Turbo Commander and as a co-pilot of a Citation II for Caroni Bank (a bank entity located in Caracas, Venezuela).

I met Victor Mones in 1993; he was part of a group of friends where we were all pilots. Most of this group worked for airplane owners that were based at La Carlota, which was the private airport of Caracas, Venezuela (and was for many years). Victor worked for the owner of the Pharmaceutical Industry: Meyer Laboratories (Mr. Klaus Meyer). He owned a King 90 plane that he would later trade for a Citation II, then a Lear 45 and finally a Challenger 601. For all those years we maintained a close relationship not only at work but also with our family. My wife Gabriela was pregnant with our first child at the same time that Victor's wife was pregnant with their second daughter, Lorein. We watched our children grow up together. Victor was already recognized by that time as a very professional pilot, very hardworking and demanding of himself. Among the group of friends, he was very respected and esteemed. I believe that Victor is an excellent father, professional and friend.

In 2005, I started working with Victor as a substitute co-pilot of the Challenger (Victor was the Captain and Chief Pilot, and he continued to work with Mr. Meyer); I did it for about 1 year. He had not changed, to the contrary, he had improved as a professional and as a person; he continued to be very strict in his work, making sure that everything in the operation was perfect, from the smallest detail, that the schedule established for the departure and arrival of the private flight was kept, that the work of the flight attendant was done to perfection. However, in spite of being so strict and detail-oriented, his treatment of those of us who dealt with him was always cordial, he always found a pleasant way to say things, he likes to teach and I learned a lot

from him, from his professionalism and responsibility, from his experience, which he shared without selfishness. I remember that once I had the opportunity to speak with Mr. Meyer. I had gone to pick up a check at his company and he had me come into his office and told me how much he esteemed Victor, how he considered him like a son. He told me how important his planes were to him and how he had complete confidence in Victor.

After Mr. Meyer's death in 2011, Victor started his own charter company (American Charter Services), which I know he started from the ground up, first in a small office with very few employees and then it gradually grew. He had a dream of achieving a 135 certificate (this is a certificate in which the operator must meet a series of FAA requirements in areas such as flight operations, maintenance and training). This is a very difficult certificate to obtain and it requires many years of dedication. And he obtained it, which is not surprising, because people like Victor are those who by their perseverance, responsibility and working ability always achieve the objectives they set.

I have been Victor's friend for more than 25 years; I have known him from his beginnings as a co-pilot at La Carlota (in Caracas, Venezuela). I have witnessed, as a friend, his multiple achievements and promotions through the years. When he was very young, he was in charge of the purchase and sale of Mr. Meyer's airplanes as well as their maintenance. He was always fair and honest in these procedures. He remained at one job for more than 22 years, which in this field is not common. He made the transfer of Mr. Meyer's plane from Venezuela to Boca Raton, Fl. He introduced him to a new market, making everything work out well. Then he started his own company alone, from the ground up, in a foreign country. It grew and progressed through the years. Victor is recognized in the private aviation industry both in Venezuela and in the United States as an extremely hardworking, honest and responsible person.

This situation has affected not only Victor, his family and friends but has brought down a company that took him many years of effort, dedication and work. The emotional and personal damage from seeing the collapse of something that has taken so much effort to build, must not be easy. I consider Victor an excellent friend and professional.

I thank you, Judge, for reading my letter and I respectfully ask you to take these lines into consideration when you issue his sentence.

Respectfully:

/s/

Cesar Larez

Honorable Alvin K. Hellerstein,
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007-1312

Asunto: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Estimado Judge Hellerstein:

Mi nombre es Cesar Larez, soy venezolano,mi esposa se llama Gabriela Rivera y tenemos tres hijos; mi familia y yo somos residentes de los Estados Unidos. Vivimos en Weston, Florida desde hace once anos. Soy Piloto Comercial desde el ano 1992, mi primer trabajo fue en el INAVI ( instituto Nacional de la vivienda, una entidad gubernamental en Caracas, Venezuela ) en donde me desempene como copiloto de un avion King 90 por un ano y medio aproximadamente; luego comence a trabajar en Aerocentro de Servicios ( ubicado en la Carlota, Caracas. Venezuela) y en donde conoci a mi esposa; alli trabaje como copiloto por 5 anos, posteriormente labore como capitan de un Turbo Comander y como copiloto de un Citation II para el Banco Caroni ( entidad bancaria ubicada en Caracas, Venezuela ).

Yo conoci a Victor Mones en el ano 1993, el formaba parte de un grupo de amigos en donde todos eramos pilotos, la mayoria de este grupo trabajaba para duenos de aviones que estaban basados en la Carlota que era el aeropuerto privado de Caracas, Venezuela ( y lo fue por muchos anos ). Victor trabajaba para el dueno de la Industria Farmaceutica: Laboratorios Meyer (el SR. Klaus Meyer); el poseia un avion King 90 que luego cambiaria por un Citation II, luego pasaria a un Lear 45 y por ultimo a un Challenger 601. Por todos esos anos mantuvimos una estrecha relacion no solo laboral sino tambien familiar, mi esposa Gabriela estaba embarazada de nuestro primer hijo al mismo tiempo que la esposa de Victor estaba embarazada de su segunda hija Lorein; vimos crecer a nuestros hijos juntos. Victor ya era reconocido para esa epoca como un piloto con mucho profesionalismo, muy trabajador y exigente consigo mismo, entre el grupo de amigos era muy respetado y apreciado. Yo creo que Victor es un excelente padre, profesional y amigo.

En el ano 2005 comence a trabajar con Victor como copiloto suplente del Challenger ( Victor era Capitan y Jefe de Pilotos, continuaba trabajando con el Sr. Meyer ), lo hice por aproximadamnete 1 ano. El no habia cambiado, por el contrario habia mejorado como profesional y como persona; seguia siendo muy estricto en el trabajo, se aseguraba de que todo en la operación estuviese perfecto, desde el mas minimo detalle,de que se cumpliese el horario establecido para la salida y la llegada del vuelo privado, de que el trabajo de la aeromoza fuese cumplido a cabalidad;pero a pesar de ser tan estricto y detallista su trato para con los que tratabamos con el siempre fue cordial, siempre encontraba una manera agradable para decir las cosas, a el le gusta ensenar y yo aprendi mucho de el;de su profesionalismo y responsabilidad, de su experiencia, la que compartia sin egoismo. Recuerdo que una vez tuve la oportunidad de hablar con el Sr. Meyer; yo

habia ido a buscar un cheque en su empresa y el me hizo pasar a su oficina y me hablo de lo mucho que el estimaba a Victor, como el lo consideraba como a un hijo; me hablo de lo importante que eran para el sus aviones y como sentia una total confianza en Victor.

Posterior a la muerte del Sr. Meyer en el ano 2011, Victor comenzo con su empresa Charter ( American Charter Services ), la cual se que inicio desde sus bases, primero en una oficina pequena con muy pocos empleados y posteriormente, poco a poco, fue creciendo. el tenia como un sueno lograr el certificado 135 (este un certificado en el que el operador debe de cumplir con una serie de requisitos de la FAA en areas tales como operaciones de vuelos, mantenimiento y capacitacion). Este es un certificado muy dificil de obtener y para lo que se requieren muchos anos de dedicacion. y el lo obtuvo; lo cual no es de extranar porque personas como Victor son de aquellas que por su constancia, responsabilidad y capacidad para trabajar siempre obtienen los objetivos propuestos.

Yo he sido amigo de Victor por mas de 25 anos , lo conozco desde sus inicios como copiloto en la Carlota ( en Caracas, Venezuela), he sido testigo como un amigo, de sus multiples logros y ascensos a traves de los anos; el se encargaba de la compra y venta de los aviones del Sr. Meyer cuando era muy joven asi como tambien del mantenimiento de los mismos, siempre fue justo y honesto en estos procedimientos; permanecio en un solo trabajo por mas de 22 anos, lo que en este medio no es comun. Realizo el traslado del avion del Sr Meyer desde Venezuela hacia Boca Raton, Fl . Lo introdujo en un nuevo mercado, logrando que todo saliera bien.Luego comenzo su propia empresa solo, desde las bases; en un pais extranjero, esta crecio y progreso a traves de los anos.  Victor es reconocido en la industria de la aviacion privada tanto en Venezuela como en los Estados Unidos por ser una persona extremadamente trabajadora, honesta y responsable.

Esta situacion ha afectado no solo a Victor, a su familia y amigos sino que ha derrunbado una empresa que le costo a el muchos anos de esfuerzo, dedicacion y trabajo. El dano moral y el personal al ver como se derrumba algo que ha costado tanto esfuerzo construir, no debe de ser nada facil . Yo considero a Victor un excelente amigo y prosesional.

Le agradezco Sr. Juez que lea mi carta y le pido con respeto tome estas lineas en consideracion a la hora de emitir su sentencia.

Respetuosamente:

Cesar Larez

# LETTER 11

[Certified Translation]



*3/20/20*

*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS



### ARQUIDIÓCESIS DE CARACAS
### PARROQUIA NUESTRA SEÑORA DE LA PAZ
Calle 2 con Transversal 20, Montalbán 1, Caracas
Apartado postal 29127, Caracas 1020, Venezuela
Teléfono: (+58 212) 442 4360
RIF: J-30922743-2

Caracas, December 12, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 1007-1312

Re: United States v. Victor Mones
Coro 19 Court. 144 (AKH)

Honorable Judge Hellerstein:

In our church there is a public assistance project, which feeds approximately 200 people among them children, young people, adults and the elderly, some living on the street. This work is made possible by the continuous collaboration of parishioners and people of goodwill, who in addition to food, also donate clothes in good condition that are distributed on Saturdays to these people and anyone else who needs it. The church has several apostolic groups such as: The Legion of Mary, Charismatic Renewal, Catechists, among others.

This letter certifies that Victor Mones and his family were parishioners of this Church for a period of approximately 8 years, this being during the time they lived in the community near this local church. Mr. Victor Mones and his family are Catholics and follow the parameters of that religion, and attended religious services on Sundays.

For approximately two years (2016-2018) and before the current year (2019), due to the precarious situation in our country, Victor Mones and his wife Radmil Mones with the collaboration of her mother (Maria Teresa de Malaver) collaborated by sending supplies from the USA. These supplies consisted of clothes and shoes. Likewise, food and personal hygiene products, which helped for the work that this church does.

Without further comments, best regards, and giving the Blessing in the name of the Father, the Son and the Holy Spirit.

Sincerely,

/s/

Father Marcos Linares

Parish





# ARQUIDIÓCESIS DE CARACAS
## PARROQUIA NUESTRA SEÑORA DE LA PAZ
Calle 2 con Transversal 20, Montalbán 1, Caracas
Apartado postal 29127, Caracas 1020, Venezuela
Teléfono: (+58 212) 442 4360
RIF: J-30922743-2

Caracas, 12 de diciembre de 2019

Honorable Alvin K.
Hellerstein United States
District Court Southern
District of New York United
States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones
Coro 19 Cr. 144 (AKH)

Honorable Judge Hellerstein:

En nuestra iglesia se lleva a cabo una obra social, que da de comer aproximadamente a 200 personas entre ellos encontramos niños, jóvenes, adultos y ancianos, algunos en condición de calle. Obra que se hace posible con la colaboración continua de los feligreses y personas de buena voluntad, que además de los alimentos, también donan ropa en buen estado que se reparte los días sábados a éstas y cualquier otra persona que lo necesite. La iglesia cuenta con varios grupos de apostolado como son: Legión de María, Renovación Carismática, Catequistas, entre otros.

Esta carta certifica que Víctor Mones y su familia fueron feligreses de esta Iglesia por un período de aproximadamente 8 años, esto fue durante el tiempo en el que vivieron en la comunidad cercana a esta dependencia. El señor Victor Mones y su familia son católicos y siguen los parámetros de dicha religión, acudían a los servicios religiosos efectuados los Domingos.

Durante 2 años aproximadamente (2016-2018) y con anterioridad al año en curso (2019), debido a la precaria situación de nuestro país, Victor Mones y su esposa Radmil Mones con la colaboración de la madre de esta (María Teresa de Malaver) colaboraron con envío de suministros desde USA: estos suministros consistían en ropa y zapatos. Así como también comida y productos de higiene personal. Que ayudaron para la obra que realiza esta iglesia.

Sin más a que hacer referencia se despide, dándoles la Bendición en el nombre del Padre, el Hijo y el Espíritu Santo.

Atentamente,

Pbro. Marcos Linares
Párroco

# LETTER 12

December 18, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

This letter is written on behalf of my dear friend and colleague, Victor Mones Coro.

A brief summary of my professional background follows. After receiving a BA degree in aviation, I have been a professional pilot for over 35 years, working in aviation management most of my career. For the ten years prior to my retirement, I co-founded and operated an aviation insurance brokerage in Fort Lauderdale, Florida, which was acquired by a large national company in 2018.

I have known Victor for over twenty years, first meeting him when the aircraft he managed and flew was placed on the FAA part 135 charter certificate of Reliance Aviation in Fort Lauderdale, while I was Director of Operations there. Victor was always the consummate professional pilot, demonstrating the highest level of pilot skill and proficiency, as well as the excellent customer service skills required when providing private aviation services. He was highly respected and admired by fellow crew members, support staff, aircraft owners and passengers. Victor was always focused on getting the job done in the safest, most efficient and accommodative manner possible.

I was very proud of Victor when he started his own air charter company. The time and effort required to undertake such a challenging endeavor keeps most people from even trying. Victor, however, was passionate about succeeding and spent countless hours navigating the complexities of the certification process required by the Federal Aviation Administration. Earning this well deserved achievement was truly the pinnacle of Victor's aviation career. Victor and I maintained a strong, ongoing business relationship as my firm provided insurance and risk management services required by Victor's new charter company.

As Victor and I solidified our professional relationship, a close personal friendship also developed with Victor and his family, which remains strong today. Having the privilege of watching Victor's daughters grow up from young children to the wonderful, successful adults they are today is a memory my wife and I will always cherish. Through years of personal observation, I can assure you Victor is one of the most loving and caring husbands and fathers I have ever known. I have always known Victor to be an honest, trusting individual who would go the extra mile to help both a friend or stranger in need.

Victor is a man of integrity, faith, and compassion. I have no doubt that he is extremely remorseful for any and all wrongdoing committed. We all make mistakes in life, and I truly believe Victor has learned from this mistake and will spend the rest of his life striving to always do the right thing, giving his all to friends, family and the greater community.

Thank you for your time, and I humbly ask you to consider leniency in sentencing for Victor Mones Coro.

Respectfully submitted,

Daniel Lundy

# LETTER 13

[Certified Translation]

3/24/20

*Daniel Tomlinson*
**DANIEL TOMLINSON**
**CERTIFIED TRANSLATOR**
**ADMINISTRATIVE OFFICE OF**
**THE UNITED STATES COURTS**

Caracas, March 15, 2020

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

My name is Omagdys Teresita Malaver Espinoza, I am one of the two sisters of Radmil Mones (wife of Victor Mones). I studied Graphic Design and Marketing and Advertising. Since 1995, my husband (Alejandro Ortiz) and I have owned a bakery (Panadería Santa Ana, c.a.) on Margarita Island, Venezuela, where we have been living for 25 years.

I have known Victor Mones for thirty years, we met a year before he married my sister. When they met in the town of Rio Chico, my sister had graduated as a General Practitioner and was completing her pre-requisites to begin her Pediatric degree. From that moment on, even before he formally became part of the family, his behavior was exemplary, loving and dedicated, as if he were a brother to us.

I could list an infinite number of anecdotes, moments and circumstances in which throughout all these years Victor has helped us unconditionally, but I will only share those that have been the most difficult for me because I believe that it is in these moments that you can perceive the true nature of people.

When, after a long and painful agony, my father died of prostate cancer, Victor took charge of the situation knowing that we were devastated and emotionally exhausted, making all the necessary arrangements on our behalf so that my father could have the burial he deserved.

A year later, my son (Santiago Ortiz) was diagnosed with Leukemia when he was only three years old. Treatment for this disease was very expensive in a private clinic and very soon we found ourselves in financial need that Victor helped us to solve, and that is how during the five years of that terrible experience Victor supported us, not only financially but also emotionally. Santiago is now 17 years old and for the past four years Victor has also paid for the high cost of his education.

From the very beginning, Victor has been watching over all of us, always willing to help and collaborate, not only financially but also in spirit and emotionally, always showing and offering his generous heart whenever we have needed him, whether it is me, my son or anyone in the family and its surroundings because Victor has always been an exemplary man, looking after his family, my nieces, all of us and has always been a tireless worker, responsible, dedicated, always positive, affectionate and honest.

Victor's generosity goes beyond the family, he has done public assistance work in several countries and in various settings. If he sees a situation where he can help, he does so in a selfless way. Victor Mones Coro has always been a man of integrity and generosity.

For all the reasons I have stated above - and because I believe vehemently that Victor Mones Coro is a man of integrity, a hard worker, responsible, generous and above all very kind and because, as I said before, it is in difficult situations when you can really get to know the real man, and I have had the opportunity to know the real Victor- I am turning to you on his behalf.

I am grateful that you have read my letter and I ask you very respectfully, Your Honor, to try to see in him the man I know and that I am trying to portray in these lines, to see the man of integrity who has always helped his family and others; the tireless, responsible and affectionate worker dedicated to his wife and daughters; the kind man who Victor Mones has always been.


Respectfully,

/s/

Omagdys Teresita Malaver Espinoza

Caracas, 15 de Marzo de 2020

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Asunto: United States v. Víctor Mones Coro
19 Cr. 144 (AKH)

Estimado Juez Hellerstein:

Mi nombre es Omagdys Teresita Malaver Espinoza, soy una de las dos hermanas de Radmil Mones (esposa de Víctor Mones), estudié Diseño Gráfico y Mercadeo y Publicidad; desde 1995 mi esposo (Alejandro Ortiz) y yo somos dueños de una panadería (Panadería Santa Ana, c.a.) en la Isla de Margarita, Venezuela, que es en donde residimos desde hace 25 años.

Conozco a Víctor Mones desde hace 30 años, nos conocimos un año antes de que se casara con mi hermana. Cuando se conocieron en el pueblo de Río Chico, mi hermana ya se había graduado de medico general y estaba completando los requisitos para comenzar sus estudios para obtener su titulo de Pediatria. Desde ese momento, incluso antes de pasar a ser parte de la familia formalmente, su comportamiento fue ejemplar, amoroso y dedicado, como si fuese un hermano para nosotras.

Podría enumerar infinidad de anécdotas, momentos y circunstancias en las que a lo largo de todos estos años Víctor nos ha ayudado de manera incondicional pero solo voy a compartir aquellas que han sido para mí las más difíciles porque creo que es en estos momentos en los que uno puede percibir la verdadera naturaleza de las personas:

Cuando, después de una larga y penosa agonía, mi papá murió víctima de un cáncer de próstata Víctor Mones se hizo cargo de la situación sabiendo que estábamos devastadas y agotadas emocionalmente, realizando en nuestro nombre todos los trámites pertinentes para que papá tuviera el sepelio que merecía.

Un año después, a mi hijo (Santiago Ortiz), le diagnosticaron Leucemia cuando apenas tenía tres años, el tratamiento para esta enfermedad era muy costoso en una clínica privada y muy pronto nos vimos en necesidades financieras que Víctor nos ayudó a resolver y fue así como durante los cinco años que duró aquella terrible experiencia que Víctor nos apoyó, no solo en lo financiero sino también en lo emocional. Santiago tiene ahora 17 años y desde hace cuatro años Víctor ha pagado también por los elevados costos de su educación.

Desde el primer momento Víctor ha estado pendiente de todos nosotros, siempre dispuesto a ayudar y colaborar, no solo económicamente sino también anímica y emocionalmente, siempre

mostrando y ofreciendo su corazón generoso cada vez que le hemos necesitado, se tratase de mí, de mi hijo o de cualquiera en la familia y su entorno porque Víctor siempre ha sido un hombre ejemplar, velando por su familia, por mis sobrinas, por todos nosotros y ha sido siempre un trabajador incansable, responsable, dedicado, siempre positivo, afectuoso y honesto.

La generosidad de Víctor va más allá del ámbito familiar, él ha realizado obras sociales en varios países y en diversos escenarios. Si él ve una situación en la que él pueda prestar su ayuda, él lo hace en una forma desinteresada. Víctor Mones Coro siempre ha sido un hombre íntegro y generoso.

Por todas las razones que he expuesto anteriormente y porque creo fervientemente que Víctor Mones Coro es un hombre íntegro, trabajador, responsable, generoso y sobre todo muy bondadoso y porque, como ya dije anteriormente, es en las situaciones difíciles cuando realmente se puede conocer al verdadero hombre, y yo he tenido la oportunidad de conocer al verdadero Víctor Mones, es que pido por él.

Agradezco que haya leído mi carta y le pido muy respetuosamente Sr Juez, trate de ver en él al hombre que yo conozco y que intento retratar en estas líneas, que vea al hombre íntegro que siempre ha ayudado a su familia y a los demás; al hombre trabajador incansable, responsable y afectuoso dedicado a su esposa e hijas; al hombre bondadoso que siempre ha sido Víctor Mones.

Respetuosamente,

Omagdys Teresita Malaver Espinoza

# LETTER 14

[Certified Translation]

3/20/20

*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

December 22, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I am sending this letter on behalf of and in support of Victor Mones Coro.

First of all, I would like to introduce myself. My name is Antonio Marmo, I am 58 years old, of Venezuelan origin and I have been a naturalized citizen of the United States for three and a half years. I am currently working in my own company, Mr Sleep US, LLC, based in Boca Raton, which is engaged in the sale and service of medical equipment in the cardio-respiratory field. Previously, for approximately 15 years, I worked in important American companies involved in this area, and I became Regional Manager for Latin America for these companies.

What is interesting and relevant to mention is that the possibility of being able to work in the United States for these companies was due in great measure to the unconditional support that my family and I received from Victor and his family in those first months of 2003 when I decided to emigrate with my family to this country that opened its doors to us. We lived in Victor's house in Boca Raton for about three months. You may wonder where I know Victor from; the answer, Your Honor, goes back more than 25 years. I was a neighbor of his wife Radmil Malaver in Venezuela, and then our daughters studied together beginning with the Day Care Center.

Judge Hellerstein, during all these years that I have been interacting with Victor, I have not known him as anything other than a loving and accommodating father to his wife and daughters. And a person who is totally generous and supportive of his friends. Always in an excellent mood and also always determined to support and collaborate in whatever way necessary. Although in the commercial or business aspect I do not have more information about his activities, but what I can tell you is that, from a professional point of view, Victor was a pilot who was at the top of his achievement to be able to fly planes with different features.

Judge Hellerstein, I do not know the details of this case, and I cannot explain to you why Victor committed this mistake, but I believe that his acknowledgement and his plea of guilty to what he did in front of Your Honor is a clear indication that he is willing to accept that he was wrong and that he is willing to correct it and make amends.

Judge Hellerstein, it is very difficult to describe 25 years of friendship in a few paragraphs, but I would like to thank you for taking the time to read what I have written here, and I ask you, with all due respect, to consider with mercy the case of my good friend, Victor. Any reduction of the penalty, within the legal terms, that you could agree with, I am sure would contribute not only to Victor, but would also have favorable repercussions on his wife and daughters, who, together with him, are suffering the consequences of his acts, of which I am sure he has already shown remorse.

Respectfully submitted,

/s/

Antonio Marmo

December 22th, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

Estoy enviando esta carta en nombre y en apoyo a Victor Mones Coro.

En primer lugar, quisiera presentarme; mi nombre es Antonio Marmo, tengo 58 años, soy de origen venezolano y nacionalizado como ciudadano de los Estados Unidos desde hace tres años y medio. En la actualidad estoy trabajando en mi propia empresa Mr Sleep US, LLC, con sede en Boca Raton, FL, la cual se dedica a venta y servicios de equipos médicos en el área Cardio-Respiratoria. Previamente, durante aproximadamente 15 años, trabaje en importantes compañías de los Estados Unidos relacionadas a este ramo, en los que llegue a ser Gerente Regional para Latinoamérica para estas empresas.

Lo interesante y lo relevante de mencionarle esto, es que la posibilidad de poder estar trabajar en los Estados Unidos para estas empresas, se debió en gran medida al respaldo incondicional que mi familia y yo recibimos de Victor y su familia, en aquellos primeros meses del año 2003 donde decidí emigrar con mi familia a este país que nos abrió sus puertas. Fueron alrededor de 3 meses los que vivimos en casa de Victor en Boca Ratón. Usted se preguntará de donde conozco a Victor; y la respuesta Sr. Juez se remonta a más de 25 años. Yo era vecino de su esposa Radmil Malaver en Venezuela, y después nuestras hijas estudiaron juntas desde la Guardería Infantil.

Sr. Juez Hellerstein, durante todos estos años que he tratado a Victor, no le he conocido otra faceta que la de un Padre amoroso y complaciente con su esposa e hijas. Y un ser totalmente desprendido y solidario con sus amistades. Siempre con un excelente humor y también siempre decidido a apoyar y colaborar en lo que fuese necesario. Aunque en el aspecto comercial o empresarial no tengo mayores datos de sus actividades; pero lo que si puedo indicarle es, que, desde el punto de vista profesional, Victor era un piloto que se mantenía al tope de preparación para poder volar aviones de características diferentes.

Sr. Juez Hellerstein, no sé de los pormenores de este caso, y no puedo explicarle porque Victor cometió esta falla. Pero creo que el reconocer y declararse culpable de lo que hizo ante su Señoría, es una clara indicación que está dispuesto aceptar que se equivocó y que está

dispuesto a corregir y enmendar.

Sr. Juez Hellerstein, es muy difícil poder describir 25 años de amistad en unos pocos párrafos; pero quiero agradecerle el que haya tomado su tiempo en leer lo que aquí expreso, y le pido con todo respeto; que considere con piedad el caso de mi compadre Victor. Cualquier disminución de la pena; dentro de los términos legales, que usted pudiese acordar; estoy seguro que contribuiría no solo con Victor, sino además repercutiría favorablemente en su esposa e hijas, que, junto con él, están sufriendo las consecuencias de sus actos; de los cuales, estoy seguro ya habrá mostrado arrepentimiento.

Respectfully submitted,

ANTONIO MARMO

# LETTER 15

March 3, 2020

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>

19 Cr. 144 (AKH)

Dear Judge Hellerstein:

My name is Maria Alessandra Marmo and I am submitting this letter on behalf of, and in support of, Victor Mones Coro, with whom my family and I have spent the better part of 26 years, growing and sharing beautiful memories.

Estefania Mones, Victor's older daughter, and I met in 1993, in Venezuela. We went to the same pre-k and quickly became best friends. We did everything together. We went to school together, dance classes, had sleepovers, and vacationed together. That's when our families became friends and I met Victor. I clearly remember how loving, funny, and thoughtful he was when I first met him. That never changed. I remember Victor dressing up as Santa for the kids every Christmas Eve. I remember him making sure we had enough snacks in Estefania's Princess Jasmine tent while we were "camping, in her room. I remember his big, congratulatory hugs after our dance performances. I remember thinking how cool it was Victor was a pilot and could fly planes! Most of my fond childhood memories include Victor and his family.

In 2000, Venezuela was rapidly changing, and Victor and his family moved to the United States. That was very hard on everyone. But Victor always kept our family friendship going. On January 11, 2003, my family and I moved to the United States and have lived here ever since.

Victor and his family never hesitated to open their home to my family when we first moved. We lived in their house for almost three months! It sounds like a short amount of time, but if you've had visitors at your home, Justice Hellerstein, you know it's no easy task. No matter how much you love each other. But to Victor, there was no hesitation, no question. My family needed help, and him and his family were there for us. Victor was there to help me with my English, danced with me at my "quince" was at my college graduation party, and recently danced with me again at Estefania's wedding. It is safe to say that Victor and his family have been part of very key moments in my life.

BA degrees in Communications (Advertising,) and Psychology from Florida State University, worked in production for companies such as Univision, and have managed to start a career in entertainment in Los Angeles. Something that would have been very difficult to do in Venezuela. Moving to the states has been the best thing to happen to my family and myself, and a big part of making that possible was thanks to Victor's willingness to help, kindness, compassion, and enormous heart.

Judge Hellerstein, I would like to thank you for your time and consideration in reading this letter, and respectfully would like to ask you for mercy when sentencing Victor. It is extremely difficult to contain in only a few paragraphs the love I feel towards Victor and his family. I am not well knowledgeable of the crime for which Victor has pled guilty, but I do know he feels remorse of his wrong doings. I cannot stress enough the great character of Victor Mones Coro, and know that by making himself responsible for his past actions, he is looking forward to doing and being better. A lesser sentence will not only be of value to Victor, but to his loved ones. Especially his wife, and two daughters, whose lives have also been impacted. Respectfully, I wish for nothing more than for the Mones family, and my family, to create more wonderful memories together. Thank you again for your time and mercy.

Respectfully submitted,

Maria Alessandra Marmo

# LETTER 16

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I am submitting this letter on behalf of and in support of Mr. Victor Mones Coro.

My name is Alexander Martinez and I'm a Corrections Officer in New York Metropolitan Correctional Center for the past five years and a half. I'm also an Army combat veteran with two combat tours to Iraq and one to Afghanistan. I will be retiring after 20 years of service from the Army National Guard by April of 2020 as a Sergeant First Class. I've also attended La Guardia Community College where I earned my associates degree in Criminal Justice.

At MCC NY, I am assigned to unit 7S that is the housing unit in which Mones have been incarcerated. Mones arrived to the unit on July 2019. There is where I met him. At the beginning of my shift I distribute the mail. Over time, Mones would receive a lot of self-development books ranging from authors such as Tony Robins, Ryan Holiday, to the beloved Dalai Lama. We spoke about the context of the books and carried out many conversations on how we have implemented those teachings in the past and present.

From my time with Victor, I learned that he has a good and giving heart.

I also learned that Mones has a very strong support system through his immediate family. His wife Radmil, and his daughters Estefania and Lorein Mones, visit him every week since he came to the institution. He talks about them all the time and how the family is that much stronger than before. He has shared many stories of their loving upbringing. They plan to continue living in Boca Raton, Florida.

In conclusion, the reason for this letter is to provide a reference of character for Mr. Mones. During his time here at MCC NY he has always been respectful, helps out in the up keeping of the unit and spends most of his time reading self-development books in which he is strongly planning on reinforcing during his time incarcerated, after release and with his family.

Thank you for your time to read this letter and I respectfully request to have mercy during sentencing.

Respectfully submitted,

C/O Martinez, Alexander

Scanned by CamScanner

# LETTER 17

[Certified Translation]

3/20/20
*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

12/16/2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)


Dear Judge Hellerstein:

My name is Nancy Martinez, I am a physical education teacher and also the coordinator of the Dona Lilia de Tovar Shelter Care Entity, located in the Valle del Espiritu Santo, Garcia Municipality, Margarita Island, Venezuela.

This home has been in operation for 30 years. We are a public entity and the donations we receive each month are not enough to cover the needs of the children we give shelter to.

We are a non-profit institution that shelters 21 children with ages that range from 2 to 15 years old. The youngest of our children is ███████████, who is 2 years old, after that the ages vary up to the two oldest boys: ██████████ who is 15 years old and ████████ who is 19, both being special needs children. █████████ diagnosis is handicapped vision impaired and a neurological disorder, while ██████ is compound epilepsy, behavior disorder and pronounced hemispheric dysphonia on the left side of the body.

Our work has always been complex, but now, and due to the precarious condition that the country is going through, it is even more difficult. For that reason, we place so much value on the help from generous people, such as Victor Mones Coro and his family, provide us with.

Mr. Victor Mones and his family began their donations 3 years ago (starting in 2016). Said collaboration consisted of products that are so valuable to us such as alcohol, cotton, gloves (very necessary to perform the personal grooming of the older boys) and diapers. They also provide us with medicine for fevers such as Ibuprofen for children and adults, bathing soap, shampoo, toothpaste, food (rice, grains, pasta, eggs), etc. This help, as we understand, is paid for in the United States and transported to Caracas and from there, Ms. Maria Teresa (the mother of Victor Mones's wife) and her sisters (Omagdys Teresita Malaver and Sharim Malaver) take care of providing the transportation from this country's capital to our facilities. As you can observe from my story, it is not a simple donation made through an institution, but

rather a donation made by a group of family members, who are only attempting to diminish our many needs as far as possible.

We have been receiving said donations three times a year, up until last year; this year only once, but, just the same, we appreciate it because we know that the person or persons who do this humanitarian work do so with the best of intentions and to the best of their abilities.

I do not know Mr. Victor Mones personally, but I do by reference from his wife's sisters. The idea of providing this help was his and for that we are very grateful.

Respectfully,

/s/

Nancy Martinez

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Asunto: <u>United States v. Victor Mones</u>
<u>Coro</u> 19 Cr.144 (AKH)

Estimado Juez Hellerstein:

Mi nombre es: Nancy Martinez, soy profesora de Educación Física y también la coordinadora de la Entidad de Atención Casa Abrigo Dona Lilia de Tovar, ubicada en el Valle del Espíritu Santo, Municipio García, Isla de Margarita, Venezuela.

Esta casa hogar lleva funcionando 30 años. Somos una entidad pública y las donaciones que recibimos mensualmente no nos alcanzan para cubrir todas las necesidades que tienen los niños a los que albergamos.

Nosotros somos una institución sin fines de lucro que alberga a 21 niños con edades comprendidas entre los 2 y los 15 anos. El menor de nuestros niños es ▆▆▆▆▆▆▆ de 2 anos de edad, desde aquí las edades varían hasta los dos varones más grandes: ▆▆▆▆▆ de 15 anos y ▆▆▆▆▆▆▆ de 19 anos, ambos son niños especiales, el diagnóstico de ▆▆▆▆▆ es : Invidente con discapacidad y trastorno neurológico y el de ▆▆ es: Epilepsia compleja, trastorno de conducta y disfonía marcada hemisferio cuerpo izquierdo.

Nuestra labor siempre ha sido complicada pero ahora y debido a las precarias condiciones en las que se encuentra el país, es aun más difícil. Siendo por esta razón por la que valoramos tanto la ayuda que personas bondadosa como el señor Víctor Mones Coro y su familia, nos brindan.

El Sr. Victor Mones y su familia iniciaron sus donaciones hace 3 años (desde el ano 2016 ), dichas colaboraciones consistían en productos tan valorados por nosotros como alcohol, algodón, guantes ( muy necesarios para realizar el aseo personal de los dos muchachos de mayor edad ) y panales. También nos aportan medicinas para la fiebre como Ibuprofeno para niños y adultos, jabones para bañarse, shampoo, pasta dental, comida ( arroz, granos, pasta, huevos ). Etc. Esta ayuda , según tenemos entendido, es comprada en los Estados Unidos y transportada hasta Caracas y desde allí , la senora María Teresa ( mama de la esposa del señor Victor Mones ) y sus hermanas ( Omagdys Teresita Malaver y Sharim Malaver ), se encargan de realizar el transporte desde la capital del país hasta nuestras instalaciones, como usted puede observar por medio de mi relato, no es una donación sencilla hecha a través de una institución, sino una donación realizada

por un grupo familiar, quienes solo tienen como objeto el de aminorar en lo possible nuestras multiples necesidades.

Recibimos dichas donaciones tres veces al ano, hasta el ano pasado; este ano solo una vez pero igualmente lo agradecemos porque sabemos que la persona o personas que realizan estas labores humanitarias lo hacen con la mejor disposicion y en la medida de sus posibilidades

Yo en lo personal, no conozco al Sr. Victor Mones pero si se por refencia de las hermanas de su esposa , que la idea de realizar esta ayuda fue de el, por lo que le stamos muy agradecidos.

Respetuosamente:

Nancy Martinez

Respetuosamente:

(Nombre en letra de imprenta y firma.)

# LETTER 18

December 21, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)


Dear Judge Hellerstein:


I am submitting this letter on behalf of Victor Mones Coro.

My name is Karin Meyer. Since I was a very young girl, I had been always in charge of my parent's affairs in Caracas, Venezuela. I moved to Wellington, Florida in 2002. I have known Victor for about 30 years, he was a freshly graduated pilot, who was to start working for my father's company, back in Venezuela. My father, a pilot himself, and owner of a pharmaceutical company, as well as a small airplane charter company, was considered an older person, about 68 years of age, and many people advised Victor to not take that job, because his boss would not be around for long. But Victor did take the job, as co-pilot at first, position he held for many years. He was also in charge of the maintenance of the airplanes, task he managed to perfection, my father wouldn't take less than perfection. As extremely responsible and educated, he gained my father's full trust and everyone's hearts. When my father's Chief pilot left, after a few years, he recommended Victor to be named Chief pilot, since he had not only reached the required hours and experience, but by then was known to be an extremely good and responsible pilot.

But more than that, he became part of our family. He grew very close to my father, and more than a relationship between employer and employee, they were almost like father and son. The long trips, pretty much around great part of the world, he would make those memorable for everyone involved. Not only planning, and organizing, but solving every possible problem, and making everything look easy and smooth.

We became friends, and I started to be more involved in the charter company, and soon my father moved the company to the USA, where we later came to work and live.

But Victor was always in charge of, not only my father's airplanes, but his wellbeing. Just like a son, he would take him to doctor appointments, shopping, and wherever my father wanted to go. When my father was diagnosed with colon cancer, in 2011, Victor was with him in Germany, when he had surgery, he was with him, when the Doctor told him, he had metastasis all over his body, and had not very much time left, Victor was the one who was with him, and as my father's confidant, he was ordered to keep this secret. I will never forget the day, when Victor was finally

allowed to tell me the truth about my father's health, he could barely speak. He managed to bring the whole family over to Germany, where my father was in a Hospital, in an ICU, in a coma. He would always go the extra mile for everyone.

I cannot possibly forget, how he made my father's wish come true, to pass away in his home, in Dominican Republic, flying him back from Germany to his house in Dominican Republic, where my father had moved, due to the terrible political situation in Venezuela. And he was there, by my side, more than a co-worker, a friend and a Brother. When many didn't support me as I needed, as it so often happens, when someone passes away, Victor was the only person who supported me, who stood by me, always helping, looking for legal counsel, to do things the right way, helping me to sell the plane, and close the company for good. This, your Honor, I may never ever in my life forget.

Victor worked for my father for about 22 years. His honesty, responsibility, and friendliness were what captured our hearts and trust. There is nothing able to change the confidence and friendship that unites us. We will always be part of each other's life and memories.

It is, therefore, your Honor, that I humbly ask you for clemency, and to look mercifully at the real, honest, and good person he truly is.

Respectfully submitted,

Karin Meyer

# LETTER 19

December, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

Thank you, Honorable Judge Hellerstein, for taking the time to read my letter. It is my privilege and I feel it is my duty to write these words to you. I am the son of the man who employed Victor Mones Coro for more than 20 years, before Victor started his own company.

My name is Klaus Meyer and I have been living in the US since 1981, which is when my parents sent me here to study. I started with high school and went on to college where I met my wife to be and made a life here. I am proud to be a naturalized citizen of the United States and to have a family to call my own. I am the youngest of five children, I carry my father's name and have always been as adventurous as my father was. I mention this because, all of my life I was in awe of my father and observed his every move. Much like my father, I was completely into airplanes and flying to explore new places. In this dynamic, I found myself in the company of numerous pilots who worked for my father over the years.

Captain Victor Mones Coro is one of those pilots who worked for my father who ran a pharmaceutical company called Meyer Productos Terapeuticos, CA in Caracas. Victor is the one who was employed the longest out of all the pilots, and also the most recent. He worked both in Venezuela and later here, in the USA, for more than two decades. Victor, for as long as I have known him and observed him, has consistently shown to be professional, ethical, moral, in addition to being dedicated to true excellence in his craft.

Being in charge of any aircraft and being the pilot as well, is no simple task, especially when working for someone like my father. My father was a very entitled and demanding man who expected professionalism, punctuality, a high level of competence and the willingness to drop everything at a moments notice. That last part was something that I always had difficulty understanding. The willingness of a man to drop everything in order to please my father's whim of traveling at any time. Victor exceeded all of my father's expectations over the years and continued to impress him and all of us as well.

Having grown up in a place such as Venezuela, I have known many people who were not always ethical in their actions, however, Victor Mones stood apart from the typical people my father had previously hired. Victor achieved a rapport with my father where he was considered to be part of our family Throughout his career working for and along side my father, Victor was constantly in tune with what my father wanted and was instrumental in helping my father live out some of his most cherished dreams. Together they flew to many countries on several continents, explored together, adventured together. They became so close that their relationship was much deeper than one would expect between a pilot and his employer.

I do not have much information about this case and what Victor is accused of. Victor and I are not in contact now other than to exchange "happy new year" and happy father's day" texts. What I do know

is that I am grateful, to be a person who has known Victor Mones, to have been able to trust him with the safety of my mother, that of my wife, my siblings and all of our kids when it came to transporting all of us to wherever we were going. I say that because previous to Victor, there were pilots that were absolutely unprofessional, unsafe and therefore were a risk to our wellbeing as well as anyone who boarded the aircraft they were in charge of. Victor stands alone in having an impeccable record for the entire time he was with us. I, for one, I wish him well, I wish him justice and I hope that he can come out from this experience with renewed hope and an unwavering dedication to whom he is.

Lastly, your honor, in addition to offering you my deep gratitude, I would like to offer you my invitation to contact me in case you find it relevant or helpful to you in this process. As you can see, I am not one to ask for special treatment or perhaps leniency since I am not one who possesses enough knowledge to justify such requests. I believe in our justice system and trust that truth and justice will prevail.

Respectfully submitted,

Klaus H. Meyer

# LETTER 20

19/12/2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

Firstly, wishing you a lot of joy during these holidays. I am Andrea Ochoa, a 23-year-old girl from Venezuela who is currently studying Communication and Media in Rotterdam, The Netherlands. I am also the niece of Victor Mones Coro and, even if I would get to see him once every few years, he was and still is a very important person in my life, that is why I decided to write this letter.

While growing up in Venezuela, I have to say I did not have the same wealthy lifestyle as my father's family, who happened to own many lands in Venezuela and dedicated more than 40 decades to build their fortune. This was mainly because my father passed away and my mom (a direct cousin of Victor) was raising me and my brother Leopoldo  alone when we were around two and three years old. Around this time, we moved away from my fathers' family and moved in with my grandmother. She (mother of my mother, and aunt of Victor) arrived to Venezuela at 13 years old, alone and trying to find a better life after the difficult war atmosphere present in Europe at that time. Cleaning for other people and doing basic jobs, my grandma and her sisters started working in Venezuela. Even while having low resources, she definitely put a lot of effort to get where she is today. While growing up we always had everything a kid would need in terms of food, education and basic needs, but we did not grow up with nice toys, fancy clothing, or exciting traveling trips because we did not have enough income from my mom and grandma to afford it. That is when my uncle Victor would "strike again" every Christmas or birthdays bringing all these amazing toys, clothes or anything we would need due to the ongoing political and economic situation of Venezuela.

Not only with toys and clothing, but with so much love every time we would see him. He was like that male figure we did not have to spoil us but also to have strong talks with when the teenage attitudes were kicking in. After a few years, we started visiting Miami, staying sometimes with him or other family members that reside near Miami. Every time we would visit him and the family, we would have a blast. We would jump in the pool and spend the whole day there practicing our English, or grab the bikes and go for a super long bike ride because tio Victor liked to "sport" a lot. On some nights we would watch a nice movie on Netflix eating a

surprisingly not so terrible Hawaiian pizza from Papa Johns. And the next day, Victor would wake us up with the horrible sound of the mixer around 6 or 7 am, doing his "healthy green shakes" (more like an all-you-can-find green shake), which he would kindly offer to us before getting ready to start another day in 'paradise'. This was like heaven for us coming from a country where you feel trapped, waking up, eating, going to school, coming back, eating, sleeping and repeat every day.

This lifestyle in Venezuela was never ideal, our family was spread all over the world seeking for a better life and education, and also staying away from the corrupt government of Venezuela, my brother and I also had to wait a bit longer until University because we only had a little amount of money saved to make sure we could live abroad during our studies. When finally, it was time for my brother and I to move abroad in 2015, I told my uncle Victor about my acceptance at University and my plans, but I still needed to find a cheap flight ticket. I asked him if he knew any airline where we could fly real cheap to Europe. He immediately told me not to worry that he would help with that. The morning after he called me and sent me to the private airport in Caracas, and I thought something like "wow! I guess I will meet someone who can help me finding these tickets!" Little did I know that he was planning to put us in one of the private planes returning to Miami, where my cheap 285 Euro plane ticket with TUI airline, destination Amsterdam, was waiting for me to be paid. And there I was with my brother traveling in a private plane to Miami. Victor made sure we had our favorite American water (maybe silly but he remembered), my favorite chocolate of them all, and the best pita chips that we used to buy when we traveled to Miami, I guess he even talked to the pilot to let us watch the cabin and sit there like if we were the pilots before the flight.

For us, it was our first step to leave the nightmare we grew up in and, honestly, our lives changed greatly ever since we are here in Europe. My brother and I are currently in our last year of studies. We made it into great companies for our internships (Me at Unilever in the global team, and my brother in British Tobacco in Supply Chain and administration) and we are trying our best to bring a bit of awareness and innovative ideas for these big corporates to change some toxic ways of operating (such as plastic issues or cigarette butts for example). As well, we have been able to open our minds to what is going on in the world, get amazing grades and show our potential in these big corporates and also in other jobs and courses. And we look forward to what is yet to come for us.

For now, all that we are missing is the support we used to get from him and the rest of my family. Being away from your family and not have that support we used to have is not easy, at least not for me. We know Victor and know that he is a great person who is always there to offer moral support or his awful jokes that only he, as a good dinosaur, knows. I am more than sure that he regrets deeply all that is going on and also not being on top of everything as he should have. He always taught us to work extra hard for what we want if we really wanted it, that is why I am sure that he is still having this life motto in his heart and will work extra harder to show you and us that he understands the responsibility that is on him to act as a role model for others, for us. Also, I am sure there is nothing that he and we want more than to have him coming back

home soon. At least I still dream to see him in my graduation this coming year, as I would have never pursued this crazy dream of living abroad without him.

I hope I did not write too much, but there is so much history in between to tell that few pages cannot cover! I hope I showed you at least a little bit how amazing Victor is for me and how much we need him. Even though you will read many letters on his favour, I hope this one felt as real as it feels for me. Thank you for reading it all.

Respectfully submitted,

Andrea C. Ochoa Díaz

# LETTER 21

Groningen, 13th March, 2020

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein,

I am submitting this letter on behalf of Victor Mones Coro.

My name is Leopoldo Ochoa I am currently pursuing a BsC in Industrial Engineering and Management at the University of Groningen in The Netherlands.

I have known my uncle, Victor Mones Coro since I was a child. I have always looked up to him, his values, perseverance and charisma have caused a positive impact on my life. His charisma has motivated me into always finding the positive part in any situation. Walking around with my uncle and seeing at first-hand how nicely he treats everyone truly motivated me to be a better person.

In April 2016, I moved to the Netherlands to pursue a better future and education than I could have in my country. This was three months after my sister's migration due to a delay with my official documentation. As I had always lived in the same city same house my whole life till then this was a very difficult transition in which Victor took me into his home as his own son. He did everything humanly possible to make me feel at home even though I was miles away. He took me to a small Venezuelan place near the Ft. Lauderdale airport to eat arepas, traditional food from my home country, he barbecued for me on weekends, took me out for movies and went to the gym with me. My uncle's ability to embrace me then created a very strong bond between us which made us inseparable then and made him someone I can always open up to and run to. In several opportunities my uncle has proven to be an understanding and helpful person not only to me but for my family. He was heavily involved in the acquisition and procurement of my school materials when I was still in Venezuela which enabled me to continue and finish my high school degree without any issue. Additionally, I am aware of my uncle helping my mom financially after she became a widow to ease the burden of raising two kids by herself.

I am happy and proud to be his nephew as he has given me love only comparable to a father's which for me growing up without a one made Victor a very special person in my life.

I am aware of the crimes my uncle pled guilty for. Knowing him so deeply I know that he feels extreme remorse and he will show patience and willingness to grow and improve from this. Thank you for your consideration and time.
Kind Regards,

*Leopoldo Ochoa*
Leopoldo Ochoa

# LETTER 22

[Certified Translation]


3/20/20

Daniel Tomlinson
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

December 17, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr.144 (AKH)

Dear Judge Hellerstein:

My name is Carlos Alejandro Rodriguez, I am a commercial pilot, serving the general aviation industry for 24 years, the same period of time I have known Victor Mones. We met at the airport of La Carlota, Caracas, Venezuela. We both started our careers at a very young age. We had many dreams of our futures that we have developed over the years.

Victor Mones Coro was always a hard-working and very responsible man in spite of being so young. By that time, he was a co-pilot and worked for Mr. Klaus Meyer (owner of Laboratories Meyer), and after that, thanks to his tenacity and determination, he managed to become captain. He has always been a person with a great desire to improve himself and grow personally and professionally. One of the qualities that I admired about Victor Mones is that he always selflessly helped his fellow pilots to improve themselves and move up in aviation.

Each of us followed our own lives, practicing our own careers. I retired from private aviation because I got a job with an airline (Avior) at Maiquetia International Airport (in Caracas) in 2000. We met again in Fort Lauderdale, Florida in 2012 when I moved to the U.S.A. and we still have a beautiful friendship.

I do not know the facts or details of the case, but I know from being Victor's friend for so long that he is sorry for his actions and accepts responsibly the consequences. I thank you, Judge, for having taken the time to read this letter and I ask for your leniency at the time of his sentence.

Respectfully:

/s/

Carlos Rodriguez

17 de diciembre de 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Estimado Juez Hellerstein:

Mi nombre es Carlos Alejandro Rodríguez, soy piloto comercial, sirviendo a la industria de la aviación general desde hace 24 años, el mismo período de tiempo que tengo conociendo a Victor Mones. Nos conocimos en el aeropuerto de la Carlota, Caracas, Venezuela. Ambos iniciamos nuestras carreras a una edad muy temprana. Teníamos muchos sueños para nuestros futuros que hemos ido desarrollando a lo largo de los años.

Victor Mones Coro siempre fue un hombre trabajador y muy responsable a pesar de ser tan joven, para ese entonces él era copiloto y trabajaba para el Sr. Klaus Meyer (dueño de Laboratories Meyer), posteriormente y gracias a su tenacidad y empeño logro convertirse en capitán. Él siempre ha sido una persona con muchas ganas de superarse y crecer personalmente y profesionalmente. Una de las cualidades que admiré de Victor Mones, es que él siempre ayudaba desinteresadamente a sus compañeros pilotos a superarse y subir de posición en la aviación.

Cada quien siguió su vida, ejerciendo sus carreras, yo me retiré de la aviación privada ya que conseguí un trabajo en una Aerolínea (Avior) en el aeropuerto Internacional de Maiquetía (en Caracas), en el año 2000. Nos reencontramos en Fort Lauderdale, Florida en el año 2012 cuando me mudé a U.S.A y seguimos con una linda Amistad.

Desconozco los hechos o los detalles del caso, pero sé por haber sido amigo de Victor por tanto tiempo que él está arrepentido de sus actos y acepta con responsabilidad sus consecuencias. Agradezco Sr. Juez, por haberse tomado el tiempo de leer esta carta y le pido clemencia a la hora de su sentencia.

Respetuosamente:

Carlos Rodriguez

# LETTER 23

[Certified Translation]

3/24/20

*Daniel Tomlinson*

DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

March 15, 2020

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

My name is Norelis Rodriguez, and I am the director of Casa Hogar Maria Goreti, located on Rojas Street, in Asuncion, Margarita Island, Venezuela. Maria Goreti is a transitional home for abandoned children that are waiting to be adopted by their permanent families. Here the children receive shelter, food and care while they are waiting adoption. We have had this home active for 23 years. Currently, we only have 7 children due to the difficult situation that this country is going through where each day there are more children who need our help. However, due to the precarious situation that we are facing, we cannot accept more children for now, because we do not have any way to support them. I myself needed to look for an extra job to be able to obtain some money to contribute food and other basic need items for the home.

Mr. Victor Mones and his family have contributed their help by donating mainly personal hygiene items (shampoo, soap, toothpaste, rinse, etc.), on several occasions, between the years spanning 2016-2018, and, on one occasion, food (rice, pasta, grains), this donation being in an amount equivalent to $100. This donation reaches our institution thanks to the sister (Sharim Malaver) of Mr. Mones's wife who then takes care of bringing it from Caracas.

My contact has been with Mr. Mones's sister-in-law (Sharim Malaver), and while I have never met Mr. Mones or his wife, I do know his wife's sister (Sharim Malaver) and I think in this world we need more people like Mr. Mones and his family who are ready to help in an unselfish manner.

Respectfully,

/s/

Norelis Rodriguez

Marzo 15 del 2020

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Estimado Juez Hellerstein:

Mi nombre es Norelis Rodríguez, soy la directora de la Casa Hogar María Goreti, ubicada en la calle Rojas. en la Asunción, Isla de Margarita, Venezuela. María Goreti es un hogar de transicion para niños que han sido abandonados y estan a la espera de ser adoptados por sus familias permanentes. Aquí los niños reciben albergue, comida y atencion mientras esperan ser adoptados. Hemos tenido esta casa hogar activa durante 23 años. Actualmente solo tenemos 7 niños debido a la difícil situación que enfrenta el país en donde cada día son más los niños que necesitan de nuestra ayuda, pero debido a la precaria situación que enfrentamos no podemos aceptar más niños por ahora, porque no tenemos como mantenerlos. Yo misma me vi en la necesidad de buscar un empleo extra para poder obtener algo de dinero que aporta alimento y otros artículos de primera necesidad a la casa hogar.

El Sr. Victor Mones y su familia han aportado su ayuda a través de la donación principalmente de artículos de higiene personal (champú, jabón, pasta dental, enjuague, etc.) en varias oportunidades durante los años comprendidos entre el 2016-2018 y en una oportunidad alimentos (arroz, pasta, granos) esta última donación con un valor equivalente 100$ esta donación llega a nuestra institución gracias a la hermana (Sharim Malaver) de la esposa del Sr. Mones quien a su vez se encarga de traerla desde Caracas.

Mi contacto ha sido con la cuñada del Sr. Mones (Sharim Malaver), y aunque nunca he conocido al Sr. Victor Mones ni a su esposa, pero si conozco a la hermana de su esposa (Sharim Malaver) y pienso que necesitamos en el mundo a más personas como el Sr. Mones y su familia que están dispuestas a ayudar en una forma desinteresada.

Respetuosamente:

Norelis Rodriguez.

RIF: J-30335596-0

# LETTER 24

December 30, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I am writing this letter on behalf and in support of Victor Mones Coro.

My name is Manuel Ruanova. I am 40 years old. I am the Director of Business Development for an aviation company in Chicago, Illinois. I have a passion in aviation, and I started when l was in my early 20's as an aircraft mechanic, moving up to aircraft maintenance programs as Director of Sales, and now I became Director of Business Development for Central and South America.

I met Victor Mones Coro in 2014 when one of his sales directors approached me to learn about our products and services. I did not take long until I knew that Victor Mones Coro will be a loyal and trustworthy client for years to come. We have attended numerous aviation related events where he was always welcomed and liked by everyone in the industry. Even though it may seem that aviation is a huge field, everyone knows everyone. He always was willing to help whoever needed advice and support.

Because of the confidence and trust Victor earned thought the years I have known him, I connected him and his team with a client in Mexico, a client that was in need of support and assistance from a trustworthy aircraft broker company to help them with their aircraft sales. Although the transaction was difficult and time consuming, Victor and his team were always on top of every detail, willing to help facilitate everyone's needs, making sure everyone was treated fairly during the transaction that lead to a successful closing.

Besides Victor's work ethics, professionalism, and integrity, I cannot let pass the kind heart and selfless he is to make the difference in the world. When I heard his mission back in 2017 when hurricane Maria struck the island of Puerto Rico, immediately him and his team put together an organization called American Smile Plane to bring a Christmas Miracle and Joy to the children affected by the hurricane. I can personally say I was moved from the heartfelt act of kindness that not many people in aviation do purely out of their hearts. My coworker mentioned me that if there were more people like the American Smile Plane team this world would be a different place.

Although I do not know all details of the case, I understand that Victor has plead guilty to his charge. I

know that he regrets any wrongdoing and he accepts with responsibility his acts. Victor Mones is a kindhearted person, he is someone I look up to with respect and he is a role model for his family. employees and our community.

Thank you Judge, for reading my letter and considering its contents. I ask for your mercy and leniency in sentencing Victor Mones Coro. He is a valuable human being that made a difference and showed humanity that their hope in this world.

Thank you for your time.

Respectfully submitted,

Manuel ████ va
Director of Business Development

# LETTER 25

*3/20/20*

Daniel Tomlinson
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

December 14, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr.144 (AKH)

Dear Judge Hellerstein:

My name is Jorge Luis Salazar Burger, an Engineer by profession, and I want to state that in the approximately 30 years that I have known Victor Mones Coro and his family, he has always been a generous person, concerned about the welfare of all of us who are around him, with me he has always opened the doors of his home, his family and his heart, lending a helping hand to those who need it: a perfectionist, hardworking, a family man, determined, an entrepreneur and, in general, a great support for all those who are by his side.

I met Victor while studying Engineering at the University Santa Maria in Caracas Venezuela in 1989. At that time, he dreamed of being a pilot, which he would achieve over time. Since the day we met, our friendship was forged and has not done anything except grow over the years. I consider him part of my family, and his family part of mine.

For me he has been more than a friend, a brother, who has always supported and advised me throughout my life. I am going to refer to a very difficult time when I lost my construction company in Venezuela, in 2006, which affected me a lot physically and mentally, I fell into a deep depression, my friends turned their backs on me, but Victor helped me to get on my feet, he took me into his home until I regained my health, he gave me advice, he encouraged me to continue with a new project in the United States. We bought an organic pizza restaurant from a franchise called Pizza Fusion, with Victor and I as partners. Victor was in charge of handling the business part of the restaurant and I managed the day-to-day operations. Victor and I were owners of the pizza restaurant for approximately two years, from 2007 to 2009. The work was hard and we worked for long stretches of time, but we were committed to what we were doing. He was doing everything possible to help me get established in a new country and I was excited about a new life. In his free time, when he was not working as a pilot, he

would support me at work, and he even involved his family and motivated them to work with us. He made us see that no job is bad no matter how difficult it is, that work and family togetherness can go hand in hand and that with effort all the things we set out to do can be achieved.

For personal reasons, I decided to return to my country but the experience that Victor gave me helped me to see life differently. I learned that no matter how adverse the conditions are, you have to be strong and work hard at what you want, that work, no matter how difficult it is, must be done in an honest and responsible way, that you have to be persistent and consistent to achieve what you want. It was thanks to this lesson that I am in my country struggling under adverse conditions, due to the situation of the country that everyone knows about, without getting depressed. Instead, I work with strength and determination.

Victor has always been loved and appreciated by all those around him, he is known for his pursuit of excellence, always looking for solutions, seeing the positive side of everything that happens, by being open-minded, always studying and learning.

For my family, he has always represented a symbol of strength, always giving us his love, his smile, his unconditional support. He has always been present to give us the push, the advice, the love in the moment we have needed it, without asking for anything in return.

I remember that close to where he lived in El Junquito in Venezuela, there was an orphanage for blind children and he devoted himself to the task of collecting toys and even money, which he donated to these children, to make them feel loved and appreciated by society.

The dream that he has always shared with me is to have a Red Biplane, as a symbol of support for the neediest, the orphaned children, and with the plane raise money, doing pirouettes and rides.

Victor Mones has passed on to me the regret and great pain that he feels for the pain he has caused to everyone, especially his wife and daughters, in addition to how much he has learned from this situation.

I have no doubt, considering myself his best friend and having remained in contact with him through emails during much of this process, that his regret is sincere and that the suffering he has had to go through has not been easy for him, because he has always been a man of wholehearted convictions, an honest man, a family man. He has never been separated from his wife for so long, he has never spent a Christmas away from home, even working as a private pilot for 23 years, this is not easy to achieve. It is for this reason that he has told me that this Christmas season has been very difficult, that he has felt a great sadness for being away from his family for the first time in 30 years.

I have nothing but gratitude for Victor Mones for allowing me to be a part of his life and his family; I only have feelings of admiration and great affection for him and his family.

I appreciate the time you spend reading these words and humbly ask for your leniency with my friend, as all of us who appreciate him so much are very much afflicted by this situation.

Respectfully submitted,

/s/

Jorge Luis Salazar Burger

14 Diciembre 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Asunto: <u>United States v. Victor Mones Coro</u>
19 Cr.144 (AKH)

Estimado Juez Hellerstein:

Mi nombre es Jorge Luis Salazar Burger, Ingeniero de profesión, y quiero hacer constar que en los aproximadamente 30 años que llevo conociendo a Víctor Mones Coro y a su familia, siempre ha sido una persona generosa, preocupada por el bienestar de todos los que lo rodeamos, siempre me ha abierto las puertas de su hogar, su familia y su Corazón, tendiendo una mano amiga a el que la necesita: perfeccionista, trabajador , familiar, luchador, emprendedor y, en general un gran apoyo para todos los que están a su lado.

Conocí a Víctor estudiando Ingeniería en la Universidad Santa María en Caracas Venezuela en el año 1989, para esa época soñaba con ser piloto, lo cual lograría con el tiempo. Desde el día en que nos conocimos, nuestra Amistad se forjo y no ha hecho otra cosa que crecer a través de los años; yo lo considero parte de mi familia, y su familia parte de la mía.

Para mí ha sido más que un amigo, un hermano, que siempre me ha apoyado y me ha aconsejado a lo largo de toda mi vida. Voy a referirme a una época muy difícil cuando perdí mi compañía de construcción en Venezuela, en el año 2006, esto me afecto mucho física y mentalmente, caí en una depresión profunda, mis amigos me dieron la espalda, pero Víctor me ayudo a levantarme, me acogió en su casa hasta que recupere la salud, me aconsejó, me animó a seguir adelante con un nuevo Proyecto en los Estados Unidos. Compramos un restaurante de pizzas orgánicas de una franquisia que se llama Pizza Fusion, Victor y yo como socios. Victor se encargaba de manejar la parte de negocios del restaurante y yo administraba las operaciones del dia a dia. Victor y yo fuimos duenos de la pizzeria aproximadamente dos años desde el 2007 al 2009. El trabajo era fuerte y trabajábamos por largos periodos de tiempo, pero nosotros estábamos comprometidos en lo que estábamos haciendo. El estaba haciendo todo lo posible para ayudarme a establecerme en un nuevo país y yo ilusionado con una nueva vida. En su tiempo libre, cuando no estaba trabajando como piloto, iba a apoyarme en el trabajo, incluso involucró a su familia y los motivó a trabajar con nosotros. Nos hizo ver que ningún trabajo es malo por muy difícil que sea, que el trabajo y la

unión familiar pueden ir juntos y que con esfuerzo se pueden lograr todas las cosas que nos propongamos.

Por razones personales decidí regresar a mi país, pero la experiencia que Víctor me brido me ayudó a ver la vida de otra manera, aprendí que sin importar si las condiciones son adversas, uno tiene que ser fuerte y trabajar duro en lo que quiere, que el trabajo sin importar lo fuerte que sea, debe de hacerse de una forma honrada y responsable, que hay que ser perseverante y constante para lograr lo que se quiere. Fue gracias a ese aprendizaje que estoy en mi país luchando en condiciones adversas, debido a la situación del país que ya todos conocen: sin deprimirme, por el contrario, trabajo con fuerza y determinación.

Víctor siempre ha sido muy querido y apreciado por todos los que lo rodean, se conoce por su búsqueda de la excelencia, siempre buscando las soluciones, viendo el lado positivo de todo lo que ocurre, por ser de una mentalidad abierta, siempre estudiando y aprendiendo.

Para mi familia, él siempre ha representado un símbolo de fortaleza, brindándonos siempre su amor, su sonrisa, su apoyo incondicional. Siempre ha estado presente para darnos el empuje, el concejo, el cariño en el momento en el que lo hemos necesitado, sin pedir nada a cambio.

Recuerdo que cerca de donde él vivía en el Junquito en Venezuela, existía un orfanato de niños ciegos y él se daba a la tarea de recaudar juguetes e incluso fondos, que donaba a estos niños, para hacerlos sentir queridos y apreciados por la sociedad.

El sueño que siempre ha compartido conmigo es tener un avión Biplano Rojo, el cual sea un símbolo de apoyo a los más necesitados, a los niños huérfanos, y con el avión recaudar fondos, hacienda piruetas y paseos.

Víctor Mones me ha transmitido el arrepentimiento y el gran dolor que siente por el dolor causado a todos, especialmente a su esposa e hijas, además de lo mucho que ha aprendido de esta situación.

No me cabe la menor duda, considerándome su mejor amigo y habiendo permanecido en contacto con él a través de emails durante gran parte de este proceso, de que su arrepentimiento es sincero y de que el sufrimiento por el que ha tenido que pasar, no ha sido nada fácil para él, porque él siempre ha sido un hombre de convicciones integras, un hombre honrado, familiar. Él nunca había estado separado de su esposa por tanto tiempo, nunca había pasado una Navidad fuera de su casa, a pesar de que cuando se trabaja como piloto privado por 23 años, esto no sea nada fácil de lograr.es por esta razón que me ha contado que ha esta época navideña ha sido muy difícil, que ha sentido una gran tristeza por estar lejos de su familia por primera vez en 30 años.

No tengo más que agradecimiento a Víctor Mones por haberme permitido el formar parte de su

vida y de su familia; solo tengo sentimientos de admiración y gran cariño, por él y los suyos.

Agradezco el tiempo dedicado a leer estas palabras y pido humildemente por su Clemencia para mi amigo, ya que todos los que lo apreciamos tanto estamos muy afectados por esta situación.

Respectfully submitted,

Jorge Luis Salazar Burger

# LETTER 26

[Certified Translation]

3/20/20

Daniel Tomlinson
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

Boca Raton, December 14, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

My name is Diana Sotillo, I am 68 years old, I am a Certified Public Accountant, I have worked for 44 years in positions such as Controller and in Management.  A native of Venezuela, since 2007 I have been coming periodically to the U.S.A. I obtained Permanent Residence in the United States at the beginning of 2016, and I now live in Boca Raton, Florida.  In 2010, I met Victor Mones Coro, through my friendship with his wife, whom I met in a yoga class. We have had, at this time, almost ten years of friendship.

In all these years of friendship, I have been able to socialize with Victor and his family on many occasions, both at his home and in ours, or on outings and gatherings outside the home. On such significant occasions as Christmas, and because most of my family is far away, we have been welcomed by Victor and his family as if we were other members, enjoying their personal qualities and generous hospitality. All those shared moments have allowed us to develop strong bonds of friendship. I can attest, through my experience, that Victor always tries to do everything possible to make the people around him feel comfortable, making small gatherings special moments through his innumerable small gestures.  Victor has always proved to be a family man, respectful, kind, honest and generous.

On many occasions I have known of his generosity, when he commented on his plans to help people in need. He never boasted about how he had helped someone, he only talked about the project he and his work team were working on at that time or about his plans for the future to continue helping people in need.

I had the opportunity to collaborate in the collection of toys that took place in 2017, when Victor had the wonderful idea of collecting toys to take them on an airplane with his team of helpers and a "Santa Claus" to the Island of Puerto Rico, to brighten Christmas for children whose families had been affected by Hurricane Maria. Demonstrating his human quality. With that initiative, his physical effort and using the resources of his company, he managed to get many people to help gather toys for the children and by his own means transported them so that the children would have gifts at Christmas.

Talking about that achievement in simple terms, without bragging about how they had done it, focusing on the results, by being able to describe the children's expression of happiness on their faces. Victor was sharing the merit or success of what was accomplished with the people who worked for him, who had helped selflessly during their working hours to obtain that result.

This project was also carried out on a second occasion, but on a smaller scale. He has also provided help, contributing food, clothing and personal hygiene items to people in need in Venezuela on numerous occasions. He has also helped his close friends on many occasions who were in some financial trouble.

I can attest that Victor has always been a person concerned about the welfare of others, demonstrating it with his generosity and interest for all, always willing to help whomever needs it. He is jovial, friendly, sincere, and he believes in and trusts the people around him.

I respectfully request your benevolence at the time of sentencing Victor Mones Coro by virtue of his qualities of honesty, generosity, and for the welfare of all his family, and those of us friends who have always had his presence on very important dates, both family and social.

Respectfully submitted,

/s/

Diana Sotillo Sarmiento

Boca Raton, diciembre 14 de 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Asunto: United States v. Víctor Mones Coro
19 Cr.144 (AKH)

Estimado Juez Hellerstein:

Mi nombre es Diana Sotillo, tengo 68 años, soy Contador Público Certificado, trabaje durante 44 años desempeñando en cargos de Contraloría y Gerencia. Originaria de Venezuela, desde el año 2007 estuve viniendo periódicamente a U.S.A. Yo obtuve la Residencia Permanente en los Estados Unidos a principios de 2016, y al presente vivo en Boca Ratón, Florida. En el año 2010, conocí a Víctor Mones Coro, a través de mi relación de amistad con su esposa, a la que conocí en una clase de yoga. Hemos tenido, para este momento, casi diez años de amistad.

En todos estos años de amistad, he podido compartir con Víctor y su familia en muchas ocasiones, tanto en su casa como en la nuestra, o en paseos y encuentros fuera. En ocasiones tan significativas como es la Navidad, y por tener la mayor parte de mi familia lejos, hemos sido acogidos por Víctor y su familia como otros miembros más, disfrutando de su calidad personal y generosa hospitalidad. Todos esos momentos compartidos ha permitido desarrollar fuertes lazos de amistad. Puedo dar fe, a través de mi experiencia que Víctor siempre trata de hacer todo lo posible para que las personas que se encuentran a su alrededor se sientan cómodas, haciendo de pequeñas reuniones momentos especiales, por medio de sus innumerables detalles. Víctor Mones siempre ha demostrado ser un hombre de familia, respetuoso, noble, honesto y generoso.

En muchas oportunidades, he sabido de su generosidad, cuando comentaba sus planes para ayudar a personas necesitadas. Nunca hizo alarde de cómo había ayudado a alguien, solo hablaba del proyecto que en ese momento él y su equipo de trabajo estaba realizando o de sus planes a futuro para continuar ayudando a las personas necesitadas.

Tuve la oportunidad de colaborar en la recolección de juguetes que se realizó en el año 2017, cuando Víctor tuvo la maravillosa idea de recolectar juguetes para llevarlos en un avión con su equipo de ayudantes y un "Santa Claus" a la Isla de Puerto Rico, para alegrar la navidad a los niños cuyas familias se habían visto afectadas por el huracán María. Demostrando su calidad humana. Con esa iniciativa, su esfuerzo físico y utilizando los recursos de su empresa, él logró que muchas personas ayudaran para reunir juguetes para los niños y con sus propios medios los transportó para que los niños tuvieran regalos en Navidad.

Hablando de ese logro de forma sencilla, sin alardear de cómo lo habían hecho, enfocándose en los resultados, al poder describir la expresión de felicidad de los niños en sus rostros, Víctor compartía el mérito o éxito de lo realizado con las personas que laboraban para él, que habían ayudado de forma desinteresada dentro de sus horas laborales para obtener ese resultado.



Este proyecto lo llevó también a cabo en una segunda oportunidad, pero a menor escala. De igual forma, ha prestado ayuda, aportando alimentos, ropa y artículos de aseo personal a personas necesitadas en Venezuela, en numerosas ocasiones. Así como también, ha ayudado en muchas ocasiones a amigos cercanos a él, que se encontraban en algún apuro económico.

Puedo dar fe, que Víctor siempre ha sido una persona preocupada por el bienestar de otras personas, demostrándolo con su generosidad e interés por todos, siempre dispuesto a ayudar a quien lo requiera. Es de un carácter jovial, amistoso, sincero, cree y confía en las personas que lo rodean.

Con todo respeto solicito de Ud. su benevolencia a la hora de sentenciar a Víctor Mones Coro en virtud de sus cualidades de honestidad, generosidad, y por el bienestar de toda su familia, y de las amistades que siempre hemos contado con su presencia en fechas muy importantes, tanto familiares como sociales.

Respetuosamente sometido,

Diana Sotillo Sarmiento

# LETTER 27

March 9, 2020

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I respectfully write to share my unequivocal support and admiration of Mr. Victor Mones Coro.

My name is Jared Stark and I am Managing Partner of Stark Weber PLLC, a law firm headquartered in South Florida. I am a graduate of Georgetown University Law Center and practice corporate and intellectual property law. Although I first met Victor when his company hired my firm as outside corporate counsel, I am today proud to write as Victor's friend.

Victor is truly selfless and caring in a way that exemplifies the best of human nature. When both Hurricane Irma and Hurricane Maria devastated Puerto Rico, Victor flew an airplane full of toys to the island to bring joy to children undergoing unimaginable hardships. This anecdote is just one of many – Victor is known in the South Florida community as a generous man with a big heart always willing to help others.

Victor has also contributed to his community by establishing a business that employed a number of people. To say that Victor is a "popular boss" would be an understatement. Victor's effervescent spirit is contagious. His employees loved coming to work, and for good reason: Victor is always willing to help and empower those around him. Victor routinely helped employees and their families through tough personal issues and often made gifts to help those in need. Truly, Victor is uniformly beloved by those who know him.

I believe that Victor is sincerely remorseful for his actions. I have no doubt that, as soon as he is given the chance, Victor will again dedicate himself to the betterment of his community. I thus respectfully ask that you take into account Victor's long history of benevolence and his contributions to society when rendering the sentence in his case. I believe that as soon as Victor is given the opportunity to once again better his community, he will.

I sincerely thank you for your time and thoughtful consideration.

Respectfully submitted,

Jared A. Stark

# LETTER 28

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I am writing this letter on behalf of Victor Mones Coro.

I own a Human Performance and Pro Boxing Academy in Boca Raton, Florida and have spent 20 plus years in senior management for Big box corporate gyms LA Fitness, Golds Gym, 24 Hour Fitness and Ladies only franchising. I have a bachelor's degree in education and Master of Science in Exercise Science. I've personally owned and operated six gyms and consulted nationally hundreds of private owners and franchisees. Four years ago, I was given the opportunity to embark on a challenge of consulting for a distressed Boxing/Fitness facility. I instituted best practices, built fail proof systems, rebuilt staff and eventually was asked to take-over one hundred percent ownership and day to day operations of the facility.

I met Victor Mones Coro several months after on-boarding at this facility and decided to accept the responsibility of training Victor and providing motivation for his overall health and wellness plan. I've built and designed thousands of programs in 20 plus years in my private training career and truthfully never met anyone as unique and kind as Victor Mones Coro. From the moment I met Victor he was selfless, kind and intrinsically motivated. He was always motivated came in early, stayed late, asked questions and showed a genuine willingness to improve his life and inspire those around him. In nearly every encounter Victor would talk about inspiration for his wife and daughters and those who worked for him. Countless times he showed genuine appreciation for his experience and wanted those around him to come and experience the same uplifting and culture he helped create with his welcoming demeanor and warm sincerity.

Our relationship grew as his programming took shape and he increased his commitment five days a week, redefining his overall health. Countless times Victor offered to assist in open houses, web site designs, cross marketing strategies, bartering for the overall benefit of building Esprit De Corp for both businesses, volunteering to assist with his time and resources and truly making a personal impact on the overall benefit of the gym he called home. I personally witnessed countless acts of philanthropy, helping kids less fortunate,

toy drives, gift wrappings, and he even gave my son an amazing experience of opening his eyes to his private jet company by spending hours of his own time and a flight experience my son and I won't soon forget, volunteering his time and resources to see joy on my son's face.

Victor did nothing for public approval social media posts or fanfare. His humility is real, his kindness authentic, and heart pure. There's never been a single Holiday Birthday or special occasion for myself or family where Victor wasn't the first to do something to make that day special. He's supported me personally and professionally and has always been a symbol of class and kindness personified.

It is my honor that I write this letter of support with admiration for a man who's been a pillar of his community and placed the highest value on God, family, and those fortunate enough to be called his friend. Victor started off merely as a client, quickly became a friend and now he will forever be family to me and my son. Those around him who've been fortunate enough to be in his presence have all benefited from his warmth sincerity and selflessness.

Please take these words and the lifelong sustainable righteous path Victor has taken where's he's truly touched so many, inspired me personally and is a value to all those he touched. Thank you for taking the time and consideration of asking for fairness for the single most impactful person I've ever met in my life outside my immediate family.

Respectfully submitted,

Steven Stoliker

Steven Stoliker

Signature: Steven Stoliker (Mar 19, 2020)

Email:

# LETTER 29

December 7, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

This letter is intended to be written in behalf of and, in support of Victor Mones Coro. I am honored to say I have been welcomed into Victor's family with open arms from the day I became a friend of his daughter, Lorein, and treated as if I was a child of their own ever since. Having the opportunity to write this letter in behalf of Victor brings me great joy. I feel as though I finally get to spread the beauty of my friends' father to a broader audience, I am now able to spread the heartfelt stories that his family and I have created together.

My name is Sloane Talton, I am 20 years old, and have known Victor Mones Coro since 2016. I am a full-time college student majoring in Computer Science. I have collaborated with and fully intend to join the Federal Bureau of Investigation as a legacy to my own father who worked for the FBI previously. My father influenced me to be a very driven individual who doesn't find pleasure by partaking in any activities that do not assist me in creating a better future for myself. One of the main reasons I am so lucky to have met Lorein Mones, is that she has the same mindset as I do and, it's clear to see she got it from her father as well.

In 2016, I was told that my father had been affected by an incurable disease called ALS and we were moving from where I grew up in Houston, Texas for him to spend the remainder of his life in Miami, Florida near our extended family. I felt as if my world was crashing down on me, the range of emotions that made it hard to function as a 'normal' high school student in a new state, and to make friends, until I met Lorein. Lorein saw me for who I was, and not my outside circumstances. She was always patient, loving and caring towards me, and all of her other friends. I knew from the day I met her, by the way she carried herself, that she was raised well. The day I met her family it all made sense. Her mother and father greeted me with open arms and wide smiles. The home that Victor and Radmil built for themselves was filled with so much happiness and positivity, the love that they all had for each other nearly brought tears to my eyes. I was struggling to hold my own family together, but when I spent time with Lorein, Victor and Radmil I felt at ease. Soon I was invited to family dinners, events, and much more. Victor and Radmil had an unlimited supply of pure love to spread to everyone who entered their lives.

. Although everyone knew immediately when my father passed away last year, Victor personally impacted me the most. When the others weren't around, he would start conversations with me asking me questions nobody else seemed to care to ask. Those being, how my mental health was,

how my family was doing, did I need any help financially, I felt as if I was a daughter of his own. He soon put himself into this position on his own accord, he and Radmil felt like my home away from home. The parents I never had, suddenly at 19 years old I found through Lorein. Victor was always a man I knew I could go to for good advice, with every question you asked there was always a carefully thought out response that, to this day has yet to prove itself wrong. I sometimes would ask him things, like what my major in college should be for example. At the time I was a psychology major, he told me although I would go far with that degree, I could change the world if I chose to reach for the stars and follow in my fathers' footsteps. I pushed the advice to the back of my mind at the time, but with the position I am in now, I realize he was right. He has so much love to give, so many funny stories to tell, and such a kind soul.

I would like to clearly state that I am aware of the allegations made against Victor Mones. I am not able to provide any evidence, because I was not a part of Victor's work life, I knew him only when he was around family. What I do know is that the time spent away from family and work has affected him greatly, both for the better and worse. He misses his wife and daughters; every opportunity he gets he calls them and tells them how he is doing and throws in a funny story to lighten the mood. It amazes me how selfless this man is, despite everything that has been thrown his direction these past two years he still manages to put his family's happiness first. While the time away from his family has been hard, he has also been exposed to a life he had yet to experience before this series of events. Victor and his daughters plan to start a clothing company when he is able to return to his family. His inspiration was being in jail and seeing everyone treated with equal respect, because no one person has more than the other there is more of a focus on personality rather than physical traits. He wants to create a brand for the outside world similar to that, simple attire that isn't as flashy as what is most popular now, making it so that the materials that drape over a person's body don't define them, what matters is on the inside. He fully understands the crimes in which he committed, Victor does not deny to anyone he has spoken to that he feels extremely remorseful for his actions. What he has done is take time to learn from his actions and progressively better himself every day.

I want to thank you for taking the time to read through this letter, the occupation you have chosen takes hard work and dedication to achieve and I have the upmost respect for the work you put into bettering this country. I hope what I have written is clear and legible and, may possibly give you some insight on who Victor truly is.

As stated before, Victor holds a vital role in not only my life, but many others as well. When Victor is not present, the lack of positive energy and silly dad jokes in the room is apparent. If Victor is given a lesser sentence, that much needed energy will return at an earlier date and his plans for his family will be able to be carried out as he planned. Everyone in his life would undoubtably be extremely appreciative if you do decide to grant him the opportunity for a shorter sentence.

Respectfully submitted,

Sloane A Talton

# LETTER 30

3/20/20

*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

Date: December 15, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St
New York, New York 10007-1312

Re: United States v. Victor Mones Coro
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I am writing this letter in support of Victor Mones Coro.

My name is Daniel Tatoli, a 20-year-old Venezuelan currently residing in Argentina where I am studying public accounting at the University of Buenos Aires. In Venezuela, I studied economics for one year at the Universidad Católica Andrés Bello, in Caracas.

I have known Victor Mones all my life because he is the husband of my sister's godmother, and the father of her best friend. During my 20 years, I have only seen good things in him.

In the moments I have been able to share with Victor in his home, he has shown himself to be a good example of a person: honest, hardworking, committed and very family oriented, always with a positive attitude helping me to have a complete personal development.

I remember that for approximately four years (from 2015 to the beginning of 2018) before we moved to Argentina he helped us by frequently sending us food, personal hygiene items and stationery (which was useful for our classwork, since we lacked it in the schools) to help us with the situation we were going through in that country, not only to my family but also to other people. I remember that the boxes were big and I was a child and I could not carry them. One day the elevator broke down in the building and we had to open them up and take them up little by little because they were very heavy. Victor is a good, honest and hard-working person.

During the times I was at his house in Boca Raton, Florida on vacation, I always saw him working, when it was not in his office it was on the things that were pending in the house. We would go out on weekends and he would advise me that you have to work with tenacity to get what you want. I also remember that on one occasion he told me that starting out in another country was not easy, but that if you made an

effort and were consistent you could achieve your goals. That advice has served me well in this country where I have been an immigrant for a year and a half. It has not been easy, but we have managed to establish ourselves and obtain the things that we could no longer obtain in our country.

Due to his wise advice and his always jovial attitude, I am very grateful to him.

I thank you for reading this letter, which I hope will be useful to you, and I thank you for the time you have taken to read it.

Respectfully:

/s/

Daniel Tatoli Torres

15 de Diciembre del 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St
New York, New York 10007-1312

Asunto: United States v. Victor Mones Coro
19 Cr.144 ( AKH )

Estimado Juez Hellerstein:

Escribo esta carta en soporte a Victor Mones Coro.

Soy Daniel Tatoli, venezolano de 20 años de edad, actualmente residenciado en Argentina en dónde estudió contaduría pública en la universidad de Buenos Aires. En Venezuela cursé estudios de economía por un año en la Universidad Católica Andrés Bello, en Caracas.

Conozco a Víctor Mones de toda mi vida porque es el esposo de la madrina de mi hermana, y el papá de su mejor amiga. A mis 20 años solo he visto cosas buenas de él.

En los momentos que he podido compartir con Víctor en su casa, ha demostrado ser un ejemplo como persona: honesta, trabajadora, comprometida y muy familiar. Siempre con una actitud positiva ayudándome a tener un desarrollo personal pleno.

Recuerdo que durante aproximadamente cuatro años (desde el año 2015 hasta principios de año 2018) antes de nuestra mudanza a Argentina nos brindaba su ayuda haciéndonos llegar de manera frecuente comida, artículos de higiene personal y de escritorio (que servían para nuestros estudios, ya que en los colegios carecíamos de ellos) para ayudarnos con la situación que vivíamos en el país, no solo a mi familia sino también a otras personas. Recuerdo que las cajas eran grandes y yo era un niño y no podía cargarlas, un día se averió el ascensor en el edificio y tuvimos que abrirlas para subirlas por parte porque eran muy pesadas. Víctor es una persona de bien, honesta y muy trabajadora.

Durante las oportunidades en las que estuve en su casa en Boca Raton, Florida por vacaciones, siempre lo vi trabajando, cuando no era en su oficina era en las cosas que estaban pendientes en la casa. Salíamos durante los fines de semana y él me aconsejaba que hay que trabajar con tenacidad para conseguir lo que se quiere. También recuerdo que en alguna oportunidad me comentó que comenzar en otro país no era fácil, pero que si uno se esforzaba y es constante se podía lograr obtener las metas propuestas. Esos consejos me han servido mucho en este país

en donde desde hace un año y medio, soy inmigrante  No ha sido fácil, pero hemos logrado establecernos y obtener las cosas que ya no podíamos obtener en nuestro país.

Por sus sabios consejos y su actitud siempre jovial, le estoy muy agradecido.

Le agradezco por la lectura de esta carta que espero sea le sea de utilidad, así mismo le agradezco por el tiempo que ha empleado para leerla.

Respetuosamente·

Daniel Tatoli Torres

# LETTER 31

December 11, 2019

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I am respectfully submitting this letter on behalf of Victor Mones Coro.

My name is Leopoldo Tepedino, I am a United States Citizen, I work as a Vice President Treasury Management Officer at Seacoast Bank Fort Lauderdale, FL and have known Victor approximately for the past 10 years. I grew up in a very strict and ethical driven household as the son of a diplomat, this gave me the privilege to live in eleven different countries and experience many cultures, giving me a unique ability to be an exceptional judge of character. All of these experiences throughout my life have taught me to value and appreciate the true meaning of friendship, loyalty and a kind heart. This short summary hopefully will help you understand my integrity and the sincerity of this letter.

I met Victor in Florida while working at Wachovia around 2008, he came in as a client for his Organic Pizza Franchise but we immediately became very close friends. To give you an idea of the type of person he is, Victor initiated this venture to help a close friend, Jorge Salazar, and his family get established here in the United States, I am a witness to the sacrifice he made just to make their life better. This is the type of action that I saw him do over and over throughout our friendship. For quite a while he and I rode our bicycles down A1A on Sundays, during this time I had the pleasure to have many long conversations and understand how much he enjoys helping others expecting nothing in return and the passion with which he loves his family. Almost every time that I spoke to Victor, he would ask how he could help me or what we could do together, we even had a small project / dream to start a small Popsicle factory.

Victor invited me to his employee and client Christmas party every year where he shows appreciation to each individual relationship that impact his professional career day to day, I personally know how much doing this meant to him, it gave him the chance to give back to those that made sacrifices for him throughout the year. By meeting his wife and two daughters you are able to tell the type of father, husband and citizen that he is. Truly, there are not enough good things that I can say about Victor Mones, I consider Victor to be like my brother, I can probably count my true friends with one hand and he is one of them.

I am familiar with the charges against Victor Mones Coro and know for a fact that he would never be involved in something like this again. Victor is the type of person that adds value to our society; personally, I hope to keep learning from his kindness and willingness to help others.

Judge Hellerstein, thank you for reading my letter and from the bottom of my heart I ask clemency when taking into consideration the sentence Victor will serve. We all make mistakes and I hope that my sincere words can make a positive impact in your decision. I can assure you that Victor has learned tremendously from this experience and that he will do nothing but amazing things for our community in the future.

Respectfully submitted,

Leopoldo Tepedino

# LETTER 32

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: <u>United States v. Victor Mones Coro</u>
19 Cr. 144 (AKH)

Dear Judge Hellerstein:

I am submitting this letter on behalf of Victor Mones Coro.

My name is Shaun Wahlgren, and I am currently the owner/operator of a small family farm in Northern California, at which I live with my wife and son. I am a graduate of California State University Sacramento, and since graduation have spent my professional career working for a non-profit organization, "The ALS Association" where I served patients afflicted with Lou Gehrig's Disease before transitioning into the agricultural work that I currently conduct.

I have known Victor for the last three years, since 2017, because his daughter Estefania Mones Grannis and her husband, Ryan Grannis, are two of my best and oldest friends and serve as the godparents to my son. During our relationship, I have grown well acquainted with the Mones family and become familiar with their wonderful family dynamic. I have known Victor to be nothing short of an incredible father, a respectable businessman, and a sincere person. He earned my respect immediately with the way that he conducted himself with a level of integrity that was nothing short of honorable. Since our first meeting, he embraced my wife and me like family, and we have considered him as such ever since.

As a fellow small business owner, Victor has always been hugely supportive of my business, and he has shared his struggles and how he has overcome them. Victor was proud of the company and life that he and his family have built in the United States and what he had done since immigrating to this great nation through hard work and dedication. He came to this country to create a better life for his family but never forgot the struggles he faced in the past or the fact that others were still facing them. Victor cares about his family more than anything in the world and bases every action he takes accordingly.

To say I was shocked to hear about the state Victor is in would be an understatement. Knowing the way that this difficult situation is affecting his family must be the worst punishment of all for Victor because he has spent his entire life taking care of them. Victor would never want to hurt his family or see his family spending all of their time and energy travelling between Florida and New York to visit him weekly or cancelling the dream honeymoon that Ryan and Estefania have planned multiple times, but there is no burden his family would not bear to be reunited at home with him. This situation is a constant pain on the family that takes a toll both physically and

emotionally and we are all counting down the days until there is a resolution. I know that Victor is remorseful for the actions leading to this point and that he will take responsibility for his acts in the best way he is allowed. I plead for your leniency in your sentencing, knowing that Victor is an honorable man who always tries to do the right thing and will continue to do so.

Thank you for your time and consideration.

Respectfully submitted,

Shaun Wahlgren