Christine H. Chung PLLC                                   PG | PERRY GUHA LLP

February 23, 2021

<u>VIA ECF</u>

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

      Re: <u>United States v. Victor Mones Coro</u>
         S4 19 Cr. 144 (AKH)

Dear Judge Hellerstein:

This letter sets forth the objections of Mr. Mones to the Second Amended PSR filed February 23, 2021, in anticipation of the sentencing hearing scheduled to take place on March 8, 2021. Mr. Mones pled guilty without an agreement, and therefore executed no appeals waiver. We write to ensure these objections are a part of the record because the preparation and filing of the PSR on an expedited basis, as ordered by the Court at the request of the defense, did not include the issuance of an initial PSR.

| Section or Paragraph | Objection |
|---|---|
| "Overview" section | The government has never accused Mr. Mones of facilitating any illegal conduct other than sanctions evasion and thus he objects to the lengthy recitals of narcotics trafficking, money laundering, of other misconduct of others, including about individuals he does not know and before he had ever met his co-defendants. |
| 8 xiv | The Guidelines range was not "stipulated." |
| 10 | The SENTRY system report is incorrect as Mr. Mones completed the three programs "Money Smart," "Enhanced Vocabulary," and "The Solar System." |
| 10(a) | Either full or partial lockdowns have continued past June 2020 until today. |
| 13 | Mr. Mones is wrongly singled out for "operating" the scheme. |
| 14-15 | Mr. Mones objects to any implication that he aided or knew of any narcotics trafficking or money laundering activity on the part of the OFAC designees or any other person referenced in these paragraphs. Mr. Mones did not even know AISSAMI MADDAH or LOPEZ BELLO until after 2010, although paragraph 14(b) makes reference to Colombians and Venezuelans who allegedly trafficked drugs before March 2010 and whom Mr. Mones did not know. |
| 16 | Mr. Mones did not know what if any business LOPEZ BELLO was conducting with the Russian government. |
| 17 | "Late-2018" is incorrect; among other evidence, a call consensually recorded on July 26, 2018 makes clear that MARIN and LEON MAAL had already done a |

Honorable Alvin K. Hellerstein											February 23, 2021

| Section or Paragraph | Objection |
|---|---|
|  | million dollars' worth of business in the two years prior to that date, without Mr. Mones' participation.  LEON MAAL had two companies of his own, not one.  Pilots ORSINI QUINTERO and QUINTAVALLE YRADY were independent contractors with their own companies. |
| 18 | Mr. Mones had no intention of helping the Maduro regime. |
| 19 | Mr. Mones did not know AISSAMI MADDAH until 2013 or 2014, and he had no intention of promoting any political aims of AISSAMI MADDAH. |
| 20 | Mr. Mones had no intention of promoting any political aims of AISSAMI MADDAH. |
| 21 | Mr. Mones did not facilitate any corrupt or criminal activities of AISSAMI MADDAH or LOPEZ BELLO other than their sanctions evasion. |
| 26 | The government has agreed, in correspondence previously submitted to the Court, that Mr. Mones never executed any illegal transfer of bulk cash from Venezuela to the U.S.  In a letter to the USPO dated February 11, 2021, the government stated that "The Government does not believe that the transfer discussed on the January 2018 call was ever executed." |
| 27 | This paragraph is misleading because it omits that LEON MAAL vows, in the same call, just after the exchange the PSR quotes, to cut Mr. Mones out of the planned transaction so that he makes no money.  When MARIN says "the fucker [*i.e.*, Mr. Mones] is going to make money for himself," LEON MAAL interjects, "I'm going to make it so that won't happen." |
| 29 | The debt was owed by AISSAMI MADDAH, not LOPEZ BELLO. |
| 32 | The portion of the paragraph about the messages in late January is misleading because it omits that RAMIREZ CAMACHO cancelled his request to Mr. Mones.  Mr. Mones never arranged any flight taken by AISSAMI MADDAH to RUSSIA. |
| 34 | The referenced cash was transported by Journey Aviation, with LEON MAAL's knowledge, and was declared. |
| 37 | The text on June 17, 2018 was an exchange of Father's Day greetings and had nothing to do with a political appointment that RAMIREZ CAMACHO received days later.  Mr. Mones had no interest in Sunacrip or any intention to promote any aim of the Venezuelan government. |
| 39 | The practice described in this paragraph only persisted until mid-2018, by which time LEON MAAL and MARIN were serving AISSAMI MADDAH nearly exclusively, and arranging pilots for those flights, without Mr. Mones' participation. |
| 43 | Mr. Mones has objected to the application of the leadership enhancement for the reasons stated in his opening sentencing memorandum, filed on February 20, 2021.  The PSR provides no substantiation of five or more "knowing" participants, among other things.  It elsewhere states that ACS employees were, in fact, unknowing.  PSR ¶ 24.  There is no allegation of the "structuring" of funds transfers in this case. |
| 46 | MARIN was arrested in September 2020, not 2019. |
| 50 | The call was not from a co-defendant; it was from MARIN who at the time was the government's Confidential Source. |
| 58 | *See* objection above to Paragraph 43. |

Honorable Alvin K. Hellerstein                                                                February 23, 2021

| Section or Paragraph | Objection |
|---|---|
| 60 | Because of his objection to the four-level role enhancement, Mr. Mones believes the correct adjusted offense level is 27. |
| 64 | Because of his objection to the four-level role enhancement, Mr. Mones believes the correct total offense level is 23. |
| 72 | Mr. Mones' mother is now aged 81. |
| 76 | The current ages of Mr. Mones wife and daughters are: Radmil (Milly)-57, Estefania-28, Lorein-21. |
| 79 | Mr. Mones has not received any family or social visit at the MCC since February 2020, because of the COVID-19 pandemic and the MCC prohibition since that time on social visits. |
| 105 | Mr. Mones furnished tax returns for the years 2015 to 2019 inclusive. |
| 108 | Because of his objection to the four-level role enhancement, Mr. Mones believes the correct total offense level is 23. |

Any objections to the findings and recommendations of the Addenda have been made as part of the sentencing submissions filed by Mr. Mones on February 20, 2021.

Respectfully,

_____             _____
Christine H. Chung                                              Samidh Guha
CHRISTINE H. CHUNG PLLC                             George M. Barchini
14 Murray Street, #236                                        PERRY GUHA LLP
New York, NY 10007                                           35 East 62nd Street
Telephone: (917) 685-0423                                 New York, NY 10065
christine@thechunglawoffice.com                    Telephone: (917) 674-5383
                                                                              sguha@perryguha.com
                                                                              gbarchini@perryguha.com

cc:      Ashley Geiser, U.S.P.O.