UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

VICTOR MONES CORO,

         *Defendant*.

S4 19 Cr. 144 (AKH)

**EXHIBITS 11 TO 17 IN SUPPORT OF REPLY SENTENCING MEMORANDUM OF DEFENDANT VICTOR MONES CORO**

CHRISTINE H. CHUNG PLLC
Christine H. Chung
14 Murray Street, #236
New York, New York 10007
(917) 685-0423

PERRY GUHA LLP
Samidh Guha
George M. Barchini
35 East 62nd Street
New York, New York 10065
(917) 674-5383

Attorneys for Victor Mones Coro