# EXHIBIT 12

Politics

# Venezuela's Former Vice President Charged in U.S. With Evading Sanctions

By Bob Van Voris
March 8, 2019, 1:46 PM EST
Updated on March 8, 2019, 2:40 PM EST

- ▸ Six charged with providing flights in violation of santions
- ▸ Two men were arrested Friday in Florida, prosecutors said



Tareck Zaidan el Aissami Maddah *Photographer: Wil Riera/Bloomberg*

Venezuela's Minister of Industry and National Production was charged with violating a U.S. law targeting foreign drug traffickers with sanctions by using private jets supplied by American companies.

Prosecutors claim Tareck Zaidan el Aissami Maddah and his business partner, Samark Lopez Bello, broke the law by taking the flights, including one on Feb. 23 from Russia to Venezuela. El Aissami, Venezuela's former vice president, and Lopez Bello aren't in U.S. custody.

The charges come amid tense relations between the U.S. and Venezuela, with the Trump administration backing Venezuelan opposition leader Juan Guaido's bid to unseat President Nicolas Maduro. Millions in Venezuela were plunged into darkness this week, with the Maduro camp claiming Washington was sabotaging its electrical grid. U.S. Secretary of State Mike Pompeo responded on Twitter, saying the crisis was a prelude to regime change.

El Aissami and Lopez Bello were targeted in February 2017 with sanctions under the Foreign Narcotics Kingpin Designation Act, according to charges made public Friday. The sanctions prohibited U.S. residents from providing services or engaging in transactions with the two men.

Two U.S. citizens, Victor Mones Caro and Alejandro Miguel Leon Maal, used U.S. companies to provide the Venezuelans with charter flights, allowing them to travel from their home country to Russia, Turkey and the Dominican Republic, according to prosecutors.

The four men are each charged with five counts, each of which carries a maximum of 30 years in prison. Two other men, Michols Orsini Quintero, who lives in Florida, and Alejandro Antonio Quintavalle Yrady of Panama, were each charged with a single count of conspiracy, which also carries a maximum of 30 years in prison.

Mones Coro and Orsini Quintero were both arrested Friday morning in Florida.

*(Updates with charges in fourth paragraph.)*

**In this article**

TWTR
**TWITTER INC**
25.18  USD  ▼ -0.41  -1.60%


AEROSPACE AND DEFENSE

NOVEMBER 26, 2019 / 6:02 PM / UPDATED A YEAR AGO

# Founder of U.S. private jet firm tied to Venezuelan VP pleads guilty to sanctions evasion

By Reuters Staff

(Reuters) - A man whose U.S. private jet firm allegedly provided travel services to Venezuelan Vice President Tareck El Aissami, whom Washington accuses of drug trafficking, pled guilty to sanctions violations on Tuesday, prosecutors said.



FILE PHOTO: Venezuelan vice president Tareck El Aissami attends a session of the St. Petersburg International Economic Forum (SPIEF), Russia June 6, 2019. REUTERS/Maxim Shemetov

Victor Mones Coro, founder of Florida-based American Charter Services (ACS), had been charged in March by federal prosecutors in the Southern District of New York, along with El Aissami, for violating Foreign Narcotics Kingpin Designation Act sanctions imposed by the United States in 2017.

Those charges accused El Aissami, who currently serves as vice president for the economy in socialist President Nicolas Maduro's government, of illegally using services provided by ACS.

Washington recognizes opposition leader Juan Guaido as Venezuela's president, arguing Maduro is usurping power after holding sham elections last year.

"Victor Mones Coro has now admitted that he conspired to circumvent U.S. sanctions to help former Venezuelan vice president Tareck El Aissami… obtain international transport via private jet," Manhattan U.S. Attorney Geoffrey Berman said in a statement.

ACS, which has not been charged, did not immediately respond to a request for comment. Venezuela's information ministry, which responds to media requests on behalf of government officials, did not respond to a request for comment.

Venezuelan officials accuse Washington of seeking to oust Maduro in a coup to take control of the OPEC nation's vast oil resources.

U.S. Immigration and Customs Enforcement in July added El Aissami to its list of 10 most wanted fugitives.

"Today we have learned of a new, infamous, attempted aggression by the empire," El Aissami said then in a video posted to his Twitter account.

"They can accuse us of whatever they want. We will keep building the dream of Bolivar, the dream of the fatherland," he added, referring to Latin American independence hero Simon Bolivar.

Reporting by Luc Cohen in Caracas; Editing by Dan Grebler

Our Standards: *The Thomson Reuters Trust Principles.*

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.

[Certified Translation]    3/24/20

Daniel Tomlinson
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

EL TIEMPO.com.ve
THE NEWSPAPER OF THE EASTERN POPULATION             Updated November 27, 11:30 p.m.

**WORLD**

### Founder of air company pled guilty to evading United States sanctions by transporting Tareck El Aissami

The founder of an American a private flight services firm, who supposedly transported the Vice President of Economics of Venezuela, Tareck El Aissami, accused of drug trafficking by Washington, pled guilty to violating the sanctions of the Trump Administration according to what prosecutors said.

Victor Mones Coro, founder of American Charter Services (ACS) headquartered in Florida, had been accused together with El Aissami by federal prosecutors in the Southern District of New York in March for violating sanctions under the Foreign Narcotics Kingpin Designation Act in 2017, turning him into the highest ranking syndicated Venezuelan officer on the list.

El Aissami, who also occupies the Ministry of Industries and National Production of the Nicolas Madura administration, was accused of illegally using the services provided by ACS.

"Victor Mones Coro has admitted that he conspired to elude the American sanctions for the purpose of helping the Venezuelan (executive) former Vice President, Tareck El Aissami (…) obtain international transportation in a private plane," the Manhattan United States Attorney, Geoffrey Berman, said in a statement.

American Charter Services did not immediately respond to a request for comments. The Venezuelan Ministry of Communication and Information did not comment on the matter, either, in a request sent by e-mail.

The United States included El Aissami on the list of the 10 most wanted fugitives by the Immigration and Customs Enforcement Service (ICE), according to the Agency's web page.

"Today we have seen again this attempt at infamous, base Imperialistic aggression," El Aissami said in a video that he uploaded to his account in the social network, Twitter.

"You can accuse us of whatever you want. We will continue building the dream of Bolivar, this nation's dream," he added.

Caracas/Agencies

# Fundador de empresa aérea se declaró culpable de evadir sanciones de EE.UU al trasladar a Tareck El Aissami

eltiempo.com.ve/2019/11/27/fundador-de-empresa-aerea-se-declaro-culpable-de-evadir-sanciones-de-ee-uu-al-



*El Aissami calificó la medida como "patrañas del imperialismo" / Foto: Cortesía*

El fundador de una firma de servicios de vuelos privados estadounidense que supuestamente movilizó al vicepresidente de economía de Venezuela, Tareck El Aissami, acusado de narcotráfico por Washington, se declaró culpable de violar las sanciones de la administración de Trump, dijeron los fiscales.

Víctor Mones Coro, fundador de American Charter Services (ACS) con sede en Florida, había sido acusado junto con El Aissami por fiscales federales en el Distrito Sur de Nueva York en marzo por violar las sanciones bajo la Ley de Designación de Cabecillas Extranjeros del Narcotráfico (Foreign Narcotics Kingpin Designation Act) en el 2017, convirtiéndolo en el funcionario venezolano de más alto rango sindicado en la lista.

El Aissami, que además ocupa el ministerio de industrias y Producción Nacional del gobierno de Nicolás Maduro, fue acusado de usar ilegalmente los servicios proporcionados por ACS.

"Víctor Mones Coro ha admitido que conspiró para eludir las sanciones estadounidenses con la finalidad de ayudar al exvicepresidente (ejecutivo) venezolano Tareck El Aissami (…) a obtener transporte internacional en un avión privado", dijo el fiscal federal de Manhattan, Geoffrey Berman, en un comunicado.

American Charter Services no respondió de inmediato a una solicitud de comentarios. El ministerio de Comunicación e Información de Venezuela tampoco comentó sobre el asunto, en una solicitud enviada por correo electrónico.

Estados Unidos incluyó a El Aissami, en la lista de los 10 fugitivos más buscados por el Servicio de Inmigración y Control de Aduanas (ICE), según la página web de la dependencia.

"Hoy hemos conocido de nuevo esta pretendida agresión infame, canallada del imperialismo", dijo El Aissami en un video que subió a su cuenta en la red social Twitter.

"Pueden acusarnos de lo que quieran. Seguiremos construyendo el sueño de Bolívar, el sueño de la patria", agregó.

Caracas / Agencias

## Comentarios

[Certified Translation] 3/24/20



[from Maduradas [Maduro Bloopers].com]

## THE LATEST! Victor Mones Coro pled guilty in the United States to violating the Kingpin Act (He is linked to Tareck El Aissami)

Published November 27, 2019 / 7:45 a.m. / Section: Noteworthy, News, Politics

A man whose United States private airplane company supposedly provided travel services to the Venezuelan Vice President **Tareck El Aissami**, whom Washington is accusing of drug trafficking, pled guilty to violations of sanctions on Tuesday, prosecutors said.

Victor Mones Coro, founder of American Charter Services (ACS) headquartered in Florida, had been accused in March by federal prosecutors in the Southern District of New York, together with El Aissami, **for violating the sanctions of the Foreign Kingpin Designation Act** imposed by the United States in 2017.

These charges accuse El Aissami, who is currently serving as Economic Vice President in the Nicolas Maduro regime, **of illegally using the services provided by ACS.**

*"Victor Mones Coro has admitted that he conspired to elude United States sanctions **to help the former Venezuelan Vice President Tareck El Aissami obtain international transportation** in a private plane,"* the Manhattan United States Attorney, **Geoffrey Berman**, said in a statement.

ACS, who has not been charged, did not immediately respond to a request for comments. The Venezuelan Ministry of Information, that answers to the media's requests on behalf of the government officials, **did not respond to a request for comments.**

In July, the Immigration and Customs Enforcement Services **added El Aissami to its list of the 10 most wanted fugitives.**

[Maduro Bloopers Editor's Department] with information from Reuters.

# ¡LO ÚLTIMO! Víctor Mones Coro se declaró culpable en EEUU por violar la Ley Kingpin (Está vinculado a Tareck El Aissami)

maduradas.com/lo-ultimo-victor-mones-coro-se-declaro-culpable-eeuu-violar-la-ley-kingpin-esta-vinculado-tareck-

27 Noviembre, 2019

Un hombre cuya empresa de aviones privados de EEUU presuntamente proporcionó servicios de viaje al vicepresidente venezolano **Tareck El Aissami**, a quien Washington acusa de tráfico de drogas, se declaró culpable de violaciones de sanciones el martes, dijeron los fiscales.



Mariana Reyes (@marianareyes16) -EFE

**Victor Mones Coro**, fundador de American Charter Services (ACS) con sede en Florida, había sido acusado en marzo por fiscales federales en el Distrito Sur de Nueva York, junto con El Aissami, **por violar las sanciones de la Ley de Designación de Narcotraficantes Extranjeros** impuestos por los Estados Unidos en 2017.

Esos cargos acusaron a El Aissami, quien actualmente se desempeña como vicepresidente de economía en el régimen de Nicolás Maduro, **de usar ilegalmente los servicios proporcionados por ACS.**

> "Víctor Mones Coro ha admitido que conspiró para eludir las sanciones estadounidenses **para ayudar al ex vicepresidente venezolano Tareck El Aissami a obtener transporte internacional** en un avión privado", dijo el fiscal federal de Manhattan, **Geoffrey Berman**, en un comunicado.

ACS, que no ha sido acusado, no respondió de inmediato a una solicitud de comentarios. El Ministerio de Información de Venezuela, que responde a las solicitudes de los medios en nombre de los funcionarios del gobierno, **no respondió a una solicitud de comentarios.**

El Servicio de Inmigración y Control de Aduanas de Estados Unidos en julio **agregó a El Aissami a su lista de los 10 fugitivos más buscados.**

Redacción Maduradas con información de Reuters

**También puede leer:**

¡ATROZ! El desgarrador testimonio de la mujer que bañaron con gasolina y le prendieron fuego: "Me decía que ya no iba a ser bonita"



# US case against Venezuela's oil minister hits another snag

By JOSHUA GOODMAN   November 2, 2020



The prosecution of Venezuela's Oil Minister Tareck El Aissami for violating U.S. sanctions has run into another snag after a federal judge allowed one of his co-defendants to withdraw a guilty plea over allegations that U.S. attorneys withheld evidence in the case.

Federal prosecutors in Manhattan on Monday said they don't object to Victor Mones withdrawing his guilty plea, but refused to concede they violated rules requiring them to turn over all exculpatory evidence to the defendant.

Mones, a Florida-based businessman, pleaded guilty almost a year ago to arranging chartered flights to Russia and elsewhere for El Aissami and his alleged frontman, Venezuelan businessman Samark Lopez.

But a year later, prosecutors in the case have yet to finish handing over abundant evidence, something that Judge Alvin Hellerstein said "concerns" him.

"Obviously this late production by the government is a chunk of evidence that you have not had an opportunity to consider," Hellerstein said in a hearing last week. "So if you wish to withdraw your plea, I will allow it."

The rare move by a federal judge inviting a defendant to withdraw his guilty plea — something Mones' attorney had not been seeking but did following the Oct. 29 hearing — follows the arrest of the key informant against El Aissami, Alejandro Marin, for lying to federal investigators.

Like Mones, Marin owns a flight charter company that allegedly arranged flights for El Aissami and Lopez. He was not charged in the case but was arrested in September in Miami for allegedly lying to his handlers about the equivalent of $140,000 that went missing from a package of 1.3 million euros he transported by private jet to the U.S. in 2018 at the direction of U.S. law enforcement.

Mones' attorney, Christine Chung, said in court filings that the late production of evidence against her client mirrors problems detected in the high-profile sanctions case against Ali Sadr Hashemi Nejad.

Prosecutors in June abruptly dropped charges against the Iranian businessman after he was convicted, citing what they described as "disclosure-related issues" that would have altered his defense. In one instance, a prosecutor suggested to a colleague that they "bury" a document that should have been handed over to the defense.

When trying a case, prosecutors are required to hand over any evidence that could help defendants prove their innocence and can face disciplinary action if they do not.

As a result of the revelations, Judge Alison Nathan ordered prosecutors and their supervisors in the New York Southern District's international terrorism and narcotics unit to provide a written explanation of their actions.

The same unit is prosecuting El Aissami, who has celebrated the prosecutorial setbacks.

"The web of smears and false evidence is collapsing," Aissami tweeted in September after The Associated Press reported on Marin's surprise arrest. "Not even the media at service of imperialism can hide the gravity of the accusations based on LIES, CRIMINALS and PROTECTED MERCENARIES."

___

Goodman reported from Medellin, Colombia. Follow him on Twitter: @APJoshGoodman