# EXHIBIT 13

Morales Chat Chain Excerpt

Okay

15613064728@s.whatsapp.net Victor

Ok

Status: Sent
Platform: Mobile

5/9/2018 5:44:07 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8AB42B0 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

When they sign I will deliver it so as to rest easy

15613064728@s.whatsapp.net Victor

Cuando firmen lo entrego para estar tranquilo

Status: Sent
Platform: Mobile

5/9/2018 5:44:24 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8AB456A
(Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.
WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Also, could you give me a hand with the other thing?

15613064728@s.whatsapp.net Victor

Por otro lado , me puedes dar una mano con lo otro ?

Status: Sent
Platform: Mobile

5/9/2018 5:45:20 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8AB9F8E (Table:
ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsA
pp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

No tengo como en este momento

Status: Read
Platform: Mobile

5/9/2018 5:51:20 PM(UTC+0)

I don't have any way to at this time

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8AB9AA6 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Serás el primero en saber

Status: Read
Platform: Mobile

5/9/2018 5:51:27 PM(UTC+0)

You'll be the first to know

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8AB9B5A (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Estoy trancado

Status: Read
Platform: Mobile

5/9/2018 5:51:31 PM(UTC+0)

I'm stuck

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8AB9A34 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Dame un chance

**Status:** Read
**Platform:** Mobile

5/9/2018 5:51:37 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8AB99C2 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Give me a chance

Please, thanks so much

15613064728@s.whatsapp.net Victor

Porfa , gracias mil

**Status:** Sent
**Platform:** Mobile

5/9/2018 5:52:14 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8AB9899 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

**Attachments:**



Size: 8016
File name: 36581143-36d1-44cc-9296-9e4b33aa1603.opus
Path: https://mmg.whatsapp.net/d/f/AvOydQvvPAyUIznS2onljPhFaRHdvLZKYS-
rCvSL8Zs.enc
36581143-36d1-44cc-9296-9e4b33aa1603.opus

**Status:** Read
**Platform:** Mobile

5/9/2018 8:54:43 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8B7479C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, ZWAMEDIAITEM, Size:
182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Message/Media/13052063140@s.
whatsapp.net/3/6/36581143-36d1-44cc-9296-9e4b33aa1603.opus : (Size: 8016 bytes)

System Message System Message

Missed Voice Call

**Platform:** Mobile

5/9/2018 8:56:36 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8B74BFC (Table: ZWAMESSAGE, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Partner tienes un avión bajando a ccs

**Status:** Read
**Platform:** Mobile

5/10/2018 12:23:05 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8B7FB83 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Partner, you have a plane going down to ccs

13052063140@s.whatsapp.net Gilberto Morales

Soon

Status: Read
Platform: Mobile

5/10/2018 12:23:08 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8B7F282 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

*Soon*

13052063140@s.whatsapp.net Gilberto Morales

Para bajarle una tabl al jefe

Status: Read
Platform: Mobile

5/10/2018 12:23:16 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8B7F7B8 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

In order to take a tabl to the boss

Hi, yes it/he is in Punta Cana now and will be leaving soon

15613064728@s.whatsapp.net Victor

Hola , si esta en Pta Cana ahora sale pronto

Status: Sent
Platform: Mobile

5/10/2018 12:24:13 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8B7F1C6 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsap
p.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Desde Miami perdón

Status: Read
Platform: Mobile

5/10/2018 12:24:35 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8B7FCB1 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

From Miami, excuse me

Right now, no, but I will let you know if it changes

15613064728@s.whatsapp.net Victor

Por ahora no , pero te aviso si cambia

Status: Sent
Platform: Mobile

5/10/2018 12:25:09 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8B7F92C (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Okay

13052063140@s.whatsapp.net Gilberto Morales

Ok

Status: Read
Platform: Mobile

5/10/2018 12:25:24 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8B7F521 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Partner el vuelo del martes no va

**Status:** Read
**Platform:** Mobile

5/10/2018 7:34:39 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8BAAF3C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Partner, the flight for Tuesday is not going to happen

13052063140@s.whatsapp.net Gilberto Morales

El del jueves si seguro

**Status:** Read
**Platform:** Mobile

5/10/2018 7:34:46 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8BAA6DB (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

The one of Thursday yes, for sure

13052063140@s.whatsapp.net Gilberto Morales

Por la confirmación de mi hija

**Status:** Read
**Platform:** Mobile

5/10/2018 7:34:53 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8BAA658 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

For the confirmation of my daughter

Okay, fine

15613064728@s.whatsapp.net Victor

Ok listo

**Status:** Sent
**Platform:** Mobile

5/10/2018 7:53:12 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8BACFBA (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Confirmando vuelo jueves

**Status:** Read
**Platform:** Mobile

5/14/2018 3:48:54 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8D36F3A (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Confirming Thursday flight

13052063140@s.whatsapp.net Gilberto Morales

Final de la tarde Romana

**Status:** Read
**Platform:** Mobile

5/14/2018 3:49:04 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8D36FB6 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

At the end of the afternoon, the Romana

Yes, I'm going to take the Hawker down from Florida, it's up here ,,,

**15613064728@s.whatsapp.net Victor**

Si voy a bajar el Hawker de Florida , esta aqui arriba ,,

**Status:** Sent
**Platform:** Mobile

5/14/2018 3:56:24 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8D36667 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Hi, Partner, good day, at the end of the afternoon tomorrow confirmed ? 6-7, there is a Hawker in Ccs ,,,

**15613064728@s.whatsapp.net Victor**

Hola Partner buenos Dias , a final de la tarde  mañana confirmado , ? 6-7 ,  hay un hawker en Ccs ,,

**Status:** Sent
**Platform:** Mobile

5/16/2018 12:28:17 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8D9AED1 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

**System Message System Message**

Missed Voice Call

**Platform:** Mobile

5/17/2018 6:55:02 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8DDAA18 (Table: ZWAMESSAGE, Size: 182153216 bytes)

Hi, Partner, Good Afternoon, you have everything agreed, if you can give me a hand with those two I would appreciate it,,, a hug

**15613064728@s.whatsapp.net Victor**

Hola Partner Buenas Tardes ,, ya tienes lo acordado , si puedes darme una mano con esas dos te lo agradeceria ,, un abrazo

**Status:** Sent
**Platform:** Mobile

5/21/2018 9:28:29 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8ED0C50 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

**13052063140@s.whatsapp.net Gilberto  Morales**

Partner me mandaste un copado muy alto

**Status:** Read
**Platform:** Mobile

5/22/2018 9:00:37 PM(UTC+0)

Partner, you sent me a very high price [not sure]

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8E87876 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

**13052063140@s.whatsapp.net Gilberto  Morales**

Voy a tratar de sacar 300 entre 400

**Status:** Read
**Platform:** Mobile

5/22/2018 9:00:50 PM(UTC+0)

I am going to try to take out between 300 and 400

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8E8740A (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Okay, there are 3 real flights, ha, ha, ha

**15613064728@s.whatsapp.net Victor**

Ok son 3 vuelos reales jajaja
**Status:** Sent
**Platform:** Mobile

5/22/2018 9:02:03 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E87FA5 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

300 is very little, partner,, I know you
are doing whatever is possible,
especially for two months

**15613064728@s.whatsapp.net Victor**

300 es muy poco partner ,, se que haces lo posible  especialmente por dos meses
**Status:** Sent
**Platform:** Mobile

5/22/2018 9:07:08 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8E87789 (Table: ZWAMESSAGE,
Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist :
0x84D (Size: 22159 bytes)

**13052063140@s.whatsapp.net Gilberto  Morales**

Mándame eso cómo te estoy diciendo y vamos viendo
**Status:** Read
**Platform:** Mobile

5/22/2018 9:11:26 PM(UTC+0)

Send that to me as I am telling you and then
we will see

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8E87272
(Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Okay, I send again, then?

**15613064728@s.whatsapp.net Victor**

Ok  te mando nuevo entonces ?
**Status:** Sent
**Platform:** Mobile

5/22/2018 9:12:34 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E871C3 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Okay

**15613064728@s.whatsapp.net Victor**

Dale
**Status:** Sent
**Platform:** Mobile

5/22/2018 9:12:45 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E87494 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

**13052063140@s.whatsapp.net Gilberto Morales**

Si pls

Status: Read
Platform: Mobile

5/22/2018 9:14:18 PM(UTC+0)

Yes, please

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E875A0 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

**13052063140@s.whatsapp.net Gilberto Morales**

Cerca de los 400

Status: Read
Platform: Mobile

5/22/2018 9:14:23 PM(UTC+0)

Close to the 400

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E87309 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

**15613064728@s.whatsapp.net Victor**

Ok

Status: Sent
Platform: Mobile

5/22/2018 9:16:18 PM(UTC+0)

Okay

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E87A60 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

**15613064728@s.whatsapp.net Victor**

Hola Ya tienes 4 , un abrazo y gracias

Status: Sent
Platform: Mobile

5/22/2018 11:48:25 PM(UTC+0)

Hi, you have 4 now, a hug and thanks

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8F026B3 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

**13052063140@s.whatsapp.net Gilberto Morales**

Ok

Status: Read
Platform: Mobile

5/22/2018 11:56:11 PM(UTC+0)

Okay

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8F02531 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

**13052063140@s.whatsapp.net Gilberto Morales**

Partner

Status: Read
Platform: Mobile

5/25/2018 2:40:27 PM(UTC+0)

Partner

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E552AA (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Cómo estás

**Status:** Read
**Platform:** Mobile

5/25/2018 2:40:29 PM(UTC+0)

How are you

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E55315 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

System Message System Message

Missed Voice Call

**Platform:** Mobile

5/25/2018 3:16:01 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E55522 (Table: ZWAMESSAGE, Size: 182153216 bytes)

Partner

15613064728@s.whatsapp.net Victor

Partner ,,

**Status:** Sent
**Platform:** Mobile

5/25/2018 3:21:59 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E555A8 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Dígalo

**Status:** Read
**Platform:** Mobile

5/25/2018 3:33:15 PM(UTC+0)

Go ahead

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E556B8 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

System Message System Message

Missed Voice Call

**Platform:** Mobile

5/25/2018 3:33:17 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E55723 (Table: ZWAMESSAGE, Size: 182153216 bytes)

Making arrangements now, give me a Minute

15613064728@s.whatsapp.net Victor

Ya coordinando dame un Minuto

**Status:** Sent
**Platform:** Mobile

5/25/2018 3:39:34 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E555D15 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

*All set*

15613064728@s.whatsapp.net Victor

**All set**
**Status:** Sent
**Platform:** Mobile

5/25/2018 4:13:54 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E558CA (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Partner

15613064728@s.whatsapp.net Victor

**Partner**
**Status:** Sent
**Platform:** Mobile

5/25/2018 4:13:57 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E559C9 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

**Dígalo**
**Status:** Read
**Platform:** Mobile

5/25/2018 4:16:20 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E55227 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Go ahead

13052063140@s.whatsapp.net Gilberto  Morales

**Alejandro me llamo**
**Status:** Read
**Platform:** Mobile

5/25/2018 4:16:27 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8E55425 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Alejandro called me

Everything is ready

15613064728@s.whatsapp.net Victor

**Todo listo**
**Status:** Sent
**Platform:** Mobile

5/25/2018 4:25:22 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FA38A5 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

**Si plomo**
**Status:** Read
**Platform:** Mobile

5/25/2018 4:31:35 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FA36C7 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Yes, great

**13052063140@s.whatsapp.net Gilberto Morales**

Avísame a qué hora aprx está el avión aquí

Status: Read
Platform: Mobile

5/25/2018 5:38:26 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FA3DE7 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Let me know approximately what time the plane will be here

**13052063140@s.whatsapp.net Gilberto Morales**

Algún update

Status: Read
Platform: Mobile

5/25/2018 7:26:50 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FA854B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Some update

**13052063140@s.whatsapp.net Gilberto Morales**

Yo se que hoy en viernes

Status: Read
Platform: Mobile

5/25/2018 7:26:56 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FA8F33 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

I know that today in [sic] Friday.

Hi, I'm coming

**15613064728@s.whatsapp.net Victor**

Hola voy

Status: Sent
Platform: Mobile

5/25/2018 7:45:24 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FA8A16 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

**13052063140@s.whatsapp.net Gilberto Morales**

Vendrá el avión?

Status: Read
Platform: Mobile

5/25/2018 8:30:17 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8EF33F0 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Will the plane come?

Give me a minute

**15613064728@s.whatsapp.net Victor**

Dame un minuto

Status: Sent
Platform: Mobile

5/25/2018 8:30:37 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8EF3A99 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

That it is going to depart now, I am told Partner

15613064728@s.whatsapp.net Victor

Que ya va a salir me dice Partner

**Status:** Sent
**Platform:** Mobile

5/25/2018 9:03:22 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8EF3A05 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Hi, Partner ,,, good Day

15613064728@s.whatsapp.net Victor

Hola  Partner ,, buenos Dias

**Status:** Sent
**Platform:** Mobile

5/30/2018 1:30:35 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FDF686 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Cómo estás

**Status:** Read
**Platform:** Mobile

5/30/2018 1:40:27 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FDF612 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

How are you

Everything is okay, and you? yesterday I handed in the Ultra books they told me they finished the processing just yesterday ,,,

15613064728@s.whatsapp.net Victor

Todo bien  tu ? ,, ayer entregue los libros del Ultra me dijeron que finalizaron los tramites ayer mismo ,,

**Status:** Sent
**Platform:** Mobile

5/30/2018 1:43:04 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8FDFF57 (Table: ZWAMESSAGE, Size: 182153216
bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x84D
(Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Todo listo

**Status:** Read
**Platform:** Mobile

5/30/2018 1:43:19 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FDF51C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Everything ready

13052063140@s.whatsapp.net Gilberto  Morales

Súper

**Status:** Read
**Platform:** Mobile

5/30/2018 1:43:22 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE5BA2 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Super

**The Circle is Closed**

15613064728@s.whatsapp.net Victor

Cerrada la Rueda

**Status:** Sent
**Platform:** Mobile

5/30/2018 1:43:24 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE522E (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Bien

**Status:** Read
**Platform:** Mobile

5/30/2018 1:43:29 PM(UTC+0)

Fine

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE50BA (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Lo tuyo está en proceso

**Status:** Read
**Platform:** Mobile

5/30/2018 1:43:44 PM(UTC+0)

Your part is in process

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE51AF (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Thanks partner ,,

15613064728@s.whatsapp.net Victor

Gracias partner ,,

**Status:** Sent
**Platform:** Mobile

5/30/2018 1:44:00 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE53C8 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

How are you doing with the 45?

15613064728@s.whatsapp.net Victor

Como vas con el 45 ?

**Status:** Sent
**Platform:** Mobile

5/30/2018 1:44:07 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE58E3 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Do you already have it?

15613064728@s.whatsapp.net Victor

Ya lo tienes ?

**Status:** Sent
**Platform:** Mobile

5/30/2018 1:44:15 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE5FB4 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Si listo

**Status:** Read
**Platform:** Mobile

5/30/2018 1:44:27 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE5143 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Yes, ready

You are going to like it ,,

15613064728@s.whatsapp.net Victor

Te va a gustar ,,

**Status:** Sent
**Platform:** Mobile

5/30/2018 1:44:37 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE544E (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

[Sending you] a hug

15613064728@s.whatsapp.net Victor

Un abrazo

**Status:** Sent
**Platform:** Mobile

5/30/2018 1:45:02 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE5D9D (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Congratulations

15613064728@s.whatsapp.net Victor

Felicidades

**Status:** Sent
**Platform:** Mobile

5/30/2018 1:45:06 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE5D1F (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Gracias partner

**Status:** Read
**Platform:** Mobile

5/30/2018 1:47:45 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x8FE5A8E (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Thanks, partner

15613064728@s.whatsapp.net Victor

**Attachments:**



Title: Update partner
Size: 142670
File name: d6ee495a-8bba-4c4d-987c-95592d6fc9e8.jpg
Path: https://mmg-fna.whatsapp.net/d/f/As38s1S-qMew58aul1xSwKN6j0y-
UDApsb8tqJCbToA.enc
d6ee495a-8bba-4c4d-987c-95592d6fc9e8.jpg

**Status:** Sent
**Platform:** Mobile

5/30/2018 9:27:11 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x907F350 (Table: ZWAMESSAGE, ZWAMEDIAITEM, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Message/Media/13052063140@s.
whatsapp.net/d6/d6ee495a-8bba-4c4d-987c-95592d6fc9e8.jpg : (Size: 142670 bytes)

Good Morning, partner, I need a hand

15613064728@s.whatsapp.net Victor

Buenos Dias partner , necesito una mano

**Status:** Sent
**Platform:** Mobile

6/4/2018 6:29:04 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x913125E (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsa
pp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

I know you are [working] on that

15613064728@s.whatsapp.net Victor

Se que estas en eso

**Status:** Sent
**Platform:** Mobile

6/4/2018 6:29:14 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x9131B53 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Hay que tener paciencia

**Status:** Read
**Platform:** Mobile

6/4/2018 6:32:54 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x913132B (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

You have to be patient

| | 02/28/18 Balance | May Expenses | Payments | Balance |
|---|---|---|---|---|
| *Creditotal Projects* | | | | |
| N452AC Acquisition | 1,158,350.93 | 0.00 | | 1,158,350.93 |
| N452AC - Post Delivery | 2,047,039.68 | 0.00 | | 2,047,039.68 |
| N452AC Mgmt Fee | 120,000.00 | 0.00 | | 120,000.00 |
| 452AC Lease | 1,653,600.00 | 0.00 | | 1,653,600.00 |
| /3277 | 137,051.14 | 0.00 | | 137,051.14 |
| 2855 Parts | 34,323.12 | 0.00 | | 34,323.12 |
| go Trip | 7,650.45 | 0.00 | | 7,650.45 |
| A. Parts & Supplies | 66,950.97 | 0.00 | | 66,950.97 |
| cial Project Expenses | 46,625.32 | 0.00 | | 46,625.32 |
| itotal Charter stmt | 2,940,898.57 | 1,050,019.54 | 729,359.16 | 3,261,558.95 |
| stment | | | -1,200,000.00 | -1,200,000.00 |
| s | 8,212,490.18 | 1,050,019.54 | 729,359.16 | 7,333,150.56 |

| | | |
|---|---|---|
| March 12 | 334,639.17 | |
| April 19 | 394,719.99 | |
| Total Pmt | 729,359.16 | |

13052063140@s.whatsapp.net Gilberto Morales

Estoy tratando

**Status:** Read
**Platform:** Mobile

6/4/2018 6:32:59 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x91317B7 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

I am trying

---

15613064728@s.whatsapp.net Victor

Ok cuanquier cosa ayuda

**Status:** Sent
**Platform:** Mobile

6/4/2018 6:35:50 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x9131A26 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Okay, anything [will] help

---

15613064728@s.whatsapp.net Victor

Hola

**Status:** Sent
**Platform:** Mobile

6/5/2018 8:04:31 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x90EC1FD (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Hi

---

13052063140@s.whatsapp.net Gilberto Morales

Que más partner

**Status:** Read
**Platform:** Mobile

6/5/2018 11:03:53 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x916F217 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

What's up partner

---

13052063140@s.whatsapp.net Gilberto Morales

Mira muy lento va a ser el pago

**Status:** Read
**Platform:** Mobile

6/5/2018 11:04:03 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x916F6BF (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Look, the payment is going to be very slow

---

13052063140@s.whatsapp.net Gilberto Morales

Te cancelo lo mío que no tienen nada que ver con nada

**Status:** Read
**Platform:** Mobile

6/5/2018 11:04:16 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x916F5FC (Table:
ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

I will take care of [pay] mine that they do not have anything to do with anything

Hi, okay,

15613064728@s.whatsapp.net Victor

Hola , ok ,

**Status:** Sent
**Platform:** Mobile

6/5/2018 11:05:09 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x916F56F (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

As regards the Ultra

15613064728@s.whatsapp.net Victor

En relacion al Ultra

**Status:** Sent
**Platform:** Mobile

6/5/2018 11:05:24 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x916F4E8 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Marin cannot make the transfer of the Jssi, because apparently the account has to be made current and give it the authorization to make the transfer of the contract ,,

15613064728@s.whatsapp.net Victor

Marin no puede hacer el transpaso del Jssi , porque aparentemente hay que poner la cuenta al dia , y darle autorizacion para hacer la tranferencia del contrato ,,

**Status:** Sent
**Platform:** Mobile

6/5/2018 11:06:56 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x916F3D0 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x84D
(Size: 22159 bytes)

Do you know where that plane is going? It turned around ha, ha

15613064728@s.whatsapp.net Victor

Sabes para donde va ese avion ? Dio la vuelta jajaa

**Status:** Sent
**Platform:** Mobile

6/5/2018 11:07:17 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x916F328 (Table:
ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.Whats
App.shared.plist : 0x84D (Size: 22159 bytes)

How slow, the payment ,,? Do you think,,,

15613064728@s.whatsapp.net Victor

Que tan lento , el pago ,,? Piensas ,,

**Status:** Sent
**Platform:** Mobile

6/5/2018 11:10:19 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x9172F99 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.what
sapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

**Mañana te llamo**

**Status:** Read
**Platform:** Mobile

6/5/2018 11:19:14 PM(UTC+0)

I'll call you tomorrow

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x917249C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto Morales

**Que estoy llegando a Caracas**

**Status:** Read
**Platform:** Mobile

6/5/2018 11:19:21 PM(UTC+0)

I am arriving in Caracas

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x9172CE2 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Okay, bye

15613064728@s.whatsapp.net Victor

**Ok , saludos**

**Status:** Sent
**Platform:** Mobile

6/5/2018 11:21:19 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x9172C55 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

15613064728@s.whatsapp.net Victor

**Status:** Sent
**Platform:** Mobile

6/7/2018 2:58:48 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x91F45A1 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

15613064728@s.whatsapp.net Victor

**Gilberto Morales 2018-05-03_$47_151**

**Attachments:**



Size: 41514
File name: c4d93221-d8b2-419b-a1a2-711e98707b01.pdf
Path: https://mmg-
fna.whatsapp.net/d/f/AjjMLvuOJQkeM5kN1JObnObbaz2Ilhv0Q7TPPWzybki7.enc
**c4d93221-d8b2-419b-a1a2-711e98707b01.pdf**

**Status:** Sent
**Platform:** Mobile

6/8/2018 6:56:05 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x9233670 (Table: ZWAMESSAGE, ZWAMEDIAITEM, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Message/Media/13052063140@s.
whatsapp.net/c/4/c4d93221-d8b2-419b-a1a2-711e98707b01.pdf :  (Size: 41514 bytes)



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/24/2018 | 2018-05-03 |

**Bill To**

Gilberto Morales

| Trip # | Rep |
|--------|-----|
|        |     |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Trip 122000006<br>090117-SVMI-MDLR | | 10,106.67 | 10,106.67 |
| Trip 13541730<br>052018 - MDLR-SVMI-MDLR | | 22,550.00 | 22,550.00 |
| Trip 13541878<br>051718 - SVMI-MDLR | | 14,495.00 | 14,495.00 |

| | |
|---|---|
| **Total** | $47,151.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $47,151.67 |

5141 E. Perimeter Rd., Hangar 37, Ft Lauderdale, FL 33309
Telephone 561-922-6757   Fax 561-666-6028

**15613064728@s.whatsapp.net** Victor

acs wire instructions 011317

**Attachments:**



Size: 92367
File name: 9de1f92a-4100-4c37-b15e-8793a4c73a6c.pdf
Path: https://mmg-fna.whatsapp.net/d/f/ArjlQb6Nycq_kDnmeuJGqlmjAsXUo9_LpCtSM-b9Vlcf.enc
**9de1f92a-4100-4c37-b15e-8793a4c73a6c.pdf**

**Status:** Sent
**Platform:** Mobile

6/8/2018 7:04:54 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x923C22F (Table: ZWAMESSAGE, ZWAMEDIAITEM, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Message/Media/13052063140@s.
whatsapp.net/9/d/9de1f92a-4100-4c37-b15e-8793a4c73a6c.pdf : (Size: 92367 bytes)

Thanks

**15613064728@s.whatsapp.net** Victor

Gracias
**Status:** Sent
**Platform:** Mobile

6/8/2018 7:06:17 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x923CC8A (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

**13052063140@s.whatsapp.net** Gilberto Morales

Partner cómo estás
**Status:** Read
**Platform:** Mobile

7/15/2018 10:19:09 PM(UTC+0)

Partner how are you

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x99FF934 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

**13052063140@s.whatsapp.net** Gilberto Morales

Por casualidad tienes un avión bajando mañana en la tarde a ccs?
**Status:** Read
**Platform:** Mobile

7/15/2018 10:19:25 PM(UTC+0)

By any chance, do you have a plane coming/going down tomorrow afternoon to ccs?

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x99FFB45 (Table:
ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Hi, partner, everything okay

**15613064728@s.whatsapp.net** Victor

Hola partner , todo bien
**Status:** Sent
**Platform:** Mobile

7/15/2018 11:00:07 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x99FFDE3 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)



Victor Mones
Phone:
Email: vmones@flywithacs.com

# Wire Transfer Instructions
## Bank Name: Wells Fargo
## Jacksonville, Florida
## ABA: 121000248
## Swift: WFBIUS6S
## Account: 2000034888199
## For Credit to: American Charter Services

5141 E. Perimeter Road
Hangar 37
Fort Lauderdale, FL 33309

Phone: 1 888 9359727 Fax: 1 561 5262566 Email: charter@flywithacs.com

Up to now, I don't have [anything] going down, but I will let you know

> 15613064728@s.whatsapp.net Victor
>
> Hasta ahora no tengo bajando , pero te aviso
>
> **Status:** Sent
> **Platform:** Mobile
>
> 7/15/2018 11:00:27 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x99FFD95 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsap
p.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

> 13052063140@s.whatsapp.net Gilberto  Morales
>
> Ok
>
> **Status:** Read
> **Platform:** Mobile
>
> 7/15/2018 11:01:04 PM(UTC+0)

Okay

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x99FF5A5 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

What do you need, let's see if I can help you!!

> 15613064728@s.whatsapp.net Victor
>
> Que necesitas a ver si te puedo ayudar !!
>
> **Status:** Sent
> **Platform:** Mobile
>
> 7/15/2018 11:09:18 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x99FF314 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.what
sapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

> 13052063140@s.whatsapp.net Gilberto  Morales
>
> Bajar en la tarde a ccs mañana
>
> **Status:** Read
> **Platform:** Mobile
>
> 7/16/2018 2:30:23 AM(UTC+0)

Come down to ccs tomorrow afternoon

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x9A0A80F (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

> 15613064728@s.whatsapp.net Victor
>
> **Attachments:**
>
> 
>
> Size: 19013
> File name: f9504a60-9f3b-4321-9e2f-5cb3412a35ad.jpg
> fna.whatsapp.net/d/f/ApRJTrp8q_2YAtQiQIlwnyYIrwfanDXdO2ex0OS4XTqw.enc
> f9504a60-9f3b-4321-5cb3412a35ad.jpg
>
> **Status:** Sent
> **Platform:** Mobile
>
> 7/19/2018 7:54:52 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x44297B2 (Table: ZWAMESSAGE, ZWAMEDIAITEM, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Message/Media/13052063140@s.
whatsapp.net/f/9/f9504a60-9f3b-4321-9e2f-5cb3412a35ad.jpg :  (Size: 19013 bytes)



13052063140@s.whatsapp.net Gilberto Morales

Nada hermano

**Status:** Read
**Platform:** Mobile

7/19/2018 7:55:59 PM(UTC+0)

Nothing, brother

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x4429648 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Y ahora peor...cerrados no dieron una patada por ese trasero

**Status:** Read
**Platform:** Mobile

7/19/2018 7:56:21 PM(UTC+0)

And now worse... [they are] closed they gave us a kick in the rear

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x4429481 (Table:
ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Ya no tengo ni banco

**Status:** Read
**Platform:** Mobile

7/19/2018 7:56:28 PM(UTC+0)

Now I don't even have a bank

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x4429407 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

This is really uncomfortable ,,,

15613064728@s.whatsapp.net Victor

Que imcomodo de verdad ,,

**Status:** Sent
**Platform:** Mobile

7/19/2018 7:57:29 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x4429E18 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Uncomfortable

15613064728@s.whatsapp.net Victor

Incomodo

**Status:** Sent
**Platform:** Mobile

7/19/2018 7:57:37 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x442936E (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Thanks, partner

15613064728@s.whatsapp.net Victor

Gracias partner

**Status:** Sent
**Platform:** Mobile

7/19/2018 7:57:58 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x4429E16 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Así es

**Status:** Read
**Platform:** Mobile

7/19/2018 7:58:15 PM(UTC+0)

That is the way it is

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x4429290 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Whatever you can do, I appreciate it ,

15613064728@s.whatsapp.net Victor

Lo que puedas hacer te lo agradezco ,

**Status:** Sent
**Platform:** Mobile

7/19/2018 7:58:45 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x42741B8 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

It's a good thing we got rid of the rocket in time, at the least

15613064728@s.whatsapp.net Victor

Menos mal que salimos del cohete a tiempo porlomenos

**Status:** Sent
**Platform:** Mobile

7/19/2018 7:59:21 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x4274EF8 (Table:
ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsA
pp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Si partner

**Status:** Read
**Platform:** Mobile

7/19/2018 8:01:07 PM(UTC+0)

Yes, partner

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x427483C (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Hi, Partner, it is okay that you don't send me coins [money], but don't abandon me, ha, ha, a hug

15613064728@s.whatsapp.net Victor

Holaaa Partner , esta bien que no me mandes churupos pero no me abandones jajaja un abrazo

**Status:** Sent
**Platform:** Mobile

8/10/2018 9:09:21 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x3454668 (Table: ZWAMESSAGE, Size:
182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist :
0x84D (Size: 22159 bytes)

Greetings, partner, I hope all is well

15613064728@s.whatsapp.net Victor

Te mando un saludos partner espero que todo este bien

**Status:** Sent
**Platform:** Mobile

8/29/2018 12:41:45 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x7CCF509 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Saludos

**Status:** Read
**Platform:** Mobile

8/29/2018 12:43:49 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x7CCF0E9 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Greetings

A hug

15613064728@s.whatsapp.net Victor

Un abrazo

**Status:** Sent
**Platform:** Mobile

8/29/2018 12:45:42 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x7C9770A (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Hi, Partner, just saying hi ,,, I hope everything is okay, a hug

15613064728@s.whatsapp.net Victor

Hola Partner solo para saludar ,, espero que todo este bien , un abrazo

**Status:** Sent
**Platform:** Mobile

9/20/2018 5:40:12 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2C53DA4 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Saludos

**Status:** Read
**Platform:** Mobile

9/20/2018 6:10:22 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x2C2537CF (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Greetings

13052063140@s.whatsapp.net Gilberto Morales

Epale Victorino

**Status:** Read
**Platform:** Mobile

9/25/2018 11:15:45 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x3F1C3EF (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

What's up, Victorino [little Victor]

Hi, Partner,, how are you?

15613064728@s.whatsapp.net Victor

Hola  Partner ,, como estas ?

**Status:** Sent
**Platform:** Mobile

9/25/2018 11:34:13 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x3CA3502 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Bien

**Status:** Read
**Platform:** Mobile

9/25/2018 11:58:06 PM(UTC+0)

Fine

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x1AFCCDD (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Ya resolví

**Status:** Read
**Platform:** Mobile

9/25/2018 11:58:15 PM(UTC+0)

I already resolved it

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x1AFC853 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Jajajaja

**Status:** Read
**Platform:** Mobile

9/25/2018 11:58:16 PM(UTC+0)

Ha, ha, ha

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x1AFCD4D (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

13052063140@s.whatsapp.net Gilberto  Morales

Pero igual saludos

**Status:** Read
**Platform:** Mobile

9/25/2018 11:58:21 PM(UTC+0)

But, anyway, greetings

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x1AFCC5F (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

That is really great, I'm sending you a hug ,,

15613064728@s.whatsapp.net Victor

Que buenoooooo  ,  te mando un abrazo. ,,,

**Status:** Sent
**Platform:** Mobile

9/26/2018 12:00:07 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x1AFCB7C
(Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.Whats
App.shared.plist : 0x84D (Size: 22159 bytes)

*You the best*

15613064728@s.whatsapp.net Victor

You the best

**Status:** Sent
**Platform:** Mobile

9/26/2018 12:00:29 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0xtAFCAFC (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Jajajajajaja

**Status:** Read
**Platform:** Mobile

9/26/2018 12:33:59 AM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x1AFC2EE (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Ha, ha, ha

Hi, Gilberto, how are you? Everything cool?

15613064728@s.whatsapp.net Victor

Hola Gilberto , como estas ? Todo cool ?

**Status:** Sent
**Platform:** Mobile

10/11/2018 3:09:26 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x647F3DE (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whats
app.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Epale Victor

**Status:** Read
**Platform:** Mobile

10/11/2018 5:40:15 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x648B9AD (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

What's up, Victor

13052063140@s.whatsapp.net Gilberto Morales

Todo en orden

**Status:** Read
**Platform:** Mobile

10/11/2018 5:40:23 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x648B366 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Everything in order

That's great, I am sending you a hug ,,,

15613064728@s.whatsapp.net Victor

Que bueno , te mando un abrazo ,,

**Status:** Sent
**Platform:** Mobile

10/11/2018 5:45:11 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite :
0x648B87D (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's
iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha
tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

Impossible to make the last payment, correct? Or can it be managed?

15613064728@s.whatsapp.net Victor

Imposible hacer el ultimo pago , correcto ? O se puede manejar ?

**Status:** Sent
**Platform:** Mobile

10/11/2018 5:46:22 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x648B7C7 (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shared. plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

0 hermano

**Status:** Read
**Platform:** Mobile

10/11/2018 5:57:29 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x47CDB01 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Oh, brother

Ha, ha, ha

15613064728@s.whatsapp.net Victor

Jajajaja

**Status:** Sent
**Platform:** Mobile

10/11/2018 5:57:44 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x47CDE9E (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.wha tsapp.WhatsApp.shared.plist : 0x84D (Size: 22159 bytes)

13052063140@s.whatsapp.net Gilberto Morales

Complicado todo

**Status:** Read
**Platform:** Mobile

10/11/2018 5:58:00 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x47CDD7E (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 182153216 bytes)

Everything [ís] complicated

Okay, if you have customers, that may help on the charters, etc. ,,,

15613064728@s.whatsapp.net Victor

Ok si tienes clientes que pueda ayudar en los charters etc ,,

**Status:** Sent
**Platform:** Mobile

10/11/2018 5:58:14 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x47CDCBE (Table: ZWAMESSAGE, Size: 182153216 bytes)
ACS1's iPhone/Applications/group.net.whatsapp.WhatsApp.shared/Library/Preferences/group.net.whatsapp.WhatsApp.shar ed.plist : 0x84D (Size: 22159 bytes)