# EXHIBIT 14

| | |
|---|---|
| **Subject:** | RE: Hello Team, Please quote |
| **Date:** | Monday, January 28, 2019 at 7:34:51 AM Eastern Standard Time |
| **From:** | Journey Charter Dept |
| **To:** | Victor Mones |
| **CC:** | Journey Charter Dept |
| **Attachments:** | image001.png, image002.png, image003.jpg, image004.png, image005.png, image006.png, image007.png, image008.png |

Oh we like inside info. Thank you and do let us know if anything changes

Christian



Christian Joneleit
Director Charter Sales, EMEA

+1 561-826-9400 ext. 1019
+33 7 85 38 50 69 Mobile

cjoneleit@journeyflight.com
www.journeyflight.com





**ELEVATE YOUR EXPECTATIONS**

---

**From:** Victor Mones <vmones@flywithacs.com>
**Sent:** Monday, January 28, 2019 12:32
**To:** Journey Charter Dept <charter@journeyflight.com>
**Subject:** Re: Hello Team, Please quote

Hello Christian,

   Thanks you very much , for the inside ,,  Apparently they posponed the trip i will let you know as soon a get the update ,

   Best

AMERICAN CHARTER SERVICES
VICTOR MONES
561-3064728

On Jan 28, 2019, at 5:27 AM, Journey Charter Dept <charter@journeyflight.com> wrote:

Good morning both

3 more brokers looking for same trip to Moscow. Anything we can do to help? If this leaves 29th from SVMI we need to move plane today and get crew into position / rest.

Return is direct as long as we get the additional crew member in the cabin, similar to the LTBA SVMI flights.

Thank you

Christian

<image001.png>
Christian Joneleit
Director Charter Sales, EMEA

+1 561-826-9400 ext. 1019
+33 7 85 38 50 69 Mobile

cjoneleit@journeyflight.com
www.journeyflight.com

<image002.png> <image003.jpg> <image004.png>

<image005.png><image006.png><image007.png><image008.png>

**ELEVATE YOUR EXPECTATIONS**

---

**From:** Maytham Kadhim <mkadhim@flywithacs.com>
**Sent:** Sunday, January 27, 2019 22:55
**To:** Journey Charter Dept <charter@journeyflight.com>
**Subject:** Hello Team, Please quote

Hello Team,

I need quote for your G550 or any heavy jet you have available, to pick up some pax from SVMI – UUWW tomorrow 01/28 and then coming back 01/30
I don't have pax count but it has to be none stop.

Routing

SVMI – UUWW 01/28
UUWW – SVMI 01/30

Thank you ill wait for your replay.