# EXHIBIT 15
Salazar Chat Chain Excerpt

wxid_kvpz6lf73poa12 Armando S

Que le traigas tres cigarros electrónicos

6/5/2018 9:34:28 PM(UTC+0)

He said to bring him three electronic cigarettes

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.
sqlite : 0xD6BD0 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/
session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/
data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

On it

wxid_nwq2qzqw011t12 VM

Plomoooo

6/5/2018 9:34:57 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xD6BAF (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Y repuesto de los rojos, mango y cremme bulle

6/5/2018 9:35:08 PM(UTC+0)

And red, mango, and cremme bulle (sic.) refills

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite
: 0xD6B67 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/sessi
on.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/
a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Por favor .

6/5/2018 9:35:44 PM(UTC+0)

Please

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xD6B41 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

On my way

wxid_nwq2qzqw011t12 VM

En camino

6/5/2018 9:37:44 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xD6B1D (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

**wxid_nwq2qzqw011t12 VM**

Attachments:



Size: 367441
File name: 132.pic
132.pic

6/5/2018 9:47:29 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xD66EC (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/132.pic :  (Size: 367441 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Attachments:



Size: 96364
File name: 133.pic
133.pic

6/6/2018 4:41:48 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xD63FE (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/133.pic :  (Size: 96364 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Attachments:



Size: 64771
File name: 134.pic
134.pic

6/6/2018 4:42:11 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xD6110 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/134.pic :  (Size: 64771 bytes)



**wxid_kvpz6lf73poa12 Armando S**

**Attachments:**



Size: 59544
File name: 135.pic
135.pic

6/6/2018 4:42:12 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xDFD29 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/135.pic : (Size: 59544 bytes)

**wxid_kvpz6lf73poa12 Armando S**

**Attachments:**



Size: 74817
File name: 136.pic
136.pic

6/6/2018 4:42:13 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xDFA3B (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/136.pic : (Size: 74817 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Hermano saludos. Pasajero hoy a Maiquetia , más la madre del tío.

6/6/2018 4:42:36 PM(UTC+0)

Hi bro. Passanger to Maiquetia (Venezuela) today, plus the uncle's mother

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xDF9DB (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f8
8abff85ba71d24073 : 0x21 (Size: 492 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Se los pase igual a Alejandro pero como está en crucero creo no lo ha visto.

6/6/2018 4:42:58 PM(UTC+0)

I sent them to Alejandro anyway, but since he's on a cruise, I don't think he saw it

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF972
(Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1
(Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85
ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Victor saca a Hilario e incluye los siguientes

6/6/2018 5:04:18 PM(UTC+0)

Victor, remove Hilario and include the following

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF928 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

OK Perfect

wxid_nwq2qzqw011t12 VM

Ok peefect

6/6/2018 5:05:27 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF903 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Attachments:



Size: 47912
File name: 141.pic
141.pic

6/6/2018 5:05:42 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF617 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a987400d0eaf4f88abff85ba71d24073/141.pic : (Size: 47912 bytes)

Maria OK

wxid_nwq2qzqw011t12 VM

Maria ok

6/6/2018 5:06:45 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF5ED (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Attachments:



Size: 93955
File name: 143.pic
143.pic

6/6/2018 5:09:42 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF301 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a987400d0eaf4f88abff85ba71d24073/143.pic : (Size: 93955 bytes)

wxid_kvpz6lf73poa12 Armando S

Me dará Nieves solamente

6/6/2018 5:09:51 PM(UTC+0)

Will come up to snow/nine only

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF2CB (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Son 7 pasajeros

6/6/2018 5:09:56 PM(UTC+0)

It's 7 passengers

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF2A1 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

OK

wxid_nwq2qzqw011t12 VM

Ok

6/6/2018 5:11:10 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF284 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Sabrás si llegaron para enviar a buscar las cosas y llevar unas maletas

6/6/2018 5:16:52 PM(UTC+0)

Do you know if they arrived, to send the things and bring some suitcases

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xDF221 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

**Attachments:**



Size: 89050
File name: 148.pic
148.pic

6/6/2018 5:19:48 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE0D29 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/148.pic : (Size: 89050 bytes)

Yes. They're landing

wxid_nwq2qzqw011t12 VM

Si estan aterrizando

6/6/2018 5:40:19 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE0CF8 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

I had told Maria. She must've taken care of it

wxid_nwq2qzqw011t12 VM

Le habia avisado a Maria ella seguro lo rwsolvio

6/6/2018 5:51:20 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xE0CAD (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archiv
e : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Ok pero eso va a mi casa .

6/6/2018 5:53:04 PM(UTC+0)

OK, but that's going to my house

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE0C78 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

OK

wxid_nwq2qzqw011t12 VM

Ok

6/6/2018 5:53:32 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE0C5B (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Hermano saludos. Llego el avión a punta cana a buscar la familia del tío ?

6/7/2018 7:43:01 PM(UTC+0)

Hi bro. Did the plane arrive in Punta Cana to pick up the uncle's family?

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xE0BF5
(Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1
(Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff8
5ba71d24073 : 0x21 (Size: 492 bytes)



**wxid_nwq2qzqw011t12 VM**

Attachments:

Details
type: voip message
duration: 63

Size: 0
(Empty File)

6/7/2018 7:45:13 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE0AE4 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

Hi. They landed. Whenever they please

**wxid_nwq2qzqw011t12 VM**

Hola ya aterrizaron  cua do quieran

6/7/2018 8:54:26 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE0AAC (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)



**wxid_nwq2qzqw011t12 VM**

Attachments:

Details
type: voip message
duration: 0

Size: 0
(Empty File)

6/7/2018 9:07:30 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE099D (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

**Attachments:**



Details
type: voip message
duration: 15

Size: 0
(Empty File)

6/7/2018 9:11:39 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE0893 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Ya salieron ? A qué hora es la llegada ?

6/7/2018 10:37:39 PM(UTC+0)

Did they leave? At what time do they arrive?

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM
.sqlite : 0xE0855 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessio
n/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessio
n/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

**Attachments:**



Details
type: voip message
duration: 17

Size: 0
(Empty File)

6/7/2018 10:38:55 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE0745 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Yes, they left. I told Usechez also 7:30

wxid_nwq2qzqw011t12 VM

Si ya salieron le Dije a Usechez tambien 7:30

6/7/2018 10:39:26 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xE0702 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.arc
hive : 0x798 (Size: 4498 bytes)

Hi Armando, good afternoon

wxid_nwq2qzqw011t12 VM

Holaaa Armando buenas Tardes

6/13/2018 3:53:42 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE06CB (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

Just to let you know that the Hawker stayed there in Punta Cana at their disposal, in case they need it

wxid_nwq2qzqw011t12 VM

Solo para Decirte que el Hawker se quedo alli en Punta Cana a la disposición, porsia lo necesitan

6/13/2018 3:54:38 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xE064D (Table:
Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498
bytes)

wxid_kvpz6lf73poa12 Armando S

Ok te aviso por que Sam y el resto del equipo creo regresan el viernes

6/13/2018 11:31:06 PM(UTC+0)

OK. I'm telling you, because I believe that Sam and the rest of the team return on Friday

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xE05EB
(Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abf
f85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_nwq2qzqw011t12 VM

6/13/2018 11:36:39 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE05CC (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Hermano mañana El tío sale a las 6:00 pm mañana .

6/15/2018 6:53:06 PM(UTC+0)

Bro, the Uncle's leaving tomorrow at 6 pm

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xE057E (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.
db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/
87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

De Maiquetia a punta cana

6/15/2018 6:53:11 PM(UTC+0)

From Maiquetia (Venezuela) to Punta Cana

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE054A (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Me confirmas por favor para enviarte los pasaporte a

6/15/2018 6:55:20 PM(UTC+0)

Will you confirm for me please? To send you the passports to

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xE04FC (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Super-confirmed!!! I'm going to leave the plane in Punta Cana for the event. Is that OK with you?

**wxid_nwq2qzqw011t12 VM**

Cimfirmadisimo !! Voy a dejar el avion en Punta cana por el evento te parece ?

6/15/2018 6:57:02 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xE0493 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Dame un Segundo que hubo cambio

6/15/2018 7:02:06 PM(UTC+0)

Give me a moment, because there was a change

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xE0458 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Me dice que esté a la 1 el tío.

6/15/2018 7:04:05 PM(UTC+0)

The uncle's telling me to be [there] at 1

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xE041C (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Perfect

**wxid_nwq2qzqw011t12 VM**

Perfectto

6/15/2018 7:09:08 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xE03F8 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

**Attachments:**



Size: 61302
File name: 172.pic
172.pic

6/15/2018 11:48:12 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xE010C (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/172.pic : (Size: 61302 bytes)

**wxid_kvpz6lf73poa12 Armando S**

**Attachments:**



Size: 55809
File name: 173.pic
173.pic

6/15/2018 11:48:20 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF9D29 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/173.pic : (Size: 55809 bytes)

**wxid_kvpz6lf73poa12 Armando S**

**Attachments:**



Size: 173423
File name: 174.pic
174.pic

6/15/2018 11:50:23 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF9A3A (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/174.pic : (Size: 173423 bytes)

**wxid_kvpz6lf73poa12 Armando S**

**Attachments:**



Size: 74079
File name: 175.pic
175.pic

6/15/2018 11:50:40 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF974C (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/175.pic : (Size: 74079 bytes)

**wxid_kvpz6lf73poa12 Armando S**

**Attachments:**



Size: 79768
File name: 176.pic
176.pic

6/15/2018 11:50:47 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF945E (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/176.pic : (Size: 79768 bytes)

5 OK. Ready.

**wxid_nwq2qzqw011t12 VM**

5 ok listo

6/15/2018 11:52:27 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF9433 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

HAPPY DAY ARMANDOOOO

**wxid_nwq2qzqw011t12 VM**

FELIZ DIA ARMANDOOO

6/17/2018 12:45:51 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF9404 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Hermano gracias, igual por allá. Fuerte abrazo!!

6/17/2018 2:06:29 PM(UTC+0)

Thanks bro. Same to you. Huggs!!!

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xF93B9 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session
.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9
/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Epale Victor saludos

6/18/2018 1:55:17 AM(UTC+0)

Hi Victor

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF938B (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Disculpa la hora. El avión subió a Miami?

6/18/2018 1:55:32 AM(UTC+0)

Pardon the time. Did the plane fly up to Miami?

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM
.sqlite : 0xF9346 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessio
n/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessio
n/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Hi Armando, no. Waiting

wxid_nwq2qzqw011t12 VM

Hola Armando , no esta alli pendiente

6/18/2018 1:56:09 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF9306 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Te aviso de un vuelo que necesita el tío mañana. Miami-Punta Cana-Miami. Ida por vuelta mañana mismo.

6/18/2018 1:57:29 AM(UTC+0)

I'll let you know //or I'm letting you know// about a flight the uncle needs tomorrow. Miami - Punta Cana - Miami, round trip, all tomorrow

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xF9283 (Table:
Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table:
SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073
: 0x21 (Size: 492 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Algo de urgencia

6/18/2018 1:57:44 AM(UTC+0)

Something urgent

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF9257 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

**wxid_nwq2qzqw011t12 VM**

Listo estoy pe

6/18/2018 1:58:18 AM(UTC+0)

OK I'm

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF922F (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

**wxid_nwq2qzqw011t12 VM**

Pendiente

6/18/2018 1:58:26 AM(UTC+0)

on it

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF920B (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Perdón es más fácil.

6/18/2018 2:00:44 AM(UTC+0)

Sorry, it's easier

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF91D9 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Es Buscar unas personas en Barcelona, traerlas y regresarlas a Maiquetia mañana.

6/18/2018 2:01:17 AM(UTC+0)

It's for picking up some people in Barcelona (Venezuela), bring them and fly them back to Maiguetia (Venezuela) tomorrow

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xF916D (Table:
Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1
(Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba
71d24073 : 0x21 (Size: 492 bytes)

OK

wxid_nwq2qzqw011t12 VM

Ok

6/18/2018 2:01:56 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF914A (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

La salida la de barcelona para acá en Punta Caña sería a las 10:30

6/18/2018 2:02:01 AM(UTC+0)

The departure from Barcelona to here in Punta Cana would be at 10:30

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xF90EA
(Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88
abff85ba71d24073 : 0x21 (Size: 492 bytes)

OK, let me work on it

wxid_nwq2qzqw011t12 VM

Ok ta lo coordino

6/18/2018 2:02:18 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF90BD (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Al tener los pasaporte te los envíos.

6/18/2018 2:02:27 AM(UTC+0)

I´ll send you the passports once I have them

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF907C (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

OK

wxid_nwq2qzqw011t12 VM

Ok

6/18/2018 2:02:39 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xF905F (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Buen día hermano

6/18/2018 10:26:51 AM(UTC+0)

Good morning bro

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFCFEA (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Attachments:



Size: 63437
File name: 195.pic
195.pic

6/18/2018 10:27:02 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFCCFE (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/195.pic : (Size: 63437 bytes)

Good morninggggg

**wxid_nwq2qzqw011t12 VM**

Buenos Diassss

6/18/2018 10:27:15 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFCCD3 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Attachments:



Size: 138807
File name: 197.pic
197.pic

6/18/2018 10:27:16 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC9E6 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/197.pic : (Size: 138807 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Dos pasajeros solamente.

6/18/2018 10:27:44 AM(UTC+0)

Only two passengers

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC9B1 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

OK. Perfect

wxid_nwq2qzqw011t12 VM

Om perfecto ,

6/18/2018 10:27:59 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC988 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Hermano aprovechando te ratifico que Alejandro y tú tienes habitación en el hotel Paradisus Punta Cana donde se va a quedar el grupo completo. Ahí estaremos todos

6/18/2018 10:29:04 AM(UTC+0)

Bro, since I have you, I want to assure you that Alejandro and you have a room at the Paradisius hotel Punta Cana, where the entire group will stay. We will all be there

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFC8C8 (Table:
Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table:
SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 :
0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Tienen una doble pero avísame si les pongo Dos separadas.

6/18/2018 10:29:27 AM(UTC+0)

You have a double, but let me know if I should set you up with two separate room

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFC871 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0
eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Desde mañana martes saliendo el domingo

6/18/2018 10:29:39 AM(UTC+0)

From tomorrow, checking out on Sunday

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC82D (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_nwq2qzqw011t12 VM

Buenisimo , esta perfecto muchisimas gracias , yo llego mañana en la tarde , que vaina tan buena

6/18/2018 10:30:35 AM(UTC+0)

Excellent. That's perfect. Thank you. I'll arrive tomorrow afternoon. This is great

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFC7B1 (Table:
Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498
bytes)

wxid_kvpz6lf73poa12 Armando S

También los incluimos en una Forusome de Golf si quieren jugar una Día para practicar.

6/18/2018 10:30:36 AM(UTC+0)

We also included you in a Golf Foursome, in case you want to play one day, to practice

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFC73D (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d
24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

También tienen sus franelas y gorras del torneo .

6/18/2018 10:31:11 AM(UTC+0)

And you're all set with your shirts and caps from the tournament

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFC6EF (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.d
b : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/8
7400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Awesomeeeeee

wxid_nwq2qzqw011t12 VM

Buenisimoooo

6/18/2018 10:31:12 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC6C8 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Perfecto al llegar puedes ir directo al hotel , allá estaremos todos.

6/18/2018 10:31:49 AM(UTC+0)

Perfect. you can go straight to the hotel when you arrive and we'll all be there

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFC667
(Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88ab
ff85ba71d24073 : 0x21 (Size: 492 bytes)

Very grateful to you. We'll have an awesome time

wxid_nwq2qzqw011t12 VM

Muy agradecido ,   La vamos a pasar buenisimo

6/18/2018 10:32:59 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFC61D (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.arc
hive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Si vale el tío está entusiasmado después de tantas cosas

6/18/2018 10:33:25 AM(UTC+0)

Oh yeah. The uncle is very excited, after so many things

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFC5C7 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d
0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Absolutely

**wxid_nwq2qzqw011t12 VM**

Totalmente

6/18/2018 10:34:44 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC5A1 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

**wxid_nwq2qzqw011t12 VM**

Attachments:



Size: 358416
File name: 211.mp4
211.mp4

6/18/2018 10:36:25 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC219 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Video
/a987400d0eaf4f88abff85ba71d24073/211.mp4 :  (Size: 358416 bytes)

I didn't have en

**wxid_nwq2qzqw011t12 VM**

No me dio tie

6/18/2018 10:36:36 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC1F0 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

Enough time to do the balls

**wxid_nwq2qzqw011t12 VM**

Tiempo a hacer las pelotas

6/18/2018 10:36:50 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC1BB (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

No vale eso está del carajo en verdad

6/18/2018 10:41:52 AM(UTC+0)

No worries. It's really awesome

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC17A (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Eso es suficiente

6/18/2018 10:42:05 AM(UTC+0)

That's quite enough

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFC14E (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Hermano son 4 pasajeros . Acá los otros dos

6/18/2018 11:34:57 AM(UTC+0)

Bro, it's 4 passengers. Here are the other two

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sql
ite : 0xFC107 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/se
ssion.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/da
ta/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

**Attachments:**



Size: 117754
File name: 217.pic
217.pic

6/18/2018 11:35:04 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFDD27 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/217.pic :  (Size: 117754 bytes)

wxid_kvpz6lf73poa12 Armando S

Attachments:



Size: 87479
File name: 218.pic
218.pic

6/18/2018 11:35:05 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFDA39 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/Img/a
987400d0eaf4f88abff85ba71d24073/218.pic : 0x687 (Size: 87479 bytes)

wxid_kvpz6lf73poa12 Armando S

Esta es la persona conctacto allá al llegar a Barcelona

6/18/2018 11:35:52 AM(UTC+0)

This is the contact person there, upon arrival in Barcelona

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFD9E5 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400
d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_nwq2qzqw011t12 VM

Ok

6/18/2018 11:36:38 AM(UTC+0)

OK

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD9C8 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

El número del David De Lima que es el contacto es +58 414-8411265, pueden llamarlo al salir de acá para coordinar y puedan salir de allá a la hora .

6/18/2018 11:37:32 AM(UTC+0)

The number for David De Lima, who is the contact, is +58-414-841-1265 You can call him when you leave to coordinate and you can be out in an hour

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD916 (Table:
Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table:
SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 :
0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

El piloto es Alejandro ?

6/18/2018 12:30:58 PM(UTC+0)

Alejandro's the pilot?

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD8E1 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Hi. No, it's Adolfo. The plane took off already. About an hour ago. Must be about to land

**wxid_nwq2qzqw011t12 VM**

Hola no es Adolfo , ya el avion salio   Hace 1 hora aprox debe estar aterrizando

6/18/2018 12:33:25 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD876 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

Just in case, Adolfo (786) 212-4530

**wxid_nwq2qzqw011t12 VM**

Porsia Afolfo (786) 212-4530

6/18/2018 12:33:54 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD839 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Hermano me avisa al salir el avión de Barcelona

6/18/2018 2:37:17 PM(UTC+0)

Bro, let me know once the plane leaves Barcelona

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD7EE (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Of course

**wxid_nwq2qzqw011t12 VM**

Si seguro

6/18/2018 2:40:21 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD7CA (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

The passengers arrived already. I'll let you know when they depart

**wxid_nwq2qzqw011t12 VM**

Ya llegaron los pasajeros , aviso cuando salgan

6/18/2018 3:19:35 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD780 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Ok

6/18/2018 3:56:50 PM(UTC+0)

OK

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD764 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

Salieron

6/18/2018 4:06:38 PM(UTC+0)

They left

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD742 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

wxid_kvpz6lf73poa12 Armando S

?

6/18/2018 4:06:45 PM(UTC+0)

?

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD727 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

No. Still in immigration

wxid_nwq2qzqw011t12 VM

No todabia en inmigracion

6/18/2018 4:08:00 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD6F3 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Ah ok

6/18/2018 4:15:40 PM(UTC+0)

OK

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD6D4 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

They're taking off in 5 min

wxid_nwq2qzqw011t12 VM

Ya estan despegando en 5 min

6/18/2018 4:26:27 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD69D (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Victor hermano . A qué hora más o menos están aterrizando.

6/18/2018 6:07:55 PM(UTC+0)

Victor, bro, more or less at what time will they land?

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFD645 (Table: a_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0e
af4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

They should land within the next 15 min

wxid_nwq2qzqw011t12 VM

Deben estar aterrizando en los proximos 15 min

6/18/2018 6:09:01 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFD5FB (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.arc
hive : 0x798 (Size: 4498 bytes)

They landed

wxid_nwq2qzqw011t12 VM

Ya aterrizaron

6/18/2018 6:11:53 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD5D2 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Las personas que vinieron regresan a Maiquetia a las 7:30 pm.

6/18/2018 9:20:20 PM(UTC+0)

The people who came are going back to Maiquetia at 7:30 pm

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFD57A (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf
4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

OK No problem

wxid_nwq2qzqw011t12 VM

Ok , No problem

6/18/2018 9:20:55 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD54E (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

Hermano vamos a retrasarlo para las 9:00 pm

6/18/2018 11:54:00 PM(UTC+0)

Bro, let's push it back to 9:00 pm

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.s
qlite : 0xFD509 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/s
ession.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/d
ata/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Ya van saliendo al aeropuerto. Pregunta el tío si tienen whisky en el avión para las personas

6/19/2018 12:51:51 AM(UTC+0)

They're on their way to the airport. The uncle's asking if there's whisky on the plane for them

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD48F (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

There is

**wxid_nwq2qzqw011t12 VM**

Si hay

6/19/2018 1:23:10 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD46D (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Ya salió la gente al aeropuerto

6/19/2018 1:54:15 AM(UTC+0)

The people are on their way to the airport

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD432 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Thanks

**wxid_nwq2qzqw011t12 VM**

Gracias

6/19/2018 1:56:08 AM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD410 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

**wxid_kvpz6lf73poa12 Armando S**

Epale Victor saludos. El avión sigue acá en punta cana o subió?

6/24/2018 8:38:39 PM(UTC+0)

Hi Victor. The plane's still here in Punta Cana or did it fly up already?

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFD3B3 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db :
0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f
88abff85ba71d24073 : 0x21 (Size: 492 bytes)

Hi Armando. It already flew up

**wxid_nwq2qzqw011t12 VM**

Hola Armando , Ya subio ,,

6/24/2018 8:39:27 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD37D (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)

**What do you need?**

wxid_nwq2qzqw011t12 VM

Que necesitas

6/24/2018 8:39:36 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD355 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

**Thanks for all your attentions**

wxid_nwq2qzqw011t12 VM

Gracias por todas las atenciones

6/24/2018 8:39:46 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD31A (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

**Everything turned out awesome**

wxid_nwq2qzqw011t12 VM

Quedo buenisimo todo !!

6/24/2018 8:40:06 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD2E8 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

De nada vale. Es que el tío necesitan bajar mañana en la noche o martes en la mañana pero desde Santo Domingo.

6/24/2018 8:40:28 PM(UTC+0)

**My pleasure. The uncle needs to fly down tomorrow night or Tuesday morning, but from Santo Domingo**

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD25C (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

**I'll work it out. I believe there's a plane in Caracas**

wxid_nwq2qzqw011t12 VM

Om lo coordino, creqo que hay un avion en Caracas

6/24/2018 8:41:34 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD20E (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archiv
e : 0x798 (Size: 4498 bytes)

**Could you confirm at what time the aunt wants to leave tomorrow ??**

wxid_nwq2qzqw011t12 VM

Me puedes confirmar a que Hora quiere salir la Tia Mañana !! ?

6/24/2018 8:43:04 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite :
0xFD1B4 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive :
0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

El quiere este disponible a las 7:00 pm mañana en Santo Domingo, para salir mañana mismo o martes tipo 11. Depende de una reunión.

6/24/2018 8:48:00 PM(UTC+0)

He wants it to be available at 7:00 pm tomorrow in Santo Domingo, to leave tomorrow or Tuesday around 11.
It all depends on a meeting

Source Info:
ACS's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xFD113 (Table:
Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/session.db : 0x1BB1 (Table:
SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/session/data/a9/87400d0eaf4f88abff85ba71d24073 :
0x21 (Size: 492 bytes)

OK I'll figure it out

wxid_nwq2qzqw011t12 VM

Ok , lo coordino

6/24/2018 8:48:43 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD0E6 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

And the Aunt?

wxid_nwq2qzqw011t12 VM

Y la Tia ?

6/24/2018 8:48:50 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD0C1 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

wxid_kvpz6lf73poa12 Armando S

No me ha dicho nada de la Tía

6/24/2018 8:52:11 PM(UTC+0)

He hasn't told me anything about the Aunt

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xFD088 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/session.db : 0x1BB1 (Table: SessionAbstract, Size: 28672 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/sessi
on/data/a9/87400d0eaf4f88abff85ba71d24073 : 0x21 (Size: 492 bytes)

OK

wxid_nwq2qzqw011t12 VM

Ok

6/24/2018 8:52:31 PM(UTC+0)

Source Info:
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/M
M.sqlite : 0xCDFF8 (Table: Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's
iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmse
tting.archive : 0x798 (Size: 4498 bytes)

Good morning Armando, the Uncle's transportation is confirmed for SANTO DOMINGO Las Americas (Airport) today, starting at 8:00 p

wxid_nwq2qzqw011t12 VM

Buenos Dias Armando , el Transporte del Tio esta Confirmado para SANTO DOMINGO , Las AMERICAS HOY, a partir se las 8:00 p

6/25/2018 12:02:54 PM(UTC+0)

Source Info:
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/DB/MM.sqlite : 0xCDF64 (Table:
Chat_a987400d0eaf4f88abff85ba71d24073, Size: 2482176 bytes)
ACS1's iPhone/Applications/com.tencent.xin/Documents/d6274cd826b38642fb130c4f8bc82c28/mmsetting.archive : 0x798 (Size: 4498 bytes)