# EXHIBIT 16

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately it appears to be that same deftness and charisma that propelled him to be a sought-after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me, without basis. I also reject any implication that Victor manipulated me into writing to the Court. This is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: _____

NAME: BEATRIZ ALARCON

DATE: March 4th, 2021

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his
> ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately
> it appears to be that same deftness and charisma that propelled him to be a sought-
> after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me,
without basis. I also reject any implication that Victor manipulated me into writing to the Court. This
is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: _____

NAME: JONATHAN P BURLS

DATE: 9th March 2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA:

NOMBRE: Nelly Carriedo Mones

FECHA: 2021/03/05

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately it appears to be that same deftness and charisma that propelled him to be a sought-after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me, without basis. I also reject any implication that Victor manipulated me into writing to the Court. This is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: _____

NAME: Eric Castillo

DATE: 3/5/21

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: NOEMI CORPORAN

FECHA: 03/04/2021

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his
> ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately
> it appears to be that same deftness and charisma that propelled him to be a sought-
> after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me,
without basis. I also reject any implication that Victor manipulated me into writing to the Court. This
is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE:

NAME: GEORGE DIAZ

DATE: MARCH 07 2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: Luis GARCIA BODI

FECHA: 03/04/2021

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately it appears to be that same deftness and charisma that propelled him to be a sought-after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me, without basis. I also reject any implication that Victor manipulated me into writing to the Court. This is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: _Eliza Jordan_

NAME: Eliza Jordan

DATE: March 5, 2021

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his
> ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately
> it appears to be that same deftness and charisma that propelled him to be a sought-
> after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me, without basis. I also reject any implication that Victor manipulated me into writing to the Court. This is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: _____

NAME: Daniel Lundy

DATE: 3-5-2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: Omagdys Teresita Malaver Espinoza

FECHA: 03/06/2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

Honorable Juez Hellerstein, sirva la presente para asegurarle que en mi caso en particular, he mantenido una sincera amistad con Víctor; la cual data desde la infancia de nuestras hijas. Rechazo cualquier implicación de que Victor me haya manipulado para escribirle a usted. Eso no es algo que Victor me pediría y que yo tampoco haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: ANTONIO MARMO

FECHA: 03/06/2021

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately it appears to be that same deftness and charisma that propelled him to be a sought-after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me, without basis. I also reject any implication that Victor manipulated me into writing to the Court. This is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: _____

NAME: Maria A. Marmo

DATE: 03/05/2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,


FIRMA: _Nancy Martínez_

NOMBRE: Nancy Martínez

FECHA: 03/06/2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: Karin Meyer

FECHA: 3/7/2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: KLAUS H. MEYER

FECHA: 3/7/2021

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately it appears to be that same deftness and charisma that propelled him to be a sought-after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me, without basis. I also reject any implication that Victor manipulated me into writing to the Court. This is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: _____

NAME:   Andrea C. Ochoa Diaz

DATE:   March 4th, 2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: Daniel José Tatoli Torres

FECHA: 7/03/2021

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately it appears to be that same deftness and charisma that propelled him to be a sought-after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me, without basis. I also reject any implication that Victor manipulated me into writing to the Court. This is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: _Leopoldo Ochoa_

NAME: Leopoldo Ochoa

DATE: 04-03-2020

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: 

NOMBRE: Carlos Rodriguez

FECHA: 3/8/2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: Norelis Rodríguez

FECHA: 03/06/2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _15/L_

NOMBRE: Jorge Luis Salazar Burger

FECHA: 03/06/21

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: DIANA Sopillo

FECHA: 03-04-2021

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately it appears to be that same deftness and charisma that propelled him to be a sought-after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me, without basis. I also reject any implication that Victor manipulated me into writing to the Court. This is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: *Jared Stark*

NAME: Jared Stark

DATE: March 4, 2021

Para el Honorable Alvin K. Hellerstein:

He visto la siguiente afirmación en el escrito de sentencia del gobierno:

> De manera similar, si bien las cartas de parientes y amigos de Mones ciertamente demuestran su habilidad para reunir a personas en su esquina (ver Def. Mem., pags. 8-13), desafortunadamente pareciera que estas mismas destrezas y carisma fueron las que lo propulsaron a convertirse en un hombre de negocios buscado por la élite política y económica de Venezuela en tiempos de necesidad.

El gobierno pone en duda la sinceridad de las relaciones de Victor con sus amigos, incluyéndome a mí, sin fundamento alguno. Asimismo rechazo cualquier implicación de que Victor me haya manipulado para escribirle al juez. Eso no es algo que Victor necesite ni tampoco algo que yo haría.

Mi carta refleja la verdad acerca de mis sentimientos y apoyo hacia Victor.

Respetuosamente,

FIRMA: _____

NOMBRE: LEOPOLDO TEREDINO

FECHA: 03/07/2021

To the Honorable Alvin K. Hellerstein:

I have reviewed the following statement from the government's sentencing submission:

> Similarly, while Mones's letters from friends and family certainly demonstrate his ability to marshal individuals into his corner (see Def. Mem. at 8-13), unfortunately it appears to be that same deftness and charisma that propelled him to be a sought-after businessman for Venezuela's political and economic elite in their time of need.

The government disparages the sincerity of Victor's relationships with his friends, including me, without basis. I also reject any implication that Victor manipulated me into writing to the Court. This is not something Victor needed to do or would do.

My letter reflects the truth of my feelings and support for Victor.

Respectfully,

SIGNATURE: _____

NAME: Shaun Wahlgren

DATE: March 4, 2021