# EXHIBIT 17

| Inmate Name: | MONES-CORO, VICTOR | | | | Reg #: | 19735-104 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: M | Race: | WHITE | Facility: | NYM |
| Encounter Date: | 04/06/2020 15:02 | Provider: | Beaudouin, Robert MD | | Unit: | G06 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Beaudouin, Robert MD

**Chief Complaint:** Cough

**Subjective:** PATIENT COMPLAINS OF CUUGH , FEVER, CHILS AT NIGHT, LOSS OS APPETITE AND TASTE FOR PAST 4-5 DAYS. ADMITS TO CONSTIPATION FOR PAST 5 DAYS.
DENIES OTHER MEDICAL COMPLAINTS.

**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/06/2020 | 15:07 NYM | 99.1 | 37.3 | Oral | Beaudouin, Robert MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/06/2020 | 15:02 | 114 | Via Machine | | Beaudouin, Robert MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/06/2020 | 15:02 NYM | 12 | Beaudouin, Robert MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/06/2020 | 15:02 NYM | 128/89 | Left Arm | | | Beaudouin, Robert MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/06/2020 | 15:02 NYM | 98 | Room Air | Beaudouin, Robert MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/06/2020 | 15:02 NYM | 196.5 | 89.1 | | Beaudouin, Robert MD |

**Exam:**

**General**

  **Affect**

    Yes: Cooperative

  **Appearance**

    Yes: Appears Well, Alert and Oriented x 3

    No: Appears Distressed, Dyspneic, Appears in Pain, Writhing in Pain, Pale, Pallor, Cyanotic, Diaphoretic, Disheveled, Unkempt, Acutely Ill

**Eyes**

  **General**

    Yes: PERRLA, Extraocular Movements Intact

**Pulmonary**

**Exam:**
- **Auscultation**
  - Yes: Clear to Auscultation
- **Cardiovascular**
  - **Auscultation**
    - Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
    - No: M/R/G
- **Neurologic**
  - **Cranial Nerves (CN)**
    - Yes: Within Normal Limits
  - **Motor System-General**
    - Yes: Normal Exam

**ASSESSMENT:**

Constipation, unspecified, K5900 - Current

Suspect for COVID-19 Coronavirus like illness, Z0489-c19 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Docusate Sodium Capsule | 04/06/2020 15:02 |

**Prescriber Order:** TAKE ONE 100 MG CAP Orally -  Two Times a Day x 30 day(s)

**Indication:** Constipation, unspecified

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 127977-NYM | Acetaminophen 325 MG Tab | 04/06/2020 15:02 |

**Prescriber Order:** Take two tablets (650 MG) by mouth three times daily as needed for pain for 5 days -- As needed for occasional headaches PRN x 5 day(s)

**Indication:** Headache

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/06/2020 | Counseling | Diagnosis | Beaudouin, Robert | Verbalizes Understanding |

**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Beaudouin, Robert MD on 04/06/2020 15:35

# Bureau of Prisons
# Health Services
# Health Problems

Reg #: 19735-104                    Inmate Name: MONES-CORO, VICTOR

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Presbyopia**
| 08/21/2019 14:02 EST  Weyand, James OD | | ICD-10 | H524 | 08/21/2019 | Current | |

**Constipation, unspecified**
| 04/06/2020 15:35 EST  Beaudouin, Robert MD | | ICD-10 | K5900 | 04/06/2020 | Current | |

**Headache**
| 04/02/2020 13:37 EST  Joaquin, Y. MLP | | ICD-10 | R51 | 04/02/2020 | Current | |

**Encounter for exam for admission to prison without abnormal findings**
| 05/21/2019 16:11 EST  Fuller, Michele PA-C | | ICD-10 | Z022 | 05/21/2019 | Current | |

## Resolved

**Suspect/probable COVID-19 case**
| 04/20/2020 16:51 EST  Sommer, Diane MD, NER-MAST Physician | | ICD-10 | U07.2 | 04/06/2020 | Resolved | 04/20/2020 |
| 04/17/2020 22:20 EST  Sommer, Diane MD, NER-MAST Physician | | ICD-10 | U07.2 | 04/06/2020 | Current | |

## Current

**~~Suspect for COVID-19 Coronavirus like illness~~**
| ~~04/17/2020 22:20 EST  Sommer, Diane MD, NER-MAST Physician~~ | | ~~ICD-10~~ | ~~Z0489-~~ | ~~04/06/2020~~ | ~~Current~~ | |
   --new dx code entered
| 04/06/2020 15:12 EST  Beaudouin, Robert MD | | ICD-10 | Z0489- | 04/06/2020 | Current | |

**Total:** 6