UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
:
:  **SCHEDULING ORDER**
:
-v-  :
:  19 Cr. 144(AKH)
:
:
VICTOR MONES CORO,  :
:
:
Defendant.  :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing previously scheduled for March 8, 2021 is hereby adjourned. The parties are hereby ordered to appear for a sentencing on March 17, 2021 at 10:30 a.m., which sentencing will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

Finally, no later than March 16, 2021, at 4:30 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:   March 16, 2021           ___/s/Alvin K. Hellerstein_____
         New York, New York          ALVIN K. HELLERSTEIN
                                     United States District Judge