March 18, 2021

**V**IA **ECF**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

        Re:    United States v. Victor Mones Coro
                  S4 19 Cr. 144 (AKH)

Dear Judge Hellerstein:

We write on behalf of Victor Mones Coro to respond to your Honor's question at yesterday's sentencing about a recommendation for designation. We respectfully request that the Judgment state, "The Court recommends the defendant's designation to a Miami facility to facilitate visitation with his family."

We have conferred with AUSA Adelsberg, and the government has no objection.

Respectfully submitted,

_____            _____
Christine H. Chung                                    Samidh Guha
CHRISTINE H. CHUNG PLLC              George M. Barchini
14 Murray Street, #236                         PERRY GUHA LLP
New York, NY 10007                             35 East 62nd Street
Telephone: 917-685-0423                    New York, NY 10065
christine@thechunglawoffice.com    Telephone: 917-674-5383
                                                      sguha@perryguha.com
                                                      gbarchini@perryguha.com