UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

VICTOR MONES CORO,

           *Defendant.*

S4 19 Cr. 144 (AKH)

### ECF NOTICE OF SEALED FILINGS BY VICTOR MONES CORO

    Notice is hereby given to the public and counsel of record that two sealed submissions, dated March 8, 2021 and March 22, 2021, were made by defendant Victor Mones Coro. The submissions were made by electronic mail to the Court and government counsel, subject to objections stated therein.

Dated:   March 31, 2021
             New York, New York

Respectfully submitted,

_____
Christine H. Chung
CHRISTINE H. CHUNG PLLC
14 Murray Street, #236
New York, New York 10007
Telephone: (917) 685-0423
christine@thechunglawoffice.com

_____
Samidh Guha
George M. Barchini
PERRY GUHA LLP
35 East 62nd Street
New York, New York 10065
Telephone: (917) 674-5383
sguha@perryguha.com
gbarchini@perryguha.com

*Attorneys for Defendant Victor Mones Coro*