```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :      ORDER
     -against-                                                :
                                                              :      19 Cr. 144 (AKH)
VICTOR MONES CORO,                                            :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On March 31, 2021, Inner Press City filed an application to unseal documents in the above-captioned case. The Government is hereby ordered to respond to Inner Press City's letter by Friday, April 9, 2021.

    SO ORDERED.

Dated:    April 1, 2021        /s/ Alvin K. Hellerstein
           New York, New York    ALVIN K. HELLERSTEIN
                                    United States District Judge