UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
UNITED STATES OF AMERICA      :
:
    - v. -       :        19 Cr. 144 (AKH)
:
VICTOR MONES CORO,     :
:
          Defendant.    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


## GOVERNMENT'S SENTENCING MEMORANDUM


AUDREY STRAUSS
United States Attorney
Southern District of New York


Sam Adelsberg
Amanda Houle
    Assistant United States Attorneys,
*- Of counsel -*

1

**TABLE OF CONTENTS**

TABLE OF CONTENTS.................................................................................................. i

Preliminary Statement.............................................................................................. 1

Background .............................................................................................................. 3

   A.  2013 – January 2017: Maduro and His Regime Consolidate Power and Mones Provides Flight Services for Members of Maduro's Inner Circle........................................................ 3

   B.  February 2017 – January 2018: After OFAC Designates El Aissami and Lopez Bello, Mones and His Co-Conspirators Hatch A Plan to Violate Sanctions ................................. 5

   C.  January 2018 – May 2018: Lopez Bello and El Aissami Pay Mones for Services and Mones Provides Flights to Maduro's 2018 Presidential Campaign.................................. 10

   D.  May 2018 – July 2018: As Global Sanctions Increasingly Isolate the Maduro Regime, Members of the Conspiracy Providing Illegal Services in Violation of Sanctions .......... 17

   E.  August 2018 – Feb 2019: Mones Instructs A Co-Conspirator to Lie and Continues Providing Illegal Services in Violation of Sanctions........................................................ 19

   F.  March 2019: HSI Arrests Mones and Mones Lies in his Post-Arrest Interview ............. 21

Discussion .............................................................................................................. 22

   I.  The Defendant's Objections to the PSR ....................................................... 22

   II.  The Court Should Apply the Leadership Enhancement and Calculate a Guidelines Range of 70 to 87 Months......................................................................................... 23

   III.  A Significant Incarceratory Sentence and Substantial Fine Are Warranted.................... 31

   A.  The Nature and Circumstances of the Offenses and the History and Characteristics of the Defendant ................................................................................................ 32

   B.  Deterrence and the Need for the Sentence to Reflect the Seriousness of the Offenses, to Promote Respect for the Law, and to Provide Just Punishment ....................................... 38

   C.  Mones's Sentencing Arguments Do Not Warrant a Reduced Sentence .......................... 40

      1.   Comparable Sentences ................................................................................ 41

      2.   Mones's Remaining Arguments Are Unpersuasive................................................ 43

   D.  The Court Should Impose a Substantial Guidelines Fine ................................................. 50

CONCLUSION........................................................................................................ 51

**PRELIMINARY STATEMENT**

The Government respectfully submits this memorandum in connection with the sentencing of defendant Victor Mones Coro ("Mones" or the "defendant"), scheduled for March 8, 2021 at 10:30 a.m.

The defendant led a concerted, sustained, multi-year scheme to provide millions of dollars' worth of illicit flight services to sanctioned Venezuelan leaders in direct contravention of our country's sanctions regime and foreign policy. Between February 2017 and March 2019, Mones provided access to private charter flights to two prominent members of Venezuelan President Nicolas Maduro's inner circle: Former Venezuelan Vice President Tareck Zaidan El Aissami Maddah ("El Aissami") and his frontman, Samark Jose Lopez Bello ("Lopez Bello"), both of whom were sanctioned by the Treasury Department's Office of Foreign Assets Control ("OFAC") in February 2017. Mones and his co-conspirators perpetrated this crime by providing illegal services to Venezuelan officials and their associates at a time when the United States and its allies were engaged in the crucial undertaking of depriving Venezuela and its leadership of resources for its malign, undemocratic, and deadly activities—including its systematic and oftentimes fatal repression of activists, its subversion of Venezuelan democratic institutions, and its corrupt plundering of Venezuela's natural resources. These flights shuttled the sanctioned leaders to, among other places, destinations of strategic importance to Venezuela and its teetering economy—including Russia and Turkey. Mones and his Florida-based company, American Charter Services ("ACS"), also provided 20-25 flights in furtherance of Maduro's May 2018 campaign for re-election, a corrupt campaign through which Maduro illegitimately seized power in Venezuela, and appears to have provided hundreds of thousands of dollars in flight services to the President of Venezuela's Supreme Court, Maikel Moreno, who had been previously sanctioned by OFAC and is now charged with money laundering offenses in the Southern District of Florida.

Mones was the leader and mastermind of this scheme to provide illegal services to sanctioned Venezuelan officials and their associates. He designed it, directed others, and used his company, its planes, and its employees to fly Lopez Bello, El Aissami, and others around the world. To avoid detection, Mones and his co-conspirators used code names, falsified flight manifests and invoices, communicated over encrypted messaging applications, received cash flown in from Venezuela, and accepted wire transfers from a front company tied to the sanctioned Venezuelan leaders. Mones was then caught on tape discussing these flights and trying to cover his tracks by directing one of his pilots to lie to law enforcement.

Mones seeks to minimize the national security import of his conduct, not mentioning in his submission the flight services he provided to help Maduro win a sham election in May 2018. Mones further attempts to cast himself as "a cog in the wheel of his clients' travel planning" and a mere "limo dispatcher or driver." (Dkt. No. 180 ("Def. Mem.") at 2). But the evidence clearly shows that Mones was an individual of significant status and responsibility who leveraged his longstanding relationships with Venezuela's corrupt leadership to execute a sophisticated scheme involving multiple international jurisdictions, millions of dollars' worth of flight services, and the evasion of sanctions and aviation regulations. And he did so in the midst of a mounting global pressure campaign to isolate Maduro and his associates.

A significant sentence is thus necessary to reflect the seriousness of the offense, to promote respect for the law, and to deter others who would also seek to avoid national security related sanctions. Accordingly, as discussed more fully below, the Government asks the Court to impose a sentence in the applicable Guidelines range of 70 to 87 months' imprisonment. Because the PSR demonstrates that Mones, who has retained at least three different attorneys to represent him,

maintains millions of dollars in assets, the Government also respectfully requests that the Court impose a substantial fine within the Guidelines range of $25,000 to $5,000,000.

## BACKGROUND

### A. 2013 – January 2017: Maduro and His Regime Consolidate Power and Mones Provides Flight Services for Members of Maduro's Inner Circle

On April 14, 2013, Nicolas Maduro succeeded Hugo Chávez as President of Venezuela. Approximately a year later, in 2014, Mones and his company, ACS, began establishing relationships with prominent members of the ruling kleptocracy, including El Aissami and Lopez Bello, who have facilitated the Maduro regime's continued hold on power in Venezuela. (PSR ¶¶ 18, 23). During this period, ACS managed or operated at least four planes and a helicopter for the benefit of Lopez Bello, and used these aircraft for charter flights for other prominent Venezuelans, including El Aissami. (*Id.* ¶ 23).

For nearly a decade, Maduro, El Aissami, and Lopez Bello, among others, have crippled Venezuela. Despite abundant natural resources, including extensive oil reserves, the people of Venezuela are starving.[1] Maduro and his regime have abused their power by committing heinous extrajudicial killings, and imprisoning and threatening opposition politicians who challenge his authority.[2] As described further below, the global community has widely condemned the repressive actions of the Maduro regime and responded with diplomatic and economic measures intended to isolate the regime. Maduro and several of his closest advisors have also participated in a multi-decade narco-terrorism conspiracy, abusing the Venezuelan people and corrupting the

---

[1] Wall Street Journal: *Venezuela's Food Chain Is Breaking, and Millions Go Hungry* (Oct. 1, 2020), https://www.wsj.com/articles/venezuelas-food-chain-is-breaking-and-millions-go-hungry-11601544601.

[2] Venezuelan Suffering Under Human Rights Abuses of Illegitimate Maduro Regime, Summary of Briefing by U.S. Ambassador Roger D. Carstens (Oct. 11, 2019), https://www.state.gov/venezuelan-suffering-under-human-rights-abuses-of-illegitimate-maduro-regime/.

legitimate institutions of Venezuela—including parts of the military, intelligence apparatus, legislature, and the judiciary—to facilitate the importation of tons of cocaine into the United States. *See United States v. Nicolas Maduro Moros, et al.*, S2 11 Cr. 205 (AKH).

Even before Maduro rose to power, El Aissami was a powerbroker in Venezuela. Descending from a family with close ties to former President Hugo Chávez, El Aissami held prominent positions in the Venezuelan government between approximately 2003 and the present, including Minister of the Interior and Justice from 2008 to 2012.  (PSR ¶ 19).  In 2010, El Aissami and Maduro presented Russian President Vladimir Putin with the "Key to the City" of Caracas, Venezuela.  (*Id.*).  In January 2017, Maduro appointed El Aissami Vice President of Venezuela, making him the second most powerful leader in the country.  (*Id.*).

Throughout his meteoric rise in Venezuelan politics and his various roles in the Venezuelan government, El Aissami was also an infamous narcotics trafficker and a supporter of terrorist organizations, including Hizballah.  *See, e.g.*, Complaint, *United States v. Adel El Zabayar*, 20 Mag. 5469 (S.D.N.Y. 2020) (describing El Aissami's support for Hizballah and efforts to recruit Hizballah members to train in Venezuela for the purpose of planning attacks against the United States).  According to one account published in the New York Times, "El Aissami and his family have helped sneak Hezbollah militants into [Venezuela], gone into business with a drug lord and shielded 140 tons of chemicals believed to be used for cocaine production—helping make him a rich man as his country has spiraled into disarray."[3]

---

[3] New York Times: *Secret Venezuela Files Warn About Maduro Confidant* (May 2, 2019), https://www.nytimes.com/2019/05/02/world/americas/venezuela-maduro-hezbollah-drugs.html.

Lopez Bello has also enriched himself at the expense of the Venezuelan people.   As a key frontman for El Aissami, Lopez Bello has laundered drug proceeds for the former Vice President. (PSR ¶ 15).

### B. February 2017 – January 2018: After OFAC Designates El Aissami and Lopez Bello, Mones and His Co-Conspirators Hatch A Plan to Violate Sanctions

In February 2017, OFAC designated El Aissami and Lopez Bello as Specially Designated Narcotics Traffickers ("SDNTs") pursuant to the Foreign Narcotics Kingpin Designation Act (the "Kingpin Act").  OFAC's designations of El Aissami and Lopez Bello were predicated on state-sponsored drug trafficking and money laundering activities in Venezuela. In a public statement, OFAC concluded that El Aissami played a "significant role in international narcotics trafficking," and elaborated as follows:

> El Aissami is the Executive Vice President of Venezuela.  El Aissami's primary frontman, Venezuelan national Samark Jose Lopez Bello (Lopez Bello), was also designated for providing material assistance, financial support, or goods or services in support of the international narcotics trafficking activities of, and acting for or on behalf of, El Aissami.

> [El Aissami] facilitated, coordinated, and protected other narcotics traffickers operating in Venezuela.  Specifically, El Aissami received payment for the facilitation of drug shipments belonging to Venezuelan drug kingpin Walid Makled Garcia.[4] El Aissami also is linked to coordinating drug shipments to Los Zetas, a violent Mexican drug cartel, as well as providing protection to Colombian drug lord Daniel Barrera Barrera[5] and Venezuelan drug trafficker Hermagoras Gonzalez Polanco.[6]  Los Zetas, Daniel Barrera Barrera, and Hermagoras Gonzalez Polanco were previously named as Specially Designated Narcotics Traffickers by the President or the Secretary of the Treasury under the Kingpin Act in April 2009, March 2010, and May 2008, respectively.

---

[4] Walid Makled Garcia is charged in this District with drug trafficking.  In 2010, he was provisionally arrested in Colombia at the request of the United States, but Colombia elected to extradite Makled Garcia to Venezuela rather than this District.  Makled Garcia is currently incarcerated in Venezuela.

[5] In July 2016, Daniel Barrera Barrera, a/k/a "Loco Barrera," was sentenced to a 35-year term of imprisonment and a $10 million fine based on a drug-trafficking conviction in this District.

[6] Hermagoras Gonzalez Polanco is charged in this District with drug trafficking and is currently in custody in Venezuela.

Lopez Bello is a key frontman for El Aissami and in that capacity launders drug proceeds. Lopez Bello is used by El Aissami to purchase certain assets. He also handles business arrangements and financial matters for El Aissami, generating significant profits as a result of illegal activity benefiting El Aissami.

OFAC's SDNT designations prohibited U.S. persons and entities—including Mones, a U.S. citizen, and his U.S.-based company, ACS—from engaging in any transactions involving funds or property in which El Aissami or Lopez Bello had an interest. This prohibition barred U.S. persons from, among other things, providing services to SDNTs, accepting payments from SDNTs, and seeking to evade the sanctions. 31 C.F.R. §§ 598.203(a), 598.204, 598.406(a)-(b); *see also* 21 U.S.C. § 1904(c)(1)-(c)(2). The pertinent regulations specifically prohibit "transportation" services. 31 C.F.R. § 598.406(b).

Despite the Kingpin Act designations, Mones designed an elaborate criminal scheme so that he could continue to enrich himself and provide flight services to influential Venezuelans in Maduro's inner circle. Mones used his company, ACS, his company's planes, and his company's employees as well as contract workers to fly sanctioned Venezuelans and their associates within Venezuela, as well as to foreign countries of strategic importance to the Maduro regime, including Russia and Turkey. Mones, in particular, agreed with Alejandro Leon Maal ("Leon") and Alejandro Marin ("Marin"), who reported these conversations to law enforcement and later became a Homeland Security Investigations ("HSI") confidential source, that ACS would continue to provide flights for El Aissami and Lopez Bello in violation of Kingpin Act sanctions. (PSR ¶ 24). Leon worked at ACS at the time, and Marin owned his own charter services company that piloted flights brokered by ACS. (*Id.* ¶¶ 24, 34). Mones also told Marin that he would be paid for flight services already performed for the designated individuals. (*Id.* ¶ 24). Mones set this scheme in motion despite knowing that OFAC's sanctions prohibited U.S. corporations such as ACS from doing business with El Aissami and Lopez Bello without an OFAC license. (*Id.*). Neither Mones

nor ACS obtained a license from OFAC to provide flight services to El Aissami and Lopez Bello. (*Id.* ¶ 40).

    To avoid detection, Mones and his co-conspirators engaged in various forms of subterfuge. They stopped arranging and providing flights to or from the United States but continued flights to and from destinations outside the United States. (PSR ¶ 24). Mones and ACS also deliberately stopped listing Lopez Bello and El Aissami on passenger manifests and internal records created by ACS. (*Id.* ¶ 34). For example, depicted below is an ACS manifest, provided to HSI agents by Orsini, one of Mones's pilots, in which Lopez Bello travelled with several of his relatives but his name was intentionally left off the manifest.



To further conceal the scheme, Mones communicated with his co-conspirators using encrypted messaging applications and by referring to El Aissami and Lopez Bello using code names. (*See Id.* ¶¶ 26, 32). Mones also enlisted several individuals—including Orsini, Alejandro Quintavalle Yrady ("Quintavalle"), Leon, and others—to provide illegal flight services to El Aissami and Lopez Bello. (*Id.* ¶¶ 24, 39). The pilots often used Maduro's presidential ramp at Simón Bolívar International Airport in Caracas, Venezuela, during trips for El Aissami and Lopez Bello.

    El Aissami and Lopez Bello were not the only OFAC-sanctioned leaders for whom Mones and ACS arranged flights. In May 2017, OFAC sanctioned the President of Venezuela's Supreme Court, Maikel Moreno, for "restricting the rights and thwarting the will of the Venezuelan

people."[7]   In March 2020, the U.S. Attorney's Office in the Southern District of Florida charged Moreno with money laundering offenses.  *See United States v. Maikel Jose Moreno Perez*, 20 Cr. 2407.  As reflected in the "MM" column of an ACS spreadsheet, depicted below, tracking flights paid for by a front company named Trebol Investment Luxembourg S.A.,[8] ACS appears to have provided Moreno with more than $423,000 in flight services—in July and August 2017—approximately two months after his designation.  The spreadsheet also demonstrates the scope of charters provided to El Aissami and his associates (in the "JL" column),[9] showing more than $4 million in flights between March 2017 and March 2018, and flights provided to Venezuela's powerful state-owned oil company, Petróleos de Venezuela, S.A. ("PDVSA"), which OFAC later sanctioned in January 2019.   ( PSR ¶ 20).

---

[7] https://www.treasury.gov/press-center/press-releases/Pages/sm0090.aspx.

[8] The ACS spreadsheet referenced was obtained during the execution of a search warrant at ACS's office in Florida on March 8, 2019.

[9] The flights for El Aissami and his associates were typically arranged in coordination with Ramírez Camacho, referred to as "JL" in recorded calls and ACS documentation.  (*See, e.g.*, Def. Mem. at 21, n.19).

**Trebol Investment Luxembourg S.A.**
**Charters by Client**
**2017-2018**

| 2017 | JL | CM | MM | Cabrera | MZ | TS | Basilio | No Name | PDVSA | JCL | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 253,582.82 | 16,461.67 | 210,980.00 | 0.00 | | | | | | 0.00 | 481,024.49 |
| Feb | | | | | | | | | | | |
| Mar | 509,851.66 | 305,413.00 | | | | 317,080.00 | | | | 168,579.00 | 1,300,923.66 |
| April | 324,589.16 | 105,515.83 | | | | | 22,000.00 | | | 0.00 | 452,104.99 |
| May | | | | | | | | | | | |
| June | 393,866.05 | 93,071.44 | | | | | | 43,875.43 | | | 530,812.92 |
| July | 781,980.68 | 117,186.24 | 226,750.00 | 21,061.20 | | | | | | | 1,146,978.12 |
| Aug | 524,651.93 | | 197,780.00 | 20,677.00 | 35,490.00 | | | | | | 778,598.93 |
| Sept | 141,613.33 | | | 23,805.91 | | | | | | | 165,419.24 |
| Oct | 671,014.15 | | | | | | | | 563,760.00 | | 1,234,774.15 |
| Nov | | | | 357,399.50 | | | | | | | 357,399.50 |
| Dec | 230,435.84 | | | 605,974.98 | | | | | | | 836,410.82 |
| Adj | | | | | | | | | | | -0.60 |
| Total | 3,831,585.62 | 637,648.18 | 635,510.00 | 1,028,918.59 | 35,490.00 | 317,080.00 | 22,000.00 | 43,875.43 | 563,760.00 | 168,579.00 | 7,284,446.22 |

| 2018 | JL | CM | MM | Cabrera | MZ | TS | Basilio | No Name | PDVSA | JCL | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | 401,944.51 | 0.00 | 333,320.00 | 386,389.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,121,654.37 |
| Feb | 98,406.00 | | | | | | | | | | 98,406.00 |
| Mar | | | | | | | | | | | 0.00 |
| April | | | | | | | | | | | 0.00 |
| May | | | | | | | | | | | 0.00 |
| June | | | | | | | | | | | 0.00 |
| July | | | | | | | | | | | 0.00 |
| Aug | | | | | | | | | | | 0.00 |
| Sept | | | | | | | | | | | 0.00 |
| Oct | | | | | | | | | | | 0.00 |
| Nov | | | | | | | | | | | 0.00 |
| Dec | | | | | | | | | | | 0.00 |
| Adj | | | | | | | | | | | 0.00 |
| Total | 500,350.51 | 0.00 | 333,320.00 | 386,389.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,220,060.37 |

Heading into the summer of 2017, the Maduro regime escalated its already repressive and undemocratic actions. In May 2017, Maduro decreed (without first holding a referendum) that the government would hold elections for a National Constituent Assembly to rewrite the constitution in an effort to sidestep Venezuela's newly resurgent legislature. On July 30, 2017, a national vote in Venezuela allegedly authorized the National Constituent Assembly, and named Maduro's wife, former First Lady Cilia Flores, and son, Nicolás Maduro Guerra, to its membership. The following day, OFAC designated Maduro as a "Specially Designated National" ("SDN") pursuant to Executive Order 13692, asserting in a public statement that the National Constituent Assembly

"aspires illegitimately to usurp the constitutional role of the democratically elected National Assembly, rewrite the constitution, and impose an authoritarian regime on the people of Venezuela."[10]  Following OFAC's sanctions, in August 2017, the National Constituent Assembly purported to ban the opposition-led National Assembly and gave itself the power to pass legislation and veto National Assembly acts.[11]  During this period, Mones and ACS continued providing flight services to powerful Venezuelans in Maduro's circle, including Lopez Bello and El Aissami.

### C.  January 2018 – May 2018: Lopez Bello and El Aissami Pay Mones for Services and Mones Provides Flights to Maduro's 2018 Presidential Campaign

Between January 2018 and the defendants' arrests in March 2019, Marin acted at the direction of HSI agents as part of its investigation into flight services provided in violation of U.S. sanctions.  During this period, Marin conducted recorded calls with Mones and Leon during which Mones and Leon discussed illegal flights.  (PSR ¶ 25).  These calls make clear that Mones was aware that he was prohibited from providing transportation services to Lopez Bello and El Aissami and yet he continued to do so.  (*Id.*).  During one of these recorded calls, which took place on January 11, 2018, Marin raised the issue of debt owed to Marin for prior charters provided to Lopez Bello (whom Mones referred to by the code name "Sierra Lima").  (*Id.* ¶ 26).  Mones responded that he was acting as the "official collector," and that "they're going to pay" but "the thing is how?"  (*Id.*).  Marin offered to transport cash from Venezuela to the United States, and Mones responded that he would "ask if that's still an option."  (*Id.*).  Mones clarified, however, "I can't talk that over the phone," and "I'm going to have to go there again."  (*Id.*).[12]

---

[10] https://www.treasury.gov/press-center/press-releases/Pages/sm0137.aspx.

[11] The Guardian: *President Maduro Strips Venezuela's Parliament of Power* (Aug. 19, 2017), https://www.theguardian.com/world/2017/aug/19/venezuela-crisis-deepens-maduro-strips-opposition-held-parliament-power.

[12] The Government does not believe that the transfer discussed on the January 11, 2018 call was ever executed.

A few weeks later, in late-January 2018, Mones and ACS teamed up with one of El Aissami's senior advisors, Joselit Ramírez Camacho ("Ramírez Camacho"),[13] to provide flights for El Aissami in furtherance of the Maduro campaign ahead of the May 2018 Venezuelan presidential election.[14] (PSR ¶ 38). From January to May 2018, Mones communicated regularly via an encrypted messaging application with Ramírez Camacho to discuss the planning of flights for the Maduro campaign ahead of the election. (*Id.* ¶ 36). During one of these conversations, which transpired days before Mones and ACS began providing flights for Maduro's campaign, Mones agreed with Ramírez Camacho that "the future of the country depends on these days." (*Id.*). Specifically, on January 28, 2018, the following text message exchange transpired:

| | |
|---|---|
| **Ramírez Camacho:** | I told [Leon] to come here so we don't talk on the phone and to go ahead and get his passport issued to do some things here. 1. FBO here 2. Campaign mobility. 3. Boss mobility. |
| **Mones:** | Great! Perfect. |
| **Ramírez Camacho:** | Help me with that with all you've got. But we need to figure out some issues not over the phone. |
| **Mones:** | Yes sure, let's forge forward. |
| **Ramírez Camacho:** | We should come on strong. The future of the country depends on these days. |

---

[13] While Ramírez Camacho served as a senior advisor to El Aissami for years, in June 20, 2018, he was named the Superintendent of Cryptocurrencies, which is sometimes referred to as "Sunacrip." Suncacrip oversees Venezuela's virtual currency, the "Petro," which is supposedly backed by the country's oil and mineral reserves. (PSR ¶ 37). When President Maduro announced the launch of the Petro in 2017, he declared that the virtual currency would help fight the U.S. "blockade" and allow Venezuela "to advance toward new forms of international financing for economic and social development." (*Id.*). In an Executive Order dated March 19, 2018, the United States barred U.S. persons from participating in transactions involving any "digital currency, digital coin, or digital token" issued by Venezuela's government. (*Id.*).

[14] In connection with these illegal flights in support of Maduro, an OFAC-designated SDN, in addition to other flight services provided in violation of U.S. sanctions, on March 13, 2020, a grand jury in this District returned a Superseding Indictment charging El Aissami and Ramírez Camacho with (i) conspiring to violate the International Emergency Economic Powers Act ("IEEPA"), the Kingpin Act, and related regulations promulgated by OFAC; (ii) conspiring to commit money laundering; and (iii) substantive violations of the Kingpin Act. *See United States v. El Aissami, et al.*, S5 19 Cr. 144 (AKH).

| | |
|---|---|
| **Mones:** | That's right. We are already getting ready. Give [Leon] instructions. |
| **Ramírez Camacho:** | Awesome. |

(*Id.*).  In January 2018, ACS also appears to have provided Moreno with another $333,320 in private charter flights. *See supra* at 9.

Consistent with Ramírez Camacho's assertion that "we need to figure out some issues not over the phone," in approximately February 2018, Mones travelled to Venezuela with Lopez Bello. (PSR ¶ 39).  When Mones returned from the trip, Mones provided Leon, then an employee at ACS working for Mones, with the names of several pilots to contact in order to organize flights for the Maduro campaign.  (*Id.*).  Leon then worked with others in Venezuela to arrange domestic flights for El Aissami and his associates for the campaign.  (*Id.*).  While Leon originally coordinated the flights directly with the pilots, eventually Leon interfaced with an associate of El Aissami, who then communicated directly with the pilots.  (*Id.*).  The pilots sent a report back to Leon regarding the itineraries and costs for each trip.  (*Id.*).  Leon generated invoices based on the itineraries (including for expenses, fees, catering, etc.) and then sent the invoices to the accounting department at ACS, copying the leader of the company, Mones, on the e-mails.  (*Id.*).  At the end of the month, Mones reviewed the invoices with Leon.  (*Id.*).

Between approximately February and May 2018, Mones and ACS arranged between 20 to 25 domestic Venezuelan flights on behalf of El Aissami and Lopez Bello, including flights for the Maduro campaign.  (*See* PSR ¶ 38).  These flights—which Leon arranged at the direction of Mones (*see id.* ¶¶ 36, 39)—transported people, campaign materials, and food, among other things, and were coordinated with associates of El Aissami and Lopez Bello (*see id.*).  For example, ACS

arranged flights to transport El Aissami and Ramírez Camacho to various campaign-related events
aboard a U.S.-registered aircraft.

In exchange for Mones providing crucial services to sanctioned members of the corrupt
Venezuelan regime, El Aissami and Lopez Bello paid Mones and ACS in several ways.  All of
these payments were illegal because they violated the Kingpin Act and its regulations, which
prohibit U.S. persons and entities, such as Mones and his company, from accepting payments from
SDNTs and from seeking to evade the sanctions.  (PSR ¶ 22); 31 C.F.R. §§ 598.203(a), 598.406(a)-
(b).

El Aissami and Lopez Bello routinely paid for illegal travel services through wire payments
sent via a foreign-based front company to Mones's ACS bank account at a U.S. bank ("U.S. Bank-
1").  Specifically, Mones and ACS received wire transfers from a front company designated by
the sanctioned individuals or their representatives, but which were not identifiable as a company
affiliated with those individuals.  (*See, e.g.*, PSR ¶ 34).  As depicted below, Mones's ACS bank
account at U.S. Bank-1 received two wire transfers from what appears to be a Luxembourg-based
front company (Trebol Investment Luxembourg S.A.) in March and April 2018.

| | Check | | Deposits/ | Withdrawals/ | Ending daily |
|---|---|---|---|---|---|
| Date | Number | Description | Credits | Debits | balance |
| 3/7 | < | Business to Business ACH Debit - Amex Epayment ACH Pmt 180307 Cop000003658581 Victor Mones | | 8,686.40 | |
| 3/7 | < | Business to Business ACH Debit - Amex Epayment ACH Pmt 180307 Cop000003658580 Victor Mones | | 45,764.24 | 401,187.29 |
| 3/8 | | Fpl Direct Debit Elec Pymt 03/18 9283494053 Ppda American Charter Servi | | 161.67 | |
| 3/8 | 4250 | Check | | 1,865.00 | |
| 3/8 | 4255 | Check | | 1,545.80 | 397,814.82 |
| 3/9 | 4259 | Check | | 1,500.00 | 396,314.82 |
| 3/12 | | WT Fed#07436 Deltec Bank and Tr /Org=Trebol Investment Luxembourg S.A. Srf# S0680712258701 Trn#180312056344 Rfb# | 334,639.17 | | |

Account number: 2000034888199  •  March 1, 2018 - March 31, 2018  •  Page 3 of 8

Transaction history (continued)

| | | | | | |
|---|---|---|---|---|---|
| | | T00416 XXXXX1262 American Charter Servi | | | |
| 4/18 | 4334 | Check | | 342.72 | |
| 4/18 | 4335 | Check | | 2,510.80 | |
| 4/18 | 4325 | Check | | 2,623.78 | |
| 4/18 | 4316 | Check | | 5,000.00 | 123,017.78 |
| 4/19 | | WT F60419090180000 Deltec Bank and /Org=Trebol Investment Luxembourg S.A. Srl# F60419090180000 Trn#180419072486 | 394,719.99 | | |
| | | Kible | | | |
| 4/19 | | Wire Trans Svc Charge - Sequence: 180410072486 Srf# | | 15.00 | |

These wire transfers, totaling $729,359.16, correspond to an ACS customer statement[15] for
"JL Trips," depicted below, which refers to trips for El Aissami and his associates. The statement
reflects that between February 28, 2018 and May 31, 2018—a period encompassing much of the
time before the 2018 Maduro re-election campaign for which ACS chartered private flights (PSR
¶ 36, 38)—ACS provided $1,050,019.54 worth of travel services to El Aissami, with a balance of
nearly $4 million including prior flight services. The statement also reflects that in March and
April 2018, Trebol sent ACS two payments totaling $729,359.16, which is consistent with the
above statements from U.S. Bank-1 for wire transfers in the same amount.

---

[15] The ACS customer statements referenced herein were obtained during the execution of a search warrant
at ACS's office in Florida on March 8, 2019.

**American Charter Services LLC**
**Trebol Investment Luxembourg S.A.**
**May 31, 2018**

| | Num | Amount |
|---|---|---|
| Balance February 28, 2018 | | 2,940,898.57 |
| JL Trips | | |
| | 1021 | 13,777.50 |
| | 1022 | 29,622.50 |
| | 1023 | 5,847.50 |
| | 1024 | 13,737.50 |
| | 1025 | 7,437.50 |
| | 1028 | 18,103.33 |
| | 1029 | 31,715.00 |
| | 1031 | 17,386.67 |
| | 1038 | 99,090.83 |
| | 1041 | 189,369.00 |
| | 1065 | 23,673.33 |
| | 1066 | 167,800.00 |
| | 1067 | 59,239.73 |
| | 1068 | 15,006.67 |
| | 1071 | 5,750.00 |
| | 1072 | 4,150.00 |
| | 1073 | 6,731.00 |
| | 1074 | 4,979.15 |
| | 1075 | 17,700.00 |
| | 1076 | 7,300.00 |
| | 1078 | 21,572.50 |
| | 1081 | 44,145.00 |
| | 1084 | 10,430.00 |
| | 1085 | 8,415.00 |
| | 1086 | 7,393.33 |
| | 1087 | 9,914.00 |
| | 1088 | 15,630.00 |
| | 1089 | 31,442.50 |
| | 1093 | 162,660.00 |
| **Total JL this period** | | **1,050,019.54** |
| | | |
| Account Summary | | |
| Due from Feb 28, 2018 | | 2,940,898.57 |
| Charters this period | | 1,050,019.54 |
| **Total invoices** | | **3,990,918.11** |
| | | |
| Payments After Feb 28, 2018 | | |
| March 18, 2018 | | 334,639.17 |
| April 19, 2018 | | 394,719.99 |
| Total Payments this period | | 729,359.16 |
| | | |
| Balance May 30, 2018 | | 3,261,558.95 |
| Adjustment to balance | | -1,200,000.00 |
| Adjusted Balance May 31 | | 2,061,558.95 |

In another similar ACS customer statement, depicted below, ACS invoiced more than $2 million dollars to Trebol Investment Luxembourg S.A. (the same front company involved in the wire payments to Mones discussed above) for private charter flights provided between April 2017 and May 2018 for "ETSL," shorthand for "El Tio Samark Lopez," or Lopez Bello.

**American Charter Services LLC**
**ET-ETSL Charter History**
**2018**

| Type | Date | Num | Memo | Aircraft | Amount USD |
|---|---|---|---|---|---|
| **Jan-18** | | | | | |
| Invoice | 01/31/2018 | 985 | ETSL | N800UW | 44,300.00 |
| Invoice | 01/31/2018 | 987 | ETSL | N800UW | 23,900.00 |
| Invoice | 01/31/2018 | 988 | ETSL | N800UW | 172,900.00 |
| Invoice | 01/31/2018 | 990 | ETSL | YV2868 | 13,000.00 |
| Invoice | 01/31/2018 | 992 | ETSL | YV2868 | 12,946.67 |
| **Totals** | | | | | **267,046.67** |
| | | | | | |
| **Feb-18** | | | | | |
| Invoice | 02/07/2018 | 989 | ETSL | Learjet55 | 26,375.00 |
| Invoice | 02/21/2018 | 1014 | ETSL | N800UW | 78,185.83 |
| Totals | | | | | **104,560.83** |
| | | | | | |
| **Mar-18** | | | | | |
| Invoice | 03/21/2018 | 1026 | ETSL | N800UW | 53,674.17 |
| Invoice | 03/21/2018 | 1030 | ETSL | N800UW | 27,112.50 |
| Invoice | 03/21/2018 | 1032 | ETSL | N800UW | 26,146.66 |
| Invoice | 03/21/2018 | 1033 | ETSL | N800UW | 25,780.00 |
| Invoice | 03/21/2018 | 1034 | ETSL | N800UW | 17,905.83 |
| **Totals** | | | | | **150,619.16** |
| | | | | | |
| **Apr-18** | | | | | |
| Invoice | 04/03/2018 | 1039 | ETSL | N800UW | 16,755.83 |
| Invoice | 04/03/2018 | 1040 | ETSL | N339CC | 16,997.50 |
| **Totals** | | | | | **33,753.33** |
| | | | | | |
| Invoice | 05/15/2018 | 1069 | ETSL | N800UW | 17,405.83 |
| Invoice | 05/15/2018 | 1070 | ETSL | N800UW | 17,905.83 |
| Invoice | 05/15/2018 | 1080 | ETSL | N339CC | 24,832.50 |
| Invoice | 05/15/2018 | 1082 | ETSL | N339CC | 50,400.00 |
| Invoice | 05/15/2018 | 1091 | ETSL | N800UW | 16,660.83 |
| Invoice | 05/15/2018 | 1092 | ETSL | N800UW | 21,400.00 |
| **Totals** | | | | | **148,604.99** |
| | | | | | |
| 2017 Charters | | | | | 1,620,288.77 |
| 2018 Charters | | | | | 600,024.15 |
| **Total** | | | | | **2,220,312.92** |
| | | | | | |
| 2017 N800UW charters | | | | | 1,139,455.74 |
| 2018 N800UW charters | | | | | 560,033.31 |
| Total N800UW charters | | | | | 1,699,489.05 |

In addition to the wire transfers, Mones was also paid for illegal flight services in cash. Specifically, Mones was sometimes paid for flights he provided to El Aissami and his associates by way of cash that Leon transported into the United States on flights from Venezuela. (PSR ¶ 34). Mones also stated in his post-arrest interview (and in his submission, *see* Def. Mem. at 15

n.13) that he was paid with cash that another flight services operator, Journey Aviation, brought into the United States.

As another example of the lengths to which Mones went to evade sanctions and avoid detection, Mones engineered an in-kind payment from Lopez Bello to Marin—who piloted flights for Lopez Bello brokered by ACS—in the form of an aircraft.  (PSR ¶ 29).  Specifically, in or about April 2018, Mones identified to Marin a plane owned by an associate of Lopez Bello that could be transferred to Marin to pay down debt owed by El Aissami and ACS to Marin and his company.  (*Id.*).  The plane was transferred to Marin to accomplish this purpose.  Leon and Marin later arranged to re-sell that plane to El Aissami.  (*Id.*).

### D. May 2018 – July 2018: As Global Sanctions Increasingly Isolate the Maduro Regime, Members of the Conspiracy Providing Illegal Services in Violation of Sanctions

In May 2018, Venezuelans went to the polls in a sham election in which independent observers documented reports of "coercion, fraud and electoral rigging."[16]   Following the widely condemned election, Maduro was purportedly re-elected for a second six-year term.  As depicted below, more than 50 countries (portrayed in red)—including nearly all of North and South America and Western Europe—have refused to recognize the results of the election, with the notable exceptions of Russia, North Korea, and Syria, and a number of countries ramped up sanctions on the Maduro regime.[17]

---

[16] New York Times: *Venezuela Is in Crisis. So How Did Maduro Secure a Second Term?* (Jan. 10, 2019), https://www.nytimes.com/2019/01/10/world/americas/venezuela-maduro-inauguration.html.

[17] War on the Rocks: *In Venezuela, An Isolated Maduro Searches for Allies Across the Globe*, https://warontherocks.com/2019/01/in-venezuela-an-isolated-maduro-searches-for-allies-across-the-globe/.



In the wake of these mounting international sanctions, El Aissami assumed a critical role in managing the country's most precious asset: oil.    (PSR ¶ 20).  In June 2018, El Aissami transitioned from Vice President to the position of Minister of Industry and National Production. (*Id.*).  He was also named one of the directors of Venezuela's powerful state-owned oil company, PDVSA, which OFAC later sanctioned in January 2019.    (*Id.*).  Given El Aissami's leadership role with PDVSA, it is no surprise that Mones and ACS provided more than $560,000 in flight services to PDVSA in October 2017. *See supra* at 9.

The following month, in July 2018, Marin (while acting as a CS) flew a private plane into the United States carrying several packages containing euros that were labeled with amounts and names, including an envelope that was labeled with Mones's name and the amount 86,200 euros.  The packages, which were prepared by Leon and labeled at Marin's direction, included proceeds of the sanctions evasion scheme, and the packages were seized by HSI upon arrival in

the United States.  Mones himself did not plan or execute the transfer nor did he physically receive the envelope of euros labeled with his name.  (*See* Dkt. No. 143 at 29-30).

### E.  August 2018 – Feb 2019: Mones Instructs A Co-Conspirator to Lie and Continues Providing Illegal Services in Violation of Sanctions

Approximately one month later, on August 28, 2018, HSI agents approached Orsini, a pilot who worked for Mones at ACS, and Orsini agreed to conduct a consensually recorded call with Mones.  (PSR ¶ 35).  During the call, Mones indicated that law enforcement had probably contacted Orsini "because of the stuff . . . you know, the passengers down there and stuff."  (*Id.*).  Mones suggested that Orsini "play dumb" and tell law enforcement that he had not "flown in a while," and that "the important thing is not to . . . connect one person with the other.  That is what they are trying to do."  (*Id.*).  During this call, Mones was telling his employee, Orsini, to lie to law enforcement about ACS flights to hinder the investigation of Mones and his co-conspirators.  As described further below—█████████████████████████████████████████████ ████████████████████—Mones and ACS continued providing illegal flights services to Lopez Bello following this call.  (*See, e.g.*, *id.* ¶ 32).

During late-2018 and early-2019, as Venezuela's economy attempted to adapt to international sanctions, Maduro's regime became increasingly dependent on Russia for its economic and political survival.[18]  In December 2018, Maduro visited Putin in Russia, which subsequently sent hundreds of millions of dollars in cash to Venezuela to keep the Venezuelan economy afloat.[19]  International pressure continued to mount when the following month, in

---

[18]    New    York    Times:    *Why    Is    Russia    Helping    Venezuela?*    (Mar.    8,    2019), https://www.nytimes.com/2019/03/08/world/americas/russia-venezuela-maduro-putin.html.

[19] *See, e.g.*, The Telegraph: *Venezuela kept afloat thanks to $315 million in cash sent from Russia, customs records suggest* (Nov. 1, 2019), https://www.telegraph.co.uk/news/2019/11/01/venezuela-kept-afloat-thanks-315-million-cash-sent-russia-customs/.

January 2019, the Venezuelan National Assembly, led by opposition leader Juan Guaidó, invoked the Venezuelan constitution and declared that Maduro was not the legitimate president of Venezuela.[20]

Both El Aissami and Lopez Bello travelled to Russia around this time on flights arranged by either Mones or his co-conspirators.  (*See* PSR ¶¶ 16, 32, 33).  As has been reported widely, the purpose of Venezuelan officials such as El Aissami traveling to Russia was principally to obtain financial support for circumventing U.S. sanctions efforts.[21]  In fact, on January 27, 2019, less than two weeks after Guaidó declared Maduro an illegitimate president, Mones sought to arrange a flight for El Aissami from Venezuela to Russia using an encrypted messaging application.  (*Id.* ¶ 32).  Mones communicated about the flight with Ramírez Camacho, who asked Mones for a plane "that does not have an N registration," in other words, a plane that is not registered in the United States, indicative of their effort to avoid detection by U.S. law enforcement.  During this exchange, Ramírez Camacho thanked Mones "for always being there." (*Id.* ¶ 32).  A month later, in February 2019, Leon, using his own flight services company, SVMI Solutions LLC ("SVMI Solutions"), organized a charter flight for El Aissami to travel between Venezuela and Russia via Turkey.  (*Id.* ¶ 33).  On the morning of February 22, 2019, the final day of El Aissami's trip to Russia, Russian news agency Interfax reported that El Aissami was scheduled to meet with Russian Deputy Prime Minister Yuri Borisov in Moscow that day.  (*Id.*).

---

[20] New York Times: *Venezuela Opposition Declares Maduro Illegitimate, and Urges Defections* (Jan. 15, 2019), https://www.nytimes.com/2019/01/15/world/americas/guaido-maduro-venezuela.html.

[21] Foreign Policy: *Russia Is Gearing Up for a Conflict With the United States in the Caribbean* (Oct. 9, 2019), https://foreignpolicy.com/2019/10/09/russias-putin-venezuela-evade-oil-sanctions-preparing-conflict-united-states/ ("In the financial realm, Putin has recently played host to several of Maduro's cronies . . . . Any financial deals that materialize from these meetings will likely aim to break U.S. sanctions and place Russia in even closer proximity to—or perhaps even in partnership with—the transnational organized crime groups that control lucrative resource extraction in Venezuela's vast, ungoverned frontier.").

Russian state news agencies also reported that Russia had shipped medicine and medical equipment to Venezuela, and Maduro said publicly that Russia was delivering over 200 tons of aid.  (*Id.*).  El Aissami later publicly thanked Deputy Prime Minister Borisov and Russia "for facilitating oil shipments despite U.S. sanctions" stating, "Russian-Venezuelan relations are at their best moment and we've shown that in the middle of difficulties we can advance together, with efficient political and diplomatic coordination between both governments against the imperial siege and aggression which Russia also suffers."[22]

In early-2019, El Aissami continued to play a central role in Venezuela's response to international sanctions.  For example, on February 18, 2019, weeks after Mones sought to arrange a flight for El Aissami to Russia (PSR ¶ 32) and a day after the United States sanctioned Rosneft Trading, a Russian state oil company that emerged as a major intermediary for Venezuelan crude following PDVSA's OFAC designation, Maduro announced that El Aissami would head a presidential commission to restructure Venezuela's oil industry.[23]   El Aissami has since been tapped by Maudro to be Venezuela's oil minister, where he was reportedly tasked with "reorganizing the country's energy sector."[24]

### F.  March 2019: HSI Arrests Mones and Mones Lies in his Post-Arrest Interview

In early March 2019, Lopez Bello paid Mones to charter a flight from the Dominican Republic, where Lopez Bello owns a home, to Turkey and Russia.  (PSR ¶ 32).  On March 8, 2019,

---

[22] Reuters: *Russian deputy prime minister in Venezuela to support Maduro* (Oct. 5, 2019), https://www.reuters.com/article/us-russia-venezuela/russian-deputy-prime-minister-in-venezuela-to-support-maduro-idUSKCN1WK0CF.

[23] Reuters: *Venezuela's Maduro taps sanctioned VP to 'restructure' oil industry* (Feb. 19, 2020), https://www.reuters.com/article/us-venezuela-oil/venezuelas-maduro-taps-sanctioned-vp-to-restructure-oil-industry-idUSKBN20D2VY.

[24] Wall Street Journal: *Venezuela Appoints Alleged Drug Trafficker as Oil Minister* (Apr. 27, 2020), wsj.com/articles/venezuela-appoints-alleged-drug-trafficker-as-oil-minister-11588032834.

while Lopez Bello was still abroad on this trip, agents from HSI arrested Mones at his residence in Florida.  (*Id.*).  The agents conducted a Mirandized post-arrest interview of Mones.  During that interview, Mones admitted, among other things, to providing flight services to Lopez Bello after OFAC's designation and to being paid by "a big bag of cash" brought into the United States by a pilot from Journey Aviation.  Mones lied, however, by denying any knowledge of ACS flights for El Aissami, denying that he knew Ramírez Camacho, and falsely claiming that he reported all his business contracts with Lopez Bello to OFAC and cancelled them.

Approximately one week later, on March 19, 2019, the United States, echoing Guaidó's January 2019 statement, declared that Maduro "usurped power" and is "not the duly elected president."[25]  Venezuela remains hostage to Maduro's corrupt regime, under which "[s]ystematic repression, torture, extrajudicial killings, and intimidation occur unabated," and El Aissami and Lopez Bello continue to be influential figures in Venezuela.[26]

## DISCUSSION

## I.    The Defendant's Objections to the PSR

On February 23, 2021, the defendant submitted several objections to the offense conduct described in the PSR.  (Dkt. No. 182 ("Def. Ltr.")).  The Government responds to one set of Mones's objections below and the remaining objections in a supplemental letter attached hereto as Exhibit A.

Mones disputes the inclusion of background information about El Aissami and Lopez Bello, the sanctioned individuals and beneficiaries of Mones's offense conduct. (Def. Ltr. at 1

---

[25] https://www.state.gov/nicolas-maduro-corruption-and-chaos-in-venezuela.

[26] Venezuelan Suffering Under Human Rights Abuses of Illegitimate Maduro Regime, Summary of Briefing by U.S. Ambassador Roger D. Carstens (Oct. 11, 2019), https://www.state.gov/venezuelan-suffering-under-human-rights-abuses-of-illegitimate-maduro-regime/.

(objecting to the "Overview Section" and paragraphs 14-15, 19, and 21 of the PSR)). These paragraphs provide factually accurate and necessary context for why El Aissami and Lopez Bello were sanctioned by OFAC, which is relevant to the nature and circumstances of the offense, including the harms caused by Mones when he illegally provided services to individuals engaged in these activities. *See Dulal-Whiteway v. U.S. Dep't of Homeland Sec.*, 501 F.3d 116, 129 (2d Cir. 2007) (noting that the "PSR is designed to be a sentencing aid, and therefore can contain various types of background information"). Mones cannot on the one hand emphasize the length of his relationships with El Aissami and Lopez Bello to minimize his culpability, while at the same time claim ignorance of their activities and argue that evidence regarding the conduct of these co-conspirators is irrelevant.   (*See* Def. Mem. at 15 ("El Aissami and Lopez Bello had been legal and longstanding clients of ACS…")).

## II.    The Court Should Apply the Leadership Enhancement and Calculate a Guidelines Range of 70 to 87 Months

As detailed below, the Probation Office is correct that the Guidelines sentencing range for Mones is 70 to 87 months' imprisonment.  The only dispute between the parties regarding the applicable Guidelines range is whether the four-level leadership enhancement applies under U.S.S.G. § 3B1.1(a).   (Def. Mem. at 18-21).  For the reasons outlined below, the Government submits that Mones's role in the sanctions evasion scheme merits the four-level enhancement.

The PSR assesses that Mones was an "organizer or leader" in a criminal activity of sufficient scope to warrant a four-level increase to the base offense level pursuant to U.S.S.G. § 3B1.1(a).  (PSR ¶ 58 ("As the owner of American Charter, the defendant facilitated and directed five or more participants to facilitate flights for individuals that are Specially Designated Narcotics traffickers pursuant to the Kingpin Act and used extensive means in furtherance of these acts; therefore, four levels are added.")).   The Government agrees with Probation's application of the

enhancement because the defendant, as the owner of ACS, organized the scheme, stood to gain the most financially from the illegal flights, and directed participants, and managed employees to provide the illegal services to sanctioned parties.

In assessing whether an increase for a leadership role is appropriate, the Guidelines call for the consideration of multiple factors including "the exercise of decision making authority, the nature of participation in the commission of the offense, the recruitment of accomplices, the claimed right to a larger share of the fruits of the crime, the degree of participation in planning or organizing the offense, the nature and scope of the illegal activity, and the degree of control and authority exercised over others."  U.S.S.G. § 3B1.1 app. n.4.  There can "be more than one person who qualifies as a leader or organizer of a criminal association or conspiracy," *id.*, and "[t]he fact that other persons may play still larger roles in the criminal activity does not preclude a defendant from qualifying for a § 3B1.1(b) enhancement," *United States v. Hertular*, 562 F.3d 433, 448-49 (2d Cir. 2009).  The Second Circuit has also explicitly noted the propriety of applying leadership enhancements "when a business's top officer knows of corruption in the business and implicitly approves it by participating in the corruption."  *United States v. DeRiggi*, 72 F.3d 7, 9 (2d Cir. 1995) (per curiam).

Mones's leadership role in the criminal activity merits application of the four-level enhancement.  As an initial matter, the years-long scheme involved significantly more than "five or more participants," the minimum required by Section 3B1.1(a).  In fact, more than five individuals have already been charged in the conspiracy: Mones, Leon, Orsini, Quintavalle, El Aissami, Lopez Bello, and Ramírez Camacho.  Thus, Mones's argument that the Government has failed to "prove five or more participants were criminally responsible participants" (Def. Mem. at 18-19) is without merit.  *See United States v. Rajaratnam*, No. 09 Cr. 1184 (RJH), 2012 WL

362031, at \*16 (S.D.N.Y. Jan. 31, 2012) (rejecting a "narrow view" of the term "participant" in Section 3B1.1(a) and finding the knowing involvment of six co-conspirators to be sufficient to trigger the leadership enhancement).  The criminal activities were also "otherwise extensive"—an alternative basis to apply the enhancement—in that Mones executed a sophisticated scheme involving multiple international jurisdictions, at least one foreign front company (Trebol Investment Luxembourg S.A.), millions of dollars' worth of flight services, and the evasion of a suite of sanctions and aviation regulations in an effort to provide critical services to senior Venezuelan leaders.  In so doing, Mones relied on the services of several ACS employees to further the scheme, including at least three pilots, and several ACS employees in the accounting and business development departments, who furthered the scheme by providing various "unknowing services" for El Aissami and Lopez Bello.  (*See, e.g.*, PSR ¶ 24); U.S.S.G. § 3B1.1 app. n.3 ("In assessing whether an organization is 'otherwise extensive,' all persons involved during the course of the entire offense are to be considered. Thus, a fraud that involved only three participants but used the unknowing services of many outsiders could be considered extensive."); *see also United States v. Spencer*, 129 F.3d 246, 254 (2d Cir. 1997) (upholding application of four-level enhancement because, among other reasons, the defendant's airline fraud scheme enlisted the unknowing participation of accounting and advertising personnel).

Furthermore, Mones, as the owner and operator of ACS, acted as a leader and organizer of the criminal activity because he designed, organized, and operated the scheme by leveraging his pre-existing relationships with El Aissami and Lopez Bello, his company, his planes, his pilots, and his employees to provide private flight services in violation of OFAC sanctions.  (*See* PSR ¶¶ 13, 23, 24).  Indeed, Mones recruited Leon to join his company (albeit before OFAC designated Lopez Bello and El Aissami) and directed pilots—including co-defendants Orsini and Quintavalle,

among others—to provide the private flights to the designated individuals.  (*See id.* ¶ 24); U.S.S.G. § 3B1.1 app. n.4 (relevant leadership considerations include "the recruitment of accomplices" and "the degree of participation in planning or organizing the offense").  Underscoring his leadership role, Mones instructed one of his pilots—Orsini—to lie to law enforcement and also directed other ACS employees in his company's accounting and business development departments to provide other services for the sanctioned Venezuelan leaders.  (PSR ¶¶ 24, 35).

In addition, Mones exercised clear decision-making authority in arranging flights for El Aissami and Lopez Bello after their OFAC designations.  Indeed, Mones acknowledged in his plea allocution that he exercised discretion "while an officer of ACS" by "continu[ing] to *arrange*" private charter services for his co-defendants after the desingations.  (1/4/21 Plea Tr. 18:8, 25) (emphasis supplied).  Mones continued exercising decision-making authority in crafting the scheme, including, by organizing flights only outside the United States to avoid detection (PSR ¶ 24); directing Leon to organize flights in support of Maduro's 2018 presidential campaign (*id.* ¶¶ 36, 38); and using code names, encrypted messaging applications, cash payments, a front company, and falsified flight manifests and invoices to mask his illicit conduct (*id.* ¶¶ 32, 34).  *See* U.S.S.G. § 3B1.1 app. n.4 (relevant leadership considerations include the "exercise of decision making authority").

Moreover, as the owner of ACS, Mones stood to gain the most from the financial success of the scheme.  *See* U.S.S.G. § 3B1.1 app. n.4 (relevant leadership considerations include "the claimed right to a larger share of the fruits of the crime"); *see also United States v. Huerta*, 371 F.3d 88, 92 (2d Cir. 2004) (remanding case involving president of a company and his co-conspirators who committed Medicare because the lower court erroneously concluded that the defendant's position as head of the company was "not relevant" to determination of whether to

impose leadership enhancement); *United States v. Duncan*, 42 F.3d 97, 106 (2d Cir. 1994) (holding that leadership role enhancement was warranted because the defendant was the president of a real estate development corporation that was "the primary vehicle" through which the corrupt payments and bribes at issue in the case were made, and it was established that the defendant "knew of and profited from [the] corruption"); *United States v. Wisniewski*, 121 F.3d 54, 58 (2d Cir. 1997) (per curiam) (vacating and remanding for resentencing because the district court had not imposed a role enhancement where defendant was the owner of a car dealership that was the locus of operations for a major money laundering scheme and an "active participant" in the scheme); *DeRiggi*, 72 F.3d at 9 (holding that "when a business's top officer knows of corruption in the business and implicitly approves it by participating in the corruption, a four-level enhancement . . . is proper").  Mones himself acknowledges his outsized financial stake in the criminal activity in his sentencing submission, noting that he continued with the illegal flights "because he feared financial ruin" and because "cutting his clients off would mean losing everything [he] had worked for."  (Def. Mem. at 16 (internal quotation marks omitted)).  For all these reasons, Mones was a leader and organizer of the criminal scheme and a four-level enhancement is warranted.

In contending otherwise, Mones advances several meritless arguments.  First, he argues that "the government seldom even seeks a role enhancement in sanctions evasions cases."  (Def. Mem. at 18).  Given that the Court is the arbiter of whether the facts call for a sentencing enhancement, Mones's argument—which is tantamount to a suggestion that the Government determines when an enhancement should be applied, or that the Government should have sought this enhancement in other cases—is off the mark.  The Government respectfully submits that in this case—and Probation agrees—Mones's conduct merits the enhancement.

Next, Mones argues that because the Government made a plea offer to one of Mones's employees, Orsini, which included a minor role reduction, Mones cannot "fairly be deemed more than an average participant." (Def. Mem. at 18). But this stands logic on its head: that Mones directed Orsini, an ACS pilot, to provide illegal flights and instructed him to lie to law enforcement only further supports the argument that Mones is a leader and organizer of the conspiracy. (*See* PSR ¶ 35). The Government's view of Orsini's role, as reflected in a since-rejected plea agreement, does nothing to change that. Mones also misconstrues the Guidelines when he argues that he should be spared the leadership enhancement because he enjoyed no "fruits of the crime" since he supposedly "lost money" as part of the sanctions evasion scheme. (Def. Mem. at 21). The application notes state that in assessing whether an increase for a leadership role is appropriate, courts should consider several factors, including "*the claimed right to a larger share* of the fruits of the crime." U.S.S.G. § 3B1.1 app. n.4 (emphasis supplied). Thus, whether Mones actually profited, as the owner of ACS, he had a larger "claimed right" to the profits, meaning he stood to gain most financially from the scheme, a point that he concedes numerous times in his own submission and one that is underscored by the incredible risks he took to continue flying these sanctioned individuals.

The Court also should reject Mones's attempt to escape the leadership enhancement by seeking to shift blame to other co-conspirators, including El Aissami and Lopez Bello. (Def. Mem. at 20). The law is clear that there can be multiple leaders or organizers of a crime. *See* U.S.S.G. § 3B1.1 app. n.4 ("There can, of course, be more than one person who qualifies as a leader or organizer of a criminal association or conspiracy."). But more fundamentally, the crimes at issue involved providing private flight services *to* El Aissami and Lopez Bello in violation of OFAC sanctions—a scheme that Mones designed and operated using his own company, pilots, and

employees.  El Aissami and Lopez Bello were thus the prime *beneficiaries* of the scheme, and Mones its principal leader and organizer.  Furthermore, Mones—as the head of ACS—did not take orders or direction from El Aissami or Lopez Bello.  Nor was Mones merely "carr[ying] out planning and logistics," as he claims.  (Def. Mem. at 20).  Rather, as described above, he directed his employees to carry out a sophisticated criminal scheme to evade sanctions across several international jurisdictions.

The Second Circuit's ruling in in *DeRiggi* is instructive here.  In that case, which concerned the payment of bribes at a taxi inspection station to ignore inspection failures, the court noted that the defendant "was the highest ranking authority at the inspection station, and exercised control over it.  Regardless of DeRiggi's exact role in the conspiracy, his place in the inspection station hierarchy together with his participation in the conspiracy necessarily made him a leader in the scheme."  *DeRiggi*, 72 F.3d at 8.  Thus, even if the Court concluded that Mones was "outranked" by some of his co-conspirators, his role as the head of ACS in furthering the charged offenses is a sufficient basis to apply the leadership enhancement.  *Cf. United States v. Greer*, 285 F.3d 158, 181-82 (2d Cir. 2002) (deeming enhancement warranted where defendants were "simply middlemen" and "the real leaders or organizers . . . reside[d] in Holland and Canada").

Relatedly, Mones's attempt to contest the leadership enhancement by casting blame on Leon—whom Mones self-servingly calls a "rogue employee"—should also be rejected.  (Def. Mem. at 20).  Leon's culpability does not bear on Mones's leadership role under the Guidelines.  *See United States v. Duncan*, 42 F.3d 97, 106 n.6 (2d Cir. 1994) (observing that "comparative analyses are irrelevant, since one conspirator's leadership role is not dispositive on the question of whether another was also a leader"); *accord United States v. Horton*, 381 F. App'x 7, 9-10 (2d Cir. 2010) ("Even if co-defendants played equally significant roles in the conspiracy—a point that is

far from clear—their roles would not negate Horton's own role as a manager or supervisor."). In any event, Mones recruited Leon to join ACS, and for most of the period of criminal activity, Leon was an employee of Mones's at the company Mones founded, owned, and operated. (PSR ¶ 34). It was only by working for Mones that Leon started providing flight services to the sanctioned individuals. And, as outlined in the PSR, Mones made the major decisions for ACS while Leon then carried them out, including at times as an ACS employee. (*See, e.g.*, *id.* ¶ 39 (describing how Mones met with Lopez Bello and then gave Leon instructions to contact pilots to arrange flights for the Maduro campaign)); *United States v. Ashubi*, No. 07 Cr. 1008-01 (RWS), 2008 WL 4449340, at *5 (S.D.N.Y. Oct. 1, 2008) (applying four-level leadership enhancement to owner and operator of store who directed employees to take steps to further food stamp fraud scheme).

Mones's encrypted chat messages corroborate the extent to which he orchestrated the criminal scheme in relation to his co-conspirators. For example, on January 28, 2018, Mones communicated with Ramírez Camacho about the flights for the Maduro campaign. During the exchange, Mones wrote to Ramírez Camacho, "We are already getting ready. Give [Leon] instructions." (PSR ¶ 36). In this exchange, Mones, as the owner of ACS, was directing Ramírez Camacho, a senior aide to El Aissami, to provide instructions about the campaign flights to Leon, Mones's employee, thus demonstrating the extent to which Mones was the organizer of the operation, tasking Leon with carrying out the details of its execution. Put simply, Mones, as the founder, owner, and operator of ACS, was the principal orchestrator of the criminal scheme and the Guidelines should reflect that fact.

The Court should also reject any argument that Mones was not a leader in the criminal scheme because Leon was primarily arranging the flights for El Aissami by late-2018 through his own company, SVMI Solutions. (Def. Mem. at 20-21). Mones's focus on Leon's business with

El Aissami is unavailing in light of the fact that there is no dispute that Mones remained the primary point of contact for Lopez Bello, which is just as compelling a basis for the leadership enhancement as the services he provided for El Aissami.  Moreover, Leon only met El Aissami through working for Mones.  Thus, Leon's access to El Aissami and ultimate arranging of flights for him starting in late-2018 is a byproduct of Mones's leadership role.  Furthermore, Mones acknowledged in his submission and his PSR interview that he provided illegal flight services to *both* El Aissami and Lopez Bello throughout the period of the charged offenses.  (Def. Mem. at 2 ("He helped the two lead co-defendants based in Venezuela illegally obtain private air charter services from his U.S.-based company for two years before his arrest."); PSR at p. 39).   Indeed, Mones sought to arrange a flight for El Aissami *weeks* before his arrest and communicated with El Aissami's senior advisor about the criminal scheme mere days before his arrest, further undermining the argument that Mones ceased arranging illegal flights for the former Venezuelan Vice President.  (*See* PSR ¶ 32).

Accordingly, the Court should reject Mones's attempt to obfuscate his central role in the criminal conduct and instead see his arguments for what they are: evidence of his refusal to accept full responsibility for his actions.  After reducing the offense level by three points to account for Mones's acceptance of responsibility, and factoring in his criminal history category of I, the Guidelines range is 70 to 87 months' imprisonment.  (PSR ¶ 108).  The applicable fine range is $25,000 to $5,000,000.  (*Id.* ¶ 117).

## III.    A Significant Incarceratory Sentence and Substantial Fine Are Warranted

The Guidelines range of 70 to 87 months' imprisonment reflects the gravity of Mones's offenses, which involved a concerted, sustained scheme to provide millions of dollars' worth of illicit flight services to sanctioned Venezuelan individuals, during critical periods of the international effort to isolate and remove illegitimate Venezuelan leaders involved in human rights abuses and undemocratic actions.   The Government respectfully urges that a significant

incarceratory sentence is warranted here in order to adequately advance the legitimate purposes of sentencing, particularly to reflect the seriousness of the offenses and the history and characteristics of the defendant, to promote respect for the law, and to provide just punishment and needed deterrence to others. As set forth below, a sentence within the Guidelines range of 70 to 87 months' imprisonment is thus necessary to fulfill the legitimate purposes of sentencing.

### A.    The Nature and Circumstances of the Offenses and the History and Characteristics of the Defendant

The defendant committed offenses that directly undermined our country's sanctions regime and foreign policy. As detailed above, over a two-year period, the defendant provided crucial flight services to individuals in Maduro's inner circle in violation of OFAC sanctions—a scheme that Mones, as the owner and operator of ACS, designed using his own relationships, his company, and his employees. In doing so, the defendant and his co-conspirators took steps to evade both U.S. sanctions and detection by law enforcement, including ceasing flights into and outside the United States for the designated Venezuelan leaders (PSR ¶ 24); employing a wide range of clandestine steps to mask their illicit conduct, including the use of code names, encrypted messaging applications, cash payments, a front company, and falsified flight manifests and invoices (*id.* ¶¶ 32, 34); and instructing a co-conspirator to lie to law enforcement (*id.* ¶ 35). Mones and his co-conspirators also organized flights in support of Maduro's 2018 presidential campaign and his continued hold on power in Venezuela (*id.* ¶¶ 36, 38) and appear to have provided hundreds of thousands of dollars in flight services to the President of Venezuela's Supreme Court, Maikel Moreno, who had been previously sanctioned by OFAC. Mones's crimes were not isolated incidents or momentary lapses in judgement; rather, over the course of years, he quarterbacked a complicated scheme involving multiple international jurisdictions, millions of dollars' worth of flight services, and the evasion of complex sanctions and aviation regulations. This conduct in

violation of the Kingpin Act—reflected in the five Kingpin Act counts in the Indictment to which Mones pled guilty—worsened the "national emergency resulting from the activities of international narcotics traffickers and their organizations that threatens the national security, foreign policy, and economy of the United States." 21 U.S.C. § 1901(a)(4) (congressional findings underlying the Kingpin Act).

The defendant provided these crucial services despite having full awareness of the sanctions in place against El Aissami and Lopez Bello and the intimate nature of their relationship to Maduro and his corrupt regime. Indeed, as someone who lived in Venezuela for over 30 years, the defendant was also surely aware of the widespread corruption facilitated by El Aissami and Lopez Bello that was in many respects common knowledge. ████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████ Mones provided crucial flight services to individuals who were trampling upon the citizens of the country where the defendant was born, where he continues to hold citizenship, and where some of his relatives and associates still reside. The defendant's longstanding relationships with such men—and his blatant violation of OFAC's sanctions to provide them with essential flight services—speak to the need for a serious incarceratory sentence.

Furthermore, the defendant assisted in providing flights to El Aissami in support of Maduro's May 2018 campaign for re-election, an election which the Organization of American States concluded "lacked legitimacy" and contributed to "the worsening political, economic, social and humanitarian crisis in Venezuela resulting from the breakdown of democratic order and

serious human rights violations."[27]  Mones—having supposedly experienced firsthand the political unrest and violence of Chavez's Venezuela (*see* PSR ¶ 77)—did not hesitate to put his energies, relationships, and resources to use in furtherance of Maduro's bid to remain in power and perpetuate those same repressive conditions.

Mones's intent to help Maduro and his cronies is underscored by his encrypted communications with Ramírez Camacho, a senior Venezuelan government official.  On the day after Maduro's party won an unexpected and contested victory in Venezuelan regional elections,[28] Mones sent congratulatory messages to Ramírez Camacho.  (Ex. B, at 33 (10/16/17 messages in which Mones asks Ramírez Camacho whether he was "celebrating" and tells Ramírez Camacho that Mones was giving him a "thumbs up," "sending . . . a hug," and "wishing [him] good luck")).  And then in the days before Mones and ACS began providing flights for the Maduro campaign in February 2018, Mones agreed with Ramírez Camacho that "the future of the country depends on these days" texting Ramírez Camacho, "let's forge forward" and "[w]e are already getting ready." (PSR ¶ 36).  These communications—in combination with Mones's sustained provision of services to Maduro's cronies, including El Aissami, Lopez Bello, and Moreno—wholly undermine the defendant's claim that he "did not share any political or criminal aims of his clients or the Venezuelan government."  (Def. Mem. at 16).  Furthermore, insofar as Mones is suggesting that he was motivated by greed alone and decided to ignore the obvious fact that he was providing services to men responsible for enormous levels of corruption and human rights abuses, this should not be a mitigating feature for him at sentencing.

---

[27] https://www.oas.org/en/media_center/press_release.asp?sCodigo=E-001/19.

[28] New York Times: *Nicolás Maduro's Party Defies Polls in Venezuela Election* (Oct. 15, 2017), https://www.nytimes.com/2017/10/15/world/americas/venezuela-election.html.

The defendant's conduct in support of El Aissami, Lopez Bello, and Maduro's campaign came at a pivotal time. In the wake of undemocratic actions taken by Maduro and his government in 2017, the European Union, Canada, and other nations joined the United States in imposing stringent sanctions on Venezuelan figures and institutions.[29]  As described above, further economic isolation came following the international uproar in response to the fraudulent May 2018 election in Venezuela.[30]  It was precisely during this critical timeframe—between 2017 and 2019—that Mones and his co-conspirators' sanctions-busting scheme was in full swing, providing Venezuelan leaders with access to flight services that likely enabled them to alleviate the financial pressure of the international sanctions program. Indeed, as noted above, both El Aissami and Lopez Bello travelled to Russia—Venezuela's chief economic benefactor in the wake of the increasing global isolation—during this timeframe on flights arranged by either Mones or his co-conspirator, Leon. (*See* PSR ¶¶ 16, 32, 33). What effect these trips had on the efforts to isolate the Maduro regime may be impossible to know, but there is no doubt that access to these services provided Maduro's inner circle with a significant lifeline during a consequential time period.

The defendant, moreover, not only understood that his conduct violated U.S. sanctions but also continued to engage in the scheme after he learned that law enforcement had approached two of his pilots to interview them about the illegal flights. In particular, Mones continued providing illegal flights (PSR ¶ 32) after learning that HSI, in August 2018, had interviewed two of his co-conspirators, Orsini (*id.* ¶ 35) and Quintavalle, in connection with the charged offenses. Not only that, the defendant instructed Orsini to "play dumb" and lie to law enforcement by telling them that he had not "flown in a while," and that "the important thing is not to . . . connect one person

---

[29] *See* Center for Strategic and International Studies: *Are Sanctions Working in Venezuela?* (Sept. 3, 2019), https://www.csis.org/analysis/are-sanctions-working-venezuela.

[30] *Id.*

with the other. That is what they are trying to do." (PSR ¶ 35). That the defendant remained wholly undeterred and continued his criminal conduct until his arrest—for example, by arranging a flight for Lopez Bello to Russia in March 2019 (*id.* ¶ 32)—only underscores the seriousness of his offenses and utter disregard for U.S. law.

Furthermore, through his efforts to conceal the sanctioned individuals' involvement in international financial transactions that were sent to the United States, Mones also worked to undermine the integrity of the U.S. financial system. U.S. financial institutions adhere to strict sanctions compliance protocols and devote significant resources to ensuring that U.S. banks are not involved in facilitating illicit payments and supporting illicit activity. This financial transparency is necessary for U.S. regulators, law enforcement, and banks to apply sanctions. Mones accepted payments at U.S. Bank-1 from Trebol Investment Luxembourg S.A., a front company tied to the sanctioned individuals but not identified as such, *see supra* at 13-16, in order to bypass these controls. In so doing, Mones knowingly sought to undermine those efforts and to bend the U.S. financial system to the service of his illicit scheme to violate the Kingpin Act.

Tellingly, the defendant was not desperate for money or a means of supporting his family when he engaged in the charged offenses. The defendant appears to have had a privileged upbringing (*see* PSR ¶ 74), which he leveraged to achieve significant financial success in the private charter industry. He holds, at minimum, $2.5 million in assets, including access to more than approximately $1,000,000 in cash, a residence worth half a million dollars, and a 40-foot yacht. (*Id.* ¶ 99). Since his arrest, he sold nearly $4 million in assets, including property and a private plane. (*Id.* ¶ 102). Indeed, Mones's company, ACS, earned as much as $1.2 million in profits—as distinct from proceeds—during some years. (PSR ¶ 96). Yet, despite his large fortune, the defendant simply could not contain his desire for more.

36

For all these reasons, both the nature and circumstances of the defendant's scheme, as well as his history and characteristics, weigh heavily in favor of a Guidelines sentence.

In his sentencing submission, Mones seeks to undermine the gravity of the offenses, downplaying his role as merely "a cog in the wheel of his clients' travel planning" and a mere "limo dispatcher or driver." (Def. Mem. at 2). This is a breathtaking minimization of a concerted, prolonged, willful effort to evade and subvert U.S. sanctions that were part of a highly public international effort to pressure Maduro to stop murdering his citizens and to respect their democratic will. Mones's services were illegal, his own company was the "wheel," and he operated ACS to, among other things, provide services to people taking luxury vacations from their work perpetrating human rights violations on the Venezuelan people. Put another way, Mones was no disinterested Uber driver; he was the leader of a scheme—coordinated with the top echelon of the Venezuelan government—for flights worth millions of dollars in contravention of a global sanctions regime. Moreover, his attempt to gloss over the national security implications of his offenses—for example, he does not even mention in his submission the flight services he provided to help Maduro's re-election campaign in May 2018—only casts further doubt on his claim that he is supposedly "crushed by his remorse." (Def. Mem. at 8).

The Court should also reject Mones's transparent attempt to whitewash his illegal flight services scheme as predominantly facilitating travel for "vacations" and attendance at "sporting events." (Def. Mem. at 16). Rather, to the extent true, this feature of the offense conduct underscores that the defendant's services helped sanctioned parties lead lives of luxury and extravagance while the Venezuelan people suffered, with some of them starving in the streets and others subject to risk of extrajudicial killings. But, as described above, the evidence is clear that many of these flights were not for leisure nor were they trips that, in Mones's minimizing words,

"occasionally combined business or work." (Def. Mem. at 16). The 20-25 flights planned by Mones in furtherance of the Maduro campaign were certainly not to attend soccer matches or beach vacations. Nor were Venezuelan leaders, such as El Aissami and Lopez Bello, flying to Russia— in the midst of a crushing economic crackdown on Venezuela's economy—to work on their tans. Rather, as has been reported widely, the purpose of Venezuelan officials traveling to Russia was to obtain financial support for circumventing U.S. sanctions efforts.[31] Thus, the defendant and his co-conspirators' provision of services to facilitate connections between the Venezuelan and Russian governments only speaks further to the serious nature of his crimes.

Finally, Mones argues that a lenient sentence is warranted because he "has lived an entirely law-abiding life." (Def. Mem. at 8). That is not a compelling argument in response to a record that establishes that he spent over two years, from February 2017 through March 2019, leading a sophisticated criminal scheme that involved all sorts of deceptive tradecraft. Similarly, while Mones's letters from friends and family certainly demonstrate his ability to marshal individuals into his corner (*see* Def. Mem. at 8-13), unfortunately it appears to be that same deftness and charisma that propelled him to be a sought-after businessman for Venezuela's political and economic elite in their time of need.

## B. Deterrence and the Need for the Sentence to Reflect the Seriousness of the Offenses, to Promote Respect for the Law, and to Provide Just Punishment

Two other factors under Section 3553(a) that weigh heavily in favor of a Guidelines sentence are the need for the sentence "to reflect the seriousness of the offense, to promote respect

---

[31] Foreign Policy: *Russia Is Gearing Up for a Conflict With the United States in the Caribbean* (Oct. 9, 2019), https://foreignpolicy.com/2019/10/09/russias-putin-venezuela-evade-oil-sanctions-preparing-conflict-united-states/ ("In the financial realm, Putin has recently played host to several of Maduro's cronies . . . . Any financial deals that materialize from these meetings will likely aim to break U.S. sanctions and place Russia in even closer proximity to—or perhaps even in partnership with—the transnational organized crime groups that control lucrative resource extraction in Venezuela's vast, ungoverned frontier.").

for the law, and to provide just punishment for the offense," and to assure adequate general deterrence. 18 U.S.C. §§ 3553(a)(2)(A) and (a)(2)(B).

As detailed above, Mones's criminal conduct directly undermined U.S. foreign policy during a crucial period when the world community sought to isolate Venezuelan leaders. It is critically important to send a message to similarly situated individuals that sanctions violators will face serious consequences. In evading U.S. sanctions by providing flight services that both helped Maduro's re-election campaign and enabled Venezuelan leaders to safely travel during a critical juncture for the country's economy, Mones and his co-conspirators struck at the heart of the foreign policy of the United States. The seriousness of those crimes and the need for general deterrence to help prevent this type of conduct by others cannot be overstated.

Furthermore, the imposition of a sentence within the Guidelines range would serve the need to promote respect for the law. In addition to violating U.S. sanctions by providing flight services, Mones also violated sanctions by arranging for and receiving payments for these services—via both cash and wire payments. Mones and his co-conspirators also flouted the law when he abused the license granted to him and ACS by the Federal Aviation Administration by falsifying flight manifests and invoices, and when he engaged in deceptive conduct, including, using code names, receiving wire transfers from front companies, and otherwise masking their illicit travel to cover their tracks. A Guidelines sentence would also send a strong message that instructing co-conspirators to lie to law enforcement will not be countenanced. That the defendant instructed a subordinate—someone dependent on the defendant for his living—makes the conduct here even more problematic and the need for a sentence to promote respect for the law even more vital.

In arguing against the need for a sentence that promotes deterrence, Mones contends that "[t]he availability of civil and administrative sanctions under the Kingpin Act suggests that Mr. Mones has suffered a special punishment and shaming." (Def. Mem. at 14). Mones even goes a step further, arguing that "[h]e has amply promoted the goal of deterrence simply by being criminally charged." (*Id.*). These arguments both miss the mark. For one, Congress drew a clear line between Kingpin Act cases meriting criminal enforcement—*i.e.*, when the conduct is "willful[,]" 21 U.S.C. § 1906(a)—from those better addressed through civil enforcement. Here, the defendant crossed that line by willfully violating the Kingpin Act, a point he conceded by pleading guilty to five separate counts of violating the criminal provisions of the statute. Moreover, Mones has not himself faced any civil or administrative penalties for his actions, further undermining the relevance, if any, of this point. Mones's argument that the goals of deterrence have been met merely by his being charged borders on the absurd. If that were true, the deterrence analysis would end at indictment and Congress would have had no need to explicitly direct sentencing courts to consider the "need for the sentence imposed to afford adequate deterrence to criminal conduct." 18 U.S.C. § 3553(a)(2)(B). Finally, Mones's argument that his case in unique among those charged under the Kingpin Act (*see* Def. Mem. at 14) provides all the more reason for the Court to consider the unique deterrent value of Mones's sentence on others considering similar offenses.

## C. Mones's Sentencing Arguments Do Not Warrant a Reduced Sentence

Mones raises a host of additional arguments to seek a significantly reduced sentence of 28 months' imprisonment. In particular, Mones argues that a sentence within the Guidelines sentencing range would create an unwarranted sentencing disparity (Def. Mem. at 22-26), ███ ████████████████████████████████████████████████████ that his conditions of confinement warrant leniency (*id.* at 28-31), that he helped expose Marin as unreliable (*id.* at 31-33), and that

the Government's 2020 discovery productions caused him prejudice (*id.* at 33-34).  None of these arguments warrants the extraordinary leniency Mones seeks.

### 1.    Comparable Sentences

Mones argues that a Guidelines sentence would create an unwarranted disparity "vis-à-vis cases involving similar sanctions evasion conduct."  (*Id.* at 2, 22).   Mones attaches a chart, the selection methodology of which is only partially explained and which he acknowledges is not comprehensive, of other sentences imposed in sanctions prosecutions.  (*Id.* at 22-26, Ex. 1).   For example, the defendant appears to omit each of the following cases, where sentencing judges, including this Court, have sentenced sanctions evaders to sentences significantly higher than the sentence Mones now seeks:

| Defendant | Final Charges | Sanctioned Party | Conviction | Final Disposition |
|---|---|---|---|---|
| *U.S. v. Hamid Hashemi*, 12 Cr. 804 (VB), SDNY | 50 U.S.C. § 1705 | Iran | Plea (7/1/13) | 11/15/13: 46 months' imprisonment; 1 year supervised release |
| *U.S. v. Amir Tamimi*, S112 Cr. 615 (JPO), SDNY | 50 U.S.C. § 1705 | Iran | Plea (7/10/13) | 11/15/13: 46 months' imprisonment |
| *U.S. v. Phillips*, 11 Cr. 757, EDNY | 50 U.S.C. §§ 1702 & 1705 | Iran | Plea (1/18/12) | 7/25/12: 92 months' imprisonment; 3 years supervised release |
| *U.S. v. David McKeeve*, 95 Cr. 10357, D. Mass. | 18 U.S.C. §§ 371, 1001; 50 U.S.C. § 1705 | Libya | Jury Verdict (5/30/96) | 8/22/96: 51 months' imprisonment; 36 months' supervised release |
| *U.S. v. Arsalan Shemirani*, 12 Cr. 75, D.D.C. | 18 U.S.C. § 371 | Iran | Plea (1/25/13) | 8/15/13: 48 months' imprisonment; 3 years' supervised release |
| *U.S. v. Mohammad Reza Hajian*, 12 Cr. 177, M.D. Fla. | 18 U.S.C. § 371 | Iran | Plea (7/18/12) | 10/24/12: 48 months' imprisonment; 3 years' supervised release |
| *U.S. v. Hamid Seifi*, 10 Cr. 58, M.D. Ga. | 18 U.S.C. § 371; 50 U.S.C. § 1705 | Iran | Plea (2/24/11) | 7/5/11: 56 months' imprisonment |

These cases amply demonstrate that sentencing courts do not shy away from imposing substantial sentences in appropriate sanctions cases, reflecting the serious nature and circumstances of these offenses and the need to promote respect for the law and protect the public.  This is all the more true in a case like this, where the defendant orchestrated a scheme to undermine a global effort—led by the United States and its allies—to economically isolate Maduro and his main lieutenants in the wake of their repressive and undemocratic actions.

Furthermore, as the Court well knows, sentencing is an individualized proceeding that depends on a number of factors, including the applicable Guidelines range, the nature and circumstances of the offense, the history and characteristics of the defendant, and numerous other factors that are particular to each case.  *See Gall v. United States,* 552 U.S. 38, 50 (2007) (instructing district courts to "make an individualized assessment based on the facts presented").  Thus, the exercise of comparing the instant case to supposedly comparable cases is only valuable inasmuch as the cases involve similar fact patterns and comparable Section 3553(a) factors.  Indeed, Mones's cherry-picked chart, which is devoid of significant details, appears to be an attempt to avoid careful consideration of the facts with brute numerical force.

Relatedly, Mones's efforts to draw analogies between himself and individual defendants who received relatively short terms of imprisonment are similarly flawed because they involve inapposite fact patterns.  For example, the defendant in *Sarvestani* supplied satellite equipment to Iranian companies involving U.S. parts worth approximately several hundred thousand dollars, in contrast to Mones and his co-conspirators, who provided *millions* of dollars' worth of flights to the sanctioned Venezuelans.  *See United States v. Sarvestani*, No. 13 Cr. 214 (PGG) (S.D.N.Y. Sept. 12, 2013) (Dkt. No. 45 at 4-5, 12, 17-18).  Moreover, Mones's conduct following his arrest sets him apart from Sarvestani: while Sarvestani met with law enforcement in an effort to provide

42

substantial assistance (an effort that did not ultimately result in a cooperation agreement or motion pursuant to § 5K1.1 of the Guidelines), Mones lied to law enforcement in his post-arrest interview. *Id.* at 7.  Notably, in addition to a below-Guidelines sentence of 30 months' imprisonment, the court also imposed a fine on Sarvestani at the top of the Guidelines range.  *Id*. at 28.  Similarly, the defendant in *Atilla*, a deputy manager of a Turkish bank who violated U.S. sanctions against Iran, received a below-Guidelines sentence of 32 months' imprisonment after the Court found that he was a "reluctant participant and one who was following orders."  *United States v. Atilla*, No. 15 Cr. 867 (RMB) (S.D.N.Y. May 21, 2018), Dkt. No. 520 at 27.  The court also found that Atilla "was neither a chief architect nor a beneficiary of the various schemes to evade sanctions upon Iran."   *Id.* at 32.  In contrast, Mones was not following orders but giving them.  Nor was he a reluctant participant in the charged crimes.  Rather, as described above, he was the "chief architect" of a clandestine scheme to provide flight services to El Aissami and Lopez Bello while undermining an international campaign to isolate the Maduro regime.

### 2.    Mones's Remaining Arguments Are Unpersuasive

Mones offers a series of additional arguments in support of his request for leniency, which are unpersuasive individually and in the aggregate.



███████████████████████████████████████

███████████████████████████████████████

████████████████████████████

Next, Mones argues that his conditions of confinement warrant leniency. (Def. Mem. at 28-31). Specifically, the defendant claims that the nature of his incarceration at MCC, which has included extended periods of lockdown during the COVID-19 pandemic and the defendant apparently contracting the virus himself, favors a below-Guidelines sentence. (*Id.*). This argument is without merit as the lockdowns were the result of reasonable and temporary steps that the MCC has taken to protect inmates such as the defendant, and they are similar to actions the entire country has taken in order to slow the spread of the virus. Indeed, the Court, in denying the defendant's motion for sanctions on the basis of his continued confinement at MCC, stated: "There is no safe place in the United States today with regard to COVID, as the pandemic has spread to all regions and all states." (11/12/20 Tr. at 22:6-8). Moreover, courts in this District, including this Court, have routinely denied pandemic-based arguments to shorten defendants' sentences, even for individuals with serious medical conditions. *See, e.g.*, *United States v. Camacho*, No. 13 Cr. 58 (AKH), 2021 WL 260122, at *2 (S.D.N.Y. Jan. 26, 2021) (denying compassionate release for defendant with "morbid obesity" in light of the fact that the defendant already contracted COVID-19 and the Section 3553(a) factors weighed against release); *United States v. Darge*, No. 10 Cr. 863 (AKH), 2020 WL 3578149, at *1 (S.D.N.Y. July 1, 2020) (concluding that a sentence "reduction would be inconsistent with the factors set forth in Section 3553(a)" because, among other things, the defendant had "not demonstrated that he suffers from any condition or conditions known to exacerbate the threat of COVID-19, or that otherwise rises to a condition that diminishes his ability to receive care in prison"); *United States v. Zubiate*, No. 18 Cr. 442 (AJN), 2020 WL

3127881, at *3 (S.D.N.Y. June 12, 2020) ("[T]he combination of the COVID-19 pandemic and Defendant's medical conditions does not overcome the fact that the dramatic reduction in sentence Defendant seeks here is inconsistent with the weight and force of the other § 3553(a) factors considered by the Court.").

Mones also argues that he "should receive credit" for his "unique assistance to the government" in uncovering the unreliability of Marin, the former HSI confidential source who was arrested in September 2020[34] when the Government determined that he had made several false statements to law enforcement officers in connection with criminal proceeds he transported from Venezuela to the United States. (Def. Mem. at 4, 32). In particular, Mones argues that because the Government only discovered Marin's malfeasance after Mones's counsel raised questions regarding Marin's conduct, the Court should factor in this purportedly "extraordinary mitigating circumstance" in its sentencing determination. (*Id.* at 31). But courts in the Second Circuit have been clear that "non-5K cooperation" should be evaluated under the "history and characteristics of the defendant" prong of Section 3553(a)(1). *Fernandez*, 443 F.3d at 33 (noting that non-5K cooperation should be evaluated under the "history and characteristics of the defendant" provision of Section 3553(a)(1)); *United States v. Torres Teyer*, No. 01 Cr. 21 (GEL), 2006 WL 3511885, at *8 (S.D.N.Y. Dec. 6, 2006) (finding that "efforts at cooperation may be relevant to sentencing . . . to the extent they might bear on the defendant's character and future dangerousness"). The fact that the defendant's attorney raised questions that, once investigated, contributed to the arrest of Marin has little bearing on the defendant's "history and characteristics" for the purposes of sentencing and is more than offset by the seriousness of his conduct in organizing a prolonged scheme to evade and subvert U.S. sanctions.

---

[34] The Government is not relying on Marin at sentencing. (*See* Dkt. No. 143 at 30).

Finally, the defendant argues that the Government's 2020 discovery productions prejudiced him and his family and thus favor leniency. (Def. Mem. at 33-34). But the Court already denied the defendant's motion for sanctions, concluding that "[a]s far as I can see, [Mones] has not been prejudiced." (*See* 12/11/20 Tr. at 7:8-9). While the Court denied the motion without prejudice to Mones raising the issue in the context of sentencing, Mones has not pointed to a single document from the Government's 2020 discovery productions as evidence of prejudice.

In his sentencing submission, Mones raises the same argument, claiming that he and his family have been prejudiced by the need to expend "time and money, including expert fees" reviewing the Government's discovery following his guilty plea. (Def. Mem. at 33). But the Court squarely rejected this contention when it found no prejudice upon hearing that precise argument in Mones's sanctions motion. (*See* Dkt. No. 137 at 2 (claiming prejudice in light of the "considerable expense" involved in processing and reviewing the Government's discovery); *see also* 11/12/20 Tr. at 12:5-9). Nor does the defendant explain why he and his family would have been spared the expense of reviewing these discovery materials had the Government earlier produced these materials (which were not even in the Government's possession until September 2020, ten months after Mones's initial plea).

Nor can Mones claim prejudice with regard to the timing of his sentencing. For one, any prejudice analysis must also account for the fact that the defendant strategically requested adjournments which pushed back his sentencing date. In fact, in denying Mones's motion for sanctions, the Court made this exact point, noting that Mones's counsel "didn't have to agree [to any adjournments]" and "could have pressed the sentence." (*See* 11/12/20 Tr. at 11:6-7). Instead, defense counsel consistently adjourned the sentencing throughout the Government's investigation of Marin, likely because completing the process of discrediting the source inured to his benefit and

ultimately eliminated a key witness against Mones. The defendant also strategically withdrew his plea—further delaying sentencing—thereby escaping his prior stipulation in a plea agreement that he in fact was a leader and organizer in the charged offenses. The defendant cannot now seek leniency on a claim that he was prejudiced by adjournments he sought while pursuing his defense strategy. In addition, it bears noting that some of sentencing delays were not related to the Government's discovery productions. (*See, e.g.*, Dkt. Nos. 54, 55, 77, 78). The Court should therefore deny the defendant's request for leniency on the basis of the Government's 2020 discovery productions.

### D. The Court Should Impose a Substantial Guidelines Fine

The Court should also impose a substantial fine within the Guidelines range of $25,000 and $5 million. (*See* PSR ¶ 117). The Guidelines provide that "[t]he court shall impose a fine in all cases, except where the defendant establishes that he is unable to pay and is not likely to become able to pay any fine." U.S.S.G. § 5E1.2(a). "The burden of establishing inability to pay rests on defendant." *United States v. Salameh*, 261 F.3d 271, 276 (2d Cir. 2001) (citing *United States v. Thompson*, 227 F.3d 43, 45 (2d Cir. 2000)).

The offense conduct and the PSR make clear that the defendant is able to pay a substantial fine. (*See* PSR ¶ 106 ("Based on the defendant's financial profile, it appears the defendant has the ability to pay a fine."); *id.* at p. 43 (recommending a fine of $250,000)). As described above, the defendant holds, at minimum, $2.5 million in assets, including access to more than approximately $1,000,000 in cash, a residence worth half a million dollars, and a 40-foot yacht. (PSR ¶ 99). Since his arrest, he sold nearly $4 million in assets, including property and a private plane. (*Id.* ¶ 102). That his company, ACS, earned as much as $1.2 million in profits during some years (*id.* ¶ 96) and that he provided flights worth millions of dollars to Lopez Bello and El Aissami further suggests that he has the means to pay a significant fine. *See United States v. Orena*, 32 F.3d 704,

716, (2d Cir. 1994) (explaining that "evidence of lucrative illegal activity can support a judge's finding that a defendant is able to pay a fine . . . ."). Accordingly, the defendant's privileged financial position, combined with the balance of the Section 3553(a) considerations described herein, warrant the imposition of a substantial fine within the Guidelines range that will serve as not only appropriate additional punishment, but also as a critical component of the general deterrence message resulting from the upcoming sentencing.

## CONCLUSION

For the foregoing reasons, the Government asks the Court to impose a sentence in the Guidelines range of 70 to 87 months' imprisonment. The Government also respectfully requests that the Court impose a substantial fine within the Guidelines range of $25,000 to $5,000,000.

Dated: March 1, 2021
      New York, New York

                            AUDREY STRAUSS
                            United States Attorney
                            Southern District of New York

                By:           /s/
                            Amanda Houle / Sam Adelsberg
                            Assistant United States Attorneys

# Exhibit A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

In the below chart, the Government responds to several of the defendant's objections to the PSR.

| ¶ | Defense Objection | Government Response |
|---|---|---|
| "Overview Section" | The government has never accused Mr. Mones of facilitating any illegal conduct other than sanctions evasion and thus he objects to the lengthy recitals of narcotics trafficking, money laundering, of other misconduct of others, including about individuals he does not know and before he had ever met his co-defendants. | Please see the Government's sentencing memorandum ("Gov't Mem.") at pp. 22-23. |
| 13 | Mr. Mones is wrongly singled out for "operating" the scheme. | The PSR naturally focuses on the role played by Mones in the scheme, as it was prepared in aid of his sentencing, and the PSR's description of Mones's role is accurate. |
| 14-15 | Mr. Mones objects to any implication that he aided or knew of any narcotics trafficking or money laundering activity on the part of the OFAC designees or any other person referenced in these paragraphs. Mr. Mones did not even know AISSAMI MADDAH or LOPEZ BELLO until after 2010, although paragraph 14(b) makes reference to Colombians and Venezuelans who allegedly trafficked drugs before March 2010 and whom Mr. Mones did not know. | Please see Gov't Mem. at pp. 22-23. |
| 16 | Mr. Mones did not know what if any business LOPEZ BELLO was conducting with the Russian government. | This paragraph is factually accurate and does not state, as Mones implies, that the defendant knew "what if any business LOPEZ BELLO was conducting with the Russian government." |
| 17 | "Late-2018" is incorrect; among other evidence, a call consensually recorded on July 26, 2018 makes clear that MARIN and LEON MAAL had already done a million dollars' worth of | This paragraph is factually correct. Although Mones disputes the extent of his involvement in flights arranged for El Aissami in 2018, he does not dispute that he planned 20-25 flights for El Aissami in |

business in the two years prior to that date, without Mr. Mones' participation. LEON MAAL had two companies of his own, not one. Pilots ORSINI QUINTERO and QUINTAVALLE YRADY were independent contractors with their own companies.

connection with the May 2018 Venezuelan presidential election. (PSR ¶¶ 36, 38). Furthermore, in his plea allocution, Mones explicitly acknowledged that he helped "coordinate logistics" for flights organized by Leon's company, SVMI Solutions. (1/4/21 Plea Tr. 21:13-17). Relatedly, Mones acknowledged in his submission that he provided illegal flight services to *both* El Aissami and Lopez Bello throughout the period of the charged offenses. (*See* Def. Mem. at 2 ("He helped the two lead co-defendants based in Venezuela illegally obtain private air charter services from his U.S.-based company for two years before his arrest.")). Finally, while Leon assumed primary responsibility for arranging flights for El Aissami in late-2018, Mones tried to arrange a flight for El Aissami *weeks* before his arrest and communicated with El Aissami's lieutenant, Ramirez Camacho, about the scheme mere *days* before his arrest. These communications strongly undermine any argument that Mones was no longer involved in providing flight services for the former Venezuelan Vice President.

Mones also disputes the PSR's characterization of Orsini and Quintavalle as having worked for Mones. Orsini and Quintavalle may have technically been independent contractors, but they still "worked for" Mones and ACS in that Mones and his company paid them for their services, provided them with planes, coordinated logistics for the flights, and directed them to fly for ACS clients. Thus, during an August 2018 interview with law enforcement, an HSI agent asked Orsini if he worked for Mones, to which Orsini replied, "Yes." (*See also* PSR ¶ 35 (describing Orsini as "a pilot who worked for Mones")). At least in the case of Orsini, operating as a supposed independent contractor appears to have been a way to insulate Mones from his pilot's immigration violations, since Orsini was

| | | prohibited from seeking employment in the United States under his visa. |
|---|---|---|
| 18 | Mr. Mones had no intention of helping the Maduro regime. | Mones's actions and words speak louder than his counsel's objections.  In the midst of crushing international sanctions, Mones and his co-conspirators helped Maduro's inner circle fly to destinations of strategic importance to Venezuela and its teetering economy. (*See, e.g.*, PSR ¶ 32).  Mones also knowingly provided flights to help Maduro get re-elected, and acknowledged, in text messages coordinating these flights with a senior Venezuelan official, that "[t]he future of [Venezuela] depends on these days[,]" clearly demonstrating his desire to help the Maduro campaign further their political aims. (*Id.* ¶¶ 36, 38).  Please also see Gov't Mem. at p. 34. |
| 19 | Mr. Mones did not know AISSAMI MADDAH until 2013 or 2014, and he had no intention of promoting any political aims of AISSAMI MADDAH. | Please see Gov't Mem. at p. 34 and the response to objection to paragraph 18. |
| 20 | Mr. Mones had no intention of promoting any political aims of AISSAMI MADDAH. | Please see Gov't Mem. at p. 34 and the response to objection to paragraph 18. |
| 21 | Mr. Mones did not facilitate any corrupt or criminal activities of AISSAMI MADDAH or LOPEZ BELLO other than their sanctions evasion. | Please see Gov't Mem. at pp. 22-23 and 34. |
| 26 | The government has agreed, in correspondence previously submitted to the Court, that Mr. Mones never executed any illegal transfer of bulk cash from Venezuela to the U.S. In a letter to the USPO dated February 11, 2021, the government stated that "The Government does not believe that the transfer discussed on the January 2018 call was ever executed." | This paragraph is an accurate description of the January 11, 2018 call in which Mones and Marin discussed the possibility of a bulk cash transfer. As the defendant notes, the Government does not believe that the transfer discussed on this call was ever executed. |
| 27 | This paragraph is misleading because it omits that LEON MAAL vows, in the same call, just after the exchange the | This paragraph is factually correct and does not state that Mones financially benefited from the sale of any aircraft to El Aissami. |

| | | |
|---|---|---|
| | PSR quotes, to cut Mr. Mones out of the planned transaction so that he makes no money. When MARIN says "the fucker [i.e., Mr. Mones] is going to make money for himself," LEON MAAL interjects, "I'm going to make it so that won't happen." | |
| 32 | The portion of the paragraph about the messages in late January is misleading because it omits that RAMIREZ CAMACHO cancelled his request to Mr. Mones. Mr. Mones never arranged any flight taken by AISSAMI MADDAH to RUSSIA. | This paragraph is factually correct and does not state that Mones arranged a flight for El Aissami to Russia in January 2019. |
| 34 | The referenced cash was transported by Journey Aviation, with LEON MAAL's knowledge, and was declared. | This paragraph is factually accurate. While Mones claims that cash brought into the country to pay for illegal flights was "declared," there is no evidence to support this assertion. Moreover, regardless of whether Mones believed the cash had been declared, he understood it was crime proceeds, and he, more generally, has admitted to knowing that his conduct in connection with the flights provided to the designated individuals was illegal. His culpable intent is further established by other evidence, independent of his admissions, that he used deceptive conduct, including referring to the sanctioned parties by code names, falsifying flight manifests and invoices, and advising a co-conspirator to lie to law enforcement. (PSR ¶¶ 26, 32, 34). Indeed, Mones has pled guilty to crimes involving sanctions *evasion*. Furthermore, as detailed in the Government's submission, *see* Gov't Mem. at 13, all payments—whether through cash or wire—in furtherance of the flights scheme were illegal because they violated the Kingpin Act and its regulations, which prohibit U.S. persons and entities, such as Mones and his company, from accepting payments from SDNTs and from seeking to evade the sanctions. (PSR ¶ 22); 31 C.F.R. §§ 598.203(a), 598.406(a)-(b). Against that backdrop of admissions and other evidence, it is not credible for him to |

| | | |
|---|---|---|
| | | suggest that he believed the money flown into the country in connection with these crimes was declared to U.S. authorities. |
| 37 | The text on June 17, 2018 was an exchange of Father's Day greetings and had nothing to do with a political appointment that RAMIREZ CAMACHO received days later. Mr. Mones had no interest in Sunacrip or any intention to promote any aim of the Venezuelan government. | This paragraph is factually correct. The Government already addressed Mones's claims that he had no "intention to promote any aim of the Venezuelan government." Plea see response to objection to paragraph 18. |
| 39 | The practice described in this paragraph only persisted until mid-2018, by which time LEON MAAL and MARIN were serving AISSAMI MADDAH nearly exclusively, and arranging pilots for those flights, without Mr. Mones' participation. | Please see response to objection to paragraph 17. |
| 43, 60, 64, 108 | Mr. Mones has objected to the application of the leadership enhancement for the reasons stated in his opening sentencing memorandum, filed on February 20, 2021. The PSR provides no substantiation of five or more "knowing" participants, among other things. It elsewhere states that ACS employees were, in fact, unknowing. PSR ¶ 24. There is no allegation of the "structuring" of funds transfers in this case.<br><br>Because of his objection to the four-level role enhancement, Mr. Mones believes the correct adjusted offense level is 27.<br><br>Because of his objection to the four-level role enhancement, Mr. Mones believes the correct total offense level is 23.<br><br>Because of his objection to the four-level role enhancement, Mr. Mones believes the correct total offense level is 23. | Please see Gov't Mem. at pp. 23-31. |

# Exhibit B



# Extraction Report
Apple iPhone Logical

## Participants



wxid_nwq2qzqw011t12
VM (owner)



wxid_q4i0tzxdrqa612
JoselitRamirez

## Conversation - Instant Messages (770)

wxid_nwq2qzqw011t12 VM

Jose Lit

5/3/2017 7:23:42 AM(UTC-4)

Source Extraction:
Logical (1)

Unknown

Greetings shown above

5/3/2017 7:23:43 AM(UTC-4)

Source Extraction:
Logical (1)

Unknown

You have added JoselitRamirez as your WeChat contact. Start chatting!

5/3/2017 7:25:16 AM(UTC-4)

Source Extraction:
Logical (1)

Brotheeeeer!!

wxid_nwq2qzqw011t12 VM

Hermanooooloo

5/8/2017 7:14:18 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Adelante

Go ahead.

5/8/2017 7:14:43 PM(UTC-4)

Source Extraction:
Logical (1)

1

Saying hi, this was not working for me before, now it is.

wxid_nwq2qzqw011t12 VM
Saludando es que no me funcionaba esto ahora si
5/8/2017 7:15:15 PM(UTC-4)

Source Extraction:
Logical (1)

How is the nephew

wxid_nwq2qzqw011t12 VM
Como esta el sobrino
5/8/2017 7:15:25 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM
?
5/8/2017 7:15:28 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Jajajaja
5/8/2017 7:28:49 PM(UTC-4)

Hahahaha.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Estás nuevo
5/8/2017 7:28:53 PM(UTC-4)

You're new.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Coño todo fino gracias a dios
5/8/2017 7:29:02 PM(UTC-4)

Damn, everything's good, thank God.

Source Extraction:
Logical (1)

That's great brother, I know you are working a lot.

wxid_nwq2qzqw011t12 VM
Que bueno hermano se que estas trabajando full
5/8/2017 7:29:29 PM(UTC-4)

Source Extraction:
Logical (1)

I need some help from you.

wxid_nwq2qzqw011t12 VM
Necesito que me des una mano
5/8/2017 7:30:17 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Adelante

5/8/2017 7:32:19 PM(UTC-4)

Go ahead.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ordene

5/8/2017 7:32:21 PM(UTC-4)

Tell me what you want done.

Source Extraction:
Logical (1)

What SL spoke to you about.

wxid_nwq2qzqw011t12 VM

Lo que te hablo SL ,

5/8/2017 7:35:53 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Pago?

5/8/2017 7:36:07 PM(UTC-4)

Payment?

Source Extraction:
Logical (1)

Yes, brother.

wxid_nwq2qzqw011t12 VM

Si hermano

5/8/2017 7:36:17 PM(UTC-4)

Source Extraction:
Logical (1)

The petty cash is in bad shape by now.

wxid_nwq2qzqw011t12 VM

La caja chica esta temblando ya

5/8/2017 7:36:29 PM(UTC-4)

Source Extraction:
Logical (1)

I feel bad, brother.

wxid_nwq2qzqw011t12 VM

Me da pena hermano ,,

5/8/2017 7:37:51 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Jejeje

5/8/2017 7:39:29 PM(UTC-4)

Hehehe.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cuanto se debe?

5/8/2017 7:39:35 PM(UTC-4)

Source Extraction:
Logical (1)

How much
is owed?

Do you want to know?
Do you really, hahaha.

wxid_nwq2qzqw011t12 VM

Quieres saber ? De verdad jajajja

5/8/2017 7:39:59 PM(UTC-4)

Source Extraction:
Logical (1)

About 7.

wxid_nwq2qzqw011t12 VM

Como 7

5/8/2017 7:40:30 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Pa la verga

5/8/2017 7:40:38 PM(UTC-4)

Source Extraction:
Logical (1)

Fuck.

Yes, but if you can
send it little by little,
I can keep up the
flow.

wxid_nwq2qzqw011t12 VM

Si pero si me vas mandando  piano a piano puedo mantener el flujo ,,

5/8/2017 7:41:29 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Coño no podemos mejor comprar un avión pequeño para evitar el charteo aquí

5/8/2017 7:41:57 PM(UTC-4)

Source Extraction:
Logical (1)

Damn, can't we buy a
small plane instead to
avoid chartering here?

It's not only the
chartering, this includes
the Coca Cola, etc., etc.

wxid_nwq2qzqw011t12 VM

No es solo del charteo ,,  alli incluye al coca cola etc etc

5/8/2017 7:42:40 PM(UTC-4)

Source Extraction:
Logical (1)

The charters are a
small part.

wxid_nwq2qzqw011t12 VM

Los charter son una pequeña parte

5/8/2017 7:43:04 PM(UTC-4)

Source Extraction:
Logical (1)

But I've been doing it as best I can.

> wxid_nwq2qzqw011t12 VM
> Pero le he estado dando a pulmon ,,
> 5/8/2017 7:43:29 PM(UTC-4)

Source Extraction:
Logical (1)

Hahaha.

> wxid_nwq2qzqw011t12 VM
> Jajajaa
> 5/8/2017 7:43:35 PM(UTC-4)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Verga! Me laxas
> 5/8/2017 7:45:01 PM(UTC-4)

Source Extraction:
Logical (1)

Fuck! I'm in shock.

> wxid_nwq2qzqw011t12 VM
> Cono tampoco para que me
> 5/8/2017 7:58:42 PM(UTC-4)

Source Extraction:
Logical (1)

Damn, it's not so bad that you

> wxid_nwq2qzqw011t12 VM
> Dejes de hablar jajaja
> 5/8/2017 7:58:52 PM(UTC-4)

Source Extraction:
Logical (1)

need to stop talking to me, hahaha.

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Jajajaja
> 5/8/2017 8:09:05 PM(UTC-4)

Source Extraction:
Logical (1)

Hahahaha.

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Eso como se pagaría?
> 5/8/2017 8:09:14 PM(UTC-4)

Source Extraction:
Logical (1)

How is that payable?

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Directo a ti ?
> 5/8/2017 8:10:47 PM(UTC-4)

Source Extraction:
Logical (1)

Directly to you?

Any way possible.

wxid_nwq2qzqw011t12 VM

Como se pueda

5/8/2017 8:10:55 PM(UTC-4)

Source Extraction:
Logical (1)

The golfer is
waiting.

wxid_nwq2qzqw011t12 VM

El golfista esta pendiente

5/8/2017 8:11:34 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Claro

5/8/2017 8:14:23 PM(UTC-4)

Of course.

Source Extraction:
Logical (1)

Look, the 595 is in
Valencia, I will leave it
there if you need it, if
not we'll bring it up.

wxid_nwq2qzqw011t12 VM

Mira el 595 esta en Valencia lo dejo allí , si lo necesitas sii no lo subimos

5/8/2017 8:15:34 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Súbelo

5/8/2017 8:22:31 PM(UTC-4)

Bring it up.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Lo que si el próximo que baje me avisas! Necesito traer unas vainas urgentes de
allá

5/8/2017 8:22:51 PM(UTC-4)

Do let me know of the next one
that goes down! I need to bring
some stuff urgently from over
there.

Source Extraction:
Logical (1)

OK, I'll be watching for that.

wxid_nwq2qzqw011t12 VM

Dale , estoy pendiente

5/8/2017 8:23:19 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Estoy con el golfista dándole la vuelta

5/10/2017 4:39:30 PM(UTC-4)

I am with the golfer going
around.

Source Extraction:
Logical (1)

Great!!

wxid_nwq2qzqw011t12 VM

Plomooooo

5/10/2017 4:47:49 PM(UTC-4)

Source Extraction:
Logical (1)

Thank you.

wxid_nwq2qzqw011t12 VM

Gracias

5/10/2017 4:47:59 PM(UTC-4)

Source Extraction:
Logical (1)

Brother, the taxi is going down tomorrow.

wxid_nwq2qzqw011t12 VM

Hermano Mańana Baja el Taxi

5/12/2017 11:18:02 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Plomo

5/12/2017 12:20:14 PM(UTC-4)

Source Extraction:
Logical (1)

Great.

Brother.

wxid_nwq2qzqw011t12 VM

Hermano

5/16/2017 7:07:07 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**



**Size:** 0
**File name:** 51.pic
51.pic
(Empty File)

5/16/2017 7:07:09 PM(UTC-4)

Source Extraction:
Logical (1)

A big bird on the Coca Cola.

wxid_nwq2qzqw011t12 VM

Un zamurazo en el Coca cola

5/16/2017 7:07:35 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cooooo

5/16/2017 7:07:47 PM(UTC-4)

Damn!!

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Attachments:

**Size:** 0
**File name:** 54.jpg
54.jpg
(Empty File)

5/16/2017 7:10:14 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ya ahora?

5/16/2017 7:16:48 PM(UTC-4)

What now?

Source Extraction:
Logical (1)

I'm going to assess it, in the meantime we can send another one.

wxid_nwq2qzqw011t12 VM

Voy a evaluar ,, mientras podemos mandar otro

5/16/2017 7:20:28 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Manda otro

5/16/2017 7:27:51 PM(UTC-4)

Send another one.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Un Hawker

5/16/2017 7:27:55 PM(UTC-4)

A Hawker.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Y aprovechamos la coyuntura para cambiarlo

5/16/2017 7:28:03 PM(UTC-4)

And since we're there, let's go ahead and change it.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Por cierto se te coordinó para mandarte la mitad de lo pendiente

5/16/2017 7:28:22 PM(UTC-4)

By the way, it's been worked out that you will be sent half of what is owed.

Source Extraction:
Logical (1)

Great!

wxid_nwq2qzqw011t12 VM

Plomoooooo

5/16/2017 7:31:27 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Metele un corrientazo a Samuel para que nos apoye con un vuelo mañana que iba hacer el Coca Cola

5/16/2017 7:58:31 PM(UTC-4)

Get on Samuel's case so he can help us with a flight tomorrow that the Coca Cola was going to do.

Source Extraction:
Logical (1)

[apparent mistyping]

wxid_nwq2qzqw011t12 VM

lj

5/16/2017 8:19:17 PM(UTC-4)

Source Extraction:
Logical (1)

On it.

wxid_nwq2qzqw011t12 VM

Listo

5/16/2017 8:20:46 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Aircraft_Industries_L 410 UVP-E20_Espanol.pdf

**Attachments:**



Details
totallen: 3415966

**Size:** 0
**File name:** Aircraft_Industries_L 410 UVP-E20_Espanol.pdf
Aircraft_Industries_L 410 UVP-E20_Espanol.pdf
(Empty File)

5/17/2017 4:43:25 PM(UTC-4)

Source Extraction:
Logical (1)

For your project.

wxid_nwq2qzqw011t12 VM

Para el Proyecto que tienes

5/17/2017 4:44:10 PM(UTC-4)

Source Extraction:
Logical (1)

9

wxid_nwq2qzqw011t12 VM

**Attachments:**



**Size:** 0
**File name:** 67.pdf
67.pdf
(Empty File)

5/22/2017 2:54:28 PM(UTC-4)

Source Extraction:
Logical (1)

In substitution if S accepts it.

wxid_nwq2qzqw011t12 VM

El sustituto si S lo acepta

5/22/2017 2:55:01 PM(UTC-4)

Source Extraction:
Logical (1)

We're figuring it all out now.

wxid_nwq2qzqw011t12 VM

Ya vamos resolviendo

5/23/2017 7:00:11 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Fino

5/23/2017 7:26:45 PM(UTC-4)

Good.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ya le dije al jefe del cambio y dijo play

5/23/2017 7:26:54 PM(UTC-4)

I told the boss about the change already and he said play.

Source Extraction:
Logical (1)

Great!

wxid_nwq2qzqw011t12 VM

Plomooooo

5/23/2017 7:27:18 PM(UTC-4)

Source Extraction:
Logical (1)

Call Canino, he is stuck there with the rocket available.

wxid_nwq2qzqw011t12 VM

Llama a Canino el esta alli esclavo con el cohete a la orden

5/24/2017 8:14:43 AM(UTC-4)

Source Extraction:
Logical (1)

10

Brother, I am arriving, [OR] it/he/she arrived.

> wxid_nwq2qzqw011t12 VM
> Hermano , llego
>
> 5/30/2017 5:42:12 PM(UTC-4)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Henwabl
>
> 5/30/2017 5:45:54 PM(UTC-4)

Source Extraction:
Logical (1)

[apparent mistyping]

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Hermano
>
> 5/30/2017 5:45:56 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.

Everything's good!! ?

> wxid_nwq2qzqw011t12 VM
> Todo bien !! ?
>
> 5/30/2017 5:47:47 PM(UTC-4)

Source Extraction:
Logical (1)

Brother, congrats on your day... big hug.

> wxid_nwq2qzqw011t12 VM
> Hermanooo Felizzzz Dia ,,, un abrazoooo
>
> 6/18/2017 10:04:34 AM(UTC-4)

Source Extraction:
Logical (1)

Full steam ahead.

> wxid_nwq2qzqw011t12 VM
> Pa lante
>
> 6/18/2017 10:04:39 AM(UTC-4)

Source Extraction:
Logical (1)

> wxid_nwq2qzqw011t12 VM
>
> 6/18/2017 10:04:59 AM(UTC-4)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Hermano
>
> 6/18/2017 12:25:27 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.



wxid_q4i0tzxdrqa612 JoselitRamirez

Gracias

6/18/2017 12:25:31 PM(UTC-4)

Source Extraction:
Logical (1)

Thank you.

wxid_q4i0tzxdrqa612 JoselitRamirez

Venceremos

6/18/2017 12:25:34 PM(UTC-4)

Source Extraction:
Logical (1)

We will prevail.

Good morning, brother.

wxid_nwq2qzqw011t12 VM

Hermanooo Buenos Dias

6/20/2017 8:40:57 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

6/20/2017 9:59:50 AM(UTC-4)

Source Extraction:
Logical (1)

Brother.

wxid_q4i0tzxdrqa612 JoselitRamirez

Buenos días

6/20/2017 9:59:52 AM(UTC-4)

Source Extraction:
Logical (1)

Good morning.

I'm teetering on the edge, Samuel will not give me any more credit nor the Hawkers... I'm going to see what I can figure out. I know that they are working on it, the golfer has not been able to send anything.

wxid_nwq2qzqw011t12 VM

Tengo la cuerda Floja , ya  Samuel  no me da crédito y las hawkers tampoco ,,  voy a ver como resuelvo , yo se que el Están trabajando en eso el Golfista no ha podido enviar nada ,,

6/20/2017 11:33:53 AM(UTC-4)

Source Extraction:
Logical (1)

I want to help but I am in Arco Rojo, I'm going to see if I can figure something out  here, we'll talk soon.

wxid_nwq2qzqw011t12 VM

Quiero Apoyar pero estoy en Arco Rojo , voy a ver si puedo resolver por aqui ,, hablamos pronto

6/20/2017 11:35:09 AM(UTC-4)

Source Extraction:
Logical (1)

12

wxid_q4i0tzxdrqa612 JoselitRamirez

Coooooo!! Trata de resolver

6/20/2017 11:35:32 AM(UTC-4)

Source Extraction:
Logical (1)

Damn!! Try to figure something out.

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Ya le digo al jefe que hable con el golfista

6/20/2017 11:35:41 AM(UTC-4)

Source Extraction:
Logical (1)

I'll tell the boss to talk to the golfer.

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Se puede usar el Coca Cola?

6/20/2017 11:36:10 AM(UTC-4)

Source Extraction:
Logical (1)

Can the Coca Cola be used?

---

He looking into it, but apparently it has not been easy for him.

wxid_nwq2qzqw011t12 VM

El esta pendiente ,, pero aparentemente no le ha sido Facil

6/20/2017 11:36:15 AM(UTC-4)

Source Extraction:
Logical (1)

---

The Coca Cola is not for certain, we have not been able to bring it up.

wxid_nwq2qzqw011t12 VM

No es seguro el coca cola ,, no lo hemos podido subir

6/20/2017 11:36:46 AM(UTC-4)

Source Extraction:
Logical (1)

---

By tomorrow I'll figure it out, the margaritas.

wxid_nwq2qzqw011t12 VM

Para Mañana yo resuelvo , los margaritas ,

6/20/2017 11:37:25 AM(UTC-4)

Source Extraction:
Logical (1)

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

6/26/2017 5:20:58 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message

**Size:** 0
(Empty File)

6/26/2017 5:21:48 PM(UTC-4)

Source Extraction:
Logical (1)

---

wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message
duration: 92

**Size:** 0
(Empty File)

6/26/2017 5:26:27 PM(UTC-4)

Source Extraction:
Logical (1)

---

wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message
duration: 117

**Size:** 0
(Empty File)

6/26/2017 5:28:43 PM(UTC-4)

Source Extraction:
Logical (1)

---

wxid_q4i0tzxdrqa612 JoselitRamirez

wxid_q4i0tzxdrqa612:<sysmsg
type="NewXmlVoipRedialMsg"><NewXmlVoipRedialMsg><text><![CDATA[Call interrupted
by other apps
]]></text><link><scene>voipredial_voice</scene><text><![CDATA[Redial]]></text></link>
</NewXmlVoipRedialMsg>
</sysmsg>

6/26/2017 5:28:44 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez
Attachments:

Details
type: voip message
duration: 0

Size: 0
(Empty File)

6/26/2017 5:30:37 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Mano

7/5/2017 4:36:31 PM(UTC-4)

Bro.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Me dijo el golfista que te ha sacado unos pagos? Corto

7/5/2017 4:38:13 PM(UTC-4)

The golfer told me that he got some payments out to you? Short.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Cierto eso?

7/5/2017 4:38:14 PM(UTC-4)

Is it true?

Source Extraction:
Logical (1)

Brother!!

wxid_nwq2qzqw011t12 VM
Hermanoooo

7/5/2017 4:45:32 PM(UTC-4)

Source Extraction:
Logical (1)

Yes, yes, he's sent some little rockets.

wxid_nwq2qzqw011t12 VM
Si si ha mandado unos coheticos ,,

7/5/2017 4:45:52 PM(UTC-4)

Source Extraction:
Logical (1)

Working on it.

wxid_nwq2qzqw011t12 VM
Alli vamos

7/5/2017 4:46:23 PM(UTC-4)

Source Extraction:
Logical (1)

15

He is now coordinating the big taxi.

> **wxid_nwq2qzqw011t12 VM**
> Ya esta coordinado el taxi grande
> 7/5/2017 4:47:01 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Positivo
> 7/5/2017 4:50:27 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

Yes.

On it.

> **wxid_nwq2qzqw011t12 VM**
> Plomooo
> 7/5/2017 4:50:43 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

We're figuring it out as we go, brother.

> **wxid_nwq2qzqw011t12 VM**
> Hay vamos resolviendo hermano
> 7/5/2017 4:51:01 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

What was that stuff about the umbrella that you were explaining the other day? Haha.

> **wxid_nwq2qzqw011t12 VM**
> Como es la Vaina del  Paraguas que estabas explicando el otro dia ?  Jajaa
> 7/10/2017 4:33:37 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Jajajaja
> 7/10/2017 4:42:10 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

Hahahaha.

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Diferencia entre Horrible y Horroroso
> 7/10/2017 4:42:23 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

The difference between Terrible and Horrendous.

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Horrible es que te metan un paraguas por el c... !!! Horroroso es que te lo abran adentro jajajajaja
> 7/10/2017 4:42:53 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

Terrible is when someone shoves an umbrella up your a...!!! Horrendous is when the person opens it up inside, hahahahaha.

Damn, I think I'm past
Terrible already and scared
because it's raining, hahaha.

> wxid_nwq2qzqw011t12 VM
>
> Coño yo creo que ya pase el Horrible y asustado porque esta lloviendo , jajajajaj
>
> 7/10/2017 4:44:03 PM(UTC-4)

Source Extraction:
Logical (1)

We're figuring it out as
we go, brother.

> wxid_nwq2qzqw011t12 VM
>
> Alli vamos resolviendo hermano
>
> 7/10/2017 4:44:36 PM(UTC-4)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
>
> Jajajaja csm
>
> 7/10/2017 4:45:23 PM(UTC-4)

Hahahaha, damn.

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
>
> Me dijo el  que te ha estado mandando algunas cosas
>
> 7/10/2017 4:45:39 PM(UTC-4)

He told me he had been sending
you some things.

Source Extraction:
Logical (1)

Some band-aids,
brother.

> wxid_nwq2qzqw011t12 VM
>
> Unas Curitas hermano ,
>
> 7/10/2017 4:46:18 PM(UTC-4)

Source Extraction:
Logical (1)

He does what
he can.

> wxid_nwq2qzqw011t12 VM
>
> Hace lo posible
>
> 7/10/2017 4:46:28 PM(UTC-4)

Source Extraction:
Logical (1)

Don't worry, better
times will come.

> wxid_nwq2qzqw011t12 VM
>
> Tranquilo que vendran tiempos mejores
>
> 7/10/2017 4:46:43 PM(UTC-4)

Source Extraction:
Logical (1)

What I need is a

> wxid_nwq2qzqw011t12 VM
>
> Lo que necesito es un
>
> 7/10/2017 4:46:56 PM(UTC-4)

Source Extraction:
Logical (1)

push Paul, to get the flow
going again and we'll be set.

> wxid_nwq2qzqw011t12 VM
> Empujon Paul a recuperar el flujo y listo
> 7/10/2017 4:47:31 PM(UTC-4)

Source Extraction:
Logical (1)

Brother!!

> wxid_nwq2qzqw011t12 VM
> Hermano !!
> 7/14/2017 2:03:59 PM(UTC-4)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Hermano
> 7/14/2017 2:15:03 PM(UTC-4)

Brother.

Source Extraction:
Logical (1)

Send me another
umbrella.

> wxid_nwq2qzqw011t12 VM
> Mandame otro paraguas ☂
> 7/14/2017 2:15:44 PM(UTC-4)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Su madre
> 7/14/2017 2:16:58 PM(UTC-4)

Fuck.

Source Extraction:
Logical (1)

Hahahahaha.

> wxid_nwq2qzqw011t12 VM
> Jajajajaja
> 7/14/2017 2:17:07 PM(UTC-4)

Source Extraction:
Logical (1)

When we get through
this we'll have to drink a
case of Blue Label
brother, I'll bring it.

> wxid_nwq2qzqw011t12 VM
> Cuando salgamos de esto nos tenemos que tomar una caja de Blue label Hermano
> yo la pongo
> 7/14/2017 2:18:05 PM(UTC-4)

Source Extraction:
Logical (1)

Would you have any other
source that can send
something so I can pull out
the umbrella from inside me

> wxid_nwq2qzqw011t12 VM
> Tendras alguna otra fuente que pueda enviar algo para poder sacarme al paraguas
> 7/14/2017 2:18:55 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

?

7/14/2017 2:18:57 PM(UTC-4)

Source Extraction:
Logical (1)

And sorry for the insistence, brother, you know that I'm always moving ahead but I am in a critical state by now.

wxid_nwq2qzqw011t12 VM

Y disculpa la insistencia hermno sabes que yo voy pa lante pero ya estoy critico

7/14/2017 2:19:46 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

8/16/2017 1:23:04 PM(UTC-4)

Bro.

Source Extraction:
Logical (1)

Unknown

Voice call received, but unable to connect

8/16/2017 1:28:19 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message

**Size:** 0
(Empty File)

8/16/2017 1:28:20 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

Details
type: voip message
duration: 0

**Size:** 0
(Empty File)

8/16/2017 3:46:03 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Mano

Bro.

8/16/2017 5:40:59 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Me copias?

Do you read me?

8/16/2017 5:41:02 PM(UTC-4)

Source Extraction:
Logical (1)

Broooo.

wxid_nwq2qzqw011t12 VM
Manooooo

8/16/2017 5:41:19 PM(UTC-4)

Source Extraction:
Logical (1)

Loud and clear.

wxid_nwq2qzqw011t12 VM
Fuerte y claro

8/16/2017 5:41:25 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Te llamo

I'll call you.

8/16/2017 5:41:31 PM(UTC-4)

Source Extraction:
Logical (1)

OK.

wxid_nwq2qzqw011t12 VM
Dale

8/16/2017 5:41:38 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Mano

Bro.

8/17/2017 2:15:30 PM(UTC-4)

Source Extraction:
Logical (1)

Go ahead, broooo.

wxid_nwq2qzqw011t12 VM
Adelante  Manooooo

8/17/2017 5:45:43 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

8/18/2017 9:12:49 PM(UTC-4)

Bro.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Me copias?

8/18/2017 9:12:52 PM(UTC-4)

Do you read me?

Source Extraction:
Logical (1)

What time should I call you, brother?

wxid_nwq2qzqw011t12 VM

A que hora te llamo , hermano

8/19/2017 8:21:22 AM(UTC-4)

Source Extraction:
Logical (1)

All set with Samuel bro, move forward, I straightened him/it out, sending you a hug.

wxid_nwq2qzqw011t12 VM

Listo con  Samuel Mano dale plomo , ya lo enderece ,, un abrazo

8/19/2017 7:38:11 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:

Details
type: voip message
duration: 803

Size: 0
(Empty File)

8/19/2017 8:19:04 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

Attachments:

Size: 0
File name: 150.pic
150.pic
(Empty File)

8/24/2017 12:14:40 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 151.pic
151.pic
(Empty File)

8/24/2017 12:14:41 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 152.pic
152.pic
(Empty File)

8/24/2017 12:14:42 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 153.pic
153.pic
(Empty File)

8/24/2017 12:14:43 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 154.pic
154.pic
(Empty File)

8/24/2017 12:14:44 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 155.pic
155.pic
(Empty File)

8/24/2017 12:14:45 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 156.pic
156.pic
(Empty File)

8/24/2017 12:14:46 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 157.pic
157.pic
(Empty File)

8/24/2017 12:14:47 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 158.pic
158.pic
(Empty File)

8/24/2017 12:15:17 PM(UTC-4)

Source Extraction:
Logical (1)

Year 2010 3221 Hours

> **wxid_nwq2qzqw011t12 VM**
> Año 2010 3221 Horas
> 8/24/2017 12:16:13 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

Please pass it on to Vocecita. [Translator's note: Vocecita means soft voice]

> **wxid_nwq2qzqw011t12 VM**
> Porfa pasalo a Vocesita
> 8/24/2017 12:16:43 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

BROTHER.

> **wxid_nwq2qzqw011t12 VM**
> HERMANO
> 9/2/2017 2:51:42 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Adelante
> 9/2/2017 2:59:46 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

Go ahead.

I WANT TO TREAT YOU TO

> **wxid_nwq2qzqw011t12 VM**
> QUIERO INVITARTE UN
> 9/2/2017 3:01:02 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

A SCOCES. [Translator's note: Possibly "un escocés"or "A Scotch," but not clear.]

> **wxid_nwq2qzqw011t12 VM**
> UN SCOCES
> 9/2/2017 3:01:11 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

HAHA.

> **wxid_nwq2qzqw011t12 VM**
> JAJAJ
> 9/2/2017 3:01:15 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Jajajaja
> 9/2/2017 3:01:20 PM(UTC-4)
>
> Source Extraction:
> Logical (1)

Hahahaha.

24

wxid_q4i0tzxdrqa612 JoselitRamirez

Donde andas?

9/2/2017 3:01:23 PM(UTC-4)

Source Extraction:
Logical (1)

Where are you?

ARE THINGS QUIET
WITH YOU?

wxid_nwq2qzqw011t12 VM

ESTA TRANQUILO ?

9/2/2017 3:01:34 PM(UTC-4)

Source Extraction:
Logical (1)

LET ME

wxid_nwq2qzqw011t12 VM

DEJAME

9/2/2017 3:01:43 PM(UTC-4)

Source Extraction:
Logical (1)

EATING WITH THE
FAMILY RIGHT NOW.

wxid_nwq2qzqw011t12 VM

AHORA CONIENDO CON LA FAMILIA

9/2/2017 3:01:58 PM(UTC-4)

Source Extraction:
Logical (1)

SL IS HERE, CALL
HIM.

wxid_nwq2qzqw011t12 VM

SL ESTA POR AQUI LLAMALO

9/2/2017 3:02:26 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Yo ando igual

9/2/2017 3:03:09 PM(UTC-4)

Source Extraction:
Logical (1)

I am the same.

AM I GOING TO ADD THE ALL
INCLUSIVE TO THE ROOM? Do
you want me to take care of
that?

wxid_nwq2qzqw011t12 VM

TE VOY A PINER EL TODO INCLUIDO  EN LA HABITACION ? Quieres que me
encarqgue de eso ,,?

9/2/2017 3:10:52 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Jeje tranqui

9/2/2017 3:17:31 PM(UTC-4)

Source Extraction:
Logical (1)

Hehe, no worries.

25

wxid_q4i0tzxdrqa612 JoselitRamirez

Así la puse jejejej

9/2/2017 3:17:39 PM(UTC-4)

That's how I did it, hehehe.

Source Extraction:
Logical (1)

OK brother, sending you a hug, enjoy. Let me know if you need anything.

wxid_nwq2qzqw011t12 VM

Ok Hermano, un abrazo disfruta. Avisame lo que necssites

9/2/2017 3:22:39 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

9/8/2017 9:39:27 PM(UTC-4)

Brother.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Todo bien por allá?

9/9/2017 3:43:46 PM(UTC-4)

Everything good over there?

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

9/13/2017 12:58:53 PM(UTC-4)

Brother.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message
duration: 37

**Size:** 0
(Empty File)

9/13/2017 1:15:13 PM(UTC-4)

Source Extraction:
Logical (1)

26



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message
duration: 0

Size: 0
(Empty File)

9/13/2017 1:17:16 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message
duration: 0

Size: 0
(Empty File)

9/13/2017 1:17:21 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

wxid_q4i0tzxdrqa612:<sysmsg
type="NewXmlVoipRedialMsg"><NewXmlVoipRedialMsg><text><![CDATA[Call interrupted
by other apps
]]></text><link><scene>voipredial_voice</scene><text><![CDATA[Redial]]></text></link>
</NewXmlVoipRedialMsg>
</sysmsg>

9/13/2017 1:17:22 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano llámame

Brother, call me.

9/13/2017 1:18:26 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message

Size: 0
(Empty File)

9/13/2017 1:18:41 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

<u>Details</u>
type: voip message
duration: 0

**Size:** 0
(Empty File)

9/13/2017 1:19:28 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

<u>Details</u>
type: voip message
duration: 0

**Size:** 0
(Empty File)

9/13/2017 1:20:30 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

<u>Details</u>
type: voip message

**Size:** 0
(Empty File)

9/13/2017 1:25:19 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

<u>Details</u>
type: voip message
duration: 0

**Size:** 0
(Empty File)

9/13/2017 1:27:45 PM(UTC-4)

Source Extraction:
Logical (1)

It's not going down, we are going to figure out something now.

wxid_nwq2qzqw011t12 VM

No cae ya vamos a resolver

9/13/2017 1:28:08 PM(UTC-4)

Source Extraction:
Logical (1)



Unknown
Voice call received, but unable to connect
9/21/2017 12:27:36 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Attachments:

Details
type: voip message
Size: 0
(Empty File)
9/21/2017 12:27:37 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Attachments:

Details
type: voip message
duration: 0
Size: 0
(Empty File)
9/21/2017 12:28:26 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Hermano
9/21/2017 12:28:33 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.

I will call you in 30 min, brother.



wxid_nwq2qzqw011t12 VM
Te llamo en 30 min hermano
9/21/2017 12:28:43 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM
Sorry
9/21/2017 12:28:48 PM(UTC-4)

Source Extraction:
Logical (1)

At the doctor's.

wxid_nwq2qzqw011t12 VM

En el Medico

9/21/2017 12:28:53 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Sorry

9/21/2017 12:29:02 PM(UTC-4)

Source Extraction:
Logical (1)

The dentist, hahahaha.

wxid_nwq2qzqw011t12 VM

Desntista jajajajaa

9/21/2017 12:29:09 PM(UTC-4)

Source Extraction:
Logical (1)

I will call you in a few minutes.

wxid_nwq2qzqw011t12 VM

Unos minutos  te llamo

9/21/2017 12:29:23 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Attachments:

Details
type: voip message
duration: 0

Size: 0
(Empty File)

9/21/2017 2:05:49 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Attachments:

Details
type: voip message
duration: 0

Size: 0
(Empty File)

9/23/2017 1:19:35 PM(UTC-4)

Source Extraction:
Logical (1)

BROTHER, YOU ARE SOOOO OLD NOW.

wxid_nwq2qzqw011t12 VM

HERMANOOOOOOOO YA ESTA VIEJITOOOOOO

9/23/2017 1:19:51 PM(UTC-4)

Source Extraction:
Logical (1)

HAPPY BIRTHDAY, HAVE A GOOD TIME, I HOPE WE CAN CELEBRATE SOON, SENDING A HUG.

wxid_nwq2qzqw011t12 VM

FELIZZZZ CUMPLE  PASALA BIEN OJALA PODAMOS CELEBRAR PRONTO , UN ABRAZOOOO

9/23/2017 1:20:25 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

10/5/2017 9:57:23 AM(UTC-4)

Source Extraction:
Logical (1)

Brother.

wxid_q4i0tzxdrqa612 JoselitRamirez

Me copias?

10/5/2017 9:57:26 AM(UTC-4)

Source Extraction:
Logical (1)

Do you read me?

Brotheeeer, how are we doing?

wxid_nwq2qzqw011t12 VM

Hermanooooo como vamos ?

10/13/2017 1:13:46 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

10/13/2017 2:19:29 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.

Everything good?

wxid_nwq2qzqw011t12 VM

Toro bien ?

10/13/2017 3:02:43 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Háblame

10/13/2017 3:11:28 PM(UTC-4)

Source Extraction:
Logical (1)

Talk to me.

wxid_q4i0tzxdrqa612 JoselitRamirez

Nos tienes pariendo

10/13/2017 3:11:33 PM(UTC-4)

Source Extraction:
Logical (1)

You are making us suffer over here.

Brother, I am really sorry, I am also in Arco Rojo, haha.

wxid_nwq2qzqw011t12 VM

Hermano lo siemto de verdad yo tembien estoy en Arco Rojooo jajja

10/13/2017 3:12:18 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Comunícate con el coco que es quien va sustituir el Coca Cola

10/13/2017 3:15:15 PM(UTC-4)

Source Extraction:
Logical (1)

Contact Coco who will be replacing the Coca Cola.

Oh no, the deal fell through, hahaha.

wxid_nwq2qzqw011t12 VM

Huyyy se me cayo el negocio jajaaja

10/13/2017 3:16:07 PM(UTC-4)

Source Extraction:
Logical (1)

Relax.

wxid_nwq2qzqw011t12 VM

Tranquilo

10/13/2017 3:16:25 PM(UTC-4)

Source Extraction:
Logical (1)

Hahaha.

wxid_nwq2qzqw011t12 VM

Jajaja

10/13/2017 3:16:28 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Jajaja

10/13/2017 3:20:05 PM(UTC-4)

Source Extraction:
Logical (1)

Hahaha.

What I need is a helping hand right now.

wxid_nwq2qzqw011t12 VM

Lo qie necesito es que me den una mano ahora

10/13/2017 3:21:04 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ordene

10/13/2017 3:41:49 PM(UTC-4)

Source Extraction:
Logical (1)

Tell me what to do.



wxid_nwq2qzqw011t12 VM

Attachments:

Details
type: voip message
duration: 0

**Size:** 0
(Empty File)

10/13/2017 4:07:33 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

10/16/2017 2:19:50 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

10/16/2017 2:25:02 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.

Celebrating??

wxid_nwq2qzqw011t12 VM

Celebrando ??

10/16/2017 2:25:15 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Jajaja ya estamos trabajando hermano

10/16/2017 2:46:14 PM(UTC-4)

Source Extraction:
Logical (1)

Hahaha, we are already working, brother.

Thumbs up, I'm sending you a hug and wishing you good luck, we will be on the lookout.

wxid_nwq2qzqw011t12 VM

Pa lante un abrazo y suerte , estamos pendientes

10/16/2017 2:46:42 PM(UTC-4)

Source Extraction:
Logical (1)

33



wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 226.pic
226.pic
(Empty File)

10/19/2017 1:17:50 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 227.pic
227.pic
(Empty File)

10/19/2017 1:17:51 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 228.pic
228.pic
(Empty File)

10/19/2017 1:17:52 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 229.pic
229.pic
(Empty File)

10/19/2017 1:17:53 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 230.pic
230.pic
(Empty File)

10/19/2017 1:17:54 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 231.pic
231.pic
(Empty File)

10/19/2017 1:17:55 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 232.pic
232.pic
(Empty File)

10/19/2017 1:17:56 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 233.pic
233.pic
(Empty File)

10/19/2017 1:17:57 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 234.pic
234.pic
(Empty File)

10/19/2017 1:17:58 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 235.pic
235.pic
(Empty File)

10/19/2017 1:18:08 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 236.pic
236.pic
(Empty File)

10/19/2017 1:18:09 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 237.pic
237.pic
(Empty File)

10/19/2017 1:18:10 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 238.pic
238.pic
(Empty File)

10/19/2017 1:18:11 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 239.pic
239.pic
(Empty File)

10/19/2017 1:18:12 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 240.pic
240.pic
(Empty File)

10/19/2017 1:18:13 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 241.pic
241.pic
(Empty File)

10/19/2017 1:18:14 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 242.pic
242.pic
(Empty File)

10/19/2017 1:18:15 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 243.pic
243.pic
(Empty File)

10/19/2017 1:18:16 PM(UTC-4)

Source Extraction:
Logical (1)

This one is ready, it is not American.

wxid_nwq2qzqw011t12 VM

Este esta listo  no es Americano

10/19/2017 1:19:17 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Se las estoy mostrando al jefe

10/19/2017 3:15:59 PM(UTC-4)

I am showing them to the boss.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Que cuanta autonomía tiene?

10/19/2017 3:16:16 PM(UTC-4)

He's asking what the fuel range is.

Source Extraction:
Logical (1)

It's a Challenger 300, it has a wider fuel range than the Coca Cola.

wxid_nwq2qzqw011t12 VM

Es un Challenger 300 tiene mas autonomia que el coca cola

10/19/2017 3:16:36 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Que año?

10/19/2017 3:17:00 PM(UTC-4)

Source Extraction:
Logical (1)

What year?

wxid_nwq2qzqw011t12 VM

Tiene matricula

10/19/2017 3:17:35 PM(UTC-4)

Source Extraction:
Logical (1)

It has a registration.

wxid_q4i0tzxdrqa612 JoselitRamirez

??

10/19/2017 3:18:57 PM(UTC-4)

Source Extraction:
Logical (1)

2007 and it has fewer than 3000 hours.

wxid_nwq2qzqw011t12 VM

2007 y tiene menos de 3000 Horas

10/19/2017 3:20:14 PM(UTC-4)

Source Extraction:
Logical (1)

One single owner.

wxid_nwq2qzqw011t12 VM

Un solo dueño

10/19/2017 3:20:21 PM(UTC-4)

Source Extraction:
Logical (1)

It has a Cayman Islands registration, if we buy the entire company it can start flying tomorrow.

wxid_nwq2qzqw011t12 VM

Esta matriculado en Las Islas Caiman ,  si compramos la compañia completa se puede comenzar a volar Mañana ,,

10/19/2017 3:21:21 PM(UTC-4)

Source Extraction:
Logical (1)

After the inspection.

wxid_nwq2qzqw011t12 VM

Despues de la inspecciom

10/19/2017 3:21:31 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Dice el jefe que ufffffff plomooooo

10/19/2017 3:24:42 PM(UTC-4)

Source Extraction:
Logical (1)

The boss is saying, wow, awesome.

wxid_q4i0tzxdrqa612 JoselitRamirez

Que que tiene que hacer?

10/19/2017 3:24:49 PM(UTC-4)

Source Extraction:
Logical (1)

He's asking what he has to do.

Hahahahahaha.

wxid_nwq2qzqw011t12 VM

Jajajajajajaa

10/19/2017 3:24:56 PM(UTC-4)

Source Extraction:
Logical (1)

To have my boss
authorize it. Hahaha.

wxid_nwq2qzqw011t12 VM

Que mi jefe lo autorize. Jajajaj

10/19/2017 3:25:22 PM(UTC-4)

Source Extraction:
Logical (1)

That plane is
very good.

wxid_nwq2qzqw011t12 VM

Ese avion esta muy bueno

10/19/2017 3:25:54 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Lo podemos hacer de una si vocecita te autoriza?

10/19/2017 3:26:52 PM(UTC-4)

Source Extraction:
Logical (1)

Can we do it right away if
Vocecita authorizes you?

Yes sir.

wxid_nwq2qzqw011t12 VM

Ye sir

10/19/2017 3:27:16 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Que plomo! Y que te lo traigas mañana

10/19/2017 3:31:34 PM(UTC-4)

Source Extraction:
Logical (1)

Awesome! He's saying for you to
bring it with you tomorrow.

wxid_q4i0tzxdrqa612 JoselitRamirez

Que hables con SL

10/19/2017 3:31:42 PM(UTC-4)

Source Extraction:
Logical (1)

He's saying to talk to SL.

Hahahahahahahaha.

> wxid_nwq2qzqw011t12 VM
> Jajajajajajaajjaa
> 10/19/2017 3:32:38 PM(UTC-4)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
> En serio!
> 10/19/2017 3:33:23 PM(UTC-4)

Source Extraction:
Logical (1)

I'm serious!

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Te lo comunico?
> 10/19/2017 3:33:44 PM(UTC-4)

Source Extraction:
Logical (1)

Should I put him in contact with you?

Yes please, I cannot talk about that on here.

> wxid_nwq2qzqw011t12 VM
> Si porfa , yo no puedo hablar eso por aqui
> 10/19/2017 3:34:43 PM(UTC-4)

Source Extraction:
Logical (1)

We'll find a buyer and that's it.

> wxid_nwq2qzqw011t12 VM
> Conseguimos un comprador y ya
> 10/19/2017 3:34:55 PM(UTC-4)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Ok! Pero necesitas hablar con el jefe?
> 10/19/2017 3:43:33 PM(UTC-4)

Source Extraction:
Logical (1)

OK, but do you need to talk to the boss?

Yes.

> wxid_nwq2qzqw011t12 VM
> Si
> 10/19/2017 3:52:33 PM(UTC-4)

Source Extraction:
Logical (1)

I will bring down the next one.

> wxid_nwq2qzqw011t12 VM
> Voy a bajar la proxima
> 10/19/2017 3:52:44 PM(UTC-4)

Source Extraction:
Logical (1)

41

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

10/24/2017 9:01:25 PM(UTC-4)

Source Extraction:
Logical (1)

Bro.

wxid_nwq2qzqw011t12 VM

Aelante

10/24/2017 9:02:02 PM(UTC-4)

Source Extraction:
Logical (1)

Go ahead.

wxid_q4i0tzxdrqa612 JoselitRamirez

Como está toddy?

10/24/2017 9:02:20 PM(UTC-4)

Source Extraction:
Logical (1)

How is everything?
[apparent mistyping]

All good, brother, we'll
figure it out little by little,
and you?

wxid_nwq2qzqw011t12 VM

Todo bien , hermano poco a poco vamos a resolver ,, tu ?

10/24/2017 9:02:57 PM(UTC-4)

Source Extraction:
Logical (1)

Working a lot?

wxid_nwq2qzqw011t12 VM

Mucho trabajo ?

10/24/2017 9:03:33 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ahí vamos

10/24/2017 9:10:49 PM(UTC-4)

Source Extraction:
Logical (1)

Hanging in there.

wxid_q4i0tzxdrqa612 JoselitRamirez

Hablaste con SL?

10/24/2017 9:10:56 PM(UTC-4)

Source Extraction:
Logical (1)

Did you talk to SL?

I'm working on it, early
tomorrow.

wxid_nwq2qzqw011t12 VM

Estoy en eso , mañana temprano

10/24/2017 9:12:08 PM(UTC-4)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

Ok

10/24/2017 9:15:11 PM(UTC-4)

Source Extraction:
Logical (1)

Brotheeeer.

wxid_nwq2qzqw011t12 VM

Hermanoooo

10/27/2017 1:52:43 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

10/27/2017 1:59:00 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.

I hope we get to see each other.

wxid_nwq2qzqw011t12 VM

Ojala nos podamos ver ,,

10/27/2017 2:01:16 PM(UTC-4)

Source Extraction:
Logical (1)

I'm waiting for the boss to say.

wxid_nwq2qzqw011t12 VM

Estoy esperando al Boss  que indique

10/27/2017 2:01:33 PM(UTC-4)

Source Extraction:
Logical (1)

You owe me a few miches [alcoholic drink], haha.

wxid_nwq2qzqw011t12 VM

Me debes unos miches jajaj

10/27/2017 2:01:56 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Donde estás ?

10/27/2017 2:19:36 PM(UTC-4)

Source Extraction:
Logical (1)

Where are you?

At the Marriott.

wxid_nwq2qzqw011t12 VM

En el Marriot

10/27/2017 2:19:50 PM(UTC-4)

Source Extraction:
Logical (1)

43

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

10/29/2017 10:27:47 AM(UTC-4)

Brother.

Source Extraction:
Logical (1)

Brotheeeeer.

wxid_nwq2qzqw011t12 VM

Hermanoooooooo

10/29/2017 10:36:35 AM(UTC-4)

Source Extraction:
Logical (1)

Everything good?

wxid_nwq2qzqw011t12 VM

Todo bien ?

10/29/2017 10:36:43 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Sigues aquí?

10/29/2017 10:37:01 AM(UTC-4)

Are you still here?

Source Extraction:
Logical (1)

No, I'm on the island now.

wxid_nwq2qzqw011t12 VM

No ya en la isla

10/29/2017 10:37:16 AM(UTC-4)

Source Extraction:
Logical (1)

But I will come down soon.

wxid_nwq2qzqw011t12 VM

Pero bajo pronto

10/29/2017 10:37:25 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Verga no hablaste con el jefe

10/29/2017 10:37:31 AM(UTC-4)

Fuck, you didn't talk to
the boss.

Source Extraction:
Logical (1)

Vocecita told me
he talked.

wxid_nwq2qzqw011t12 VM

Vocecita me dijo que hablo

10/29/2017 10:37:49 AM(UTC-4)

Source Extraction:
Logical (1)

44

If you want me to, I will come
down next week and we can
see each other and make all
the arrangements.

> **wxid_nwq2qzqw011t12 VM**
>
> La proxima semana si quieres bajo y nos vemos cuadramos todo
>
> 10/29/2017 10:38:21 AM(UTC-4)

Source Extraction:
Logical (1)

Or come to Punta Cana
the next weekend you
have time to relax.

> **wxid_nwq2qzqw011t12 VM**
>
> O vente a Pta Cana ,, el proximo fin que te relajes
>
> 10/29/2017 10:39:10 AM(UTC-4)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
>
> Claro
>
> 10/29/2017 10:41:23 AM(UTC-4)

Sure.

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
>
> Para cuando el avión?
>
> 10/29/2017 10:41:34 AM(UTC-4)

The plane is for when?

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
>
> Mira esto
>
> 10/29/2017 10:41:37 AM(UTC-4)

Take a look at this.

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
>
> **Attachments:**
>
> 
>
> **Size:** 0
> **File name:** 301.jpg
> 301.jpg
> (Empty File)
>
> 10/29/2017 10:41:58 AM(UTC-4)

Source Extraction:
Logical (1)

OK brother, I will send you
the rocket, you have to help
me out so we can become
operational, we are here to
support each other.

> **wxid_nwq2qzqw011t12 VM**
>
> Dale Hermano ,, te mando el  cohete ,  me tienes que dar una mano para ponernos
> operativos ,,  estamos para apoyarnos ,,,
>
> 10/29/2017 10:46:30 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Un abraZo

Sending you a hug.

10/29/2017 10:46:39 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Claro

Of course.

10/29/2017 10:53:59 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Dime que hacer

Tell me what to do.

10/29/2017 10:54:02 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Ok

10/29/2017 11:05:48 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Hermanoooooooooiio

Brotheeeeer.

11/1/2017 5:18:43 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Todo bien ?

Everything good?

11/1/2017 5:18:53 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

Brother.

11/1/2017 5:19:07 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ordene

Tell me what to do.

11/1/2017 5:19:08 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Aquí vamos

11/1/2017 5:19:12 PM(UTC-4)

Source Extraction:
Logical (1)

Hanging in there.

Little by little.

wxid_nwq2qzqw011t12 VM

Poco a poco

11/1/2017 5:19:16 PM(UTC-4)

Source Extraction:
Logical (1)

Did you speak to
Vocecita?

wxid_nwq2qzqw011t12 VM

Hablaste con vocecita. ?

11/1/2017 5:19:35 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mmmm de que?

11/1/2017 5:22:13 PM(UTC-4)

Source Extraction:
Logical (1)

Hmm, about what?

The new rocket?

wxid_nwq2qzqw011t12 VM

El cohete  nuevo ?

11/1/2017 5:22:52 PM(UTC-4)

Source Extraction:
Logical (1)

Besides that, would it be
possible for you to front
some cash to Samuel?

wxid_nwq2qzqw011t12 VM

Por otro lado tendras la posibilidad de adelantarle efectivo ,, a Samuel ?

11/1/2017 5:23:33 PM(UTC-4)

Source Extraction:
Logical (1)

In order to make that
operation happen, you
should have it handy!

wxid_nwq2qzqw011t12 VM

Para habilitar esa operacion que lo tengas disponible!!

11/1/2017 5:24:00 PM(UTC-4)

Source Extraction:
Logical (1)

Nothing has come in here, we
are very limited in terms of
reactivating.

wxid_nwq2qzqw011t12 VM

Por aqui no ha entrado ,,, para reactivar estamos muy limitados

11/1/2017 5:24:25 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Si claro

11/1/2017 5:25:24 PM(UTC-4)

Source Extraction:
Logical (1)

Yes, of course.

wxid_q4i0tzxdrqa612 JoselitRamirez

Pero es que ya Samuel no responde, pone muchas trabas

11/1/2017 5:25:41 PM(UTC-4)

Source Extraction:
Logical (1)

But the thing is that Samuel is not working out any more, he is putting up a lot of impediments.

wxid_nwq2qzqw011t12 VM

Es que le debemos mucho en lo que nos pongamos al dia el nos resuelve

11/1/2017 5:26:11 PM(UTC-4)

It's because we owe him a lot of money, if we can keep up he will help us out.

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Para los pequeños

11/1/2017 5:26:22 PM(UTC-4)

For the small ones.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Bueno dime cuánto se le debe a Samuel y yo me encargo pero siempre pone muchas trabas y es un peo

11/1/2017 5:26:58 PM(UTC-4)

Source Extraction:
Logical (1)

Well, tell me how much Samuel is owed and I will take care of it, but he always puts up a lot of impediments and it's a damn mess.

wxid_nwq2qzqw011t12 VM

Yo hablo con el

11/1/2017 5:27:13 PM(UTC-4)

I will talk to him.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hoy lo mande a llamar  para hacer un vuelo en la mañana y me dijo que no podía porque no tenía combustible

11/1/2017 5:27:28 PM(UTC-4)

Source Extraction:
Logical (1)

I had him called today to do a flight in the morning and he said he could not do it because he did not have fuel.

48

wxid_q4i0tzxdrqa612 JoselitRamirez

11/1/2017 5:27:32 PM(UTC-4)

Source Extraction:
Logical (1)

Fuel, hahaha.

wxid_nwq2qzqw011t12 VM

combustible  jajajaa

11/1/2017 5:28:05 PM(UTC-4)

Source Extraction:
Logical (1)

We owe him more but if you give him 100, we can reactivate.

wxid_nwq2qzqw011t12 VM

Le debemos mas pero si le das 100 , re activamos

11/1/2017 5:28:37 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Fino

11/1/2017 5:28:46 PM(UTC-4)

All right.

Source Extraction:
Logical (1)

Is that possible?

wxid_nwq2qzqw011t12 VM

Se puede ?

11/1/2017 5:28:58 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Pero que se quede a nuestra disposición

11/1/2017 5:29:11 PM(UTC-4)

But then he should remain available to us.

Source Extraction:
Logical (1)

That's right.

wxid_nwq2qzqw011t12 VM

Asi es ,

11/1/2017 5:29:20 PM(UTC-4)

Source Extraction:
Logical (1)

Done, I straightened him out.

wxid_nwq2qzqw011t12 VM

Listo ya lo puse en la linea

11/1/2017 5:41:40 PM(UTC-4)

Source Extraction:
Logical (1)

He's going to call you.

wxid_nwq2qzqw011t12 VM

Te va a llamar

11/1/2017 5:41:52 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Le doy en cash?

11/1/2017 5:42:10 PM(UTC-4)

Source Extraction:
Logical (1)

Should I give it to him in cash?

Yes.

wxid_nwq2qzqw011t12 VM

Si

11/1/2017 5:42:15 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ok

11/1/2017 5:42:24 PM(UTC-4)

Source Extraction:
Logical (1)

Thank you, brother.

wxid_nwq2qzqw011t12 VM

Gracias Hermano ,

11/1/2017 5:42:36 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Sirve en Euros?

11/1/2017 5:42:44 PM(UTC-4)

Source Extraction:
Logical (1)

Do euros work?

Yes, even ration stamps would.

wxid_nwq2qzqw011t12 VM

Si hasta cesta tickets

11/1/2017 5:42:53 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Jajajaja

11/1/2017 5:43:07 PM(UTC-4)

Source Extraction:
Logical (1)

Hahahaha.

wxid_q4i0tzxdrqa612 JoselitRamirez

Ok

11/1/2017 5:43:08 PM(UTC-4)

Source Extraction:
Logical (1)

Brotheeeer. I'm here in the homeland.

wxid_nwq2qzqw011t12 VM

Hermanooooo. Por aqui en la patria

11/10/2017 9:29:14 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

11/10/2017 11:34:20 AM(UTC-5)

Brother.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Donde andas?

11/10/2017 11:34:23 AM(UTC-5)

Where are you?

Source Extraction:
Logical (1)

At the Marriott.

wxid_nwq2qzqw011t12 VM

En el Marriott

11/10/2017 11:35:35 AM(UTC-5)

Source Extraction:
Logical (1)

Should we meet up?

wxid_nwq2qzqw011t12 VM

Nos vemos ?

11/10/2017 11:36:53 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:

Details
type: voip message
duration: 0

Size: 0
(Empty File)

11/10/2017 3:35:46 PM(UTC-5)

Source Extraction:
Logical (1)

51

wxid_q4i0tzxdrqa612 JoselitRamirez

wxid_q4i0tzxdrqa612:<sysmsg
type="NewXmlVoipRedialMsg"><NewXmlVoipRedialMsg><text><![CDATA[Call interrupted
by other apps
]]></text><link><scene>voipredial_voice</scene><text><![CDATA[Redial]]></text></link>
</NewXmlVoipRedialMsg>
</sysmsg>

11/10/2017 3:35:47 PM(UTC-5)

Source Extraction:
Logical (1)



Source Extraction:
Logical (1)



Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ya me acaba de llamar SL

11/10/2017 3:36:13 PM(UTC-5)

SL  called me just
now.

Source Extraction:
Logical (1)



Source Extraction:
Logical (1)

52

I'm here, brother.

wxid_nwq2qzqw011t12 VM

Aqui estoy hermano

11/10/2017 4:34:50 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

11/15/2017 7:11:25 PM(UTC-5)

Source Extraction:
Logical (1)

Brother.

wxid_q4i0tzxdrqa612 JoselitRamirez

Me copias?

11/15/2017 7:11:37 PM(UTC-5)

Source Extraction:
Logical (1)

Do you read me?

Go ahead,
brotheeeer.

wxid_nwq2qzqw011t12 VM

Hermanoooo adelante ,,

11/15/2017 8:00:09 PM(UTC-5)

Source Extraction:
Logical (1)

Brotheeeer, how are you? Send
me the Christmas list soon, so I
can get it ready.

wxid_nwq2qzqw011t12 VM

Hermanooooo , como estas ,, manda la lista de Navidad pronto ,, para prepararla ,,

11/26/2017 8:20:18 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Attachments:

Details
type: voip message
duration: 524

Size: 0
(Empty File)

11/27/2017 1:49:20 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Avísame que te dice

11/27/2017 2:02:31 PM(UTC-5)

Source Extraction:
Logical (1)

Let me know what he
says.



Yes.

wxid_nwq2qzqw011t12 VM

Si

11/27/2017 2:04:19 PM(UTC-5)

Source Extraction:
Logical (1)

Brother, good morning!
How are you doing?

wxid_nwq2qzqw011t12 VM

Hermanoooo Buenos Dias !! Como van ?

12/4/2017 11:05:21 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

12/11/2017 11:07:28 AM(UTC-5)

Source Extraction:
Logical (1)

Merry Christmas, brother, I will send
you the Citation as soon as I can,
hahaha.

wxid_nwq2qzqw011t12 VM

Hermano Feliz Navidad en lo que Pueda te mando el Citation , jajajaja

12/24/2017 8:35:55 AM(UTC-5)

Source Extraction:
Logical (1)

As a present.

wxid_nwq2qzqw011t12 VM

De regalo

12/24/2017 8:36:18 AM(UTC-5)

Source Extraction:
Logical (1)

Have a Happy New Year, brother,
sending you hugs.

wxid_nwq2qzqw011t12 VM

Hermanoooo Que tengas Un Feliz Año te mando un abrazo

12/31/2017 2:11:30 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

1/2/2018 8:15:16 AM(UTC-5)

Brother.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Feliz año

1/2/2018 8:15:19 AM(UTC-5)

Happy New Year.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mim bendiciones para ti y tu familia

1/2/2018 8:15:35 AM(UTC-5)

Source Extraction:
Logical (1)

Many blessing to you and your family.

Thank you brother, same to yours. I hope that I am able to gift you the Citation this year, hahaha, hugs.

wxid_nwq2qzqw011t12 VM

Gracias Hermano , Igual a la tuya Ojala este año si te pueda regalar el citation  jajaja  un abrazo  ,,

1/2/2018 8:17:11 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Jajajaaj

1/2/2018 8:17:32 AM(UTC-5)

Source Extraction:
Logical (1)

Hahaha.

Wishing you good health.

wxid_nwq2qzqw011t12 VM

Mucha salud

1/2/2018 8:17:33 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Amen

1/2/2018 8:17:34 AM(UTC-5)

Source Extraction:
Logical (1)

Amen.

wxid_q4i0tzxdrqa612 JoselitRamirez

Mucha salud es lo que importante

1/2/2018 8:17:43 AM(UTC-5)

Source Extraction:
Logical (1)

Good health is what matters.

wxid_q4i0tzxdrqa612 JoselitRamirez

El resto es añadidura

1/2/2018 8:17:47 AM(UTC-5)

Source Extraction:
Logical (1)

The rest is just a bonus.

That's right.

wxid_nwq2qzqw011t12 VM

Asi es

1/2/2018 8:17:58 AM(UTC-5)

Source Extraction:
Logical (1)

Thank you for the Samuel thing, that's helpful for me.

wxid_nwq2qzqw011t12 VM

Gracias por lo de Samuel ,, eso me ayuda ,,,

1/2/2018 8:33:29 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Yo me encargo de eso!

1/2/2018 8:35:07 AM(UTC-5)

I'll take care of that!

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

De aquí a uno días le damos otro golpe y lo vamos bajando

1/2/2018 8:35:24 AM(UTC-5)

In a few days we'll hit it again and continue to lower it.

Source Extraction:
Logical (1)

He is ready, he confirmed with me yesterday.

wxid_nwq2qzqw011t12 VM

Ya esta listo me comfirmo ayer

1/2/2018 8:35:39 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Lo importante es que no se ponga plastico y cumpla

1/2/2018 8:35:48 AM(UTC-5)

The important thing is for him not to get all flaky and to come through.

Source Extraction:
Logical (1)

I told him that already.

wxid_nwq2qzqw011t12 VM

Ya se lo dije

1/2/2018 8:36:00 AM(UTC-5)

Source Extraction:
Logical (1)

Good morning, brother!!

wxid_nwq2qzqw011t12 VM

Hermano Buenos Dias !!

1/5/2018 9:59:16 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

1/5/2018 11:20:13 AM(UTC-5)

Brother.

Source Extraction:
Logical (1)

Everything good? We have the big taxi ready.

wxid_nwq2qzqw011t12 VM

Todo bien ? Tenemos Listos el Taxi Grande ,

1/5/2018 11:22:55 AM(UTC-5)

Source Extraction:
Logical (1)

I have to talk to the golfer to organize that part, will you be coordinating it?

wxid_nwq2qzqw011t12 VM

Tengo que hablar con el Golfista ♀, para organizar esa parte ,, tu lo coordinas ?

1/5/2018 11:23:58 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cooooooo

1/5/2018 11:32:26 AM(UTC-5)

Damn.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Para cuál?

1/5/2018 11:32:36 AM(UTC-5)

Which one?

Source Extraction:
Logical (1)

The Qatar one.

wxid_nwq2qzqw011t12 VM

El de Quatar

1/5/2018 11:32:49 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cuál taxi?

1/5/2018 11:32:50 AM(UTC-5)

Which taxi?

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ahaaaaaa

1/5/2018 11:32:55 AM(UTC-5)

Oh!

Source Extraction:
Logical (1)

You're slow today, haha.

wxid_nwq2qzqw011t12 VM

Tas lento jaja

1/5/2018 11:33:04 AM(UTC-5)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

Aguántalo ahí que el jefe está esperando una reunión para definir la fecha

1/5/2018 11:33:08 AM(UTC-5)

Source Extraction:
Logical (1)

Hold it there because the boss is waiting for a meeting to decide  the date.

wxid_nwq2qzqw011t12 VM

Ok

1/5/2018 11:33:18 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Despues te hablo de unos vuelos , que estan rodando por alli que  no es bueno que todos sepan y lo sabe todo el mundo ,, a Dubai ,, es delicado

1/5/2018 11:34:14 AM(UTC-5)

Source Extraction:
Logical (1)

I'll talk to you afterwards about some flights that are rolling around there, which is not good for everyone to know about and everyone knows about it. To Dubai, it's a sensitive matter.

wxid_q4i0tzxdrqa612 JoselitRamirez

Como así?

1/5/2018 11:35:38 AM(UTC-5)

Source Extraction:
Logical (1)

What do you mean?

wxid_nwq2qzqw011t12 VM

Despues te explico ahora estoy con gente ,,

1/5/2018 11:37:37 AM(UTC-5)

Source Extraction:
Logical (1)

I will explain later, I am with some people right now.

wxid_q4i0tzxdrqa612 JoselitRamirez

Ok

1/5/2018 11:49:03 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:

Details
type: voip message
duration: 82

Size: 0
(Empty File)

1/5/2018 9:01:06 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:



Details
type: voip message
duration: 129

Size: 0
(Empty File)

1/5/2018 9:07:32 PM(UTC-5)

Source Extraction:
Logical (1)

Where's the takeoff?

wxid_nwq2qzqw011t12 VM

Donde la salida ?

1/5/2018 9:13:16 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Estambul - maiquetia

1/5/2018 9:15:34 PM(UTC-5)

Istanbul – Maiquetia.

Source Extraction:
Logical (1)

Yep.

wxid_nwq2qzqw011t12 VM

Sip

1/5/2018 9:16:42 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Directo una sola pierna?

1/5/2018 9:17:02 PM(UTC-5)

Direct, one leg only?

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Que no pase por países en conflicto y que sea seguro

1/5/2018 9:17:17 PM(UTC-5)

It must not go over countries in conflict and must be safe.

Source Extraction:
Logical (1)

It needs one stop, it's almost 13 hours.

wxid_nwq2qzqw011t12 VM

Hay que hacer una parada  son  casi 13 Horas

1/5/2018 9:18:56 PM(UTC-5)

Source Extraction:
Logical (1)

59

wxid_q4i0tzxdrqa612 JoselitRamirez

No se puede?

1/5/2018 9:19:19 PM(UTC-5)

It can't be done?

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

Attachments:

Details
type: voip message
duration: 162

Size: 0
(Empty File)

1/5/2018 9:22:40 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Déjame llegar a un wifi y te llamo

1/5/2018 9:22:56 PM(UTC-5)

Let me get to a place with wifi and I'll call you.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

1/6/2018 10:05:55 AM(UTC-5)

Brother.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Me copias?

1/6/2018 10:06:00 AM(UTC-5)

Do you read me?

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Me pregunta el jefe si el retorno con esta pierda puede hacerse???

1/6/2018 10:06:14 AM(UTC-5)

The boss is asking me if the return trip with this leg can be done ???

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Qatar - Argelia - maiquetia

1/6/2018 10:06:33 AM(UTC-5)

Qatar – Algeria – Maiquetia.

Source Extraction:
Logical (1)

60



Yes, that is perfect.

wxid_nwq2qzqw011t12 VM
Si asi es perfecto
1/6/2018 10:10:21 AM(UTC-5)

Source Extraction:
Logical (1)

7 +9 hours.

wxid_nwq2qzqw011t12 VM
7 +9 horas
1/6/2018 10:10:47 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
7 de aquí a Argelia y 9 de Argelia a Qatar?
1/6/2018 10:11:40 AM(UTC-5)

7 from here to Algeria and 9 from Algeria to Qatar?

Source Extraction:
Logical (1)

The other way around.

wxid_nwq2qzqw011t12 VM
Al reves
1/6/2018 10:11:59 AM(UTC-5)

Source Extraction:
Logical (1)

Is Portugal an option for the stop?

wxid_nwq2qzqw011t12 VM
Portugal es una opción para la parada?
1/6/2018 10:23:12 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
No esa no
1/6/2018 10:23:35 AM(UTC-5)

No, not that one.

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM
Ok
1/6/2018 10:23:44 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Es posible que el jefe mantenga solo ese retorno
1/6/2018 10:30:15 AM(UTC-5)

It's possible that the boss will only keep that return trip.

Source Extraction:
Logical (1)

OK, let me know as soon as possible, the logistics take time.

> **wxid_nwq2qzqw011t12 VM**
> Ok avisame lo antes que puedas la logistica toma tiempo
>
> 1/6/2018 10:33:55 AM(UTC-5)

Source Extraction:
Logical (1)

> **wxid_nwq2qzqw011t12 VM**
> G550
> Maiquetia-Santa Maria: 6 horas
> Santa Maria-Doha: 8.5 horas
>
> Maiquetia-Istanbul: 11.5 horas
> Istanbul-Doha: 3.5 horas
>
> Maiquetia-Algeria: 9 horas
> Algeria-Doha: 5.5 horas
>
> 2 man crew: 10 hrs flight time max and 14 hr duty.
>
> 3 man crew: 12 hrs flight time max and 16 hr duty
>
> 4 man crew: 16 hrs flight time max and 20 hr duty.
>
> 1/6/2018 11:52:46 AM(UTC-5)

Maiquetia-Santa Maria: 6 hours
Santa Maria-Doha: 8.5 hours
Maiquetia-Istanbul: 11.5 hours
Istanbul-Doha: 3.5 hours
Maiquetia-Algeria: 9 hours
Algeria-Doha: 5.5 hours

Source Extraction:
Logical (1)

We can do Istanbul, Maiquetia as well.

> **wxid_nwq2qzqw011t12 VM**
> Si podemos Hacer Istanbul , Maiquetia Tambien
>
> 1/6/2018 11:53:23 AM(UTC-5)

Source Extraction:
Logical (1)



> **wxid_nwq2qzqw011t12 VM**
> Attachments:
>
> Details
> type: voip message
> duration: 108
>
> **Size:** 0
> (Empty File)
>
> 1/6/2018 11:56:11 AM(UTC-5)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Mano
>
> 1/6/2018 1:07:05 PM(UTC-5)

Bro.

Source Extraction:
Logical (1)

Go ahead.

> **wxid_nwq2qzqw011t12 VM**
> Adelante
>
> 1/6/2018 1:14:57 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

800 no puede buscar una gente del jefe mañana en Aruba ??

1/6/2018 1:29:41 PM(UTC-5)

Can 800 pick up some of the boss's people tomorrow in Aruba??

Source Extraction:
Logical (1)



Source Extraction:
Logical (1)



Source Extraction:
Logical (1)



Source Extraction:
Logical (1)

It leaves on Monday, brother, they have it/him in Gatos today.

wxid_nwq2qzqw011t12 VM

Sale el Lunes Hermano  lo tienen en Gatos hoy

1/6/2018 1:43:57 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

1/7/2018 10:02:51 AM(UTC-5)

Bro.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Me copias?

1/7/2018 10:02:53 AM(UTC-5)

Source Extraction:
Logical (1)

Do you read me?

wxid_nwq2qzqw011t12 VM

Fuerte Y claro . Mande hermano

1/7/2018 10:09:11 AM(UTC-5)

Source Extraction:
Logical (1)

Loud and clear.
What's up, brother?

wxid_q4i0tzxdrqa612 JoselitRamirez

Hay que coordinar el retorno del jefe en el G5 solo la pierna Argelia - Maiquetia; directo

1/7/2018 10:11:59 AM(UTC-5)

Source Extraction:
Logical (1)

We have to coordinate the boss's return on the G5 just for the Algeria-Maiquetia leg, direct.

wxid_nwq2qzqw011t12 VM

Que dia ?

1/7/2018 10:17:42 AM(UTC-5)

Source Extraction:
Logical (1)

What day?

wxid_q4i0tzxdrqa612 JoselitRamirez

Domingo en la tarde o lunes en la mañana

1/7/2018 10:19:54 AM(UTC-5)

Source Extraction:
Logical (1)

Sunday afternoon or Monday morning.

wxid_nwq2qzqw011t12 VM

Ok , solo esa pierna correcto ?

1/7/2018 10:20:56 AM(UTC-5)

Source Extraction:
Logical (1)

OK, just that leg, correct?

wxid_q4i0tzxdrqa612 JoselitRamirez

Correcto

1/7/2018 10:21:08 AM(UTC-5)

Source Extraction:
Logical (1)

Correct.

wxid_q4i0tzxdrqa612 JoselitRamirez

Debes mandar a Alejandro ahí para hacer una operación de seguridad

1/7/2018 10:21:31 AM(UTC-5)

Source Extraction:
Logical (1)

You should send Alejandro there to conduct a security operation.



wxid_nwq2qzqw011t12 VM

Ok

1/7/2018 10:32:21 AM(UTC-5)

Source Extraction:
Logical (1)

Brother.

wxid_nwq2qzqw011t12 VM

Hermano

1/9/2018 10:08:55 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

1/9/2018 10:19:33 AM(UTC-5)

Brother.

Source Extraction:
Logical (1)

Everything's great.

wxid_nwq2qzqw011t12 VM

Todoo Plomooooo

1/9/2018 10:21:26 AM(UTC-5)

Source Extraction:
Logical (1)

Candelazo (Alejandro) is going to call you now, to coordinate on one issue, but the operation is all set up.

wxid_nwq2qzqw011t12 VM

Alli te va a Llamar , Candelazo,, ( Alejandro ) ponernos de acuerdo con un tema ,, pero ya esta montada la operacion ,,

1/9/2018 10:22:29 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ok

1/9/2018 10:22:57 AM(UTC-5)

Source Extraction:
Logical (1)

Unknown

Voice call received, but unable to connect

1/9/2018 1:50:28 PM(UTC-5)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message
duration: 0

**Size:** 0
(Empty File)

1/9/2018 1:50:30 PM(UTC-5)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message

**Size:** 0
(Empty File)

1/9/2018 1:51:05 PM(UTC-5)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

Details
type: voip message
duration: 128

**Size:** 0
(Empty File)

1/9/2018 1:53:39 PM(UTC-5)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message
duration: 0

**Size:** 0
(Empty File)

1/9/2018 7:12:35 PM(UTC-5)

Source Extraction:
Logical (1)

Brother.



wxid_nwq2qzqw011t12 VM

Hermano

1/9/2018 7:12:43 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

1/9/2018 7:13:08 PM(UTC-5)

Source Extraction:
Logical (1)

Brother.

wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**



Details
type: voip message
duration: 106

**Size:** 0
(Empty File)

1/9/2018 7:15:29 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Buen Día hermano

1/10/2018 8:02:37 AM(UTC-5)

Source Extraction:
Logical (1)

Good morning, brother.

Brother.

wxid_nwq2qzqw011t12 VM

Hermano

1/10/2018 8:42:03 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cuéntame

1/10/2018 8:49:50 AM(UTC-5)

Source Extraction:
Logical (1)

Talk to me.

Give me a few minutes.

wxid_nwq2qzqw011t12 VM

Dame unos minutos ,,

1/10/2018 10:09:06 AM(UTC-5)

Source Extraction:
Logical (1)

67



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message

**Size:** 0
(Empty File)

1/10/2018 10:20:59 AM(UTC-5)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message

**Size:** 0
(Empty File)

1/10/2018 10:21:55 AM(UTC-5)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

Details
type: voip message
duration: 0

**Size:** 0
(Empty File)

1/10/2018 10:22:24 AM(UTC-5)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message

**Size:** 0
(Empty File)

1/10/2018 10:27:53 AM(UTC-5)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

Details
type: voip message
duration: 0

**Size:** 0
(Empty File)

1/10/2018 10:46:12 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

Details
type: voip message
duration: 14

**Size:** 0
(Empty File)

1/10/2018 11:01:17 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

Details
type: voip message
duration: 79

**Size:** 0
(Empty File)

1/10/2018 11:12:17 AM(UTC-5)

Source Extraction:
Logical (1)

Would takeoff on Friday night be an option? For Istanbul.

wxid_nwq2qzqw011t12 VM

La salida el Viernes en la Noche seria una opcion? Para Istambul

1/10/2018 11:22:59 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mañana en la

1/10/2018 11:23:23 AM(UTC-5)

Tomorrow in the

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Noche

1/10/2018 11:23:25 AM(UTC-5)

Evening.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Tienes opción el viernes?

1/10/2018 11:23:33 AM(UTC-5)

Source Extraction:
Logical (1)

Do you have an option
on Friday?

On Friday evening, yes.

wxid_nwq2qzqw011t12 VM

En la Noche del viernes , si ,

1/10/2018 11:23:57 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:



Details
type: voip message

Size: 0
(Empty File)

1/10/2018 11:42:25 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Attachments:



Details
type: voip message
duration: 0

Size: 0
(Empty File)

1/10/2018 11:43:10 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:



Details
type: voip message
duration: 92

Size: 0
(Empty File)

1/10/2018 11:45:26 AM(UTC-5)

Source Extraction:
Logical (1)

OOF BROTHER, THANK GOD.

wxid_nwq2qzqw011t12 VM

UFFF HERMANOO MENOS MAL

1/10/2018 1:42:20 PM(UTC-5)

Source Extraction:
Logical (1)



wxid_q4i0tzxdrqa612 JoselitRamirez

Listo

1/10/2018 1:46:57 PM(UTC-5)

Source Extraction:
Logical (1)

Done.

Watch out for hemorrhoids.

wxid_nwq2qzqw011t12 VM

Mosca conl las Hemorroides

1/10/2018 1:47:15 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Te mandamos crema de aqui jaja

1/10/2018 1:47:26 PM(UTC-5)

Source Extraction:
Logical (1)

We'll send you some
ointment from here, haha.

wxid_q4i0tzxdrqa612 JoselitRamirez

Mierrrrr

1/10/2018 1:47:27 PM(UTC-5)

Source Extraction:
Logical (1)

Shit.

wxid_q4i0tzxdrqa612 JoselitRamirez

Que peo

1/10/2018 1:47:31 PM(UTC-5)

Source Extraction:
Logical (1)

What a damn mess.

But there is always a
solution, brother, because
we are the cool-ass team,
hahaha. Thanks for
everything.

wxid_nwq2qzqw011t12 VM

Pero siempre hay una solución hermano porque somos  el equipo vergaratario ,,  jajajaa
Gracias por todo

1/10/2018 1:48:24 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Hoy cumplo Años para lo del regalo  ya sabes

1/10/2018 1:48:49 PM(UTC-5)

Source Extraction:
Logical (1)

Today is my birthday, just so you
know about the gift.



**wxid_q4i0tzxdrqa612 JoselitRamirez**

**Attachments:**

Details
type: voip message

**Size:** 0
(Empty File)

1/10/2018 2:00:29 PM(UTC-5)

Source Extraction:
Logical (1)

**wxid_q4i0tzxdrqa612 JoselitRamirez**

**Attachments:**

Details
type: voip message
duration: 32

**Size:** 0
(Empty File)

1/10/2018 2:01:18 PM(UTC-5)

Source Extraction:
Logical (1)

**wxid_q4i0tzxdrqa612 JoselitRamirez**

**Attachments:**

Details
type: voip message
duration: 36

**Size:** 0
(Empty File)

1/10/2018 2:02:03 PM(UTC-5)

Source Extraction:
Logical (1)

**wxid_q4i0tzxdrqa612 JoselitRamirez**

**Attachments:**

Details
type: voip message
duration: 29

**Size:** 0
(Empty File)

1/10/2018 2:02:41 PM(UTC-5)

Source Extraction:
Logical (1)

BROTHER, THEY'RE GOING TO KILL
ME WITH A HEART ATTACK, HAHAHA.

wxid_nwq2qzqw011t12 VM

HERMANOOO ME VAN A MATAR DE UN INFARTO JAJAAJA

1/15/2018 7:57:20 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Imagínate mi presión arterial

1/15/2018 8:01:58 PM(UTC-5)

Source Extraction:
Logical (1)

Just imagine my blood pressure.

---

Have a miche with Alejandro to relax.

wxid_nwq2qzqw011t12 VM

Tomate un Miche con Alejandro para relajar

1/15/2018 8:12:58 PM(UTC-5)

Source Extraction:
Logical (1)

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermanoooooo

1/28/2018 5:47:38 PM(UTC-5)

Source Extraction:
Logical (1)

Brotheeeeer.

---

Brotheeeeer.

wxid_nwq2qzqw011t12 VM

Hermanooo

1/28/2018 6:28:33 PM(UTC-5)

Source Extraction:
Logical (1)

---

How are you?

wxid_nwq2qzqw011t12 VM

Como estas ?

1/28/2018 6:28:53 PM(UTC-5)

Source Extraction:
Logical (1)

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Todo al pelo!!

1/28/2018 6:30:10 PM(UTC-5)

Source Extraction:
Logical (1)

Everything's just fine!

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Para que estés QAP

1/28/2018 6:30:20 PM(UTC-5)

Source Extraction:
Logical (1)

So that you can be watching and waiting.

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Le dije a Alejandro que se viniera para no hablar por tlf y que aproveche en sacar su pasaporte para hacer unas cosas aquí

1/28/2018 6:30:47 PM(UTC-5)

Source Extraction:
Logical (1)

I told Alejandro to come here so we don't talk on the phone and to go ahead and get his passport issued to do some things here.

wxid_q4i0tzxdrqa612 JoselitRamirez

1.- FBO aquí

1/28/2018 6:30:56 PM(UTC-5)

Source Extraction:
Logical (1)

1. FBO here

wxid_q4i0tzxdrqa612 JoselitRamirez

2. Movilidad campaña

1/28/2018 6:31:06 PM(UTC-5)

Source Extraction:
Logical (1)

2. Campaign mobility.

wxid_q4i0tzxdrqa612 JoselitRamirez

3.- movilidad boss

1/28/2018 6:31:14 PM(UTC-5)

Source Extraction:
Logical (1)

3. Boss mobility.

Great!

wxid_nwq2qzqw011t12 VM

Plomoooo

1/28/2018 6:31:39 PM(UTC-5)

Source Extraction:
Logical (1)

Perfect.

wxid_nwq2qzqw011t12 VM

Perfecto

1/28/2018 6:31:49 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Ayúdame full con eso

1/28/2018 6:32:22 PM(UTC-5)

Source Extraction:
Logical (1)

Help me with that with all you've got.

wxid_q4i0tzxdrqa612 JoselitRamirez

Pero es necesario resolver unos temas que no sean por tlf

1/28/2018 6:32:34 PM(UTC-5)

Source Extraction:
Logical (1)

But we need to figure out some issues not over the phone.

Yes sure, let's forge forward.

wxid_nwq2qzqw011t12 VM

Si seguro ,, vamoa pa lannte

1/28/2018 6:33:20 PM(UTC-5)

Source Extraction:
Logical (1)

74

wxid_q4i0tzxdrqa612 JoselitRamirez

Debemos montarnos duro

1/28/2018 6:33:50 PM(UTC-5)

Source Extraction:
Logical (1)

We should come on strong.

wxid_q4i0tzxdrqa612 JoselitRamirez

De estos días depende el futuro del país

1/28/2018 6:34:01 PM(UTC-5)

Source Extraction:
Logical (1)

The future of the country depends on these days.

That's right.

wxid_nwq2qzqw011t12 VM

Asi es ,,

1/28/2018 6:34:12 PM(UTC-5)

Source Extraction:
Logical (1)

We were already getting ready.

wxid_nwq2qzqw011t12 VM

Ya noa estábamos preparando

1/28/2018 6:34:35 PM(UTC-5)

Source Extraction:
Logical (1)

Give Candelazo instructions.

wxid_nwq2qzqw011t12 VM

Dale instrucciones a  Candelazo

1/28/2018 6:35:24 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Plomoooo

1/28/2018 6:39:18 PM(UTC-5)

Source Extraction:
Logical (1)

Awesome.

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:

Size: 0
File name: 510.pic
510.pic
(Empty File)

1/31/2018 11:18:51 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mira a este gringo zampándose su perro en plena calle

1/31/2018 11:19:05 PM(UTC-5)

Source Extraction:
Logical (1)

Look at this gringo doing his dog in the middle of the street.

wxid_q4i0tzxdrqa612 JoselitRamirez

Me dice que no puede porque el avión está en el taller

2/1/2018 9:53:07 AM(UTC-5)

Source Extraction:
Logical (1)

He tells me he can't because the plane is in the shop.

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano échame una mano con esto

2/1/2018 9:54:07 AM(UTC-5)

Source Extraction:
Logical (1)

Brother, help me out with this.

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:

Size: 0
File name: 514.pic
514.pic
(Empty File)

2/1/2018 9:54:39 AM(UTC-5)

Source Extraction:
Logical (1)

Of course.

wxid_nwq2qzqw011t12 VM

Claroooo

2/1/2018 9:55:52 AM(UTC-5)

Source Extraction:
Logical (1)

We will take care of it now.

wxid_nwq2qzqw011t12 VM

Ya lo resolvemos

2/1/2018 9:56:07 AM(UTC-5)

Source Extraction:
Logical (1)

Hahahaha, hot dogs.

wxid_nwq2qzqw011t12 VM

Djajajajajaja hot dogs

2/1/2018 9:56:56 AM(UTC-5)

Source Extraction:
Logical (1)

De

wxid_nwq2qzqw011t12 VM

De

2/1/2018 9:57:30 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**

**Size:** 0
**File name:** 519.pic
519.pic
**(Empty File)**

2/1/2018 9:57:51 AM(UTC-5)

Source Extraction:
Logical (1)

Tomorrow, correct?

wxid_nwq2qzqw011t12 VM

Mañana correcto ?

2/1/2018 9:59:40 AM(UTC-5)

Source Extraction:
Logical (1)

If it's today we have the
Caninito over there.

wxid_nwq2qzqw011t12 VM

Si es hoy tenemos el caninito alla

2/1/2018 10:00:01 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Es mañana

2/1/2018 10:19:10 AM(UTC-5)

It's tomorrow.

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Ok

2/1/2018 11:44:59 AM(UTC-5)

Source Extraction:
Logical (1)



wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 524.pic
524.pic
(Empty File)

2/1/2018 12:26:29 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

**Attachments:**

**Size:** 0
**File name:** 525.pic
525.pic
(Empty File)

2/1/2018 12:26:55 PM(UTC-5)

Source Extraction:
Logical (1)

Should we go get him/it in this one? It's ideal for Merida, well maintained, and can always be of support to us.

wxid_nwq2qzqw011t12 VM

Lo buscamos en este ,? Es ideal para Merida bien Mantenido , y nos puede apoyar siempre ,,

2/1/2018 12:27:46 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Me dice el jefe que sea el caminito

2/1/2018 1:33:47 PM(UTC-5)

The boss is telling me that it should be the Caninito.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Canino

2/1/2018 1:33:50 PM(UTC-5)

Canino.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Quieres que cuadre con SL?

2/1/2018 1:34:26 PM(UTC-5)

Do you want me to coordinate with SL?

Source Extraction:
Logical (1)

78

Give me a minute.

wxid_nwq2qzqw011t12 VM
Dame u n minuto
2/1/2018 1:34:56 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Vienen los papas también
2/1/2018 1:35:19 PM(UTC-5)

The parents are coming too.

Source Extraction:
Logical (1)

Yes, please.

wxid_nwq2qzqw011t12 VM
Si porfa
2/1/2018 1:48:37 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Voy
2/1/2018 1:51:31 PM(UTC-5)

I'm coming.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Está aquí en mi oficina
2/1/2018 1:51:38 PM(UTC-5)

He/It is here in my office.

Source Extraction:
Logical (1)

I am preparing another
Caninito to have there.

wxid_nwq2qzqw011t12 VM
Estoy preparando otro caninito para tenerlo alli
2/1/2018 1:51:44 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Cooooooo
2/1/2018 1:51:54 PM(UTC-5)

Damn.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Alabado sea Cristo
2/1/2018 1:51:58 PM(UTC-5)

Praise the Lord.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Pero fijo aquí?

2/1/2018 1:52:06 PM(UTC-5)

But permanently here?

Source Extraction:
Logical (1)

Practically.

wxid_nwq2qzqw011t12 VM

Casi

2/1/2018 1:52:20 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Le dije eso a Alejandro por la campaña y todos los peos que vienen

2/1/2018 1:52:28 PM(UTC-5)

I said that to Alejandro because of the campaign and all the big messes that are coming up.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano que hago con los pilotos nuestros?

2/1/2018 1:52:38 PM(UTC-5)

Bro, what do I do with our pilots?

Source Extraction:
Logical (1)

It would only go up for maintenance, etc.

wxid_nwq2qzqw011t12 VM

Solo subiria para mantenimiento etc

2/1/2018 1:52:47 PM(UTC-5)

Source Extraction:
Logical (1)

We will have them fly too.

wxid_nwq2qzqw011t12 VM

Los vamos a poner a volar tambien

2/1/2018 1:53:01 PM(UTC-5)

Source Extraction:
Logical (1)

Only the good ones.

wxid_nwq2qzqw011t12 VM

A los buenos nada mas

2/1/2018 1:53:22 PM(UTC-5)

Source Extraction:
Logical (1)

Haha.

wxid_nwq2qzqw011t12 VM

Jaja

2/1/2018 1:53:26 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Claro son solo 3

2/1/2018 2:06:28 PM(UTC-5)

Sure, there are only 3.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

2/1/2018 2:45:00 PM(UTC-5)

Bro.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Listo! Buscamos a los papas a las 11am y SL cuando llegue aquí

2/1/2018 2:45:22 PM(UTC-5)

Done! We will get the parents at 11 am and SL when he/it gets here.

Source Extraction:
Logical (1)

Awesome!

wxid_nwq2qzqw011t12 VM

Plomoooooo

2/1/2018 4:25:07 PM(UTC-5)

Source Extraction:
Logical (1)

Thank you.

wxid_nwq2qzqw011t12 VM

Gracias

2/1/2018 4:25:17 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

2/8/2018 10:56:29 AM(UTC-5)

Brother.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

2/8/2018 2:12:42 PM(UTC-5)

Brother.

Source Extraction:
Logical (1)

Brother, loud and clear.

wxid_nwq2qzqw011t12 VM

Hermano Fuerte y claro

2/8/2018 2:45:18 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Mande

2/8/2018 2:45:22 PM(UTC-5)

Source Extraction:
Logical (1)

Talk to me.

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Tendrás razón de los aviones para este período?

2/8/2018 2:45:52 PM(UTC-5)

Source Extraction:
Logical (1)

Would you have news of the planes during this period of time?

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Mañana viaja el jefe a margarita y no tengo avión y regresa el lunes

2/8/2018 2:46:08 PM(UTC-5)

Source Extraction:
Logical (1)

The boss is traveling to Margarita tomorrow and I don't have a plane, and he comes back on Monday.

---

wxid_nwq2qzqw011t12 VM

Ya resuelvo

2/8/2018 2:46:42 PM(UTC-5)

Source Extraction:
Logical (1)

I will take care of it now.

---

wxid_nwq2qzqw011t12 VM

Dame unos minutos

2/8/2018 2:46:59 PM(UTC-5)

Source Extraction:
Logical (1)

Give me a few minutes.

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Plo

2/8/2018 2:47:12 PM(UTC-5)

Source Extraction:
Logical (1)

Awe

---

wxid_q4i0tzxdrqa612 JoselitRamirez

Plomo

2/8/2018 2:47:30 PM(UTC-5)

Source Extraction:
Logical (1)

Awesome.

---

wxid_nwq2qzqw011t12 VM

Ya te llama el candelazo esta listo

2/8/2018 2:52:28 PM(UTC-5)

Source Extraction:
Logical (1)

Candelazo will call you now, all set.

wxid_q4i0tzxdrqa612 JoselitRamirez
Mano
2/15/2018 11:13:46 AM(UTC-5)

Bro.

Source Extraction:
Logical (1)

Brother, good morning.

wxid_nwq2qzqw011t12 VM
Heemannoo Buenos Dias
2/16/2018 7:42:12 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Hermano! Ya está empezando la movida de la campaña, tendrás alguna solución para estos días?
2/16/2018 7:42:56 AM(UTC-5)

Brother! The campaign chaos is starting up now, would you have some solution for these days?

Source Extraction:
Logical (1)

Yes.

wxid_nwq2qzqw011t12 VM
Si ..
2/16/2018 7:44:00 AM(UTC-5)

Source Extraction:
Logical (1)

I will call you a little later and we will plan out the movements.

wxid_nwq2qzqw011t12 VM
Te llamo un pico mad tarde y olaneamos el movimiento
2/16/2018 7:44:31 AM(UTC-5)

Source Extraction:
Logical (1)

A *little.*
[correcting mistyping]

wxid_nwq2qzqw011t12 VM
Poco
2/16/2018 7:44:36 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Si va
2/16/2018 7:47:12 AM(UTC-5)

All right.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
2/16/2018 7:47:23 AM(UTC-5)

Source Extraction:
Logical (1)

Brother, should I activate/are you active?

> wxid_nwq2qzqw011t12 VM
> Hermano Activo ?
> 2/18/2018 9:31:26 AM(UTC-5)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Hermano
> 2/20/2018 8:22:46 PM(UTC-5)

Source Extraction:
Logical (1)

Brother.

Hahahahaha.

> wxid_nwq2qzqw011t12 VM
> Jajajajaja
> 2/21/2018 2:08:34 PM(UTC-5)

Source Extraction:
Logical (1)

I was just writing to you.

> wxid_nwq2qzqw011t12 VM
> Te estaba escribiendo
> 2/21/2018 2:08:42 PM(UTC-5)

Source Extraction:
Logical (1)

Visiting the hometown?

> wxid_nwq2qzqw011t12 VM
> Visitando el pueblo ?
> 2/21/2018 2:09:03 PM(UTC-5)

Source Extraction:
Logical (1)

I've put the team together.

> wxid_nwq2qzqw011t12 VM
> Ya monte el Equipo
> 2/21/2018 2:09:24 PM(UTC-5)

Source Extraction:
Logical (1)

> wxid_q4i0tzxdrqa612 JoselitRamirez
> Háblame
> 2/21/2018 3:59:39 PM(UTC-5)

Talk to me.

Source Extraction:
Logical (1)

Hahahaha, we're moving forward with it.

> wxid_nwq2qzqw011t12 VM
> Jajajjaajaja  vamos pa lante
> 2/21/2018 5:11:44 PM(UTC-5)

Source Extraction:
Logical (1)

1 Canino, the golfer's Ultra with our pilots, a Merlin 3, the Citation II and the Turbo, I think we are covered?

> **wxid_nwq2qzqw011t12 VM**
> I canino , el Ultra del Golfista con nuestros  pilotos , un Merlin 3 , el Citation II Y el Turbo creo que estamos cubiertos ?
> 2/21/2018 5:13:52 PM(UTC-5)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Verja
> 2/21/2018 5:14:15 PM(UTC-5)

Fuck.

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Verga
> 2/21/2018 5:14:18 PM(UTC-5)

Fuck. [correcting mistyping]

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Pon a volar a los nuestros
> 2/21/2018 5:14:52 PM(UTC-5)

Have ours go fly.

Source Extraction:
Logical (1)

Yes, I'm about to send them on their way.

> **wxid_nwq2qzqw011t12 VM**
> Si ya los voy a mandar a curso
> 2/21/2018 5:15:05 PM(UTC-5)

Source Extraction:
Logical (1)

The Ultra's.

> **wxid_nwq2qzqw011t12 VM**
> Del Ultra
> 2/21/2018 5:15:15 PM(UTC-5)

Source Extraction:
Logical (1)

And the Hawker's.

> **wxid_nwq2qzqw011t12 VM**
> Y de Hawker
> 2/21/2018 5:15:22 PM(UTC-5)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Mano me copias?
> 2/24/2018 8:56:45 AM(UTC-5)

Bro, you read me?

Source Extraction:
Logical (1)

85

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:

Details
type: voip message
duration: 79

Size: 0
(Empty File)

2/24/2018 9:23:56 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Attachments:

Details
type: voip message
duration: 18

Size: 0
(Empty File)

2/24/2018 9:25:45 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

2/24/2018 11:25:03 AM(UTC-5)

Bro.

Source Extraction:
Logical (1)

Go ahead.

wxid_nwq2qzqw011t12 VM

Adelante

2/24/2018 11:25:32 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Te voy a pasar el número del pasajero

2/24/2018 11:25:44 AM(UTC-5)

I am going to send you the
passenger number.

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Ok

2/24/2018 11:25:54 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

+58 414-8411265 David De Lima

2/24/2018 11:26:13 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

2/24/2018 11:26:30 AM(UTC-5)

Source Extraction:
Logical (1)

It's all set.

wxid_nwq2qzqw011t12 VM

Todo coordinado

2/24/2018 11:54:13 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Fino

2/24/2018 11:57:06 AM(UTC-5)

Good.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

El pasajero?

2/24/2018 2:21:20 PM(UTC-5)

The passenger?

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Es importante que se venga rápido

2/24/2018 2:21:32 PM(UTC-5)

It's important for him to come over quickly.

Source Extraction:
Logical (1)

They already arrived a while ago.

wxid_nwq2qzqw011t12 VM

Ya llegaron hace tienpo

2/24/2018 9:20:21 PM(UTC-5)

Source Extraction:
Logical (1)

Almost 2 hours ago.

wxid_nwq2qzqw011t12 VM

Hace casi 2 Horas

2/24/2018 9:21:24 PM(UTC-5)

Source Extraction:
Logical (1)

Brother, everything working out fine? My regards.

wxid_nwq2qzqw011t12 VM

Hermano ,, todo funcionando Bien ?? saludos ,,

3/14/2018 4:35:55 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

3/14/2018 4:38:35 PM(UTC-4)

Brother.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Más o menos

3/14/2018 4:38:36 PM(UTC-4)

More or less.

Source Extraction:
Logical (1)

Why? How can I help?

wxid_nwq2qzqw011t12 VM

Porque ?  Como puedo ayudar

3/15/2018 4:50:58 PM(UTC-4)

Source Extraction:
Logical (1)

Brother, how are you?

wxid_nwq2qzqw011t12 VM

Hermanoooo ,,, como estas ??

4/4/2018 10:18:35 AM(UTC-4)

Source Extraction:
Logical (1)

Checking to see how you're behaving...

wxid_nwq2qzqw011t12 VM

Chequenado a ver como te portas ..

4/4/2018 10:18:51 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

4/4/2018 10:31:34 AM(UTC-4)

Brother.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Adelante

4/4/2018 10:38:04 AM(UTC-4)

Go ahead.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Todo al pelo

4/4/2018 10:38:05 AM(UTC-4)

Source Extraction:
Logical (1)

Everything's good.

OK, brother, just checking.

wxid_nwq2qzqw011t12 VM

Ok hermano solo chequeando ,,

4/4/2018 10:38:38 AM(UTC-4)

Source Extraction:
Logical (1)

Give me a holler if anything comes up.

wxid_nwq2qzqw011t12 VM

Cualquier cosa pegas un grito

4/4/2018 10:38:54 AM(UTC-4)

Source Extraction:
Logical (1)

Don't forget about Samuel if you can, he's driving me crazy, haha.

wxid_nwq2qzqw011t12 VM

No te olvides de Samuel si puedes me tiene loco jaja

4/4/2018 10:39:14 AM(UTC-4)

Source Extraction:
Logical (1)

How's the nephew?

wxid_nwq2qzqw011t12 VM

Como esta el sobrino ?

4/4/2018 10:39:47 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Todo bien Gracias a Dios

4/4/2018 10:45:34 AM(UTC-4)

Source Extraction:
Logical (1)

Everything's good, thankfully.

Hugs, let me know if you need anything.

wxid_nwq2qzqw011t12 VM

Un abrazo avisame lo que necesites

4/4/2018 10:51:52 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

4/19/2018 1:44:20 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.

Brother, how is everything going?

> **wxid_nwq2qzqw011t12 VM**
> Hermano como va todo ?
> 4/19/2018 1:45:01 PM(UTC-4)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Aquí pariendo
> 4/19/2018 1:45:08 PM(UTC-4)

Suffering over here.

Source Extraction:
Logical (1)

What happened?

> **wxid_nwq2qzqw011t12 VM**
> Que paso ?
> 4/19/2018 1:45:17 PM(UTC-4)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Viejo la campaña inicia el sábado, tenemos posibilidad de contar con el apoyo que me dijiste con las aeronaves?
> 4/19/2018 1:45:47 PM(UTC-4)

Old man, the campaign starts on Saturday, would we be able to rely on the support you told me about with the aircraft?

Source Extraction:
Logical (1)

Yes.

> **wxid_nwq2qzqw011t12 VM**
> Si
> 4/19/2018 1:46:06 PM(UTC-4)

Source Extraction:
Logical (1)

Always one Canino, always the Turbo, the Merlin.

> **wxid_nwq2qzqw011t12 VM**
> Un canino siempre ,, el turbo siempre , el merlin
> 4/19/2018 1:46:31 PM(UTC-4)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Cuando están aquí?
> 4/19/2018 1:46:41 PM(UTC-4)

When will they be here?

Source Extraction:
Logical (1)

The Merlin and the Turbo are there.

> **wxid_nwq2qzqw011t12 VM**
> El merlin el turbo estan alli
> 4/19/2018 1:47:04 PM(UTC-4)

Source Extraction:
Logical (1)

We have the Lear 55.

wxid_nwq2qzqw011t12 VM

Tenemos el Lear 55

4/19/2018 1:47:19 PM(UTC-4)

Source Extraction:
Logical (1)

I will coordinate it now so that they are available.

wxid_nwq2qzqw011t12 VM

Ya coordino para ponerlos a la orden

4/19/2018 1:47:46 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Por favor

4/19/2018 1:47:54 PM(UTC-4)

Please do.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mañana vamos a merida

4/19/2018 1:47:57 PM(UTC-4)

We are going to Merida tomorrow.

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Ok

4/19/2018 1:49:01 PM(UTC-4)

Source Extraction:
Logical (1)

Tomorrow we will use the rocket.

wxid_nwq2qzqw011t12 VM

Mañana usams el cohetw

4/19/2018 1:56:30 PM(UTC-4)

Source Extraction:
Logical (1)

We are here to help you out, brother.

wxid_nwq2qzqw011t12 VM

Aqui estamos para ayudarte hermno

4/19/2018 2:12:30 PM(UTC-4)

Source Extraction:
Logical (1)

Merida is set up on the Canino.

wxid_nwq2qzqw011t12 VM

Merida esta coordinado en  Canino

4/19/2018 2:21:41 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

Bro.

4/19/2018 4:42:47 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cuando fue la ultima vez que te pagaron y cuantoV

When was the last time you were paid and how much

4/19/2018 4:43:00 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

?

4/19/2018 4:43:01 PM(UTC-4)

Source Extraction:
Logical (1)

Last time was in February.

wxid_nwq2qzqw011t12 VM

La umtima v z fue en Febrero

4/19/2018 4:43:52 PM(UTC-4)

Source Extraction:
Logical (1)

Let me get you the amount.

wxid_nwq2qzqw011t12 VM

Ya te consigo el monto

4/19/2018 4:44:03 PM(UTC-4)

Source Extraction:
Logical (1)

But I know there is another payment coming soon for March.

wxid_nwq2qzqw011t12 VM

Pero se que viene otro pago pronto de Marzo ,

4/19/2018 4:44:31 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

Bro.

5/7/2018 10:15:15 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

Brother.

5/8/2018 12:26:41 PM(UTC-4)

Source Extraction:
Logical (1)

Brotheeeer.

wxid_nwq2qzqw011t12 VM

Hermanoooooo

5/10/2018 2:29:37 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

5/10/2018 2:34:54 PM(UTC-4)

Brother.

Source Extraction:
Logical (1)

Yw.

wxid_nwq2qzqw011t12 VM

Yw

5/10/2018 2:35:12 PM(UTC-4)

Source Extraction:
Logical (1)

I'm sending you hugs.
Everything good?

wxid_nwq2qzqw011t12 VM

Te mando un abrazo !! Todo bien ?

5/10/2018 2:35:42 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

**Attachments:**



Details
type: voip message

**Size: 0**
(Empty File)

5/14/2018 6:25:35 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermanooooo

5/14/2018 6:31:04 PM(UTC-4)

Brotheeeer.

Source Extraction:
Logical (1)

Brother, he will call you now,
Primo did not trust my phone,
I'll explain later, I am taking
care of it.

wxid_nwq2qzqw011t12 VM

Hermano  ya te llama ,,  el Primo no confio en mi telefono despues te explico  ya
resolviendo

5/14/2018 8:33:24 PM(UTC-4)

Source Extraction:
Logical (1)

93

I am traveling.

wxid_nwq2qzqw011t12 VM
Estoy de viaje

5/14/2018 8:33:34 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

5/20/2018 8:51:17 AM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Mano

5/25/2018 5:17:06 PM(UTC-4)

Bro.

Source Extraction:
Logical (1)

Brooo.

wxid_nwq2qzqw011t12 VM
Manooooo

5/25/2018 5:29:15 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Mano

5/25/2018 9:54:40 PM(UTC-4)

Bro.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez
Me copias?

5/25/2018 9:54:42 PM(UTC-4)

Do you read me?

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM
Go ahead

5/25/2018 10:03:27 PM(UTC-4)

Source Extraction:
Logical (1)

How are you?

wxid_nwq2qzqw011t12 VM
Como estas ?

5/25/2018 10:03:44 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

Bro.

5/25/2018 10:05:17 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cuanto es la deuda que te tiene el golfista?

In what amount is the debt that the golfer owes you?

5/25/2018 10:05:32 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Me está preguntando el amigo

The friend is asking me.

5/25/2018 10:07:13 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

Bro.

5/25/2018 10:08:49 PM(UTC-4)

Source Extraction:
Logical (1)

From recent months, 600 and something and in total 4.5. Around that.

wxid_nwq2qzqw011t12 VM

De los ultimos meses , 600 y puco y total 4.5. Por alli

5/25/2018 10:09:00 PM(UTC-4)

Source Extraction:
Logical (1)

I will give you the exact figure on Monday.

wxid_nwq2qzqw011t12 VM

El lunes te doy los numeros exactos

5/25/2018 10:09:33 PM(UTC-4)

Source Extraction:
Logical (1)

The thing is that the flow stopped.

wxid_nwq2qzqw011t12 VM

Es que se oaro el flujo

5/25/2018 10:10:46 PM(UTC-4)

Source Extraction:
Logical (1)

Broooo.

wxid_nwq2qzqw011t12 VM

Manoooo

5/30/2018 3:13:32 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

5/30/2018 3:16:19 PM(UTC-4)

Source Extraction:
Logical (1)

Bro.

The figure that you asked for.

wxid_nwq2qzqw011t12 VM

El numero que me pedistes

5/30/2018 3:24:08 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Attachments:

Size: 0
File name: 665.pic
665.pic
(Empty File)

5/30/2018 3:24:30 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

7,333,150.56

5/30/2018 3:25:12 PM(UTC-4)

Source Extraction:
Logical (1)

The golfer's.

wxid_nwq2qzqw011t12 VM

Lo del golfista ♀

5/30/2018 3:25:27 PM(UTC-4)

Source Extraction:
Logical (1)

Sending you a hug, I will
be on the lookout.

wxid_nwq2qzqw011t12 VM

Un abrazo estamos pendientes

5/30/2018 3:25:40 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Copiado

5/30/2018 3:33:59 PM(UTC-4)

Received.

Source Extraction:
Logical (1)

Brother.

wxid_nwq2qzqw011t12 VM

Hermano

6/7/2018 1:44:34 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

6/7/2018 1:52:31 PM(UTC-4)

Brother.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Te estuve llamando

6/7/2018 1:52:34 PM(UTC-4)

I was calling you.

Source Extraction:
Logical (1)

It didn't come in, sorry.

wxid_nwq2qzqw011t12 VM

No callo sorry

6/7/2018 1:52:51 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cuéntame ñao

6/7/2018 1:53:13 PM(UTC-4)

Talk to me ñao.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

6/7/2018 1:53:15 PM(UTC-4)

Bro.

Source Extraction:
Logical (1)

Can you help me out with the boss's flights in the 339 these days, those pilots are kind of slow.

wxid_nwq2qzqw011t12 VM

Si me das una mano con los vuelos del Jefe en el 339  estos días , esos pilotos son medio lentos

6/7/2018 1:54:01 PM(UTC-4)

Source Extraction:
Logical (1)

And Primo is on vacation.

wxid_nwq2qzqw011t12 VM

Y el primo esta de Vacaciones

6/7/2018 1:54:15 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Que hay que hacer?

6/7/2018 1:54:28 PM(UTC-4)

Source Extraction:
Logical (1)

What needs to be done?

wxid_q4i0tzxdrqa612 JoselitRamirez

Claro

6/7/2018 1:54:30 PM(UTC-4)

Source Extraction:
Logical (1)

Of course.

If they can approve 339CC over there, that's just for Vocecita.

wxid_nwq2qzqw011t12 VM

Si pueden aprobar 339CC alli  eso solo para  vocecita

6/7/2018 1:55:36 PM(UTC-4)

Source Extraction:
Logical (1)

Thank you, brother, hugs and I'm always looking out for you guys.

wxid_nwq2qzqw011t12 VM

Gracias Hermano , un abrazo y siempre pendiente de ustedes

6/7/2018 3:38:35 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.

wxid_nwq2qzqw011t12 VM

Hermanooo

6/15/2018 7:53:54 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hermano

6/15/2018 7:54:17 PM(UTC-4)

Source Extraction:
Logical (1)

Brother.

wxid_nwq2qzqw011t12 VM

6/15/2018 7:54:42 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Como está la vaina?

6/15/2018 7:58:49 PM(UTC-4)

Source Extraction:
Logical (1)

How are things?

Everything's good, brother, always looking out for you. The 339 travels tomorrow on the boss and I need your help.

wxid_nwq2qzqw011t12 VM

Todo bien hermano siempre pendientes de ustedes ,,  mañana viaja el 339 en el jefe para que me des una mano

6/15/2018 8:01:00 PM(UTC-4)

Source Extraction:
Logical (1)

How is my nephew?

wxid_nwq2qzqw011t12 VM

Como esta mi sobrino ?

6/15/2018 8:01:23 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Fino

6/15/2018 8:01:27 PM(UTC-4)

Good.

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

N339CC

6/15/2018 8:02:06 PM(UTC-4)

Source Extraction:
Logical (1)

Thank you, brother.

wxid_nwq2qzqw011t12 VM

Gracias Hermano

6/15/2018 8:02:16 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

El primo te ha mantenido al tanto?

6/15/2018 8:02:30 PM(UTC-4)

Primo has kept you informed?

Source Extraction:
Logical (1)

Yes, that's correct.

wxid_nwq2qzqw011t12 VM

Si correcto

6/15/2018 8:02:52 PM(UTC-4)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Que te parece ??

6/15/2018 8:03:10 PM(UTC-4)

What do you think??

Source Extraction:
Logical (1)

What he's said sounds good. We haven't been able to discuss the details.

> **wxid_nwq2qzqw011t12 VM**
> Lo que me ha dicho suena bien ,, no hemos podido hablar los detalles
> 6/15/2018 8:03:45 PM(UTC-4)

Source Extraction:
Logical (1)

CONGRATULATIONS ON YOUR DAY, BROTHER, HUGS.

> **wxid_nwq2qzqw011t12 VM**
> FELIZZZZZ DIA HERMANOOOO UN ABRAZO
> 6/17/2018 8:45:15 AM(UTC-4)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Hermanoooooo feliz día para ti también
> 6/17/2018 10:53:19 AM(UTC-4)

Brother, congratulations on your day as well.

Source Extraction:
Logical (1)

Brother, everything good? How are they treating you?

> **wxid_nwq2qzqw011t12 VM**
> Hermano Todo Bien ,,?  Como te tratan ?
> 7/30/2018 12:11:04 PM(UTC-4)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Hermano
> 7/30/2018 12:19:37 PM(UTC-4)

Brother.

Source Extraction:
Logical (1)

Everything good?

> **wxid_nwq2qzqw011t12 VM**
> Todo bien ?
> 7/30/2018 12:27:22 PM(UTC-4)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Manoooo
> 8/1/2018 4:49:42 PM(UTC-4)

Broooo.

Source Extraction:
Logical (1)

Broooo.

> **wxid_nwq2qzqw011t12 VM**
> Manooooooo
> 8/1/2018 5:11:54 PM(UTC-4)

Source Extraction:
Logical (1)

How are you behaving?

wxid_nwq2qzqw011t12 VM

Como te portas ?

8/1/2018 5:12:06 PM(UTC-4)

Source Extraction:
Logical (1)

Merry Christmas, brother, I hope everything is well, hugs.

wxid_nwq2qzqw011t12 VM

Hermano Felizzz Navidad , espero que todo este bien , un abrazo

12/22/2018 7:31:33 AM(UTC-5)

Source Extraction:
Logical (1)

Happy New Year JL. When will there be new saints/tips, haha.

wxid_nwq2qzqw011t12 VM

Felizzz Año  JL.  Cuando hay santos Nuevos ,,   Jaaja

1/8/2019 10:08:50 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Manoooooo

1/8/2019 10:10:36 AM(UTC-5)

Broooo.

Source Extraction:
Logical (1)

Hugs to you, and wishing you much success.

wxid_nwq2qzqw011t12 VM

Te mando un abrazo ,, mucho exito

1/8/2019 10:21:17 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Nos abandonaste

1/8/2019 10:22:22 AM(UTC-5)

You abandoned us.

Source Extraction:
Logical (1)

Never.

wxid_nwq2qzqw011t12 VM

Nunca

1/8/2019 10:23:10 AM(UTC-5)

Source Extraction:
Logical (1)

They jumped ship on me. Haha.

wxid_nwq2qzqw011t12 VM

Me saltaron la talanquera. Jajaaj

1/8/2019 10:23:31 AM(UTC-5)

Source Extraction:
Logical (1)

They moved in on the, haha.

wxid_nwq2qzqw011t12 VM

Me soplaron el  jajjaa

1/8/2019 10:24:26 AM(UTC-5)

Source Extraction:
Logical (1)

Let me know, I will help with the flight that is causing you suffering if you want.

wxid_nwq2qzqw011t12 VM

Avisame yo le ayudo con el vUelo que estan pariendo  si quierea

1/8/2019 4:03:30 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cual vuelo?

1/8/2019 4:11:09 PM(UTC-5)

Which flight?

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cual de tantos

1/8/2019 4:11:16 PM(UTC-5)

Which one of so many?

Source Extraction:
Logical (1)

Hahaha.

wxid_nwq2qzqw011t12 VM

Jajaja

1/8/2019 4:11:25 PM(UTC-5)

Source Extraction:
Logical (1)

Istanbul Caracas.

wxid_nwq2qzqw011t12 VM

Istambul  Caracas

1/8/2019 4:17:56 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Jaajjajaja

1/8/2019 4:25:39 PM(UTC-5)

Hahaha.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Quien te contactó?

1/8/2019 4:25:49 PM(UTC-5)

Who contacted you?

Source Extraction:
Logical (1)

I found out.

wxid_nwq2qzqw011t12 VM

Me entere

1/8/2019 4:25:58 PM(UTC-5)

Source Extraction:
Logical (1)

That you are
suffering, haha.

wxid_nwq2qzqw011t12 VM

Que estam pariendo jaja

1/8/2019 4:26:05 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

1/27/2019 4:11:12 PM(UTC-5)

Bro.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Los turcos ?

1/27/2019 4:13:17 PM(UTC-5)

The Turks?

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Manoooo

1/27/2019 4:18:49 PM(UTC-5)

Broooo.

Source Extraction:
Logical (1)

Broooo.

wxid_nwq2qzqw011t12 VM

Manooooo

1/27/2019 4:33:47 PM(UTC-5)

Source Extraction:
Logical (1)

Everything good?

wxid_nwq2qzqw011t12 VM

Todo bien ??

1/27/2019 4:34:07 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano estoy pariendo

1/27/2019 4:34:27 PM(UTC-5)

Bro, I'm suffering.

Source Extraction:
Logical (1)

What do you need?

wxid_nwq2qzqw011t12 VM

Que necesitas ?

1/27/2019 4:34:52 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

El jefe necesita volar mañana 8pm maiqtia- Moscú directo en un taxi que no sea de matrícula N

1/27/2019 4:35:41 PM(UTC-5)

The boss needs to fly tomorrow 8 pm Maquitia-Moscow in a taxi that does not have an N registration.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Aliado

1/27/2019 4:35:45 PM(UTC-5)

Allied.

Source Extraction:
Logical (1)

OK, give me a few minutes.

wxid_nwq2qzqw011t12 VM

Ok Dame unos minutoa

1/27/2019 4:36:31 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Corrijo salir 5pm

1/27/2019 4:42:02 PM(UTC-5)

Correction, leaving at 5 pm.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Con retorno el miércoles a las 2pm

1/27/2019 4:42:38 PM(UTC-5)

Returning on Wednesday at 2 pm.

Source Extraction:
Logical (1)

OK, I'm calling now.

wxid_nwq2qzqw011t12 VM

Ok ya estoy llamando

1/27/2019 4:42:58 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Preferiblemente siglas turco o ruso

1/27/2019 4:49:22 PM(UTC-5)

Preferably with Turkish or Russian prefixes.

Source Extraction:
Logical (1)

wxid_nwq2qzqw011t12 VM

Ok

1/27/2019 4:56:43 PM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Me dice vocesita que puede ser 550

1/27/2019 5:59:57 PM(UTC-5)

Source Extraction:
Logical (1)

Vocecita is saying it can be 550.

wxid_nwq2qzqw011t12 VM

Si ya estoy averiguando

1/27/2019 6:00:57 PM(UTC-5)

Source Extraction:
Logical (1)

Yes, I am finding out.

wxid_nwq2qzqw011t12 VM

Nada  disponible en los otros lados dame unos minutos

1/27/2019 6:01:44 PM(UTC-5)

Source Extraction:
Logical (1)

Nothing is available in the other places, give me a few minutes.

wxid_nwq2qzqw011t12 VM

Esta pidiendo el vuelo varia gente

1/27/2019 6:13:51 PM(UTC-5)

Source Extraction:
Logical (1)

A number of people are requesting flights.

wxid_q4i0tzxdrqa612 JoselitRamirez

Si, tengo a todo el mundo pariendo

1/27/2019 6:14:36 PM(UTC-5)

Source Extraction:
Logical (1)

Yes, everyone here is suffering.

wxid_nwq2qzqw011t12 VM

El GV , esta Diaponible pero no viene directi puede ser un problema la parada

1/27/2019 6:54:08 PM(UTC-5)

Source Extraction:
Logical (1)

The GV is available but it does not come direct, the stop could be a problem.

wxid_nwq2qzqw011t12 VM

Me confirmaron que puede  venir directo ,,

1/27/2019 7:09:22 PM(UTC-5)

Source Extraction:
Logical (1)

It was confirmed to me that it can come direct.

It is N.

> **wxid_nwq2qzqw011t12 VM**
> Es N
> 1/27/2019 7:09:38 PM(UTC-5)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> 588T?
> 1/27/2019 7:20:08 PM(UTC-5)

Source Extraction:
Logical (1)

Yes, N588AT.

> **wxid_nwq2qzqw011t12 VM**
> Si N588AT
> 1/27/2019 7:20:56 PM(UTC-5)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Ese es seguro verdad?
> 1/27/2019 7:21:50 PM(UTC-5)

That one is safe, right?

Source Extraction:
Logical (1)

Yes, the only thing that I don't like is the N, but it's not because of the plane itself.

> **wxid_nwq2qzqw011t12 VM**
> Si , lo unico que no me gusta es que en N , pero no por el avion
> 1/27/2019 7:23:46 PM(UTC-5)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> El se vino la última vez ahi, pero es un peligro igual
> 1/27/2019 7:26:45 PM(UTC-5)

Last time he came on there, but it is risky all the same.

Source Extraction:
Logical (1)

Yes, brother.

> **wxid_nwq2qzqw011t12 VM**
> Si hermano
> 1/27/2019 7:28:42 PM(UTC-5)

Source Extraction:
Logical (1)

> **wxid_q4i0tzxdrqa612 JoselitRamirez**
> Mano el amigo suspendió todo
> 1/27/2019 9:17:15 PM(UTC-5)

Bro, the friend suspended everything.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Esta muy apresurado y complicado

1/27/2019 9:17:27 PM(UTC-5)

He is in a hurry and complicated.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Gracias por estar siempre

1/27/2019 9:17:35 PM(UTC-5)

Thank you for always being there.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Cualquier cosa te aviso

1/27/2019 9:17:43 PM(UTC-5)

I will let you know if anything comes up.

Source Extraction:
Logical (1)

A hug, for sure, I'll be on the lookout.

wxid_nwq2qzqw011t12 VM

Un abrazo seguro ,  estoy oendiente

1/27/2019 9:17:58 PM(UTC-5)

Source Extraction:
Logical (1)

A Russian operator came up who can do it, just in case.

wxid_nwq2qzqw011t12 VM

Aparecio un Operador Ruso que podria hacerlo porsiacaso

1/28/2019 7:25:55 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Buenisimo

1/28/2019 8:02:04 AM(UTC-5)

Awesome.

Source Extraction:
Logical (1)

Bro, I hope everything is well, very disappointed of how things are handled with AL, he completely jumped ship on me with the competition, hugs.

wxid_nwq2qzqw011t12 VM

Mano ,,, espero que todo este bien ,,  muy decepcionado de como se manejan las cosas Con AL ,, me salto la talanquera totalmente con la competencia ,, un Abrazo ,

2/26/2019 6:38:24 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Mano

2/26/2019 6:51:48 AM(UTC-5)

Bro.

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Como así?

2/26/2019 6:51:54 AM(UTC-5)

Source Extraction:
Logical (1)

What do you mean?

I will tell you about it later.

wxid_nwq2qzqw011t12 VM

Ya te contare ,,

2/26/2019 6:54:03 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Verga

2/26/2019 6:54:11 AM(UTC-5)

Source Extraction:
Logical (1)

Fuck.

wxid_q4i0tzxdrqa612 JoselitRamirez

Pero como así mano! Pero tiene que ver con la operación de nosotros?

2/26/2019 6:55:06 AM(UTC-5)

Source Extraction:
Logical (1)

But how's that, bro! But is it related to our operation?

He is working with my direct competitors. Basically, to get flights out, etc. These are people whose only motivating principle are the greenbacks.

wxid_nwq2qzqw011t12 VM

Esta trabajando con mi competencia directa ,,  básicamente,  para sacar los vuelos etc ,, son gente que el unico pricipio que los mueve son los Verdes ,,

2/26/2019 6:57:45 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Pero con nuestras operaciones?

2/26/2019 6:58:10 AM(UTC-5)

Source Extraction:
Logical (1)

But with our operations?

wxid_q4i0tzxdrqa612 JoselitRamirez

Recuerda que la instrucción que tengo es coordinar con él para evitar información

2/26/2019 6:58:41 AM(UTC-5)

Source Extraction:
Logical (1)

Remember that the instructions I have is to coordinate with him to avoid information.

Yes, I know.

wxid_nwq2qzqw011t12 VM

Si lo se ,,

2/26/2019 6:59:02 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Hablo con el? Que hago? Dime que hacer

2/26/2019 7:56:58 AM(UTC-5)

Should I talk to him? What should I do? Tell me what to do.

Source Extraction:
Logical (1)

I think it's a good idea bro, you can just tell him to not forget where we came from and how we built this. We should all respect loyalty. He's out of control, brother.

wxid_nwq2qzqw011t12 VM

Creo que es buena idea mano solo le puedes decir que no se olvide de donde venimos y como construimos esto ,, lealtad debemos respetarla ,,  esta desbocado,, hermano

2/26/2019 8:29:41 AM(UTC-5)

Source Extraction:
Logical (1)

wxid_q4i0tzxdrqa612 JoselitRamirez

Entendido

2/26/2019 8:30:33 AM(UTC-5)

Understood.

Source Extraction:
Logical (1)

Thank you bro, sorry for bothering you with these things.

wxid_nwq2qzqw011t12 VM

Gracias mano disculpa por joderte con estas cosas

2/26/2019 8:30:54 AM(UTC-5)

Source Extraction:
Logical (1)

Sending you a hug.

wxid_nwq2qzqw011t12 VM

Un abrazo

2/26/2019 8:31:00 AM(UTC-5)

Source Extraction:
Logical (1)