UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                   :

UNITED STATES OF AMERICA,          :

                                                                   :    **ORDER**

    -against-                                      :

                                                                   :    19 Cr. 144 (AKH)

VICTOR MONES CORO,                    :

                                                                   :

                                    Defendant.    :

                                                                    :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On March 31, 2021, Inner Press City filed an application to unseal documents in the above-captioned case. The motion to unseal refers not only to the Defendant's March 8 and March 22 submissions, ECF Nos. 196, 198, but also to documents heretofore sealed and placed in clerk's vault. ECF Nos. 1-5, 39, 63, 74, 90-100, 102-109, 120. Recognizing the presumption in favor of accountability and the public filing of documents, the Government is hereby ordered to redact those parts of the aforementioned documents that, in its opinion, deserve to be sealed and give reasons for such redactions by Friday, April 23, 2021.

            SO ORDERED.

Dated:      April 14, 2021                /s/ Alvin K. Hellerstein
              New York, New York       ALVIN K. HELLERSTEIN
                                                    United States District Judge