UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
       :
UNITED STATES OF AMERICA,      :
       :   **ORDER**
   -against-      :
       :   19 Cr. 144 (AKH)
VICTOR MONES CORO,      :
       :
      Defendant.  :
       :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Clerk shall unseal ECF Nos. 1-5, 39, 63, 74, 90-100, 102-109, 120, 196, 198, with access limited only to the Assistant United States Attorney handling this case, their staff, and to the Court. The government shall respond by April 29, 2021, indicating precisely what aspects of the documents shall remain under seal and which shall become public.

    SO ORDERED.

Dated:    April 15, 2021        /s/ Alvin K. Hellerstein
        New York, New York    ALVIN K. HELLERSTEIN
                                United States District Judge