

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April [], 2021

**BY ECF and EMAIL**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

    Re:    <u>United States v. Mones Coro, et al.</u>
             **19 Cr. 144 (AKH)**

Dear Judge Hellerstein:

       The Government respectfully submits this letter pursuant to the Court's order to address the need for continued sealing or redaction of several documents in the above captioned case. The Government has outlined its position regarding sealing for each document in the below chart:

| Docket Number(s) | Government's Position |
|---|---|
| 1-5 | These documents were previously unsealed at docket numbers 6, 9, 11, 14, and 15. |
| 39 | The Government moves to unseal this document. (*See* Ex. A). |
| 63 | This document was previously unsealed at docket number 67. |
| 74 | The Government moves to unseal this document. (*See* Ex. B). |
| 90-100 | These documents are not sealed on the docket. |
| 102 | This document was previously unsealed at docket number 115. |
| 103 | The Government moves to unseal this document. (*See* Ex. C). |
| 104 | The Government moves to unseal this document. (*See* Ex. D). |

| 105 | This document was previously unsealed at docket number 111. |
|-----|-------------------------------------------------------------|
| 106 | This document was previously unsealed at docket number 117. |
| 107 | This document was previously unsealed at docket number 112. |
| 108 | This document is identical to docket number 105 and was previously unsealed at docket number 111. |
| 109 | This document was previously unsealed at docket number 119. |
| 120 | This document is sealed pursuant to an October 7, 2020 Order by Your Honor. |

| | |
|---|---|
| 196 & 198 | The Government addressed the need to maintain these documents under seal in its letter dated April 9, 2021.  (*See* Dkt. No. 206; *see also* Exs. F and G). |

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Sam Adelsberg
Assistant United States Attorney
(212) 637-2494

Cc:    Defense Counsel
        (Via ECF)

        Matthew Russell Lee
        (Via Email)

        Brian Barrett
        (Via Email)

# Exhibit A

FILED UNDER SEAL

# Exhibit B

FILED UNDER SEAL

# Exhibit C

FILED UNDER SEAL

# Exhibit D

FILED UNDER SEAL

# Exhibit E

FILED UNDER SEAL

# Exhibit F

FILED UNDER SEAL

# Exhibit G

FILED UNDER SEAL