Victor Mones Coro      4      5876291 - MLT
Docket Number: 1:19-CR-0144-1(AKH)



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[x]     Transfer of Jurisdiction to the Southern District of Florida APPROVED

[ ]     Transfer of Jurisdiction to the Southern District of Florida DENIED

[ ]     Other

_____
_____
_____
_____

/s/ Alvin K. Hellerstein
Honorable Alvin K. Hellerstein
Senior U.S. District Judge
February 3, 2023
Date

| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| (Rev. 2/88) | 1:19-CR-0144-1(AKH) |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT |  |  |
|---|---|---|---|
| Victor Mones Coro | SOUTHERN DISTRICT OF NEW YORK |  |  |
|  | NAME OF SENTENCING JUDGE |  |  |
|  | Alvin K. Hellerstein |  |  |
|  | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/9/2022 | TO 12/8/2024 |

OFFENSE: Count 1: Conspiracy to Violate and Evade the Foreign Narcotics Kingpin, in violation 21 USC 1904(c)(1)-((2) and 1906(a)(1)-(2), 18 USC 3238, 31 CFR 598.203(a), 598.204 and 598.406, a Class B Felony. Count 2: Prohibited Transactions in Violation of the Foreign Narcotics of Kingpin Designation Act and the Kingpin Act Regulations, in violation of 21 USC 1904(c)(1) cont'd and 1906(a)(2), 18 USC 3238, 31 CFR 598.203(a), and 598.496, a Class B Felony. Count 3: Evasion of the Foreign Narcotics Kingpin Designation Act and the Kingpin Act Regulation, in violation of 21 USC 1904(c)(2) and 1906(a)(2), 18 USC 3238 and 2, and 31 CFR 598.204, a Class B Felony. Count 4: Prohibited Transactions in Violations of the Foreign Narcotics Kingpin Designation Act and the Kingpin Act Regulations, in violation of 21 USC 1904(c)(1) and 1906(a)(2), 18 USC 3238, 31 CFR 598.203(a), and 598,406, a Class B Felony. Count 5: Evasion of the Foreign Narcotics Kingpin Designation Act and the Kingpin Act Regulations, in violation of 21 USC 1904(c)(2) and 1906(a)(2), 18 USC 3238 and 2, and 31 CFR 598.204 a Class B Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| February 3, 2023 | /s/ Alvin K. Hellerstein |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |